**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**RCM TECHNOLOGIES, INC.,**

      **Plaintiff,**

         **v.**

**BEACON HILL STAFFING GROUP,**
**LLC, et al.,**

      **Defendants.**

---

      **Civil Action No.  07-0670 (JDB)**

**ORDER FOR INITIAL SCHEDULING CONFERENCE**

It is this 22nd day of June, 2007, hereby **ORDERED** that the initial scheduling

conference in this matter is set for July 30, 2007, at 9:00 a.m. in Courtroom 8.  Counsel who

attend the scheduling conference must be sufficiently familiar with the case to answer any

questions that arise.  Parties are welcome to attend.

Counsel shall confer in accordance with Rule 16.3(a) of the Local Civil Rules and Rule

26(f) of the Federal Rules of Civil Procedure and shall submit their Joint Rule 16.3 Report

addressing the topics listed in Local Civil Rule 16.3(c) no later than fourteen days following their

conference, see L. Civ. R.16.3(d), and in no event less than three business days before the initial

scheduling conference.

Written communication with the Court is to be by motion, opposition, and reply, rather

than letter.  See L. Civ. R. 5.1(b).  The parties are directed to the requirements of Local Civil

Rule 7(c) regarding the submission of proposed orders with all motions and oppositions and to

the requirements of Local Civil Rule 7(m) regarding the duty to confer on all nondispositive

motions (including those for enlargements of time).

**SO ORDERED**.

_____/s/ John D. Bates_____
JOHN D. BATES
United States District Judge