UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RCM Technologies, Inc., | * | Case No. 1:07-CV-00670-JDB |
| Plaintiff, | * | |
| vs. | * | |
| Beacon Hill Staffing Group, LLC, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT RULE 16.3(C) REPORT

Plaintiff, RCM Technologies, Inc. ("RCM"), and Defendants, Beacon Hill Staffing Group, LLC ("Beacon Hill") and Kimberly A. Ayers ("Ayers"), submit this Joint Rule 16.3(c) Report.

1. The parties cannot determine at this time whether a dispositive motion will resolve all or any part of this case.

2. RCM has filed a motion for leave to amend the Complaint to include Scott Baillie and William Blackford as additional defendants and to add claims against them and the other Defendants. The parties have conferred about that motion, but Ayers and Beacon Hill have not decided what position they will take on it.

3. The parties do not consent to the assignment of the case to a magistrate judge for all purposes.

4. The parties cannot determine at this time whether there is a realistic possibility of settling the case, but they are exploring that subject.

604358.1
7/26/2007
30462/102329

5. The parties' counsel has discussed ADR, but they have not concluded as yet whether that process could produce a resolution. The parties are discussing that option and will report to the Court.

6. RCM asks the Court to expedite discovery because RCM intends to apply for a temporary restraining order and a preliminary injunction. As a consequence, RCM will immediately serve Interrogatories and Production Requests on Beacon Hill and Ayers and will serve such discovery requests on Baillie and Blackford when they are served with the Amended Complaint.

Ayers and Beacon Hill do not believe that expedited discovery or immediate injunctive relief is appropriate.

7. RCM expects discovery to be relatively focused and much of it to be completed quickly because RCM intends to apply for a temporary restraining order and preliminary injunction. Ayers and Beacon Hill do not believe that expedited discovery or immediate injunctive relief is appropriate.

The parties suggest that each party be limited to 30 interrogatories and 10 depositions of persons who are not parties or expert witnesses. The parties recommend that a stipulated protective order be entered in order to protect confidential information which may be provided during discovery.

8. RCM wants to depose experts and to exchange their reports on an expedited basis. Ayers and Beacon Hill see no need to proceed in that manner.

9. The parties do not request a bifurcation of discovery or the trial and do not recommend that the case be managed in phases.

10. The parties ask that the pretrial conference be held on or after January 31, 2008.

2

11. The parties ask the Court to set a trial date at the final pretrial conference.

Respectfully submitted,

_____
R. Michael Smith (D.C. Bar No. 372654)
Charles R. Bacharach (D.C. Bar No.448842)
Gordon, Feinblatt, Rothman,
  Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland  21202-3332
(410) 576-4174
Attorneys for RCM Technologies, Inc.


_____
Edward J. Longosz, II (D.C. Bar No.368932)
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Ave., NW
Suite 1200
Washington, D.C.  20006
(202) 659-6600
Attorneys for Beacon Hill Staffing Group, LLC and
Kimberly A. Ayers

Of Counsel:

Robert W. Levy
Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110-2602
(617) 342-6800