UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RCM Technologies, Inc. </br></br> Plaintiff, </br></br> v. </br></br> Beacon Hill Staffing Group, LLC, et al. </br></br> Defendants. | Case No.: 1:07-CV-00670 (JDB) |

**ENTRY OF APPEARANCE**

The Clerk of the Court will kindly enter the appearance of Mark A. Johnston, Esquire of the law firm of ECKERT SEAMANS CHERIN & MELLOTT, LLC as co-counsel for defendants, Beacon Hill Staffing Group, LLC and Kimberly A. Ayers in the above-captioned matter.

ECKERT SEAMANS CHERIN
& MELLOTT, LLC

By: _____*Mark A. Johnston*_____
Edward J. Longosz, II, (#368932)
Mark A. Johnston, (#455764)
1747 Pennsylvania Ave., N.W.,
Twelfth Floor
Washington, D.C. 20006
(202) 659-6600

Counsel for Defendants, Beacon Hill Staffing
 Group, LLC and Kimberly A. Ayers

Of Counsel:

Robert W. Levy, Esquire
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA 02110-2602
TEL: (617) 342-6800
FAX: (617) 342-6899

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing **Entry of Appearance** was electronically filed and served, this 29th day of July, 2007, to:

        R. Michael Smith, Esquire
        Gordon Feinblatt Rothman Hoffberger
         & Hollander, LLC
        23 East Redwood Street
        Baltimore, MD 21202

                *Mark A. Johnston*
                Mark A. Johnston