IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RCM Technologies, Inc. )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Beacon Hill Staffing Group, LLC, et al. )<br>)<br>    Defendants. ) | Case No.: 1:07-CV-00670 (JDB) |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S
### MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Defendants, Beacon Hill Staffing Group, LLC ("Beacon Hill") and Kimberly A. Ayers ("Ayers"), by counsel, pursuant to this Court's July 30, 2007 Order, hereby submit the following in response to Plaintiff's Motion for Leave to File Amended Complaint and state as follows:

1. Plaintiff filed the instant matter on April 12, 2007. The original Complaint asserts claims for breach of contract and tortious interference with contract against Beacon Hill and Ayers arising out of Ayers leaving her position with RCN *on December 1, 2006* and accepting employment with Beacon Hill. RCN alleges that Ayers entered into a Non-Disclosure/Non-Solicitation/Non-Competition Agreement ("Agreement") which she breached when she resigned her position with RCN and accepted a position with Beacon Hill.

2. On July 26, 2007, RCN filed a Motion for Leave to File Amended Complaint seeking to add two additional former RCN employees, Scott Baillie ("Baillie") and William Blackford ("Blackford"), as defendants in this matter. Plaintiff's Motion states that the basis for the Motion is that RCN has obtained new information since filing its Complaint. Pl.'s Mtn., ¶ 1. However, the "new information" which RCN purportedly relies upon was known to RCN at the

time of filing its original Complaint, and in fact, was included in its Complaint.

3. Paragraph 1 of RCN's Motion states that Baillie and Blackford have breached their Non-Disclosure/Non-Solicitation/Non-Competition Agreements with RCN by accepting employment with Beacon Hill. However, RCN's original Complaint states that Baillie and Blackford had signed contracts with identical terms as the Agreement signed by Ayers, that Baillie and Blackford were induced by Ayers and Beacon Hill to leave RCN, and that Baillie and Ayers are currently employed by Beacon Hill. See Complaint, ¶¶ 14-19.

4. Similarly, RCN's Motion states that RCM has also obtained information that Beacon Hill and Ayers tortuously interfered with RCM's Agreements with Baillie and Blackford. Pl.'s Mtn., ¶ 2. This is not "new information" to RCN. Count III of the original Complaint states that Beacon Hill and Ayers tortuously interfered with the Agreements between RCN and Baillie/Blackford by intentionally inducing and enticing Baillie and Blackford to breach the terms of their Agreements with RCN. See Complaint, ¶¶ 30-33.

5. In addition to filing a Motion for Leave to File Amended Complaint, RCN filed an Application for Temporary Restraining Order on July 31, 2007 against Beacon Hill, Ayers, as well as Baillie and Blackford. However, RCN's original Complaint did not seek injunctive relief against Beacon Hill and Ayers. Therefore, it appears that RCN's Motion for Leave to File Amended Complaint, considering its recent Application for Temporary Restraining Order coupled with the complete absence of any "new information" cited to in plaintiff's Motion, is nothing more than an attempt to create a basis upon which to request injunctive relief that is untimely at this late juncture.

6. Clearly, the "new information" which serves as RCN's basis for filing its Motion for Leave to File Amended Complaint was known to RCN in April, 2007 at the very least. For

the foregoing reason, Beacon Hill and Ayers do not consent to RCN's request for leave to amend. Notwithstanding, defendants recognize that amendments are liberally granted and therefore do not oppose the requested relief. Accordingly, defendants take no formal position on plaintiff's request, but instead will rely upon the Court's sound discretion in deciding whether to grant or deny the instant Motion.[1]

Respectfully Submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By: _____*Edward J. Longosz, II*_____
Edward J. Longosz, II, (#368932)
Mark A. Johnston, (#455764)
1747 Pennsylvania Ave., N.W.,
Twelfth Floor
Washington, D.C. 20006
(202) 659-6600

Counsel for Defendants, Beacon Hill Staffing Group, LLC and Kimberly A. Ayers

Of Counsel:

Robert W. Levy, Esquire
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA 02110-2602
TEL: (617) 342-6800
FAX: (617) 342-6899

---

[1] In no way should Beacon Hill's and Ayers' non-position on the instant Motion for Leave to File Amended Complaint be construed as a waiver of any arguments defendants may have with respect to RCN's Application for Temporary Restraining Order. Defendants maintain that RCN's Application is untimely and devoid of any facts which would establish irreparable harm suffered by plaintiff at this late date, and reserve the right to respond to plaintiff's Application accordingly.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Response to Plaintiff's Motion for Leave to File Amended Complaint** was electronically filed and served, this 1st day of August, 2007, to:

>R. Michael Smith, Esquire
>Gordon Feinblatt Rothman Hoffberger
> & Hollander, LLC
>23 East Redwood Street
>Baltimore, MD 21202

>_Edward J. Longosz, II_
>Edward J. Longosz, II