UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RCM Technologies, Inc.,                    *        Case No. 1:07-CV-00670-JDB

     Plaintiff,                                *

vs.

                       *

Beacon Hill Staffing Group, LLC, *et al.,*

     Defendants.                              *

*    *    *    *    *    *    *    *    *    *    *    *    *

## SUPPLEMENTAL MEMORANDUM
## IN SUPPORT OF PLAINTIFF'S APPLICATION
## FOR TEMPORARY RESTRAINING ORDER

Plaintiff, RCM Technologies, Inc. ("RCM") submits this supplemental memorandum and the Declarations of Sean Delaney and Jared Hayes in support of its application for a temporary restraining order. Those declarations and the attached exhibits demonstrate that Defendants, Kimberly A. Ayers ("Ayers"), William Blackford ("Blackford"), and Scott Baillie: (1) had extensive dealings with RCM's customers and prospective customers and with personnel used to staff them; (2) had access to RCM's Confidential Information and trade secrets; and (3) have solicited and/or serviced such customers since being employed by Defendant, Beacon Hill Staffing Group, LLC ("Beacon Hill").

As a consequence, Ayers, Blackford, and Baillie have clearly breached the Non-Disclosure/Non-Solicitation/Non-Competition Agreements which they executed while employed by RCM and Beacon Hill has tortiously interfered with those contracts by employing them. Defendants have also misappropriated RCM's trade secrets and confidential information. Thus, RCM again asks the Court to grant the requested temporary restraining order.

Respectfully submitted,

R. Michael Smith (D.C. Bar No. 372654)
Charles R. Bacharach (D.C. Bar No.448842)
Gordon, Feinblatt, Rothman,
  Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland  21202-3332
410-576-4174
Attorneys for RCM Technologies, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on August 3, 2007, a copy of the foregoing Supplemental

Memorandum In Support Of Plaintiff's Application For Temporary Restraining Order,

Declaration of Sean Delaney, and Declaration of Jared Hayes were mailed, first-class, postage

prepaid, to:

Edward J. Longosz, II
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Ave., NW
Suite 1200
Washington, D.C.  20006

Robert W. Levy
Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110-2602

William Blackford,
4201 Lee Highway
# 104
Arlington, VA  22207

Scott Baillie
14906 McKisson Court
# A
Silver Spring, MD  20906

2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RCM Technologies, Inc.,             *      Case No. 1:07-CV-00670-JDB

       Plaintiff,                  *

vs.
                                 *

Beacon Hill Staffing Group, LLC, *et al.*,
                                 *

       Defendants.
                                 *

*    *    *    *    *    *    *    *    *    *    *    *    *

## DECLARATION OF JARED HAYES

I, Jared Hayes, declare as follows based on my personal knowledge:

1.     I am a Senior Technical Recruiter employed by RCM Technologies, Inc. ("RCM") in its Bethesda, Maryland office. I have worked in that office from August 2003 until August 2006 and from January 2007 to the present. I returned to RCM to replace Kimberly Ayers ("Ayers") after she started working for Beacon Hill Staffing Group LLC ("Beacon Hill").

2.     As a Senior Recruiter, I have been responsible for servicing companies, such as Advanced Technology Systems ("ATS"), Manila Consulting ("Manila"), SAIC, SRA, Office of Comptroller of the Currency, Stanley Associates, Arnold & Porter, Williams & Connolly, Cherry Roads, BioVeris, MedImmune, Thomson Financial, and other RCM customers.

3.     I worked closely with Scott Baillie ("Baillie") and William Blackford ("Blackford") while they were employed as Recruiters by RCM.

4.     RCM's Account Representatives meet with the key personnel at clients and prospective clients in order to solicit business and obtain staffing requisitions for IT, engineering,

and non-technical personnel. The Account Representatives provide Recruiters with that information, which includes pay and billing rates, salary rates for personnel who are converted from temporary employees to permanent employees, the names of the decision-makers at the customer who will be involved in interviewing candidates referred by RCM, the qualifications required for the candidates referred to the customer, and contact information of the customers.

5.     Account Representatives provide Recruiters with Interview Prep Sheets which contain detailed information about the customer, the personality of the managers at the customers, and the staffing requirements.

6.     Account Representatives regularly introduce the Recruiters to the key personnel at the customers and copy the Recruiters on e-mails and other communications with customers.

7.     Account Representatives make those introductions and provide that information so the customer has an additional contact point at RCM who can assist meet their needs, answer questions, and deal with problems which may arise.

8.     Recruiters attend weekly staff meetings at which information about customers and their current and future staffing requirements, the names and preferences of the key personnel at customers, and other information which is considered highly confidential.

9.     RCM maintains a database of candidates who could be referred to customers and who have been referred to customers and have performed satisfactorily or unsatisfactorily when referred by RCM. That database includes information about the candidates' contact information, qualifications, and experience. RCM devotes substantial time and effort in compiling that information which is not available to competitors.

qualifications, and experience. RCM devotes substantial time and effort in compiling that information which is not available to competitors.

10. As Recruiters, Baillie and Blackford had the types of customer relationships and access to all of the information described above.

11. Based on my conversations and observations with Baillie and Blackford, they had no relationships with customers of RCM or experience in the market niche served by RCM before they started with the company. As a consequence, Baillie and Blackford obtained all of their relationships with and information about RCM's customers while they worked for RCM.

12. Yesterday, a candidate, Leonard Whitmore, told me that Blackford had submitted his resume to Manila Consulting for a position there. Blackford serviced and placed at least five candidates with that customer while employed by RCM.

13. I declare under the penalty of perjury that the foregoing statements are true and correct. Executed on August 3, 2007.

3

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RCM Technologies, Inc., | * | Case No. 1:07-CV-00670-JDB |
| Plaintiff, | * | |
| vs. | * | |
| Beacon Hill Staffing Group, LLC, *et al.*, | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DECLARATION OF SEAN DELANEY**

I, Sean Delaney, declare as follows based on my personal knowledge:

1.      Since August 2004, I have worked as an Account Representative in the Bethesda, Maryland office of RCM Technologies, Inc. ("RCM").

2.      As an Account Representative, I solicit, build, and maintain relationships with customers and prospective customers.  Solid customer relationships and goodwill are essential in the market serviced by RCM so I am constantly entertaining, meeting, communicating, and networking with customers and prospective customers.   Those activities involve a substantial investment of time, effort, and money.

4.      As Recruiters, Ayers, Blackford, and Baillie were responsible for servicing my customers, including but not limited to Advanced Technology Systems ("ATS"), Manila Consulting, SAIC, SRA, Office of Comptroller of the Currency, Stanley Associates, BioVeris, MedImmune, ICF International, Thomson Financial, ScenPro, and CSR.

5.      As an Account Representatives, I meet with the key personnel at clients and prospective clients in order to solicit business and obtain staffing requisitions for IT, engineering, and non-technical personnel.  I provide Recruiters with that information, which includes pay and billing rates, salary rates for personnel who are converted from temporary employees to permanent employees, the names of the decision-makers at the customer who will be involved in interviewing candidates referred by RCM, the qualifications required for the candidates referred to the customer, and contact information of the customers.

6.      I provide Recruiters with Interview Prep Sheets which contain detailed information about the customer, the personality of the managers at the customers, and the staffing requirements.  A copy of such documents which were provided to Baillie, Blackford, and Ayers are attached as Exhibit 1 to this declaration.

7.      I regularly introduce Recruiters to the key personnel at the customers and copy the Recruiters on e-mails and other communications with customers.

8.      I make those introductions and provide that information so the customer has an additional contact point at RCM who can assist in meeting their needs, answer questions, and deal with problems which may arise.

9.      Recruiters attend weekly staff meetings where information about customers and their current and future staffing requirements, the names and preferences of the key personnel at customers, and other information which is considered highly confidential.

10.    RCM maintains a database of candidates who could be referred to customers and who have been referred to customers and have performed satisfactorily or unsatisfactorily when referred by RCM. That database includes information about the candidates' contact information, qualifications, and experience. RCM devotes substantial time and effort in compiling that information which is not available to competitors.

11.    As Recruiters, Ayers, Baillie, and Blackford had the types of customer relationships and access to all of the information described above. In fact, I went out my way to ensure that Ayers, Baillie, and Blackford formed solid relationships with key managers at my customers and knew all of the important information about the customers. My goal was to make my clients comfortable dealing with Ayers, Baillie, and Blackford in my absence because I spent a substantial amount of time out of the office dealing with accounts.

12.    Based on my conversations and observations with Ayers, Baillie, and Blackford, they had no relationships with customers of RCM or experience in the market niche served by RCM before they started with the company. As a consequence, Ayers, Baillie, and Blackford obtained all of their relationships with and information about RCM's customers while they worked for RCM.

13.    Charles Motter of Stanley Associates has told me that Ayers had solicited that company on Beacon Hill's behalf. Marisela Colunga and Jonathan Tobin of Manila Consulting have told me that they are now working with Beacon Hill. Ayers, Blackford, and Baillie serviced Manila Consulting while employed by RCM and it is my

understanding that Manila Consulting did not use Beacon Hill before they started working for that company.

14.     I received an e-mail from Blackford soliciting a candidate whose resume I had posted anonymously on Monster.com.   Blackford solicited that candidate for a position at Thomson Financial on which he had worked while employed by RCM.

15.     Exhibit 2 to this declaration is copies of e-mails to Manila Consulting which pertain to candidates submitted by me to that customer and which I cc'd to Ayers, Blackford, and/or Baillie.   Those e-mails contain information about my key contacts at Manila Consulting and the candidates.   I can easily provide numerous similar e-mails which I sent to other customers while Ayers, Blackford, and Baillie worked for RCM.

16.     Exhibit 3 to this declaration is copies of e-mails which I sent to Ayers and which contain significant information about RCM customers.

17.     Exhibit 4 to this declaration is copies of sheets which show some of the commissions paid to Ayers, Blackford, and Baillie for candidates placed by them at RCM customers.

18.     Exhibit 5 to this declaration is a copy of an e-mail regarding a lunch which Ayers and Craig Park attended with Peter Radloff of comScore, a RCM prospective customer.

19.     Exhibit 6 to this declaration is call sheets completed by Blackford and Baillie which record information regarding their contacts with candidates for positions at

Thomson Financial and other RCM customers.    Ayers completed similar documents while employed by RCM.

20.    I declare under the penalty of perjury that the foregoing statements are true and correct.  Executed on August 3, 2007.

# EXHIBIT 1

# CASE NO. 1:07-CV-00670-JDB

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Wednesday, November 15, 2006 11:04 AM |
| **To:** | Blackford, William; Baillie, Scott |
| **Subject:** | Interview prep... |
| **Attachments:** | Interview Prep Tech Writer.doc |

For Ramon and James...

SD

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

## INTERVIEW PREP

| Consultant | Rate | Date | Time | Alt-Time | In-person | *Phone |
|---|---|---|---|---|---|---|
| **James Yager** | $61/hr | 11/17 | 2pm | n/a | Y | n/a |
| **Ramon McGee** | $61/hr | 11/17 | 10am | n/a | Y | n/a |
|  |  |  |  |  |  |  |

COMPANY: <u>Manila/DoL</u>

ADDRESS: Frances Perkins Building located at 200 Constitution Avenue, Washington, DC 20210.

Phoneview – contractor to call manager_____ manager to call contractor__ ___Phone Number:__

### <u>Make sure candidates invite themselves in for an in-person interview</u>

Who will contractor speak to? Myriam Ellie… if she is NOT there, Eric Bryson… call 202.693.3444 (this is the help desk number. Candidates will not interview with Myriam or Eric --- however, Eric is the Project Manager. Candidates will interview with Miranda Key. Myriam/Eric will sign candidates in.

Candidates will have to sign in at the visitor's entrance which is located at 3rd and C streets. Candidates will also need to bring a valid drivers license (picture ID) with them. PLEASE MAKE SURE your candidates get there 15minutes early

Name: Miranda Key Title: DoL Project Manager

Is this person technical? Yes

What is the manger's personality? Miranda Key – Your candidates will work with Miranda. Miranda is a DoL employee. **Miranda is very direct and very technical. She expects a lot. Off the record, Miranda is High Maintanence**

Will there be anyone else involved in interview process? No

If yes, Names and are they interviewing for technical skills or personality match**?**

What technical skills should he/she be prepared to highlight and discuss in depth?

- Reviewing documentation for quality assurance.

- Record and distribute minutes of the IT Security Team meetings, as well as others.

- Research IT security issues in support of documentation requirements.

- Compose and write IT security documents, e.g., IT security newsletters, posters, flyer, and so forth.

- Maintain a central depository of IT security documentation.

- Prepare technical reports and project related documentation including test instructions and associated procedures.

- Participating in training/testing and the preparation of materials for these task(s).

- Assist in the development and maintenance of security plans, privacy impact assessments, and contingency plans, etc. for all general support systems and major applications.

- Participate in risk assessments preparation to periodically re-evaluate sensitivity of the system, risks, and mitigation strategies.

- Participate in self-assessments of system safeguards and program elements and in certification and accreditation of systems.

- Assist in the development of system administration and operational procedures, guides, and manuals.

Perform the ad hoc writing assignments as deemed appropriate.

How long will the interview last? 1 ½ hours

---

Will this be a one step interview process?  Yes

When can we expect the hiring manager to make a final decision? Immediately

Skills To Highlight/Add'l Details? See above PLUS The U.S. Department of Labor, Employment and Training Administration (ETA), is responsible for administering over five thousand grant initiatives in order to promote "job training, employment, labor market information, and income maintenance services" for Americans in today's workforce. These grant initiatives are broken out by function and governed by various Program Offices within ETA. Each Program Office thereby generates various types of financial and tracking data in order to support their individual program efforts.

MANILA has been charged with the collection, organization, and distribution of the data generated by the Program Offices to establish an ETA wide data warehouse and reporting system. To implement this task, MANILA currently supports multiple intranet web-based applications. These applications combine data from various sources and mold it into useful information for on-line analytical processing by hundreds of ETA users nationwide. ETA users may then manipulate, display and analyze this information to support and improve their business processes and enhance the services provided to their grant recipient customers.

Our web-based solution for ETA's information needs comprise three separate components: data warehousing, reporting, and Program Office support. The data warehousing portion refers to the gathering and categorizing of data from multiple Program Office sources. Reporting refers to the web-based applications that allow ETA users to view information in graphical, tabular, or reporting displays. In providing Program Office support, MANILA works with ETA staff members to analyze existing business practices in order to automate any manual procedures used to support their decision support processes.

MANILA has also been tasked to establish and administer new internet web applications that will allow the general public to access information supplied by the ETA Program Offices.

Sizzle on Position/Company/Environmen/Parking: MANILA is an innovative, fast-growing consulting firm dedicated to providing exemplary service and effective solutions in the areas of program management, research and analysis, information technology, assistive technology, and marketing to federal and commercial customers.

They solutions-oriented approach leads us to commit to understanding our client's requirements and translating that understanding into high-quality products and services.

yet?_____

_____

Do you have any other interviews scheduled?_____

Where/When?_____
If I get an offer before this interview will you cancel that interview and Accept?_____

If no,
Why?_____

5.  Are you working currently?_____

Why are you leaving your current position/contract?_____

Would you consider a counteroffer?_____

6.  Is there anything else that will prevent you from making a decision right after the

interview?_____

_____

If yes, what is the
objection?_____

7.  Do we have two checked references?

If no, get names and phone
numbers:_____

8.  Any other possible flags or
objections?_____

**Remind candidate to ASK FOR THE JOB!**
**Remind candidate to defer all questions regarding, rate, references, etc…to their RCM**
**Rep.**
**REMIND CANDIDATE TO CALL YOU IMMEDIATELY AFTER THE INTERVIEW**

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Tuesday, October 10, 2006 5:35 PM |
| **To:** | Blackford, William |
| **Subject:** | RE: Mourad Jazouli/Tradeweb/U.I. Developer |
| **Attachments:** | Interview Prep UI Dev..doc; Directions to TF - Rockville.doc |

  

Interview Prep    Directions to TF
JI Dev..doc (51..   - Rockville.d...

Working on it when you sent this... Attached.

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

-----Original Message-----
From: Blackford, William
Sent: Tuesday, October 10, 2006 5:22 PM
To: Delaney, Sean
Subject: RE: Mourad Jazouli/Tradeweb/U.I. Developer
Importance: High

Sean,

I am going to prep Mourad for the interview tomorrow at 4pm. Please send me all of the necessary information to prep him when you get a chance.

Thanks,
Bill

Bill Blackford
Technical Recruiter
RCM Technologies, Inc.
t: 301.986.1412 ext. 3012
f: 301.652.2330
bill.blackford@rcmt.com
www.rcmt.com

-----Original Message-----
From: Delaney, Sean
Sent: Tuesday, October 10, 2006 5:13 PM
To: Blackford, William
Subject: FW: Mourad Jazouli/Tradeweb/U.I. Developer

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)


-----Original Message-----
From: christine.cain.harris@thomson.com [mailto:christine.cain.harris@thomson.com]
Sent: Tuesday, October 10, 2006 5:09 PM
To: Delaney, Sean
Cc: Blackford, William
Subject: RE: Mourad Jazouli/Tradeweb/U.I. Developer

Hi Sean,

John is available on Thursday, October 12 at 3:30.  Let me know if
anything changes.

Thanks.
Christine

-----Original Message-----
From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Tuesday, October 10, 2006 3:59 PM
To: Harris, Christine (TF HR)
Cc: Blackford, William
Subject: RE: Mourad Jazouli/Tradeweb/U.I. Developer

Christine,
I just spoke with Mourad. He felt that the phone interview went
extremely well, and he's very excited about this opportunity with
TradeWeb.

It sounds like they want to bring him in for a face to face interview
this Thursday. He is available to interview on Thursday anytime in the
morning or after 3pm in the afternoon.

Please let me know what time works best.


Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

-----Original Message-----
From: christine.cain.harris@thomson.com
[mailto:christine.cain.harris@thomson.com]
Sent: Tuesday, October 10, 2006 11:56 AM
To: Delaney, Sean
Subject: RE: Mourad Jazouli/Tradeweb/U.I. Developer

Great!  Thanks for working on this so quickly.  I'll let John know.

-----Original Message-----
From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Tuesday, October 10, 2006 11:05 AM
To: Harris, Christine (TF HR)
Subject: FW: Mourad Jazouli/Tradeweb/U.I. Developer
Importance: High


-----Original Message-----
From: Blackford, William
Sent:  Tue Oct 10 09:26:46 2006
To:    Delaney, Sean
Subject:      RE: Mourad Jazouli/Tradeweb/U.I. Developer

Sean,

Mourad is confirmed for his phone interview today at 3:00pm. He can be contacted at (301) 537-4004.

Thanks,
Bill

_____

Bill Blackford
Technical Recruiter
RCM Technologies, Inc.
t: 301.986.1412 ext. 3012
f: 301.652.2330
bill.blackford@rcmt.com
www.rcmt.com


-----Original Message-----
From: Delaney, Sean
Sent: Tuesday, October 10, 2006 7:58 AM
To: Blackford, William
Subject: FW: Mourad Jazouli/Tradeweb/U.I. Developer


-----Original Message-----
From: christine.cain.harris@thomson.com
[mailto:christine.cain.harris@thomson.com]
Sent:  Mon Oct 09 22:22:02 2006
To:    Delaney, Sean
Cc:    qianjun.gu@thomson.com
Subject:      FW: Mourad Jazouli/Tradeweb/U.I. Developer

Hi Sean,

Would you be able to confirm an interview with Mourad tomorrow (Tuesday) at 3:00?  Please advise.

Thanks.
Christine

From: Gu, Qianjun (Eq,FI&RWM)
Sent: Monday, October 09, 2006 9:44 PM
To: Harris, Christine (TF HR)
Subject: RE: Mourad Jazouli/Tradeweb/U.I. Developer


Christine,

I can do it tomorrow afternoon at 3:00PM. Sorry for the delay in response.


Thanks.


John


———

From: Harris, Christine (TF HR)
Sent: Monday, October 09, 2006 2:08 PM
To: Gu, Qianjun (Eq,FI&RWM)
Subject: RE: Mourad Jazouli/Tradeweb/U.I. Developer


Hi John,


Please advise if you are still interested in interviewing Mourad.  He's available to phone interview tomorrow.  Please advise if this date/time are convenient for you.


Christine


———

From: Harris, Christine (TF HR)
Sent: Friday, October 06, 2006 12:59 PM
To: Gu, Qianjun (Eq,FI&RWM)
Subject: RE: Mourad Jazouli/Tradeweb/U.I. Developer

John,

Mourad can phone interview on Monday or Tuesday of next week at 11:30 or 3:00pm.


Let me know what time works best


––––

From: Gu, Qianjun (Eq,FI&RWM)
Sent: Thursday, October 05, 2006 3:46 PM
To: Harris, Christine (TF HR)
Cc: Pellizzi, Kimberly (Eq,FI&RWM); brian.hunt@tradeweb.com; Spendley, Thomas (Eq,FI&RWM)
Subject: RE: Mourad Jazouli/Tradeweb/U.I. Developer

Christine,

Please set up a phone interview with this candidate.


Thanks.


John


––––

From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Thursday, October 05, 2006 11:58 AM
To: Harris, Christine (TF HR)
Cc: Gu, Qianjun (Eq,FI&RWM); Pellizzi, Kimberly (Eq,FI&RWM); brian.hunt@tradeweb.com; Spendley, Thomas (Eq,FI&RWM); Blackford, William
Subject: FW: Mourad Jazouli/Tradeweb/U.I. Developer
Importance: High


Christine,

Mourad brings over 7 years of experience to the table. He is experienced with C# and .Net and has a strong understanding of the Software Life Cycle Development Cycle and User Interface Design. Mourad is experienced gathering requirements from clients and designing new modules to enhance/upgrade existing applications. He is also experienced in JavaScript, SQL, and ASP. Mourad is available to interview immediately,

5

and start with 2 weeks notice. He comes to you at an all inclusive consulting rate of $80/hr. and a conversion salary of $90,000/yr.


Professional Summary

*    MCP

*    Developing and Implementing Web Applications with Microsoft Visual C# .NET and Microsoft Visual Studio .NET

*    Software Life Cycle Development and User Interface Design

*    Green card holder


Christine, I look forward to your speedy feedback on this candidate and can arrange a technical telephonic or face-to-face interview for you as soon as tomorrow.


Regards,
Sean


_____

Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)

**INTERVIEW PREP**

| Consultant | Rate | Date | Time | Alt-Time | In-person | *Phone |
|---|---|---|---|---|---|---|
| | 80/hr | 10/12 | 330 | 0 | X | |
| Mourad Jazouli | | | | | | |
| | | | | | | |
| | | | | | | |

**COMPANY: Thomson Financial/Tradeweb**

ADDRESS:
**1455 Research Boulevard**
**Rockville, MD 20850**
**Phone 301.545.4000  Fax  301.545.4900**

Phoneview – contractor to call manager_____manager to call contractor__ ___Phone Number:__
<u>**Make sure candidates invite themselves in for an in-person interview**</u>

Who will contractor speak to? **Candidate should ask for John.  If John is not available ask for Christine.**

Name: **John Gu/Christine Cain Harris**        Title: **Project Manager/Business Manager**

Is this person technical? **John Gu is very technical.  Please be prepared to discuss technical background with John. Christine is NOT technical but may speak with candidate after interview to see how it went.**

What is the manger's personality? **Very dry.  Hard for me to understand sometime.  He has a thick Asian accent. John is also very technical.  To that end, most of interview with John will be based around technology.  Candidate will meet the rest of the team as well.  Other PM's candidate may meet with Will Iandello and/or Thomas Spendly.  Other team members will be present for interview.  I do not know who they are.  Interviews are typically one on one but, sometimes there is two people in the interview at the same time.**

Will there be anyone else involved in interview process? **Yes.  The rest of the team --- about 3… Please maybe other PM's (Will and Thomas)**

If yes, Names and are they interviewing for technical skills or personality match?**Thoams is very dry to.  Will is more out going.  If personal questions are asked, Thomas and/or Will will be the ones to ask them (other team members may ask as well --- again, I don't know who other team members are).**

What technical skills should he/she be prepared to highlight and discuss in depth **Candidate should be prepared to discuss .NET skills. Specificall C#.  Other skills they should highlight will be ASP, JavaScript and XSLT.  SDLC is important as well.  Candidate should be able to relate past experience developing missing critical web applications.  Clear and concise communication skills must be obvious!!!!  Again, John is very technical and typically only wants to talk technologies… candidate should play into this and reciprocate.**

How long will interview last? **The interview typically lasts one to one and half hours.  Anything less is probably not good.**

Will this be a one step interview process?  Yes  ;  If No, what is the next step after this interview?

When can we expect the hiring manager to make a final decision? **Within 48 hours.  Sooner if very impressed**

Skills To Highlight/Add'l Details? **See above**

Sizzle on Position/Company/Environmen/Parking: **Parking is in front of the building.  TradeWeb is the world's leading online marketplace for fixed-income securities and derivatives. TradeWeb offers a complete spectrum of services. You can view the fixed-income markets in real time via TradeWeb's premier Market Data. You get unprecedented depth and breadth of information as well as accurate bid and offer indications.**

**TradeWeb's dealer-to-customer online marketplace provides the deepest pool of liquidity for fixed-income products. Today, the network delivers the market-making power of 36 of the world's leading primary dealers to over 2,200 of the largest buy-side institutions. Since inception in 1998, more than $110 trillion in bond trades have been executed over the TradeWeb network. Over $420 billion in securities has changed hands through TradeWeb on a single day. Get live, executable prices from multiple dealers and markets in seconds, get true price discovery in our fourteen products - U.S.**

Treasuries, U.S. Agencies, Commercial Paper, European Government Bonds, TBA-MBS, Pfandbriefe/Covered Bonds, Euro Supranationals/Agencies, Agency Discount Notes, ECP, European and U.S. Dollar Interest Rate Swaps, Credit Default Swaps (CDX and iTraxx Indices), Corporates and US Repurchase Agreements (Repo). Reduce processing costs and failed trades with TradeXpress, our Internet-based network, by sending trade allocations to dealers and receiving confirmations for each trade ticket. With TradeXpress, you can allocate and confirm virtually all fixed-income trades, including phone trades, faster, accurately and more efficiently. You even get FREE TradeXpress viewers for your STP support staff.

TradeWeb offers a complete spectrum of services, ranging from Premier Market Data to the Leading Online Bond Trading Marketplace, to Real Straight-Through Processing. By whatever standard we are measured - dealers, liquidity, product coverage, price transparency, or ease-of-use - TradeWeb is the industry leader.

TradeWeb is an indirect wholly owned subsidiary of the Thomson Corporation (NYSE:TOC) and operates within the Thomson Financial group of businesses. Thomson Financial, with 2005 revenues of US$1.9 billion, is a provider of information and technology solutions to the worldwide financial community. Through the widest range of products and services in the industry, Thomson Financial helps clients in more than 70 countries make better decisions, be more productive and achieve superior results. Thomson Financial is part of The Thomson Corporation (www.thomson.com), a global leader in providing integrated information solutions to more than 20 million business and professional customers in the fields of law, tax, accounting, financial services, higher education, reference information, corporate e-learning and assessment, scientific research and healthcare. With revenues of US$8.70 billion, The Thomson Corporation lists its common shares on the New York and Toronto stock exchanges (NYSE: TOC; TSX: TOC).

When does client want candidate to start? **ASAP**

**REMIND CANDIDATE TO ASK FOR THE JOB**
**INTERVIEW PREP**

# Interview Prep Checklist

1.  Reconfirm Rate:_____

2.  Reconfirm 1099 Qualifications:

    _____Federal Tax ID #?

    _____$1M of General Liability Insurance?

3.  Reconfirm Start Date:_____

4.  Other Opportunities:
      Have you been on any other interviews that you have NOT heard back from yet?
_____

Where/When?_____
How does this job compare to the other?

Technology_____

Rate_____

Location_____
Will you make a decision about this position if you have NOT heard back from the other
yet?_____
_____

Do you have any other interviews
scheduled?_____

Where/When?_____
If I get an offer before this interview will you cancel that interview and
Accept?_____

If no,
Why?_____

5.  Are you working currently?_____

Why are you leaving your current position/contract?_____

Would you consider a counteroffer?_____

6.  Is there anything else that will prevent you from making a decision right after the

interview?_____
_____

If yes, what is the
objection?_____

7.  Do we have two checked references?

If no, get names and phone
numbers:_____

8.  Any other possible flags or
objections?_____
**Remind candidate to ASK FOR THE JOB!**
**Remind candidate to defer all questions regarding, rate, references, etc…to their RCM
Rep.**
**REMIND CANDIDATE TO CALL YOU IMMEDIATELY AFTER THE INTERVIEW**

**Directions to Thomson Financial**
**1455 Research Boulevard**
**Rockville, MD 20850**
**Phone 301.545.4000   Fax  301.545.4900**

**From Washington National**

From the George Washington Parkway, exit onto I-495 North towards Maryland.  Shortly after crossing the American Legion Bridge, you will bear left onto I-270 North.  Once on I-270 you will take Exit 6B, 28 West.  Make a right at the third stoplight onto Research Boulevard then take the second right into the 1455 Research Plaza parking lot.  Our lobby is located on the second floor.

**From Dulles**

From the Dulles Access Road exit onto I-495 North, Baltimore/Bethesda.  Shortly after crossing the American Legion Bridge, you will exit to the left onto I-270 North towards Frederick.  Once on I-270 you will take Exit 6B, 28 West.  Make a right at the third stoplight onto Research Boulevard and then take the second right into the 1455 Research Plaza parking lot.  Our lobby is located on the second floor.

**From BWI**

Follow I-895 West - exit onto I-95 South towards Washington – exit onto I-495 West towards Silver Spring and then bear right onto I-270 North.  Once on I-270 you will take Exit 6B, 28 West.  Make a right at the third stoplight onto Research Boulevard and then take the second right into the 1455 Research Plaza parking lot.  Our lobby is located on the second floor.

**From Frederick**

Travel I-270 South towards Washington – take exit 6B, 28 West.  Make a right at the third stoplight onto Research Boulevard and then take the second right into the 1455 Research Plaza parking lot.  Our lobby is located on the second floor.

**From 16th Street NW**

Traveling North on 16th Street, turn left on Georgia Avenue – take the I-495 West ramp, merging onto the Capital Beltway and then bear right onto I-270 North towards Frederick.  Once on I-270 you will take Exit 6B, 28 West.  Make a right at the third stoplight onto Research Boulevard and then take the second right into the 1455 Research Plaza parking lot.  Our lobby is located on the second floor.

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Wednesday, October 18, 2006 1:47 PM |
| **To:** | Blackford, William |
| **Subject:** | I/V prep |
| **Attachments:** | IV Prep V.Takuva.doc |

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**INTERVIEW PREP**

| Consultant | Rate | Date | Time | Alt-Time | In-person | *Phone |
|---|---|---|---|---|---|---|
| Virginia Takuva | 51/hr | 10/20 | 1130 | N/A | X | N/A |
| | | | | | | |
| | | | | | | |

COMPANY: <u>MedImmune</u>

ADDRESS: <u>25 West Watkins Mill Road (Building B), Gaithersburg, MD</u>

Phone interview – contractor to call manager_____manager to call contractor__ ____Phone Number:__

### <u>Make sure candidates invite themselves in for an in-person interview</u>

Who will contractor speak to? <u>Bruce Cochran, IT Manager.  When she arrives, she will meet me, and we will call Bruce to come get her.  There is no reception area.  Bruce's number is 301-398-5596</u>

Name: <u>Bruce Cochrane</u>     Title: <u>IT Manager</u>

Is this person technical? <u>Yes, very technical.  Jack of all trade when it comes to server's and environments… and a master of most</u>

What is the manger's personality? <u>Very nice, laid back.  Very personable.  Is not you typically IT Manager.  He can carry on a conversation beyond IT.  However, don't be fooled --- he is very technical.</u>

Will there be anyone else involved in interview process? <u>Yes, she will be meeting with 4 other team members.  This interview will be a panel style interview where candidate will sit around a table and have technical discussions and questions.</u>

If yes, Names and are they interviewing for technical skills or personality match? <u>Not known</u>

What technical skills should he/she be prepared to highlight and discuss in depth:  <u>Bruce is looking at Virginia to be one of the day to day admins of Exchange.  She will NOT be adding new users and setting up email and calendars.  She will be responsible for the over all good operation of environment, backups, smooth operation… entire Exchange infrastructure which also links to UNITY.  She will also have some additional responsibilities with regards to Administering Active Directory.</u>

<u>Some other soft skills that are important and will be determined in this interview are good clear concise communications skills, attention to detail, and the ability to work well and blend with current team.</u>

How long will interview last? <u>Budgeted for 60 mins</u>

Will this be a one step interview process? <u>Yes.  However, he has one other interview that day.  He said he will be prepared to select one of these two candidates.  This is Virginia's job to lose</u>

When can we expect the hiring manager to make a final decision? <u>Immediately… Monday at the latest!</u>

Skills To Highlight/Add'l Details? <u>Above skills, her ability to transition contractors… NOT sure what this means… however it was brought up during there phone interview.  They liked the fact that she has this consistent experience at her present company.  Dig on this to see what he was referring to.</u>

Sizzle on Position/Company/Environment/Parking: <u>Parking is free and is in front of building, Huge Bio company with 12+ clinical trials happening… Big things are happening at MedImmune.</u>

When does client want candidate to start? <u>Immediately to two weeks…</u>

**REMIND CANDIDATE TO ASK FOR THE JOB
INTERVIEW PREP**

**Interview Prep Checklist**

1. Reconfirm Rate:_____

2. Reconfirm 1099 Qualifications:

    _____Federal Tax ID #?

    _____$1M of General Liability Insurance?

3. Reconfirm Start Date:_____

4. Other Opportunities:
    Have you been on any other interviews that you have NOT heard back from yet?
_____

                    Where/When?_____
                    How does this job compare to the other?

                            Technology_____

                            Rate_____

                            Location_____
                    Will you make a decision about this position if you have NOT heard back from
                    the other
                    yet?_____
                    _____

        Do you have any other interviews
scheduled?_____

                    Where/When?_____
                    If I get an offer before this interview will you cancel that interview and
Accept?_____

                            If no,
Why?_____

5.  Are you working currently?_____

   Why are you leaving your current position/contract?_____

   Would you consider a counteroffer?_____

6.  Is there anything else that will prevent you from making a decision right after the

interview?_____

_____

      If yes, what is the
   objection?_____

7.  Do we have two checked references?

      If no, get names and phone
numbers:_____

_____

8.  Any other possible flags or
   objections?_____
         **Remind candidate to ASK FOR THE JOB!**
**Remind candidate to defer all questions regarding, rate, references, etc…to their RCM
Rep.**
**REMIND CANDIDATE TO CALL YOU IMMEDIATELY AFTER THE INTERVIEW**

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Wednesday, October 25, 2006 5:19 PM |
| **To:** | Blackford, William |
| **Subject:** | Michael Damron... |
| **Attachments:** | Interview Prep Michael Damron.doc |

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**INTERVIEW PREP**

| Consultant | Rate | Date | Time | Alt-Time | In-person | *Phone |
|---|---|---|---|---|---|---|
| Michael Damron | 65/hr | 10/26 | 400 | NA | YES | NA |
| | | | | | | |
| | | | | | | |

COMPANY: ATS/Education

ADDRESS:
1990 K Street, NW
Washington, DC 20006
9th Floor

Phoneview – contractor to call manager_____manager to call contractor__ ____Phone Number:__

Who will contractor speak to?          <u>**Make sure candidates invite themselves in for an in-person interview**</u>

Name: **Brian Taylor**
**301.980.5138 (mobile)**
**202.502.7498 (office)**

**Ed Vaden**
**703.930.8079 (mobile)**
**202.502.7885 (office)**

Is this person technical? Both are very technical.  Brian is the PM and ED is a Lead. Developer

What is the manger's personality? Brain is very down to earth, and very friendly.  He is not your typical IT Manager... He can speak about all things IT and NON IT.  Never met ED.  However, Todd tells me he is very similar to Brian.  Brian is very protective and team orientated... He had a hard time firing people --- wants everyone to like him.

Will there be anyone else involved in interview process? Depending on schedules, some other team member may join in.  However, it is typical just Brian and Ed

If yes, Names and are they interviewing for technical skills or personality match**? If anyone else, other team members... they would be peers to Michael should he receive the job**

What technical skills should he/she be prepared to highlight and discuss in depth?  Michael should be prepared to speak in depth and at length on his classic ASP skills.  Classic ASP is the primary technology that he would be working on. Secondary skills that he needs to be somewhat versed in are .NET, specifically Minimum of 5 years experience working with HTML, 4 years experience working with ASP, and 1 – 2 years experience with .Net.

Any Microsoft or other relevant certifications a definite plus.

Knowledge of SQL Server databases is required, with at least 3 years experience. Experience in implementing solutions that generate statistics a plus, but not required. Ability to submit examples of work (e.g., via URLs or other means) strongly recommended, but not required.

Experience with Adobe Flash, Photoshop and Illustrator is a plus, but not required

**Strong verbal and written communication skills an <u>absolute</u> must. Must work well in a small team and be a high-energy self-starter. If you like to work hard and be rewarded for it, this position is for you.   Should make it known that he is a team player... Brian is team/cohesive oriented.**

How long will interview last? Up to 2 hours... Most likely 1 ½ hours

Will this be a one step interview process? Most likely yes.  The Education manager like to meet all candidates.  If he is there, no problem..  However, if he is not, Michael might need to come back in for a second interview

When can we expect the hiring manager to make a final decision? Immediately to 24hours.

Skills To Highlight/Add'l Details?  See above

Sizzle on Position/Company/Environment/Parking:
Location:
1990 K Street, NW
Washington, DC 20006
9th Floor

This building is close to the Farragut West (Orange Line/Blue Line) and Farragut North (Red Line) metro stops. If Michael comes from Alexandria, he'll probably go via the blue line the whole way. There is also plenty of public parking garages around.

Points of Contact
Brian Taylor
301.980.5138 (mobile)
202.502.7498 (office)

Ed Vaden
703.930.8079 (mobile)
202.502.7885 (office)

*** CALL Todd if he cannot get thru to others… he should also call you so that I can track Todd down…
Todd Robyak
703.346.9336 (mobile)
703.506.8229 x7122 (office)


When does client want candidate to start?  About two weeks from offer.  However, please remember that candidate will need to go thru there POT process and CAN NOT start until clearance is approved.  Clearance typically comes back within 1 ½ weeks after submitting final paperwork.



**REMIND CANDIDATE TO ASK FOR THE JOB**
**INTERVIEW PREP**




**Interview Prep Checklist**

1.  Reconfirm Rate:_____

2.  Reconfirm 1099 Qualifications:

        _____Federal Tax ID #?

        _____$1M of General Liability Insurance?

3.  Reconfirm Start Date:_____

4.  Other Opportunities:
Have you been on any other interviews that you have NOT heard back from yet?
_____

Where/When?_____
How does this job compare to the other?

Technology_____

Rate_____

Location_____
Will you make a decision about this position if you have NOT heard back from the other
yet?_____
_____

Do you have any other interviews
scheduled?_____

Where/When?_____
If I get an offer before this interview will you cancel that interview and
Accept?_____

If no,
Why?_____

5.  Are you working currently?_____

Why are you leaving your current position/contract?_____

Would you consider a counteroffer?_____

6.  Is there anything else that will prevent you from making a decision right after the

interview?_____
_____

If yes, what is the
objection?_____

7.  Do we have two checked references?

If no, get names and phone
numbers:_____

8. Any other possible flags or
   objections?_____

**Remind candidate to ASK FOR THE JOB!**
**Remind candidate to defer all questions regarding, rate, references, etc…to their RCM Rep.**
**REMIND CANDIDATE TO CALL YOU IMMEDIATELY AFTER THE INTERVIEW**

## Delaney, Sean

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Friday, November 17, 2006 3:23 PM |
| **To:** | Blackford, William |
| **Attachments:** | Interview Prep 508.doc |

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**INTERVIEW PREP**

| Consultant | Rate | Date | Time | Alt-Time | In-person | *Phone |
|---|---|---|---|---|---|---|
| Shawn Williams | $70/hr | 11/20 | 330 | Na | Y | na |
| | | | | | | |
| | | | | | | |

COMPANY: <u>Manila Consulting -  www.manilaconsulting.net</u>

ADDRESS: **1420 Beverly Road Suite 220, McLean, VA 22101**

Phoneview – contractor to call manager_____manager to call contractor___ ____Phone Number:__

<u>**Make sure candidates invite themselves in for an in-person interview**</u>

Who will contractor speak to? John Tobin – Partner/VP

**Shawn Williams is scheduled to interview at 3:30pm on <u>Monday, November 20th</u>.**
Shawn will be interviewing at MANILA 1420 Beverly Road Suite 220, McLean, VA 22101. She is
scheduled for a 3:30pm interview with Jonathan Tobin so please make sure she is there by 3:15pm.

- o   Again, if they could please arrive 15 minutes prior to their appointment.

- o   Please have them bring a valid drivers license with them.

- o   Please have them bring a copy of their personal resume (minus company logos, etc).

- o   Also, MANILA requires two documents (see attached) to be completed as well: Employment
     application and Affirmative Action form.  If you could please have each candidate fill them out
     and submit it to us for our internal keeping by sometime this week that would be great!

- o   Also, if Shawn would like to visit our website ahead of time to familiarize herself, that would be
     great!  http://www.manilaconsulting.net/home/default.asp

Name: John Tobin    Title: VP/Partner

Is this person technical? Yes and No… knows 508 inside and out

What is the manger's personality? Very outgoing, easy to speak with, may though some trick questions at her.  He knows his
stuff --- especially w/ 508 compliance

Will there be anyone else involved in interview process?Most likely not.  They have been having difficulties with this position
and he is now the MAN ---- who will give finally say on whom to hire.

If yes, Names and are they interviewing for technical skills or personality match?_____

What technical skills should he/she be prepared to highlight and discuss in depth?  The **BOLD** is **MOST** important

Duties and Responsibilities:
Educate and provide technical assistance to others on how to comply with the provisions of the
Section 508 technical standards. Must be able to answer questions regarding the Section 508
legislation.  Test software applications for meeting the Section 508 web and software technical
provisions.

Qualifications:
MANILA, an Information Technology contractor, seeks professional staff to support federal
government clients in their IT accessibility programs.

Required knowledge and experience:
- **Working knowledge of software coding**
- **Working knowledge of multiple software development environments**
- **Section 508 Standards**
- **Enterprise Life Cycle**
- **Enterprise Architecture**
- **Familiarity with JAWS, Dragon Naturally Speaking, and Zoom text**

Knowledge and experience in the following areas:
- **IV&V testing for accessibility / application of Section 508 testing protocols**
- **Needs assessments and assistive technologies**
- **Experience in accessibility evaluations of software systems, web access, telecommunication**
- **Experience in TTY/TDD, Telephone Relay Service, Hard-of-Hearing and Deafness accessibility concerns is considered a plus**
- **DO 28 Reviews**

Individuals will work in team environments and must have strong computer, communication, and customer service skills. Candidates must also have demonstrated knowledge and experience with assistive technologies and the application of the Section 508 standards. Must be able to perform source code reviews. Must have working knowledge of web testing tools such as AccMonitor and be able to generate reports to specify how a software application or web site meets or does not meet the applicable 508 provisions. Must have working knowledge of screen reader, screen magnification and voice recognition technology for general testing purposes. Must be motivated, detail-oriented and interested in joining a fast-paced environment.

How long will interview last?\_\_\_\_ _____

Will this be a one step interview process?  **Yes**

When can we expect the hiring manager to make a final decision? Immediately (48hrs max)

Skills To Highlight/Add'l Details?
- **Working knowledge of software coding**
- **Working knowledge of multiple software development environments**
- **Section 508 Standards**
- **Enterprise Life Cycle**
- **Enterprise Architecture**
- **Familiarity with JAWS, Dragon Naturally Speaking, and Zoom text**
- **IV&V testing for accessibility / application of Section 508 testing protocols**
- **Needs assessments and assistive technologies**
- **Experience in accessibility evaluations of software systems, web access, telecommunication**
- **Experience in TTY/TDD, Telephone Relay Service, Hard-of-Hearing and Deafness accessibility concerns is considered a plus**
- **DO 28 Reviews**

Sizzle on Position/Company/Environmen/Parking: MANILA is an innovative, fast-growing consulting firm dedicated to providing exemplary service and effective solutions in the areas of program management, research and analysis, information technology, assistive technology, and marketing to federal and commercial customers.

They solutions-oriented approach leads us to commit to understanding our client's requirements and translating that understanding into high-quality products and services.

One of the strengths that MANILA has successfully developed during these past years involves the responsiveness to rapidly changing markets and technologies. This strength is vital to us as our client base grows, competitive pressures increase, technology and knowledge become more specialized and dynamic, and traditional ways of doing business change constantly.

When does client want candidate to start? Immediately to 2weeks

**REMIND CANDIDATE TO ASK FOR THE JOB
INTERVIEW PREP**

## Interview Prep Checklist

1.  Reconfirm Rate:_____

2.  Reconfirm 1099 Qualifications:

    _____Federal Tax ID #?

    _____$1M of General Liability Insurance?

3.  Reconfirm Start Date:_____

4.  Other Opportunities:
    Have you been on any other interviews that you have NOT heard back from yet?
_____

        Where/When?_____
        How does this job compare to the other?

            Technology_____

Rate_____

Location_____
Will you make a decision about this position if you have NOT heard back from the other
yet?_____
_____

Do you have any other interviews scheduled?_____

Where/When?_____
If I get an offer before this interview will you cancel that interview and Accept?_____

If no, Why?_____

5.  Are you working currently?_____

Why are you leaving your current position/contract?_____

Would you consider a counteroffer?_____

6.  Is there anything else that will prevent you from making a decision right after the

interview?_____
_____

If yes, what is the objection?_____

7.  Do we have two checked references?

If no, get names and phone numbers:_____

8.  Any other possible flags or objections?_____

**Remind candidate to ASK FOR THE JOB!**
**Remind candidate to defer all questions regarding, rate, references, etc...to their RCM Rep.**
**REMIND CANDIDATE TO CALL YOU IMMEDIATELY AFTER THE INTERVIEW**

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Wednesday, November 29, 2006 4:07 PM |
| **To:** | Blackford, William |
| **Subject:** | ScenePro prep |
| **Attachments:** | Interview Prep Sr J2EE.doc |

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

301-986-1412        www.rcmt-dc.com

## INTERVIEW PREP

| Consultant | Rate | Date | Time | Alt-Time | In-person | *Phone |
|---|---|---|---|---|---|---|
| Olidies Rodrigues | $95/hr | 11/30 | 100 | NA | Y | NA |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

COMPANY: ___ScenePro  @ NCI_____

ADDRESS: _____NCI Center for Bioinformatics offices:
6116 Executive Blvd.
Suite 705
Rockville, MD-20852

Phoneview – contractor to call manager_____manager to call contractor__ ____Phone Number:__

**Make sure candidates invite themselves in for an in-person interview**

Who will contractor speak to? Smita Hastak (301)402-4063.

Name:_ Smita Hastak _____ Title:___Project Manager_____

Is this person technical? ___Very_____

What is the manger's personality? Hard to read, nice person, very techie…

Will there be anyone else involved in interview process?__Not to my knowledge_____

If yes, Names and are they interviewing for technical skills or personality match?_____

What technical skills should he/she be prepared to highlight and discuss in depth?

That he can provide full project life cycle software development services for business critical systems application support

That he can design and implement a localized interface layer between a commercial off the shelf product (Classic ASP based)

That he has demonstrated superior skills in OOAD, J2EE, JSP, ASP, C, Perl, and SQL Server stored procedures.  Serve as mentor to team members less familiar with these technologies.

That he can provide daily support of and ongoing enhancements to existing systems to ensure critical production and project deadlines are met.

That he is capable of working with business line designees and lead systems development resources to improve processing efficiency through systems and business process improvements.

That he can implement testing procedures for both business and systems personnel to ensure projects, enhancements, and support fixes meet deliverable goals.

That he can ensure risk areas of the business are mitigated through systems and business processes.

How long will interview last?__One to one and a half hours__ _____

Will this be a one step interview process?  Yes - Typically

When can we expect the hiring manager to make a final decision?_ASAP – 48hrs after interview_____

Skills To Highlight/Add'l Details? J2EE and Above skills

Sizzle on Position/Company/Environmen/Parking: **The National Cancer Institute (NCI) is a component of the National Institutes of Health (NIH), one of eight agencies that compose the Public Health Service (PHS) in the Department of Health and Human Services (DHHS). The NCI, established under the National Cancer Act of 1937, is the Federal Government's principal agency for cancer research and training. The National Cancer Act of 1971 broadened the scope and responsibilities of the NCI and created the National Cancer Program. Over the years, legislative amendments have maintained the NCI authorities and responsibilities and added new information dissemination mandates as well as a requirement to assess the incorporation of state-of-the-art cancer treatments into clinical practice.**

**The National Cancer Institute coordinates the National Cancer Program, which conducts and supports research, training, health information dissemination, and other programs with respect to the cause, diagnosis, prevention, and treatment of cancer, rehabilitation from cancer, and the continuing care of cancer patients and the families of cancer patients. Specifically, the Institute:**

- **Supports and coordinates research projects conducted by universities, hospitals, research foundations, and businesses throughout this country and abroad through research grants and cooperative agreements.**
- **Conducts research in its own laboratories and clinics.**
- **Supports education and training in fundamental sciences and clinical disciplines for participation in basic and clinical research programs and treatment programs relating to cancer through career awards, training grants, and fellowships.**
- **Supports research projects in cancer control.**
- **Supports a national network of cancer centers.**
- **Collaborates with voluntary organizations and other national and foreign institutions engaged in cancer research and training activities.**
- **Encourages and coordinates cancer research by industrial concerns where such concerns evidence a particular capability for programmatic research.**
- **Collects and disseminates information on cancer.**
- **Supports construction of laboratories, clinics, and related facilities necessary for cancer research through the award of construction grants.**

When does client want candidate to start?_ASAP

**REMIND CANDIDATE TO ASK FOR THE JOB**
**INTERVIEW PREP**

**Interview Prep Checklist**

1. Reconfirm Rate:_____

2. Reconfirm 1099 Qualifications:

      _____Federal Tax ID #?

      _____$1M of General Liability Insurance?

3. Reconfirm Start Date:_____

4. Other Opportunities:
      Have you been on any other interviews that you have NOT heard back from yet?
_____

             Where/When?_____
             How does this job compare to the other?

                 Technology_____

                 Rate_____

                 Location_____
             Will you make a decision about this position if you have NOT heard back from the other
yet?_____
_____

      Do you have any other interviews
scheduled?_____

             Where/When?_____
             If I get an offer before this interview will you cancel that interview and
Accept?_____

             If no,
Why?_____

5. Are you working currently?_____

    Why are you leaving your current position/contract?_____

    Would you consider a counteroffer?_____

6. Is there anything else that will prevent you from making a decision right after the

interview?_____
_____

If yes, what is the objection?_____

7. Do we have two checked references?

   If no, get names and phone numbers:_____

---

8. Any other possible flags or objections?_____

**Remind candidate to ASK FOR THE JOB!**
**Remind candidate to defer all questions regarding, rate, references, etc...to their RCM Rep.**
**REMIND CANDIDATE TO CALL YOU IMMEDIATELY AFTER THE INTERVIEW**

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Tuesday, December 05, 2006 2:45 PM |
| **To:** | Blackford, William |
| **Subject:** | CIO Prep |
| **Attachments:** | Interview Prep CIO.doc |

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**INTERVIEW PREP**

| Consultant | Rate | Date | Time | Alt-Time | In-person | *Phone |
|---|---|---|---|---|---|---|
| Aogostino Pintus | ? | 12/8 | 2pm | NA | Y | NA |
| | | | | | | |
| | | | | | | |

COMPANY:  State Department Federal Credit Union (www.sdfcu.org)

ADDRESS: 1630 King Street; Alexandria, VA

Phoneview – contractor to call manager_____manager to call contractor__ ____Phone Number:__
### Make sure candidates invite themselves in for an in-person interview

Who will contractor speak to? He will meet me and together we will ask for Sharon Camper, Director of HR

Name:_Jan Roche_____ Title:__CEO_____

Is this person technical? __No_____

What is the manger's personality? To the point, blunt, typical CEO

Will there be anyone else involved in interview process?_Yes, Sharon Camper, Director of HR.  Will be also meeting with VO of Mktg, VP of Member Experience, Sr. VP of Lending, Sr. VP of FI/CFO_____

If yes, Names and are they interviewing for technical skills or personality match?_Only know Sharon.  She is nice, **professional, conversational ext.  Aogostino has already spoken to her.**_____

What technical skills should he/she be prepared to highlight and discuss in depth State Department Federal Credit Union; up to $250+ per hour; duration depends on what he finds and what he needs to change… We will also get the nod to find the full time CIO as well.  Job description attached.

State Department Federal Credit Union
1630 King Street
Alexandria, Virginia 22314-2745

Ø    15 Folks in current IT shop

Ø    200 Desk Tops currently being supported

Ø    Some old Mainframe environment

Ø    Current Director IS NOT a leader and has poor communications kills.

Ø    70 year old company; new management team; no directional  guidance in where they want or need to go with their information systems

Ø    Ability to assess current team to include their IT Skills

Ø    Ability to assess and make recommendation on General IT moving forward (great IT skills a plus)

Ø    Currently using a process system call Sumit.

Ø    Must be process driving with STRONG strategic planning skills.

Ø     Candidate must be thoroughly analytical to not only oversee process and strategy but to help make suggestions and recommendations on how to improve ineffective planning

Ø     BIG 10 experience a plus

Ø     Some one capable of diagramming flow changes, g

Ø     Gap analysis and change mngt. (team a little stale)

Ø     Financial Experience an absolute MUST _____

How long will interview last?_3hrs___ _____

Will this be a one step interview process?  Not sure.  Doubt it.

When can we expect the hiring manager to make a final decision?__1week or so_____

Skills To Highlight/Add'l Details?

Sizzle on Position/Company/Environmen/Parking:

When does client want candidate to start?_ASAP_ _____

**REMIND CANDIDATE TO ASK FOR THE JOB**
**INTERVIEW PREP**

## Interview Prep Checklist

1.  Reconfirm Rate:_____

2.  Reconfirm 1099 Qualifications:

        _____Federal Tax ID #?

        _____$1M of General Liability Insurance?

3.  Reconfirm Start Date:_____

4.  Other Opportunities:
        Have you been on any other interviews that you have NOT heard back from yet?
_____

Where/When?_____

How does this job compare to the other?

Technology_____

Rate_____

Location_____

Will you make a decision about this position if you have NOT heard back from the other

yet?_____

_____

Do you have any other interviews

scheduled?_____

Where/When?_____

If I get an offer before this interview will you cancel that interview and

Accept?_____

If no,

Why?_____

5.  Are you working currently?_____

Why are you leaving your current position/contract?_____

Would you consider a counteroffer?_____

6.  Is there anything else that will prevent you from making a decision right after the

interview?_____

_____

If yes, what is the

objection?_____

7.  Do we have two checked references?

If no, get names and phone

numbers:_____

8.  Any other possible flags or

objections?_____

**Remind candidate to ASK FOR THE JOB!**

**Remind candidate to defer all questions regarding, rate, references, etc...to their RCM Rep.**

**REMIND CANDIDATE TO CALL YOU IMMEDIATELY AFTER THE INTERVIEW**

## Delaney, Sean

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Tuesday, December 12, 2006 2:56 PM |
| **To:** | Blackford, William |
| **Subject:** | Prep |
| **Attachments:** | Interview Prep Steven Chung.doc |

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**INTERVIEW PREP**

| Consultant | Rate | Date | Time | Alt-Time | In-person | *Phone |
|---|---|---|---|---|---|---|
| Stephen Chung | 70 | 12/13 | 930 | NA | YES | NA |
| | | | | | | |
| | | | | | | |

COMPANY: ATS/Education

ADDRESS:
1990 K Street, NW
Washington, DC 20006
9th Floor

Phoneview – contractor to call manager_____manager to call contractor__ ____Phone Number:__

### <u>Make sure candidates invite themselves in for an in-person interview</u>

Who will contractor speak to? Ed Vaden

Name:

Ed Vaden
703.930.8079 (mobile)
202.502.7885 (office)

If Ed is not there...
Brian Taylor
301.980.5138 (mobile)
202.502.7498 (office)

Is this person technical? Both are very technical.  Brian is the PM and ED is a Lead. Developer

What is the manger's personality? Ed is very down to earth, and very friendly.  He is not your typical IT guy... He can speak about all things IT and NON IT.  However, Todd tells me that Brian and Ed are he is very similar.  Brian is very protective and team orientated... He had a hard time firing people --- wants everyone to like him.

Will there be anyone else involved in interview process? Depending on schedules, some other team member may join in.  However, it is typical just Ed and Brian --- Ed will be the main decision maker

If yes, Names and are they interviewing for technical skills or personality match? **If anyone else, other team members... they would be peers to Michael should he receive the job**

What technical skills should he/she be prepared to highlight and discuss in depth?  Steven should be prepared to discuss hie experience with the following
- Responsible for the administration and maintenance of servers in Windows 2000/2003 Enterprise network with Windows 2003 Active Directory.
- Build, SmartStart, configure, troubleshoot and integrate new and existing HP hardware to provide enhancements, application deployment and infrastructure upgrades.
- Manage daily and weekly backups with Veritas Backup Exec and NetBackup.
- Perform web application load testing with QALoad.
- Perform web application analysis with Cast.
- Set-up VTC (Video Teleconferences) for client with remote locations.
- Manage Citrix Server and support Citrix clients.
- Recommends software and hardware upgrades to customer, diagnose and correct performance issues.
- Monitor server resources and event logs with the goal of achieving maximum server uptime and availability for the customer.

**strong verbal and written communication skills an <u>absolute</u> must. Must work well in a small team and be a high-energy self-starter. If you like to work hard and be rewarded for it, this position is for you.   Should make it known that he is a team player... Brian and Ed are team/cohesive oriented.**

How long will interview last? Up to 2 hours... Most likely 1 ½ hours

Will this be a one step interview process? Most likely yes.  The Education manager likes to meet all candidates.  If he is there, no problem..  However, if he is not, Michael might need to come back in for a second interview

When can we expect the hiring manager to make a final decision? Immediately to 24hours.

Skills To Highlight/Add'l Details?  See above and... speak to exposure experience supporting application/database developers to update and migrate ASP/.NET web applications running on IIS 5/6 with a SQL 2005 backend.

Sizzle on Position/Company/Environment/Parking:
Location:
1990 K Street, NW
Washington, DC 20006
9th Floor

This building is close to the Farragut West (Orange Line/Blue Line) and Farragut North (Red Line) metro stops. If Michael comes from Alexandria, he'll probably go via the blue line the whole way. There is also plenty of public parking garages around.

When does client want candidate to start?  About two weeks from offer.  However, please remember that candidate will need to go thru there POT process and CAN NOT start until clearance is approved.  Clearance typically comes back within 1 ½ weeks after submitting final paperwork.


**REMIND CANDIDATE TO ASK FOR THE JOB**
**INTERVIEW PREP**


## Interview Prep Checklist

1.  Reconfirm Rate:_____

2.  Reconfirm 1099 Qualifications:

     _____Federal Tax ID #?

     _____$1M of General Liability Insurance?

3.  Reconfirm Start Date:_____

4. Other Opportunities:
 Have you been on any other interviews that you have NOT heard back from yet?
_____

 Where/When?_____
 How does this job compare to the other?

  Technology_____

  Rate_____

  Location_____
 Will you make a decision about this position if you have NOT heard back from the other
 yet?_____
_____

 Do you have any other interviews
scheduled?_____

 Where/When?_____
 If I get an offer before this interview will you cancel that interview and
Accept?_____

  If no,
Why?_____

5. Are you working currently?_____

 Why are you leaving your current position/contract?_____

 Would you consider a counteroffer?_____

6. Is there anything else that will prevent you from making a decision right after the

interview?_____
_____

 If yes, what is the
objection?_____

7. Do we have two checked references?

 If no, get names and phone
numbers:_____

8. Any other possible flags or
objections?_____

Remind candidate to ASK FOR THE JOB!
Remind candidate to defer all questions regarding, rate, references, etc…to their RCM
Rep.
REMIND CANDIDATE TO CALL YOU IMMEDIATELY AFTER THE INTERVIEW

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Wednesday, December 13, 2006 10:59 AM |
| **To:** | Blackford, William |
| **Subject:** | Thomson Prep |
| **Attachments:** | Interview Prep Mid-Tier Dev..doc |

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**INTERVIEW PREP**

| Consultant | Rate | Date | Time | Alt-Time | In-person | *Phone |
|---|---|---|---|---|---|---|
| Joe Lewis | 112K | ? | ? | 0 | X | |
| | | | | | | |
| | | | | | | |

COMPANY: **Thomson Financial/Tradeweb**

ADDRESS:
**1455 Research Boulevard**
**Rockville, MD 20850**
**Phone 301.545.4000   Fax  301.545.4900**

Phoneview – contractor to call manager_____ manager to call contractor__ ____Phone Number:__
**Make sure candidates invite themselves in for an in-person interview**

Who will contractor speak to? **Candidate should ask for John.  If John is not available ask for Christine.**

Name: **John Gu/Christine Cain Harris**      Title: **Project Manager/Business Manager**

Is this person technical? **John Gu is very technical.  Please be prepared to discuss technical background with John.  Christine is NOT technical but may speak with candidate after interview to see how it went.**

What is the manger's personality? **Very dry.  Hard for me to understand sometime.  He has a thick Asian accent. John is also very technical.  To that end, most of interview with John will be based around technology.  Candidate will meet the rest of the team as well.  Other PM's candidate may meet with Will Iandello and/or Thomas Spendly.  Other team members will be present for interview.  I do not know who they are.  Interviews are typically one on one but, sometimes there are two people in the interview at the same time.**

Will there be anyone else involved in interview process? **Yes.  Some team members — about 3... Plus maybe other PM's (Will and Thomas)**

If yes, Names and are they interviewing for technical skills or personality match? **Thoams is very dry to.  Will is more out going.  If personal questions are asked, Thomas and/or Will will be the ones to ask them (other team members may ask as well — again, I don't know who other team members are).**

What technical skills should he/she be prepared to highlight and discuss in depth **Candidate should be prepared to discuss .NET skills. Specificall C#.  Other skills they should highlight will be ASP, JavaScript and XSLT.  SDLC is important as well.  Candidate should be able to relate past experience developing missing critical web applications.  Clear and concise communication skills must be obvious!!!!  Again, John is very technical and typically only wants to talk technologies... candidate should play into this and reciprocate.**

How long will interview last?  **The interview typically lasts one to one and half hours.  Anything less is probably not good.**

Will this be a one step interview process?  Yes

When can we expect the hiring manager to make a final decision? **Within 48 hours.  Sooner if very impressed... first hire was within three hours/**

Skills To Highlight/Add'l Details? **See above**

Sizzle on Position/Company/Environmen/Parking: **Parking is in front of the building.  TradeWeb is the world's leading online marketplace for fixed-income securities and derivatives. TradeWeb offers a complete spectrum of services. You can view the largest fixed-income markets in real time via TradeWeb's premier Market Data. You get unprecedented depth and breadth of information as well as accurate bid and offer indications.**

**TradeWeb's dealer-to-customer online marketplace provides the deepest pool of liquidity for fixed-income products. Today, the network delivers the market-making power of 36 of the world's leading primary dealers to over 2,200 of the largest buy-side institutions. Since inception in 1998, more than $110 trillion in bond trades have been executed over the TradeWeb network. Over $420 billion in securities has changed hands through TradeWeb on a single day. Get live, executable prices from multiple dealers and markets in seconds, get true price discovery in our fourteen products - U.S.**

Have you been on any other interviews that you have NOT heard back from yet?
_____

Where/When?_____
How does this job compare to the other?

Technology_____

Rate_____

Location_____
Will you make a decision about this position if you have NOT heard back from
the other
yet?_____
_____

Do you have any other interviews
scheduled?_____

Where/When?_____
If I get an offer before this interview will you cancel that interview and
Accept?_____

If no,
Why?_____

5.  Are you working currently?_____

Why are you leaving your current position/contract?_____

Would you consider a counteroffer?_____

6.  Is there anything else that will prevent you from making a decision right after the

interview?_____
_____

If yes, what is the
objection?_____

7.  Do we have two checked references?

If no, get names and phone
numbers:_____

8.  Any other possible flags or
objections?_____
**Remind candidate to ASK FOR THE JOB!**

**Remind candidate to defer all questions regarding, rate, references, etc…to their RCM Rep.**
**REMIND CANDIDATE TO CALL YOU IMMEDIATELY AFTER THE INTERVIEW**

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Thursday, October 05, 2006 3:50 PM |
| **To:** | Baillie, Scott |
| **Subject:** | FW: New position opening - Technical Writer |
| **Importance:** | High |
| **Attachments:** | New Tech Writer Position_DOL.doc |

Heads up... no one else...

SD

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Cailin Walsh [mailto:cwalsh@manilaconsulting.net]
**Sent:** Thursday, October 05, 2006 3:50 PM
**To:** Delaney, Sean
**Cc:** Maria Rojas; Marisela Colunga
**Subject:** New position opening - Technical Writer
**Importance:** High

Sean,

We have an opening on one of our DOL contracts for a Tech Writer.  Please see attached for the job description. This person will work at the client site, located downtown at DOL's main building (200 Constitution Ave.).

The maximum billable rate we can afford to pay RCM for this position is $61.  We are interested in a 6 month temp-to-perm scenario.  We also ask that the candidate's salary requirement after the 6 month time period be provided to us.  The maximum conversion salary after the 6 months is $79,000.

Please forward resumes to Maria, Marisela, and I.

Thanks,

Cailin

**New Technical Writer Position at DOL**

Job Description:

- Reviewing documentation for quality assurance.

- Record and distribute minutes of the IT Security Team meetings, as well as others.

- Research IT security issues in support of documentation requirements.

- Compose and write IT security documents, e.g., IT security newsletters, posters, flyer, and so forth.

- Maintain a central depository of IT security documentation.

- Prepare technical reports and project related documentation including test instructions and associated procedures.

- Participating in training/testing and the preparation of materials for these task(s).

- Assist in the development and maintenance of security plans, privacy impact assessments, and contingency plans, etc. for all general support systems and major applications.

- Participate in risk assessments preparation to periodically re-evaluate sensitivity of the system, risks, and mitigation strategies.

- Participate in self-assessments of system safeguards and program elements and in certification and accreditation of systems.

- Assist in the development of system administration and operational procedures, guides, and manuals.

- Perform the ad hoc writing assignments as deemed appropriate.

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Thursday, October 19, 2006 4:06 PM |
| **To:** | Baillie, Scott |
| **Subject:** | Interview Prep BA |
| **Attachments:** | Interview Prep BA.doc |

Forgot the address... new prep has been updated...

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**INTERVIEW PREP**

| Consultant | Rate | Date | Time | Alt-Time | In-person | *Phone |
|---|---|---|---|---|---|---|
| Jing Tosh | 70 | 10/19 | 10am | NA | Yes | NA |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

COMPANY: <u>Manila Consulting Group at DoL</u>

ADDRESS: <u>1341 G Street, N.W., Ste 200, Washington, DC 20005</u>

Phoneview – contractor to call manager_____manager to call contractor__ __Phone Number:__

### <u>Make sure candidates invite themselves in for an in-person interview</u>

Who will contractor speak to? Mike Nguyen and Jason

Name: Mike Nguyen and Jason  Title: Project Manager and Sr. Data Base Developer

Is this person technical? Both interviews will be technical to some extent.  Mike will ask technical questions from a 30,000 foot level.  Questions like,"I see on your resume that you used HTML prototypes… tell me how you did this?" and "I see on your resume that you have worked with DreamWeaver, tell me in what capacity."  These are questions that he will ask based on her resume.  Client is not necessarily looking for a strong technical person… but have one on team will help.  Mike is also going to dig in personality wise.  Make sure she is a good fit with the rest of the team.  Current team is 4 but will grow several head count over the next year.  Manila also has another team at DoL… Mike is not involved with that team.  Furthermore, Mike is going to dig in to her SDLC.  He wants to make sure she understands how she sees her role playing in to the full lifecycle.  And lastly, he will drill down on her BA experience… She should be extremely familiar with the requirement and the dot points on it.  Make sure she is prepared to answer each dot point.  Her interview with Mike will last an hour.

She will then meet with Jason for a ½ hour.  Jason's interview is going to be purely technical.  He is the Sr. Database Developer.  She mentioned to mike that she can read or code SQL if she has to.  She should be prepared to discuss this with Jason.  Again, although this is not a technical position, her bringing this up and reviewing it with Mike over the phone was a good thing.  She will now need to back this up.

What is the manger's personality? Mike is a super nice guy.  Not your typical PM.  He is communicative, detailed orientated, and very well rounded.  He will probably build some rapport prior to diving into the technical questions.  He seems to be very upfront, honest and helpful… have her use this to her advantage.

Will there be anyone else involved in interview process? Yes, see above… Jason

If yes, Names and are they interviewing for technical skills or personality match? **Jason is very technical and most of his the conversation will be technical.  However, he does have a similar personality to Mike… very out going and communicative.**

What technical skills should he/she be prepared to highlight and discuss in depth: <u>Listed above</u>

---

How long will interview last? One hour and a half

Will this be a one step interview process?  Yes

When can we expect the hiring manager to make a final decision? Later that same day

Skills To Highlight/Add'l Details?

The U.S. Department of Labor, Employment and Training Administration (ETA), is responsible for administering over five thousand grant initiatives in order to promote "job training, employment, labor market information, and income maintenance services" for Americans in today's workforce. These grant initiatives are broken out by function and governed by various Program Offices within ETA. Each Program Office thereby generates

various types of financial and tracking data in order to support their individual program efforts.

MANILA has been charged with the collection, organization, and distribution of the data generated by the Program Offices to establish an ETA wide data warehouse and reporting system. To implement this task, MANILA currently supports multiple intranet web-based applications. These applications combine data from various sources and mold it into useful information for on-line analytical processing by hundreds of ETA users nationwide. ETA users may then manipulate, display and analyze this information to support and improve their business processes and enhance the services provided to their grant recipient customers.

Our web-based solution for ETA's information needs comprise three separate components: data warehousing, reporting, and Program Office support. The data warehousing portion refers to the gathering and categorizing of data from multiple Program Office sources. Reporting refers to the web-based applications that allow ETA users to view information in graphical, tabular, or reporting displays. In providing Program Office support, MANILA works with ETA staff members to analyze existing business practices in order to automate any manual procedures used to support their decision support processes.

MANILA has also been tasked to establish and administer new internet web applications that will allow the general public to access information supplied by the ETA Program Offices.

Sizzle on Position/Company/Environment/Parking: **High profile project... DoL on resume... 1 block from Metro Center... Manila is a great company...** MANILA is an innovative, fast-growing consulting firm dedicated to providing exemplary service and effective solutions in the areas of program management, research and analysis, information technology, assistive technology, and marketing to federal and commercial customers.

They solutions-oriented approach leads us to commit to understanding our client's requirements and translating that understanding into high-quality products and services.

One of the strengths that MANILA has successfully developed during these past years involves the responsiveness to rapidly changing markets and technologies. This strength is vital to us as our client base grows, competitive pressures increase, technology and knowledge become more specialized and dynamic, and traditional ways of doing business change constantly.

When does client want candidate to start? Immediately to two weeks...

**REMIND CANDIDATE TO ASK FOR THE JOB**
**INTERVIEW PREP**

**Interview Prep Checklist**

1. Reconfirm Rate:_____

2. Reconfirm 1099 Qualifications:

    _____Federal Tax ID #?

    _____$1M of General Liability Insurance?

3. Reconfirm Start Date:_____

4. Other Opportunities:
    Have you been on any other interviews that you have NOT heard back from yet?
_____

            Where/When?_____
            How does this job compare to the other?

                Technology_____

                Rate_____

                Location_____
            Will you make a decision about this position if you have NOT heard back from
            the other
            yet?_____
            _____

        Do you have any other interviews
scheduled?_____

            Where/When?_____
            If I get an offer before this interview will you cancel that interview and
Accept?_____

                If no,
Why?_____

5. Are you working currently?_____

    Why are you leaving your current position/contract?_____

    Would you consider a counteroffer?_____

6. Is there anything else that will prevent you from making a decision right after the interview?_____

_____

     If yes, what is the
objection?_____

7. Do we have two checked references?

     If no, get names and phone
numbers:_____

8. Any other possible flags or
objection?_____

**Remind candidate to ASK FOR THE JOB!**

**Remind candidate to defer all questions regarding, rate, references, etc…to their RCM Rep.**

**REMIND CANDIDATE TO CALL YOU IMMEDIATELY AFTER THE INTERVIEW**

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Thursday, October 26, 2006 3:47 PM |
| **To:** | Baillie, Scott |
| **Subject:** | Seth Lowe Prep... |
| **Attachments:** | IV Prep S.Lowe.doc |

Directions:
I-270 South
Take the MD-124
Bear right and head toward Quince Orchard Rd
Bear right at Quince Orchard Rd
Turn right at Firstfield Rd
Turn right at Clopper Rd
Turn right at W Watkins Mill Rd

Arrive at 25 W Watkins Mill Rd
Gaithersburg, MD 20878

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**INTERVIEW PREP**

| Consultant | Rate | Date | Time | Alt-Time | In-person | *Phone |
|---|---|---|---|---|---|---|
| Seth Lowe | $55 | 10/26 | 130 | N/A | X | N/A |
| | | | | | | |
| | | | | | | |

COMPANY: <u>MedImmune</u>

ADDRESS: <u>25 West Watkins Mill Road (Building B), Gaithersburg, MD</u>

Phone interview – contractor to call manager_____manager to call contractor__ ____Phone Number:__

## <u>Make sure candidates invite themselves in for an in-person interview</u>

Who will contractor speak to? <u>Bruce Cochran, IT Manager.  When she arrives, Seth arrives, he will meet me, and we will call Bruce to come get her.  There is no reception area.  Bruce's number is 301-398-5596</u>

Name: <u>Bruce Cochrane</u>    Title: <u>IT Manager</u>

Is this person technical? <u>Yes, very technical.  Jack of all trade when it comes to server's and environments… and a master of most</u>

What is the manger's personality? <u>Very nice, laid back.  Very personable.  Is not you typically IT Manager.  He can carry on a conversation beyond IT.  However, don't be fooled --- he is very technical.  His personality is very shifty.  He is either very outgoing or not.</u>

Will there be anyone else involved in interview process? <u>Yes, she will be meeting with 4 other team members.  This interview will be a panel style interview where candidate will sit around a table and have technical discussions and questions.</u>

If yes, Names and are they interviewing for technical skills or personality match? <u>Not known</u>

What technical skills should he/she be prepared to highlight and discuss in depth: Bruce is looking to Seth to monitor the back ups.  Bruce knows without a doubt that Seth can do this.  His concerns with Seth are of a different nature.  Like Seth Bruce came from a small managed care shop where there do not have the in-depth polices and procedures that a large shop/enterprise like MedImmune has.  Seth will need to convince Bruce and team that he is capable of picking these policies and procedures up.  Furthermore, Seth will need to convey that he is more then happy and willing to add new technologies to his repertoire.  This are technologies that MedImmune is currently running --- Active Directory is one.  Seth selling them on using his free time learning these new networking skills is what will or will not get him the job.  "We know Seth can swim… we just need to see how fast…"

How long will interview last? <u>Budgeted for 60 mins</u>

Will this be a one step interview process?  <u>Yes.</u>

When can we expect the hiring manager to make a final decision?  <u>Immediately… Monday at the latest!</u>

- Skills To Highlight/Add'l Details? <u>Above skills are necessary… the following is equally as important…</u>
  Administration and operation of backups systems.
    - Support CommVault, Legato Networker, and Veritas Back Exec
    - Perform incremental and full backups of multiple servers to tape.
    - Monitor jobs daily, troubleshoot failed jobs.
    - Maintain adequate supply of empty tapes.
    - As called for, retrieving used tapes from changer and insert empty tapes.
    - Interface with offsite storage vendor for pickup and delivery of tapes.
    - Must maintain a correct inventory.
    - Perform restores as requested, schedule return of tapes from offsite for restores.
    - Install and configure clients as necessary.
    - Maintain backup servers, tape drives and disk storage in a good condition, must keep current with software levels and patches.
    - Provide backup reports.
    - Systems monitoring and metrics reporting.
    - Produce SOX artifacts as requested showing adherence to applicable Key Control Area's (KCAs).
    - Coordinate troubleshooting, upgrade, and repair of backup system hardware and software components.

- Work with vendors to resolve issues.
- Monitor capacity and performance. Work with Enterprise Engineering to expand capacity as needed.
- Ensure DR backup system is functioning.
- Process backup system Support tickets.
- Optimize backup system as needed.

- General Support
  - Process general Support tickets.
  - Produce and document technical information including operational procedures.
  - Research, test, evaluate, and implement third party solutions as needed.
  - Data center operations to include cabling.
  - Participate in monthly maintenance outage.
  - Work outside of core business hours as necessary.
  - Interface with other departments for Incident and/or Problem resolution.

## Requirements and Qualifications

### Education

- Two year computer-related degree or equivalent experience.
- Hardware A+ certification desirable.
- Formal training in CommVault, Legato Networker, or Veritas Back Exec is a plus.

### Experience Required

- Minimum of two years professional experience in an IT environment to include a minimum of one year experience in a Microsoft Windows environment.
- Experience with backup software such as CommVault, Legato Networker, Veritas Back Exec, or NT Backup is desirable.
- Knowledge and skill with Microsoft Windows NT, 2000, 2003, and XP.
- Understanding of Microsoft directory structures.
- Experience with a SAN and HBA setup is a plus.
- Experience collecting and analyzing performance data from a variety of sources including Performance Monitor, Event Logs, and other data sources. Ability to analyze, manipulate, and report such data.
- Knowledge of and experience with a variety of third-party products.
- Good oral and written communications skills with the ability to express technical knowledge, processes, and procedures, in a clear, orderly and easily understood manner.
- Excellent troubleshooting skills.
- Proactive with ideas and concepts.
- Experience with a service/support ticketing system.

### Other Skills and Abilities Required

- Must be willing and able to travel between Gaithersburg and Frederick to maintain the backups at each of these sites
- Ability to work unsupervised.
- Self starter.
- Team player.
- Ability to work within a structured environment.
- Good customer service skills.
- Awareness of ITIL Service Management principles and processes.

Sizzle on Position/Company/Environment/Parking: Parking is free and is in front of building. Huge Bio company with 12+ clinical trials happening… Big things are happening at MedImmune.

When does client want candidate to start? Immediately to two weeks…

**REMIND CANDIDATE TO ASK FOR THE JOB
INTERVIEW PREP**

**Interview Prep Checklist**

1. Reconfirm Rate:_____

2. Reconfirm 1099 Qualifications:

    _____Federal Tax ID #?

    _____$1M of General Liability Insurance?

3. Reconfirm Start Date:_____

4. Other Opportunities:
    Have you been on any other interviews that you have NOT heard back from yet?
_____

            Where/When?_____
            How does this job compare to the other?

                Technology_____

                Rate_____

                Location_____
            Will you make a decision about this position if you have NOT heard back from
            the other
            yet?_____
            _____

        Do you have any other interviews
scheduled?_____

            Where/When?_____
            If I get an offer before this interview will you cancel that interview and
Accept?_____

                If no,
Why?_____

5. Are you working currently?_____

   Why are you leaving your current position/contract?_____

   Would you consider a counteroffer?_____

6. Is there anything else that will prevent you from making a decision right after the

interview?_____

_____

      If yes, what is the
   objection?_____

7. Do we have two checked references?

      If no, get names and phone
   numbers:_____

8. Any other possible flags or
   objections?_____

   **Remind candidate to ASK FOR THE JOB!**
   **Remind candidate to defer all questions regarding, rate, references, etc...to their RCM**
   **Rep.**
   **REMIND CANDIDATE TO CALL YOU IMMEDIATELY AFTER THE INTERVIEW**

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Friday, December 01, 2006 10:53 AM |
| **To:** | Baillie, Scott |
| **Subject:** | FW: Aktar Hossain-SR Software Test-SAIC - Request for interview |

**Attachments:** Directions to SAIC.doc; Interview Prep. Ron Testing.doc

   

Directions to    Interview Prep.
AIC.doc (33 KB).Ron Testing.do...

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)


-----Original Message-----
From: Delaney, Sean
Sent: Monday, November 27, 2006 1:09 PM
To: Ayers, Kim
Subject: RE: Aktar Hossain-SR Software Test-SAIC - Request for interview

Prep attached.


_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)


-----Original Message-----
From: Ayers, Kim
Sent: Monday, November 27, 2006 12:23 PM
To: Delaney, Sean
Subject: FW: Aktar Hossain-SR Software Test-SAIC - Request for interview

 Can interview on Tues or Wed of next week at 9am.  He cannot do this wee because he is
committed to a deployment that they are in the middle of.

-----Original Message-----
From: Delaney, Sean
Sent: Monday, November 27, 2006 10:30 AM
To: Ayers, Kim
Subject: FW: Aktar Hossain-SR Software Test-SAIC - Request for interview

Kim,
See if Aktar can f2f interview Tuesday or Wednesday at 9am, 930 or 10am.  Also Thursday anytime

1-4pm.

Aktar will meet with Mike first and Ron after that.

SD

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)


-----Original Message-----
From: Woodland, Wanda W. [mailto:WANDA.W.WOODLAND@saic.com]
Sent: Monday, November 27, 2006 10:21 AM
To: Delaney, Sean
Subject: FW: Aktar Hossain-SR Software Test-SAIC - Request for interview


Subject: FW: Aktar Hossain-SR Software Test-SAIC

Wanda,

Please set up an interview with Aktar Hossain for me.  I am available on
Tuesday and Wednesday mornings, and on Thursday afternoon.

Thank you,

Directions to SAIC – 1120 Vermont Ave, Ste 300

From Virginia: Entering Washington from Virginia via 395 Traveling north on 395 enter the District of Columbia by crossing the 14th street bridge which will put you on 14th heading north. Travel north on 14th until you reach the intersection of 14th and I street, NW, turn left onto I street and prepare to turn right at the next intersection, which is 15th and I. After turning onto 15th street, travel north, 15th street becomes Vermont Ave after you cross K street. Stay on Vermont Ave. and after crossing L street you are in the 11 hundred block of Vermont Ave. Look for the office on the left side of the Street at 1120 Vermont Ave.

From Maryland: East of Washington Entering the city from the east, using route 50 (New York Ave). Follow New York Avenue into the city and downtown to 7th street. At 7th street turn right and drive one block to L street and turn left. Follow L street to Massachusetts Ave and while in the right lane on Massachusetts Ave cross 13th street and follow the right lane to Thomas Circle. Enter the circle in the left lane and follow the circle to Vermont Avenue and turn right. The entrance to the Regional Office is in the middle of the block on the right side of the street. From Maryland: Entering the city from the North Traveling south on 16th street into the city; stay on 16th street until you reach L street and turn left onto L street. Follow L to Vermont Ave and turn left onto Vermont Ave. The office is in the middle of the Block on the left side of the street.

From Metro red line exit Fauragut North stop.  Walk three blocks down L crossing 17th, 16th, 15th until you see Vermont.  Take left on Vermont until you come to 1120 Vermont Ave.

**INTERVIEW PREP**

| Consultant | Rate | Date | Time | Alt-Time | In-person | *Phone |
|---|---|---|---|---|---|---|
| Aktar Hossain | $105 | 12/5/06 | 9am | NA | Y | NA |
| | | | | | | |
| | | | | | | |

COMPANY: SAIC/DHS (ICE)

ADDRESS: 1120 Vermont Ave, Ste 300, Washington, DC

Phoneview – contractor to call manager_____manager to call contractor__ ____Phone Number:__

### Make sure candidates invite themselves in for an in-person interview

Who will contractor speak to? Mike Bajit.  If Mike stepped away, Wanda Woodland or Ron Rosier

Name: Mike Bajit for 1st interview / Title: Team lead
Name: Ron Rosier for 2nd interview / Title: Task Lead (Ron said he would meet unless he gets pulled away from a meeting.  If he does, Mike will make the hiring decision.

Is this person technical? Both managers are extremely technical

What is the manger's personality? Mike is very technical and customer centric.  Customer First skills are extremely important to him as well as technical ability.  Ron is a nice guy who knows what he wants and wants what he knows --- and not afraid to ask for it.

Will there be anyone else involved in interview process? Not Likely.

If yes, Names and are they interviewing for technical skills or personality match?

What technical skills should he/she be prepared to highlight and discuss in depth?  All testing skills automative and manual.  Automative is key, should be prepared to speak to Mercury tools (test director, loadrunner/winrunner).  Must be able to convey they can understand requirements documents; write test plans, eval software, perform systems tests.  Must also be able to work with system users who may not be knowledgeable in test procedures and to assist in user acceptance tests

Other notable attributes to highlight are:  QTP, Independent testing… they want to know that Aktar has not done all his testing as part of a test team --- that he is capable of testing independently.   This is a structured environment we test plans are vital… Mike and Ron will want to know how Aktar reports his results.

How long will interview last?  1.5 hours

Will this be a one step interview process?  Yes

When can we expect the hiring manager to make a final decision? Immediately – 1 week

Skills To Highlight/Add'l Details?  All testing skills automative and manual.  Automative is key, should be prepared to speak to Mercury tools (test director, loadrunner/winrunner). Customer skills and the ability to effectively communicate with users, team and client --- this is very important.

Sizzle on Position/Company/Environmen/Parking: **DHS contract, High profile client, 5 year contract, no parking, metro accessiable.**

When does client want candidate to start? Immediately.

**REMIND CANDIDATE TO ASK FOR THE JOB**
**INTERVIEW PREP**

| Consultant | Rate | Date | Time | Alt-Time | In-person | *Phone |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

COMPANY: _____ MAIN NUMBER: _____

ADDRESS: _____

Phone I/V – Consultant to call manager: _____ Manager to call Consultant: _____ Phone Number: _____

### **Make sure candidates invite themselves in for an in-person interview**

Who will contractor ask for?

Name: _____ Title: _____ Ext#: _____

Is this person technical? _____

What is the manger's personality? _____

Alternate Person if not at desk? _____ Ext#: _____

Will there be anyone else involved in interview process? _____

    If yes, Names and are they interviewing for technical skills or personality match? _____

What technical skills should he/she be prepared to highlight and discuss in depth? _____

Will the interview involve any coding tests, test outlines, or programming languages? if yes:  Should the consultant bring in samples? _____

How long will interview last? _____

Will this be a one step interview process?  Yes   or   No;   If No, what is the next step after this interview? _____

_____

When can we expect the hiring manager to make a final decision? _____

Has the manager interviewed other people for this position? _____ If yes, what has prevented the manager from making an offer on those candidates? _____

Skills To Highlight/Add'l Details?

_____

_____

Sizzle on Position / Company / Environment /Parking:

_____

_____

When does client want candidate to start?_____

Does Sales Rep need to speak with applicant?  Yes or No

**Account Manager please attach directions to facility. REMIND CANDIDATE TO ASK FOR THE JOB**

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Friday, October 06, 2006 3:55 PM |
| **To:** | Ayers, Kim; Blackford, William |
| **Subject:** | Interview prep for Golam & Prerna |
| **Attachments:** | Interview Prep. Ron & Sherrie Testing.doc |

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

*Ayers & Blackford*

*SAIC*

301-986-1412          www.rcmt-dc.com

**INTERVIEW PREP**

| Consultant | Rate | Date | Time | Alt-Time | In-person | *Phone |
|---|---|---|---|---|---|---|
|  | BR80/PR50 | 10/9/06 | 1pm | 0 | X |  |
| Prerna Chauhan |  |  |  |  |  |  |
|  | BR80/PR48 | 10/9 | 11am | 0 | x |  |
| Golam Sayeed |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

COMPANY: SAIC/DHS (ICE)

ADDRESS: 1120 Vermont Ave, Ste 300, Washington, DC

Phoneview – contractor to call manager_____manager to call contractor__ ____Phone Number:__202-261-9000 The building is closed on Monday.  Roberta Daniels will meet them in lobby.  She is a heavy African American

<u>**Make sure candidates invite themselves in for an in-person interview**</u>

Who will contractor speak to?

Name: Mike Bajit for 1st interview / Title: Team lead
Name: India Baboolal for 2nd interview / Title: Team Lean

Is this person technical? Both managers are extremely technical

What is the manger's personality? Mike is very technical and customer centric.  Customer First skills are extremely important to him as well as technical ability.  India is very professional!  She is not reserved by any means but it NOT a type A.  She tends to be blunt and too the point

Will there be anyone else involved in interview process? Not Likley.  If there is it would be Sherrie Gerton and Ron Rosier.  Both are Task Leads/Program Managers

If yes, Names and are they interviewing for technical skills or personality match? **Sherri Gerton and Ron Rosier**

What technical skills should he/she be prepared to highlight and discuss in depth? _All testing skills automative and manual.  Automative is key, should be prepared to speak to Mercury tools (test director, loadrunner/winrunner).  Must be able to convey they can understand requirements documents, write test plans, eval software, perform systems tests.  Must also be able to work with system users who may not be knowledgeable in test procedures and to assist in user acceptance tests

How long will interview last?  There are two interview with two PM for two different positions.  Each one will last 30-45mins.  Ergo candidate should budget 1.5-2hrs.

Will this be a one step interview process?  Yes  or  No;  If No, what is the next step after this interview? Depending on how the interview goes.  If impressed, will hire with no further steps.  If not sure, might bring them back in for a 2nd interview

When can we expect the hiring manager to make a final decision? Immediately – 1 week

Skills To Highlight/Add'l Details?  All testing skills automative and manual.  Automative is key, should be prepared to speak to Mercury tools (test director, loadrunner/winrunner).

Sizzle on Position/Company/Environmen/Parking: **DHS contract, High profile client, 5 year contract, no parking, metro accessiable.**

When does client want candidate to start? Immediately.  The are losing money if not  billing.

**REMIND CANDIDATE TO ASK FOR THE JOB
INTERVIEW PREP**

| Consultant | Rate | Date | Time | Alt-Time | In-person | *Phone |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

COMPANY: _____ MAIN NUMBER: _____

ADDRESS: _____

Phone I/V – Consultant to call manager: _____ Manager to call Consultant: _____ Phone Number: _____

### Make sure candidates invite themselves in for an in-person interview

Who will contractor ask for?

Name: _____ Title: _____ Ext#: _____

Is this person technical? _____

What is the manger's personality? _____

Alternate Person if not at desk? _____ Ext#: _____

Will there be anyone else involved in interview process? _____

    If yes, Names and are they interviewing for technical skills or personality match? _____

What technical skills should he/she be prepared to highlight and discuss in depth? _____

Will the interview involve any coding tests, test outlines, or programming languages? if yes:  Should the consultant bring in samples? _____

How long will interview last? _____

Will this be a one step interview process?  Yes  or  No;  If No, what is the next step after this interview? _____

_____

When can we expect the hiring manager to make a final decision? _____

Has the manager interviewed other people for this position? _____ If yes, what has prevented the manager from making an offer on those candidates? _____

Skills To Highlight/Add'l Details?

_____

_____

Sizzle on Position / Company / Environment /Parking:

_____

_____

When does client want candidate to start?_____

Does Sales Rep need to speak with applicant?  Yes or No

**Account Manager please attach directions to facility. REMIND CANDIDATE TO ASK FOR THE JOB**

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Wednesday, October 18, 2006 3:19 PM |
| **To:** | Ayers, Kim |
| **Subject:** | RE: can you send me a prep for Alexandra? |
| **Attachments:** | Directions to TF - Rockville.doc; Interview Prep Mid-Tier Dev..doc |

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**From:** Ayers, Kim
**Sent:** Wednesday, October 18, 2006 3:12 PM
**To:** Delaney, Sean
**Subject:** can you send me a prep for Alexandra?

Kim Ayers
RCM Technologies
301-986-1412 ext 3033

**INTERVIEW PREP**

| Consultant | Rate | Date | Time | Alt-Time | In-person | *Phone |
|---|---|---|---|---|---|---|
| Alexandra Borosova | 85/hr | 10/20 | 930 | 0 | X | |
| | | | | | | |
| | | | | | | |

COMPANY: **Thomson Financial/Tradeweb**

ADDRESS:
**1455 Research Boulevard**
**Rockville, MD 20850**
**Phone 301.545.4000  Fax  301.545.4900**


Phoneview – contractor to call manager_____manager to call contractor__ ____Phone Number:__
<u>**Make sure candidates invite themselves in for an in-person interview**</u>

Who will contractor speak to? **Candidate should ask for John.  If John is not available ask for Christine.**

Name: **John Gu/Christine Cain Harris**        Title: **Project Manager/Business Manager**

Is this person technical? **John Gu is very technical.  Please be prepared to discuss technical background with John.
Christine is NOT technical but may speak with candidate after interview to see how it went.**

What is the manger's personality? **Very dry.  Hard for me to understand sometime.  He has a thick Asian accent. John is
also very technical.  To that end, most of interview with John will be based around technology.  Candidate will meet the
rest of the team as well.  Other PM's candidate may meet with Will Iandello and/or Thomas Spendly.  Other team
members will be present for interview.  I do not know who they are.  Interviews are typically one on one but, sometimes
there are two people in the interview at the same time.**

Will there be anyone else involved in interview process? **Yes.  Some team members --- about 3... Plus maybe other PM's
(Will and Thomas)**

If yes, Names and are they interviewing for technical skills or personality match? **Thoams is very dry to.  Will is more out
going.  If personal questions are asked, Thomas and/or Will will be the ones to ask them (other team members may ask
as well --- again, I don't know who other team members are).**

What technical skills should he/she be prepared to highlight and discuss in depth **Candidate should be prepared to discuss
.NET skills. Specificall C#.  Other skills they should highlight will be ASP, JavaScript and XSLT.  SDLC is important
as well.  Candidate should be able to relate past experience developing missing critical web applications.  Clear and
concise communication skills must be obvious!!!!  Again, John is very technical and typically only wants to talk
technologies... candidate should play into this and reciprocate.**

How long will interview last? **The interview typically lasts one to one and half hours.  Anything less is probably not
good.**

Will this be a one step interview process?  Yes

When can we expect the hiring manager to make a final decision? **Within 48 hours.  Sooner if very impressed... first hire
was within three hours/**

Skills To Highlight/Add'l Details? **See above**

Sizzle on Position/Company/Environmen/Parking: **Parking is in front of the building.  TradeWeb is the world's leading
online marketplace for fixed-income securities and derivatives. TradeWeb offers a complete spectrum of services.
You can view the largest fixed-income markets in real time via TradeWeb's premier Market Data. You get
unprecedented depth and breadth of information as well as accurate bid and offer indications.**

**TradeWeb's dealer-to-customer online marketplace provides the deepest pool of liquidity for fixed-income products.
Today, the network delivers the market-making power of 36 of the world's leading primary dealers to over 2,200 of the
largest buy-side institutions. Since inception in 1998, more than $110 trillion in bond trades have been executed over
the TradeWeb network. Over $420 billion in securities has changed hands through TradeWeb on a single day. Get live,**

executable prices from multiple dealers and markets in seconds, get true price discovery in our fourteen products - U.S. Treasuries, U.S. Agencies, Commercial Paper, European Government Bonds, TBA-MBS, Pfandbriefe/Covered Bonds, Euro Supranationals/Agencies, Agency Discount Notes, ECP, European and U.S. Dollar Interest Rate Swaps, Credit Default Swaps (CDX and iTraxx Indices), Corporates and US Repurchase Agreements (Repo). Reduce processing costs and failed trades with TradeXpress, our Internet-based network, by sending trade allocations to dealers and receiving confirmations for each trade ticket. With TradeXpress, you can allocate and confirm virtually all fixed-income trades, including phone trades, faster, accurately and more efficiently. You even get FREE TradeXpress viewers for your STP support staff.

TradeWeb offers a complete spectrum of services, ranging from Premier Market Data to the Leading Online Bond Trading Marketplace, to Real Straight-Through Processing. By whatever standard we are measured - dealers, liquidity, product coverage, price transparency, or ease-of-use - TradeWeb is the industry leader.

TradeWeb is an indirect wholly owned subsidiary of the Thomson Corporation (NYSE:TOC) and operates within the Thomson Financial group of businesses. Thomson Financial, with 2005 revenues of US$1.9 billion, is a provider of information and technology solutions to the worldwide financial community. Through the widest range of products and services in the industry, Thomson Financial helps clients in more than 70 countries make better decisions, be more productive and achieve superior results. Thomson Financial is part of The Thomson Corporation (www.thomson.com), a global leader in providing integrated information solutions to more than 20 million business and professional customers in the fields of law, tax, accounting, financial services, higher education, reference information, corporate e-learning and assessment, scientific research and healthcare. With revenues of US$8.70 billion, The Thomson Corporation lists its common shares on the New York and Toronto stock exchanges (NYSE: TOC; TSX: TOC).

This is a very large team... looking at over 20 people for this specific effort.

When does client want candidate to start? **ASAP**

**REMIND CANDIDATE TO ASK FOR THE JOB
INTERVIEW PREP**

## Interview Prep Checklist

1. Reconfirm Rate:_____

2. Reconfirm 1099 Qualifications:

    _____Federal Tax ID #?

    _____$1M of General Liability Insurance?

3. Reconfirm Start Date:_____

4. Other Opportunities:
        Have you been on any other interviews that you have NOT heard back from yet?
_____

           Where/When?_____
           How does this job compare to the other?

                Technology_____

                Rate_____

                Location_____
           Will you make a decision about this position if you have NOT heard back from
           the other
           yet?_____
           _____

        Do you have any other interviews
scheduled?_____

           Where/When?_____
           If I get an offer before this interview will you cancel that interview and
Accept?_____

                If no,
Why?_____

5. Are you working currently?_____

    Why are you leaving your current position/contract?_____

    Would you consider a counteroffer?_____

6. Is there anything else that will prevent you from making a decision right after the

interview?_____
_____

      If yes, what is the
objection?_____

7. Do we have two checked references?

      If no, get names and phone
numbers:_____

8. Any other possible flags or
objections?_____
**Remind candidate to ASK FOR THE JOB!**

Remind candidate to defer all questions regarding, rate, references, etc…to their RCM Rep.

**REMIND CANDIDATE TO CALL YOU IMMEDIATELY AFTER THE INTERVIEW**

**Directions to Thomson Financial**
**1455 Research Boulevard**
**Rockville, MD 20850**
**Phone 301.545.4000   Fax  301.545.4900**

**From Washington National**

From the George Washington Parkway, exit onto I-495 North towards Maryland.  Shortly after crossing the American Legion Bridge, you will bear left onto I-270 North.  Once on I-270 you will take Exit 6B, 28 West.  Make a right at the third stoplight onto Research Boulevard then take the second right into the 1455 Research Plaza parking lot.  Our lobby is located on the second floor.

**From Dulles**

From the Dulles Access Road exit onto I-495 North, Baltimore/Bethesda.  Shortly after crossing the American Legion Bridge, you will exit to the left onto I-270 North towards Frederick.  Once on I-270 you will take Exit 6B, 28 West.  Make a right at the third stoplight onto Research Boulevard and then take the second right into the 1455 Research Plaza parking lot.  Our lobby is located on the second floor.

**From BWI**

Follow I-895 West - exit onto I-95 South towards Washington – exit onto I-495 West towards Silver Spring and then bear right onto I-270 North.  Once on I-270 you will take Exit 6B, 28 West.  Make a right at the third stoplight onto Research Boulevard and then take the second right into the 1455 Research Plaza parking lot.  Our lobby is located on the second floor.

**From Frederick**

Travel I-270 South towards Washington – take exit 6B, 28 West.  Make a right at the third stoplight onto Research Boulevard and then take the second right into the 1455 Research Plaza parking lot.  Our lobby is located on the second floor.

**From 16th Street NW**

Traveling North on 16th Street, turn left on Georgia Avenue – take the I-495 West ramp, merging onto the Capital Beltway and then bear right onto I-270 North towards Frederick.  Once on I-270 you will take Exit 6B, 28 West.  Make a right at the third stoplight onto Research Boulevard and then take the second right into the 1455 Research Plaza parking lot.  Our lobby is located on the second floor.

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Friday, November 17, 2006 11:08 AM |
| **To:** | Ayers, Kim |
| **Subject:** | i/v prep - Griffin |
| **Attachments:** | Interview Prep Griffin CCIE.doc |

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**INTERVIEW PREP**

| Consultant | Rate | Date | Time | Alt-Time | In-person | *Phone |
|---|---|---|---|---|---|---|
| **Griffin Monroe** | 110k | 11/20 | 10am | Na | Y | na |
| | | | | | | |
| | | | | | | |

COMPANY: <u>Apptis</u>

ADDRESS: 14155 Newbrook DriveChantilly, VA 20151 (www.apptis.com)

Phoneview – contractor to call manager_____manager to call contractor___ ___Phone Number:__

**<u>Make sure candidates invite themselves in for an in-person interview</u>**

Who will contractor speak to? Dan Orbach

Name: Dan Orbach   Title: Director, CISCO practice (commercial)

Is this person technical? Yes

What is the manger's personality? Dan is a very laid back easy going guy.  He is very friendly, easy to talk to and is very competent with CISCO (IPT/VOIP/LAN-WAN)

Will there be anyone else involved in interview process? Possibly.   Griffin will meet with Dan. At this time he is not sure if any of his team members will be available.  If they are, he may meet with two additional people.  Working on names now.

If yes, Names and are they interviewing for technical skills or personality match?_____

What technical skills should he/she be prepared to highlight and discuss in depth: wireless, IPT, NMS and years of experience. As a general rule. Dan is looking at CCIEs or equivalent in terms of certs and folks who can immediately lead teams. My focus on certs is simply to allow the senior engineer to gain instant credibility with customers, internal staff and team members

How long will interview last? About an hour and a half

Will this be a one step interview process? Most likely No;   If No, what is the next step after this interview? If Dan is unable to work schedules around, Griffin may be asked to come back in or speak via the phone with two additional team members

When can we expect the hiring manager to make a final decision? Immediately after Dan and two team members speak with griffin

Skills To Highlight/Add'l Details? IPT, Wireless and NMS experience. Also, if Griffin has team lead experience he should highlight that as well.  Certs are important to Dan and his clients.  To that end, Griffin should make it know that he has complete the written portion of his CCIE.  If Griffin has plans to complete his CCIE (lab), he should make that date known to Dan.

Sizzle on Position/Company/Environmen/Parking: Ranked as one of the Top 20 Federal Integrators, Apptis is a leading provider of IT solutions and services for government and industry. Since 1983, we have been applying leading technologies to diverse needs, delivering solutions that are agile, trusted and business-aligned for optimized performance.

With a fresh-thinking culture steeped in innovation, our goal is to add depth, value and reach to IT investments by "inspiring solutions" that set new standards of performance.  We do this by leveraging strong domain knowledge and the advanced technical expertise of our people and partners.

Integrity and partnership define our approach to client relationships. We strive to earn "clients for life" by working collaboratively and delivering expertly to drive client success.

Apptis has extensive experience delivering solutions for organizations in key commercial market sectors and all major federal agencies and branches of the military. We employ 1,500 seasoned professionals in 40 states with 6 international locations, giving us the professional muscle and global geography to deliver solutions anytime, anywhere.

When does client want candidate to start? Immediately – two weeks from offer

**REMIND CANDIDATE TO ASK FOR THE JOB**
**INTERVIEW PREP**

**Interview Prep Checklist**

1.  Reconfirm Rate:_____

2.  Reconfirm 1099 Qualifications:

    _____Federal Tax ID #?

    _____$1M of General Liability Insurance?

3.  Reconfirm Start Date:_____

4.  Other Opportunities:
    Have you been on any other interviews that you have NOT heard back from yet?
_____

              Where/When?_____
              How does this job compare to the other?

                    Technology_____

                    Rate_____

                    Location_____
              Will you make a decision about this position if you have NOT heard back from
              the other
              yet?_____
              _____

Do you have any other interviews scheduled?_____

Where/When?_____
If I get an offer before this interview will you cancel that interview and Accept?_____

If no, Why?_____

5. Are you working currently?_____

Why are you leaving your current position/contract?_____

Would you consider a counteroffer?_____

6. Is there anything else that will prevent you from making a decision right after the interview?_____
_____

If yes, what is the objection?_____

7. Do we have two checked references?

If no, get names and phone numbers:_____

8. Any other possible flags or objections?_____
**Remind candidate to ASK FOR THE JOB!**
**Remind candidate to defer all questions regarding, rate, references, etc…to their RCM Rep.**
**REMIND CANDIDATE TO CALL YOU IMMEDIATELY AFTER THE INTERVIEW**

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Monday, November 27, 2006 1:09 PM |
| **To:** | Ayers, Kim |
| **Subject:** | RE: Aktar Hossain-SR Software Test-SAIC - Request for interview |

**Attachments:** Directions to SAIC.doc; Interview Prep. Ron Testing.doc

  

Directions to    Interview Prep.
AIC.doc (33 KB).Ron Testing.do...
                    Prep attached.

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)


-----Original Message-----
From: Ayers, Kim
Sent: Monday, November 27, 2006 12:23 PM
To: Delaney, Sean
Subject: FW: Aktar Hossain-SR Software Test-SAIC - Request for interview

 Can interview on Tues or Wed of next week at 9am.  He cannot do this wee because he is
committed to a deployment that they are in the middle of.

-----Original Message-----
From: Delaney, Sean
Sent: Monday, November 27, 2006 10:30 AM
To: Ayers, Kim
Subject: FW: Aktar Hossain-SR Software Test-SAIC - Request for interview

Kim,
See if Aktar can f2f interview Tuesday or Wednesday at 9am, 930 or 10am.  Also Thursday anytime
1-4pm.

Aktar will meet with Mike first and Ron after that.

SD


---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)


-----Original Message-----
From: Woodland, Wanda W. [mailto:WANDA.W.WOODLAND@saic.com]

1

Sent: Monday, November 27, 2006 10:21 AM
To: Delaney, Sean
Subject: FW: Aktar Hossain-SR Software Test-SAIC - Request for interview


Subject: FW: Aktar Hossain-SR Software Test-SAIC

Wanda,

Please set up an interview with Aktar Hossain for me.  I am available on
Tuesday and Wednesday mornings, and on Thursday afternoon.

Thank you,

Directions to SAIC – 1120 Vermont Ave, Ste 300

From Virginia: Entering Washington from Virginia via 395 Traveling north on 395 enter the District of Columbia by crossing the 14th street bridge which will put you on 14th heading north. Travel north on 14th until you reach the intersection of 14th and I street, NW, turn left onto I street and prepare to turn right at the next intersection, which is 15th and I. After turning onto 15th street, travel north, 15th street becomes Vermont Ave after you cross K street. Stay on Vermont Ave. and after crossing L street you are in the 11 hundred block of Vermont Ave. Look for the office on the left side of the Street at 1120 Vermont Ave.

From Maryland: East of Washington Entering the city from the east, using route 50 (New York Ave). Follow New York Avenue into the city and downtown to 7th street. At 7th street turn right and drive one block to L street and turn left. Follow L street to Massachusetts Ave and while in the right lane on Massachusetts Ave cross 13th street and follow the right lane to Thomas Circle. Enter the circle in the left lane and follow the circle to Vermont Avenue and turn right. The entrance to the Regional Office is in the middle of the block on the right side of the street. From Maryland: Entering the city from the North Traveling south on 16th street into the city; stay on 16th street until you reach L street and turn left onto L street. Follow L to Vermont Ave and turn left onto Vermont Ave. The office is in the middle of the Block on the left side of the street.

From Metro red line exit Fauragut North stop.  Walk three blocks down L crossing 17th, 16th, 15th until you see Vermont.  Take left on Vermont until you come to 1120 Vermont Ave.

**INTERVIEW PREP**

| Consultant | Rate | Date | Time | Alt-Time | In-person | *Phone |
|---|---|---|---|---|---|---|
| Aktar Hossain | $105 | 12/5/06 | 9am | NA | Y | NA |
| | | | | | | |
| | | | | | | |
| | | | | | | |

COMPANY: SAIC/DHS (ICE)

ADDRESS: 1120 Vermont Ave, Ste 300, Washington, DC

Phoneview – contractor to call manager_____manager to call contractor__ ____Phone Number:__

## Make sure candidates invite themselves in for an in-person interview

Who will contractor speak to? Mike Bajit.  If Mike stepped away, Wanda Woodland or Ron Rosier

Name: Mike Bajit for 1st interview / Title: Team lead
Name: Ron Rosier for 2nd interview / Title: Task Lead (Ron said he would meet unless he gets pulled away from a meeting.  If he does, Mike will make the hiring decision.

Is this person technical? Both managers are extremely technical

What is the manger's personality? Mike is very technical and customer centric.  Customer First skills are extremely important to him as well as technical ability.  Ron is a nice guy who knows what he wants and wants what he knows --- and not afraid to ask for it.

Will there be anyone else involved in interview process? Not Likely.

If yes, Names and are they interviewing for technical skills or personality match?

What technical skills should he/she be prepared to highlight and discuss in depth? _All testing skills automative and manual.  Automative is key, should be prepared to speak to Mercury tools (test director, loadrunner/winrunner).  Must be able to convey they can understand requirements documents; write test plans, eval software, perform systems tests.  Must also be able to work with system users who may not be knowledgeable in test procedures and to assist in user acceptance tests

Other notable attributes to highlight are:  QTP, Independent testing... they want to know that Aktar has not done all his testing as part of a test team --- that he is capable of testing independently.   This is a structured environment we test plans are vital... Mike and Ron will want to know how Aktar reports his results.

---

How long will interview last?  1.5 hours

Will this be a one step interview process?  Yes

When can we expect the hiring manager to make a final decision? Immediately – 1 week

Skills To Highlight/Add'l Details?  All testing skills automative and manual.  Automative is key, should be prepared to speak to Mercury tools (test director, loadrunner/winrunner). Customer skills and the ability to effectively communicate with users, team and client --- this is very important.

Sizzle on Position/Company/Environmen/Parking: **DHS contract, High profile client, 5 year contract, no parking, metro accessiable.**

When does client want candidate to start? Immediately.

**REMIND CANDIDATE TO ASK FOR THE JOB
INTERVIEW PREP**

| Consultant | Rate | Date | Time | Alt-Time | In-person | *Phone |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

COMPANY: _____ MAIN NUMBER: _____

ADDRESS: _____

Phone I/V – Consultant to call manager: _____ Manager to call Consultant: _____ Phone Number: _____

**<u>Make sure candidates invite themselves in for an in-person interview</u>**

Who will contractor ask for?

Name: _____ Title: _____ Ext#: _____

Is this person technical? _____

What is the manger's personality? _____

Alternate Person if not at desk? _____ Ext#: _____

Will there be anyone else involved in interview process? _____

      If yes, Names and are they interviewing for technical skills or personality match? _____

What technical skills should he/she be prepared to highlight and discuss in depth? _____

Will the interview involve any coding tests, test outlines, or programming languages? if yes: Should the consultant bring in samples? _____

How long will interview last? _____

Will this be a one step interview process? Yes  or   No;  If No, what is the next step after this interview? _____

_____

When can we expect the hiring manager to make a final decision? _____

Has the manager interviewed other people for this position? _____ If yes, what has prevented the manager from making an offer on those candidates? _____

Skills To Highlight/Add'l Details?

_____

_____

Sizzle on Position / Company / Environment /Parking:

_____

_____

When does client want candidate to start?_____

Does Sales Rep need to speak with applicant?  Yes or No

**Account Manager please attach directions to facility. REMIND CANDIDATE TO ASK FOR THE JOB**

# EXHIBIT 2

# CASE NO. 1:07-CV-00670-JDB

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Tuesday, August 29, 2006 2:46 PM |
| **To:** | 'Maria Rojas'; cwalsh@manilaconsulting.net |
| **Cc:** | Baillie, Scott |
| **Subject:** | James Lamb/Technical Writer/Manila Consulting |
| **Attachments:** | Lamb, James.doc |

Maria/Cailin,
Attached you will find the resume of James Lamb.  Please consider him to be one of the suitable candidates for your Technical Writer position at DOL.  James is more of a Junior Technical Writer who just finished a contract and is currently seeking a long term position. In his previous position, James continually met strict deadlines in the timely production and delivery of documents to the IRS.  He also worked closely with authors of documents, Quality Assurance, and computer specialists in a team environment.  Coupled with his technical background and experience, James has excellent communication and interpersonal skills.

## SUMMARY

- ♦ Recorded meeting minutes and prepared formal documentation to be distributed to the meeting participants
- ♦ Edited documents and proposal letters to be sent to the IRS concerning the F&PC project
- ♦ Performed ad hoc documentation assignments when necessary
- ♦ Insured that the documentation was in compliance with the IRS security policy
- ♦ Participated in the Quality Assurance process, editing and proofing the documents assigned to fellow documentation specialists
- ♦ Authored manuals detailing the procedures and methods to be used when preparing documents for the F&P project
- ♦ Compiled and maintained a database containing complex target information relevant to United States National Security

James is available to interview and start immediately and comes to you at an all inclusive consultant rate of $48/hr and an annual salary of 55-60K.

Maria/Cailin, I look forward to your speedy feedback on this candidate and can arrange a technical telephonic or face-to-face interview for you as soon as tomorrow.

Regards,
Sean

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Tuesday, August 29, 2006 2:42 PM |
| **To:** | 'Maria Rojas'; cwalsh@manilaconsulting.net |
| **Cc:** | Baillie, Scott |
| **Subject:** | Glenn Wright/Technical Writer/Manila Consulting |
| **Attachments:** | wright, Glenn.doc |

Maria/Cailin,
Attached you will find the resume of Glenn Wright.  Please consider him to be one of the suitable candidates for your Technical Writer position at DOL. Glenn is a detail-oriented Technical Writer with over 20 years of documentation and technical writing experience. Accomplishments include the writing of ISO 9001-2000 Quality Management System (QMS) manuals, procedures and forms; creating and editing network and operational run books, and developing technical IT procedures during more than 20 years of Telecom/Network IT service. Additional experience writing and editing RFQ and RFP documents, planning, monitoring and scheduling projects, as well as documentation library creation/maintenance.

**SUMMARY**

 ♦ Created a Documentation Library with currently 285 standardized documents
 ♦ Built and posted a 35-page document of Acronyms and Glossary of Terms listing
 ♦ Created PowerPoint training material for the TeamTrack application
 ♦ Responsible for developing plans, policies, procedures and measurement processes along with maintaining the online documentation library
 ♦ Has excellent communication and interpersonal skills

Glenn is available to interview and start immediately and comes to you at an all inclusive consultant rate of $54/hr and an annual salary of 70K.

Maria/Cailin, I look forward to your speedy feedback on this candidate and can arrange a technical telephonic or face-to-face interview for you as soon as tomorrow.

Regards,
Sean

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Tuesday, August 29, 2006 2:40 PM |
| **To:** | 'Maria Rojas'; cwalsh@manilaconsulting.net |
| **Cc:** | Baillie, Scott |
| **Subject:** | Keshia Tensley/Technical Writer/Manila Consulting |
| **Attachments:** | Tensley, Keshia.doc |

Maria/Cailin,
Attached you will find the resume of Keshia Tensley.  Please consider her to be the suitable
candidate for your Technical Writer position at DOL.  Keshia currently possess a
comprehensive background and experience in training development, implementation of
technical solutions, instructional methods and assessment techniques, content research
development, and project analysis.  She has five years of experience in customer service
management, quality assurance, platform training and technical support.  Keshia is currently
in a position where she feels she is being under utilized and is seeking a challenging position
in Washington, D.C.

## SUMMARY

- Developed documentation; Documented the Requirements Analysis for the Software;
  process charts; network diagrams; Implement the User Guide/Technical Manual; Test
  the guide against the actual equipment or software; Revise the User Guide/Technical
  Manual for Final Implementation; Communicate with subject matter experts to
  complete the SDLC
- Created and Maintained the Business Continuity and Contingency plan for the IT
  Department
- Developed User Support Manuals for new network installations
- Developed several Standard Operating Procedures (SOPS) documentation for Network
  Administration projects and Desktop Services projects
- Exceptional multitasking, communication, interpersonal, intuitive, administrative,
  managerial, organizational, problem solving and leadership skills

Keshia is available to interview with a days notice and can start in 1 week.  She come to you
at an all inclusive consultant rate of $54/hr and an annual salary between 68-70K.

Maria/Cailin, I look forward to your speedy feedback on this candidate and can arrange a
technical telephoni or face to face interview for you ASAP.

Regards,
Sean

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Monday, November 13, 2006 11:44 AM |
| **To:** | 'Maria Rojas'; Cailin Walsh; Marisela Colunga; 'tussery@manilaconsulting.net' |
| **Cc:** | Ayers, Kim; Blackford, William; Baillie, Scott |
| **Subject:** | RE: Hung Nguyen/Tech Writer/Manila |

Ramon has pre-scheduled meetings on Tuesday and Wednesday and cannot get off on short notice.  He is available on:

Thursday- 8-11am
Thursday- 2-5pm
Friday- 8-11am
Friday- 2-5pm

When would work for your team?

SD

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Maria Rojas [mailto:mrojas@manilaconsulting.net]
**Sent:** Saturday, November 11, 2006 1:58 PM
**To:** Delaney, Sean; Cailin Walsh; Marisela Colunga
**Cc:** Ayers, Kim; Blackford, William; Baillie, Scott
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

Thank you, Sean.

I apologize if this was requested before, but can we try to schedule interviews with Voleka Stewart, Ramon McGee, and James Yeager on Tuesday, November 14.
Our client is available between 10:30 – 1:30 or 3:00 – 5:00 on this day.  If they are not available on Tuesday, can they do a face to fac interview any other day this
coming week?

Please advise.

Maria

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Friday, November 10, 2006 8:23 AM
**To:** Cailin Walsh; Maria Rojas; Marisela Colunga
**Cc:** Ayers, Kim; Blackford, William; Baillie, Scott
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

Ladies,
This candidate is NO longer available.  Please let me know if we can schedule phone screens for the three other candidates early next week.

Thanks,
SD

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Delaney, Sean
**Sent:** Friday, October 06, 2006 3:20 PM
**To:** 'Cailin Walsh'; Maria Rojas
**Cc:** Ayers, Kim
**Subject:** Hung Nguyen/Tech Writer/Manila

Cailin
Attached you will find the resume of Hung Nguyen for the technical writer position at DoL.  I look forward to your speedy feedback.

- ➢ **Candidate Name:** Hung Nguyen

- ➢ **Submittal For:** Manila Tech Writer

- ➢ **Billing Rate: $**61/hr

- ➢ **Conversion salary:** 75k

- ➢ **Candidate Lives:**  Fairfax, VA

- ➢ **Citizenship:**  US citizen

- ➢ **Start Date:**   ASAP

- ➢ **Interview Times:** Flexible next week (Monday or Tuesday best)

- ➢ **Skills:**
    1. **Technical Writing – nearly 8 yrs**
    2. **IT experience – nearly 10 yrs**
    3. **Experience with systems administration and security**
    4. **BA Liberal Arts**

- ➢ **Working Now:**  Just finished at BAE, was there for 5 yrs, ended on Monday, Budget Cuts

- ➢ **Why they are looking:** Budget cuts

> **Pending Opportunities:** He just started looking, but should have several opportunities lined up for next week

> **Comments:** In addition to his technical writing experience, he has a technical background (Systems Administration and Security).  He has excellent communication skills with little to no accent.

Regards,
Sean

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Tuesday, November 14, 2006 3:45 PM |
| **To:** | Maria Rojas; Cailin Walsh; Marisela Colunga; 'Tiffany Ussery' |
| **Cc:** | Blackford, William |
| **Subject:** | Tevra Williams/Manila/508 Specialist |
| **Importance:** | High |
| **Attachments:** | Williams, Tevra.doc |

Ladies,
The backup candidate for your 508 need at IRS is attached.  This candidate is available with a standard two weeks notice at a billing rate of $70/hr and a conversion salary of $85k annually.  His skills include:

- **15 years of expertise in the government arena providing an analytical insight of systems development, web site/application**
- **2+ years experience with 508 compliance and JAWS**
- **5 years of experience in the Software Development Life Cycle (SDLC)**

I look forward to your speedy feedback on this candidate and can arrange a technical phone interview for you as soon as tomorrow.

SD

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Monday, August 14, 2006 10:27 AM |
| **To:** | 'Maria Rojas'; 'Cailin Walsh' |
| **Cc:** | Baillie, Scott |
| **Subject:** | Melissa |

Maria/Cailin,
Good news, Melissa has accepted the position and is very excited and eager to start.  She is coming into my office on Wednesday morning to complete the necessary paper work on my end.  If you could send me the documents that you need her to complete before then, we will get it done for you Wednesday.

If you have any questions, please let me know.

Regards,
Sean

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Monday, August 14, 2006 10:50 AM |
| **To:** | 'Maria Rojas'; 'Cailin Walsh' |
| **Cc:** | Baillie, Scott |
| **Subject:** | RE: Melissa |

Yes, she can and will start of 8/21/06.

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

_____

**From:** Maria Rojas [mailto:mrojas@manilaconsulting.net]
**Sent:** Monday, August 14, 2006 10:43 AM
**To:** Delaney, Sean; Cailin Walsh
**Cc:** Baillie, Scott
**Subject:** RE: Melissa

Can you please confirm her start date?  Is she still able to start on Monday, 08/21/06?

_____

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Monday, August 14, 2006 10:27 AM
**To:** Maria Rojas; Cailin Walsh
**Cc:** Baillie, Scott
**Subject:** Melissa

Maria/Cailin,
Good news, Melissa has accepted the position and is very excited and eager to start.  She is coming into my office on Wednesday morning to complete the necessary paper work on my end.  If you could send me the documents that you need her to complete before then, we will get it done for you Wednesday.

If you have any questions, please let me know.

Regards,
Sean

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Monday, August 07, 2006 12:47 PM |
| **To:** | 'Maria Rojas' |
| **Cc:** | 'Cailin Walsh'; Baillie, Scott |
| **Subject:** | RE: Melissa Serrano - Interview times. |

Maria,
Change of plans.  She can do Wednesday  9-11 or 2pm and on.

Sorry.  Schedules change.

Thanks,
SD

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Maria Rojas [mailto:mrojas@manilaconsulting.net]
**Sent:** Monday, August 07, 2006 11:33 AM
**To:** Delaney, Sean
**Cc:** Baillie, Scott; Cailin Walsh
**Subject:** RE: Melissa Serrano - Interview times.

Hi Sean,

Thank you for your quick response.  We have provided this information to our client and will let you know the day and time that works for her.

The interview will be held at:

Department of Labor
200 Constitution Avenue NW
Washington, DC  20210

Melissa has to go to the Visitor's entrance, located between 3rd and C Streets.  (There is a fountain by this entrance).
I will probably be there to introduce Melissa to our client.

We have to be signed in the building, so please ask her to bring a photo ID with her (driver's license is most commonly used).

Thanks.

Maria

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Monday, August 07, 2006 10:51 AM
**To:** Maria Rojas
**Cc:** Baillie, Scott
**Subject:** Melissa Serrano - Interview times.

Maria,
This email if a follow up to the voice message I just left you.  Melissa Serrano can interview during the following:

- Tuesday (tomorrow) between 1 and 4
- Wednesday anytime.

Please let me know what time works.

Thanks,
SD

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Monday, August 28, 2006 3:20 PM |
| **To:** | 'Maria Rojas' |
| **Cc:** | Baillie, Scott |
| **Subject:** | You VM... |

Maria,
I received your voice mail regarding the salary for the analyst.  What is the threshold for salary on this position?  Also, can you please tell me who should be signing Melissa Serrano's timesheets?

Thanks,
SD

_____
Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

---

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Wednesday, October 25, 2006 5:34 PM |
| **To:** | 'Maria Rojas' |
| **Cc:** | Baillie, Scott |
| **Subject:** | RE: Jing |

Thanks!

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Maria Rojas [mailto:mrojas@manilaconsulting.net]
**Sent:** Wednesday, October 25, 2006 5:29 PM
**To:** Delaney, Sean
**Cc:** Baillie, Scott
**Subject:** RE: Jing

No problem.  I'll touch base with Jing on Friday.

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Wednesday, October 25, 2006 5:23 PM
**To:** Maria Rojas
**Cc:** Baillie, Scott
**Subject:** Jing

Maria,
Thanks for the call back.  Can you call Jing Friday morning after 10:30 am to discuss the post RCM benefits that Manila offers?  She can be reached at 301-257-5686.

Please let me know...

Thanks,
SD

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

## Delaney, Sean

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Thursday, August 24, 2006 5:10 PM |
| **To:** | 'Maria Rojas'; Jonathan Tobin |
| **Cc:** | Baillie, Scott; cwalsh@manilaconsulting.net |
| **Subject:** | RE: Mukesh Khatri/Business Analyst/Manila Consulting |

Where do we need to be for the bill rate... I might be able to work some magic --- a few $$$ or so...

Let me know.

Thanks for the quick turnaround.

SD

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Maria Rojas [mailto:mrojas@manilaconsulting.net]
**Sent:** Thursday, August 24, 2006 4:56 PM
**To:** Delaney, Sean; Jonathan Tobin
**Cc:** Baillie, Scott; cwalsh@manilaconsulting.net
**Subject:** RE: Mukesh Khatri/Business Analyst/Manila Consulting

Thanks, Sean. Unfortunately, the billable rate is out of the range we have for this position.

If anything changes, we will let you know.

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Thursday, August 24, 2006 4:41 PM
**To:** Maria Rojas; Jonathan Tobin
**Cc:** Baillie, Scott
**Subject:** Mukesh Khatri/Business Analyst/Manila Consulting

Jon/Maria,
Attached you will find the resume of Mukesh Khatri. Please consider him to be the suitable candidate for your Business Analyst position in Washington, DC. Mukesh has 9 years of experience as Business Analysis, areas of Managing Testing Strategy, System Integration, Development and Automation of Testing Processes in Software Development Life Cycle (SDLC). He is experienced in Performance, Development, Implementation, and Maintenance of SQA/SCM/DM functions for Federal Government Contract Accounting Applications. Coupled with his technical knowledge and experience, Mukesh has excellent communication skills.

**SUMMARY**

- Has 5 years of Data Warehousing experience on USPS Point of Sale Retail transaction data
- Managed Data warehouse resources and maintained the reporting activities for retail POS transaction data
- Evaluated and transmitted data for Marketing Data Collection (MDC)
- Prepare project plan determining client and organization needs, rollout requirements, ensuring timely completion of project tasks and deliverables by prioritizing tasks appropriately and communicating issues with Project Management and team of Development, QA, Technical Writers and Subject Matter Experts
- Experienced in MS Project, Visio, MS-Office Word, Excel, Access and PowerPoint, Visual Age, Visual Cafe, Microsoft Visual Studio
- Has excellent communication and interpersonal skills

Mikesh is available with a standard two 2 weeks notice at an all inclusive consultant rate of $75/hr and is seeking a conversion salary of 95k upon becoming a fulltime Manila employee.

Jon/Maria, I look forward to your feedback on this candidate and can arrange a technical telephonic or face-to-face interview for you as soon as possible.

Regards,
Sean

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Thursday, August 24, 2006 4:41 PM |
| **To:** | Maria Rojas; 'jtobin@manilaconsulting.net' |
| **Cc:** | Baillie, Scott |
| **Subject:** | Mukesh Khatri/Business Analyst/Manila Consulting |
| **Attachments:** | Khatri, Mukesh.doc; image001.gif; image002.gif |

Jon/Maria,
Attached you will find the resume of Mukesh Khatri. Please consider him to be the suitable candidate for your Business Analyst position in Washington, DC. Mukesh has 9 years of experience as Business Analysis, areas of Managing Testing Strategy, System Integration, Development and Automation of Testing Processes in Software Development Life Cycle (SDLC). He is experienced in Performance, Development, Implementation, and Maintenance of SQA/SCM/DM functions for Federal Government Contract Accounting Applications. Coupled with his technical knowledge and experience, Mukesh has excellent communication skills.

## SUMMARY

- Has 5 years of Data Warehousing experience on USPS Point of Sale Retail transaction data
- Managed Data warehouse resources and maintained the reporting activities for retail POS transaction data
- Evaluated and transmitted data for Marketing Data Collection (MDC)
- Prepare project plan determining client and organization needs, rollout requirements, ensuring timely completion of project tasks and deliverables by prioritizing tasks appropriately and communicating issues with Project Management and team of Development, QA, Technical Writers and Subject Matter Experts
- Experienced in MS Project, Visio, MS-Office Word, Excel, Access and PowerPoint, Visual Age, Visual Cafe, Microsoft Visual Studio
- Has excellent communication and interpersonal skills

Mikesh is available with a standard two 2 weeks notice at an all inclusive consultant rate of $75/hr and is seeking a conversion salary of 95k upon becoming a fulltime Manila employee.

Jon/Maria, I look forward to your feedback on this candidate and can arrange a technical telephonic or face-to-face interview for you as soon as possible.

Regards,
Sean

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Tuesday, October 24, 2006 3:58 PM |
| **To:** | Maria Rojas; 'Marisela Colunga'; 'Cailin Walsh'; 'Nguyen, Mike - ETA CTR' |
| **Cc:** | Baillie, Scott |
| **Subject:** | FW: Reference |
| **Attachments:** | Reference 2, Jing Tosh.doc |

2nd reference for Jing...

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Wednesday, November 15, 2006 5:21 PM |
| **To:** | Maria Rojas; Marisela Colunga; Cailin Walsh; 'Tiffany Ussery' |
| **Cc:** | Blackford, William |
| **Subject:** | Shawn Williams/Manila/508 Specialist |
| **Importance:** | High |
| **Attachments:** | Williams, Shawn.doc |

Ladies,

Stop the presses... Here is your candidate --- we need to move quick on her if interested.

**Candidate Name: Shawn Williams**

➢ **Submittal For: 508 Specialist for Manila**

➢ **Billing rate: $70/hr.**

➢ **Conversion: $85,000/yr.**

➢ **Candidate Lives: Fort Washington, Md.**

➢ **Citizenship: U.S. Citizen**

➢ **Start Date: 2 weeks from offer**

➢ **Interview Times: She can phone interview immediately. Available to in-person interview Monday at 10:00am**

➢ **Skills (how long/where?)**
- **5+ years experience with 508 compliance**
- **Responsible for all Internet (1 web site) and Intranet Web (27 web sites) site activities**
- **Conducts meetings and trainings with web content coordinators (WCC); informing and briefing WCC's and management about developments related to technological advances and Department policy**
- **Design web sites with collaboration from Division representatives using a variety of software tools and HTML coding**
- **Utilizes JAWS, BOBBY, & ADOBE assistive technology readers to ensure compliancy**

➢ **Working Now (where?):** Yes, Department of State

➢ **Why they are looking: Looking for a change b/c she's been with the Department of State for over 10 years, and there have been some management changes over the last couple of years and she thinks know is the right time to make a move.**

➢ **Pending Opportunities: She has a 2nd interview tomorrow. However, she is very interested in this opportunity. The position is pretty much in line with what she is currently doing. She wants to continue to focus on 508, and she actually worked with IRS in the mid-90s so is very excited about the potential opportunity to go back**

➢ **Comments: V**ery strong candidate. Extremely polished & professional. She presents herself extremely well, and has outstanding communication/interpersonal skills. Her knowledge of 508 is top-notch and I think she'd be an excellent fit for your need.

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Tuesday, October 24, 2006 12:16 PM |
| **To:** | Maria Rojas; 'Marisela Colunga'; 'Nguyen, Mike - ETA CTR'; 'Cailin Walsh' |
| **Cc:** | Baillie, Scott |
| **Subject:** | FW: Reference |
| **Attachments:** | Reference 1, Jing Tosh.doc |

Attached is the first ref for Jing.  Working on getting the other one --- Sorry, been in meetings all day.  I'll get you the second one as soon it is transcribed.

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Tuesday, November 21, 2006 10:24 AM |
| **To:** | 'Maria Rojas'; Tiffany Ussery |
| **Cc:** | Marisela Colunga; Paula Disse; Cailin Walsh; Baillie, Scott; Blackford, William |
| **Subject:** | RE: Technical Writer candidates |

Yes, James is confirmed.

SD

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

-----Original Message-----
From: Maria Rojas [mailto:mrojas@manilaconsulting.net]
Sent: Tuesday, November 21, 2006 9:46 AM
To: Delaney, Sean; Tiffany Ussery
Cc: Marisela Colunga; Paula Disse; Cailin Walsh; Baillie, Scott; Blackford, William
Subject: RE: Technical Writer candidates

Sean,

The information has been shared with our client.  At this point we don't know if our client wants to have more interviews.  James Yeager is confirmed for 12:00 p.m., correct?

Maria

-----Original Message-----
From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Monday, November 20, 2006 8:30 PM
To: Tiffany Ussery
Cc: Maria Rojas; Marisela Colunga; Paula Disse; Cailin Walsh; Baillie, Scott; Blackford, William
Subject: RE: Technical Writer candidates

Unfortunately, Ramon has decided to take another position.  He decided he couldn't wait any longer to make a career move.

Sorry for the late notice.  To that end, should we try and schedule something for Voleka?

SD

-----Original Message-----
From: Tiffany Ussery [mailto:tussery@manilaconsulting.net]
Sent:  Thu Nov 16 17:16:12 2006
To:    Delaney, Sean
Cc:    Maria Rojas; Marisela Colunga; Paula Disse; Cailin Walsh
Subject:    RE: Technical Writer candidates

Thank you Sean!  We are confirmed for the following:

1

Ramon McGee is scheduled to interview at 10:30am Tuesday, November 21st.

Ramon will be interviewing at DOL's Frances Perkins Building located at 200 Constitution Avenue, Washington, DC 20210. He is scheduled for a 10:00am interview with our Federal client so please make sure he is there by *9:45am. Ramon will have to sign in at the visitor's entrance which is located at 3rd and C streets. He can contact the Help desk and they will sign him in.

James Yeager is scheduled to interview at 12:00pm on Tuesday, November 21st.

James will be interviewing at DOL's Frances Perkins Building located at 200 Constitution Avenue, Washington, DC 20210. He is scheduled for a 2:00pm interview with our Federal client so please make sure he is there by *1:45pm. James will have to sign in at the visitor's entrance which is located at 3rd and C streets. He can contact the Help desk and they will sign him in.

*     When the candidates check in with the Help Desk (202-693-3444),
someone will direct them to Ellie Behzad, who will then introduce them to our Federal client.

*     Again, if they could please arrive 15 minutes prior to their
appointment.

*     Please have them bring a valid drivers license with them.

*     Please have them bring a copy of their personal resume (minus
company logos, etc).

*     Our client may also ask for writing samples, if you could please
ask them to bring writing samples/Portfolio/etc.

*     Also, MANILA requires two documents (see attached) to be
completed as well: Employment application and Affirmative Action form.
If you could please have each candidate fill them out and submit it to us for our internal keeping
by sometime this week that would be great!

Let me know if you have any additional questions.  Thank you for all your help.

~Tiffany

――――

From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Thursday, November 16, 2006 4:16 PM
To: Tiffany Ussery
Cc: Maria Rojas; Marisela Colunga; Paula Disse; Cailin Walsh
Subject: RE: Technical Writer candidates
Importance: High


That works!


Ramon is confirmed for 10:30am and James is confirmed for 12:00pm.


Thanks,

Sean


―――――――――――――――

Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)


――――

From: Tiffany Ussery [mailto:tussery@manilaconsulting.net]
Sent: Thursday, November 16, 2006 3:57 PM
To: Delaney, Sean
Cc: Maria Rojas; Marisela Colunga; Paula Disse; Cailin Walsh
Subject: RE: Technical Writer candidates


Hi Sean,

Can we do Ramon from 10:30 - 11:30 and James from 12:00 - 1:00 ?

Thanks,

Tiffany

‒‒‒‒

From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Thursday, November 16, 2006 3:45 PM
To: Tiffany Ussery
Cc: Marisela Colunga; Maria Rojas; Cailin Walsh; Paula Disse; Blackford, William; Baillie, Scott
Subject: RE: Technical Writer candidates
Importance: High

Tiffany,

Not a problem.

We spoke to both candidates and Ramon can interview on Tuesday at 10:30am and James can interview at 11:30am.

Do these times work?

Thanks,

Sean

‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒

Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)

———

From: Tiffany Ussery [mailto:tussery@manilaconsulting.net]
Sent: Thursday, November 16, 2006 3:25 PM
To: Delaney, Sean
Cc: Marisela Colunga; Maria Rojas; Cailin Walsh; Paula Disse; Blackford, William; Baillie, Scott
Subject: RE: Technical Writer candidates


Sean,


I have some unfortunate news to bear...


Our client had an emergency arise and will not be able to conduct the two interviews tomorrow for the Technical writer position. If we could work together to reschedule them, that would be great. Our client is available on Tuesday November 21st from 10:30 am to 1:00pm and 3:00pm to 5:00pm. Please let me know what we can arrange and please apologize on our behalf to Ramon and James.


Thank you!

~Tiffany


———

From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Thursday, November 16, 2006 10:34 AM
To: Tiffany Ussery
Cc: Marisela Colunga; Maria Rojas; Cailin Walsh; Paula Disse; Blackford, William; Baillie, Scott
Subject: RE: Technical Writer candidates


They are both prepped and ready to go. Hopefully one of them will get it!


SD


Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)

_____

From: Tiffany Ussery [mailto:tussery@manilaconsulting.net]
Sent: Thursday, November 16, 2006 10:34 AM
To: Delaney, Sean
Cc: Maria Rojas; Cailin Walsh; Marisela Colunga; Paula Disse
Subject: Technical Writer candidates

Morning Sean!

Just a reminder for tomorrow's scheduled interviews:

Ramon McGee is scheduled to interview at 10:00am on Friday 11/16*

Ramon will be interviewing at DOL's Frances Perkins Building located at 200 Constitution Avenue, Washington, DC 20210. He is scheduled for a 10:00am interview with our Federal client so please make sure he is there by *9:45am. Ramon will have to sign in at the visitor's entrance which is located at 3rd and C streets. He can contact Eric Bryson when he arrives and Eric (or the Help desk) will sign him in.  His phone number is 202.693.3926.

James Yeager is scheduled to interview at 2:00pm on Friday 11/16*

James will be interviewing at DOL's Frances Perkins Building located at 200 Constitution Avenue, Washington, DC 20210. He is scheduled for a 2:00pm interview with our Federal client so please make sure he is there by *1:45pm. James will have to sign in at the visitor's entrance which is located at 3rd and C streets. He can contact Eric Bryson when he arrives and Eric (or the Help desk) will sign him in.  His phone number is 202.693.3926.

*       When the candidates check in with the Help Desk (202-693-3444),
someone will direct them to Ellie Behzad, who will then introduce them to our Federal client.

*       Again, if they could please arrive 15 minutes prior to their
appointment.

\*       Please have them bring a valid drivers license with them.

\*       Please have them bring a copy of their personal resume (minus company logos, etc).

\*       Our client may also ask for writing samples, if you could please ask them to bring writing samples/Portfolio/etc.

\*       Also, MANILA requires two documents (see attached) to be completed as well: Employment application and Affirmative Action form. If you could please have each candidate fill them out and submit it to us for our internal keeping by sometime this week that would be great!

I will get back to you shortly on Voleka, once I get word.

Let me know if you have any additional questions.  Thank you for all your help.

~Tiffany

Tiffany Ussery

Project Assistant

MANILA Consulting Group, Inc.

1420 Beverly Road

McLean, VA 22101

Phone: 571.633.9400 ext. 140

Email:  <mailto:tussery@manilaconsulting.net>
tussery@manilaconsulting.net

**Delaney, Sean**

---

**From:**   Delaney, Sean
**Sent:**   Monday, November 13, 2006 1:12 PM
**To:**   'Marisela Colunga'
**Cc:**   Cailin Walsh; Maria Rojas; Tiffany Ussery; Paula Disse; Blackford, William
**Subject:**   RE: Hung Nguyen/Tech Writer/Manila

James is available on Friday at 2:00pm.  Can we confirm this?

I am waiting to hear back from Voleka.


---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Marisela Colunga [mailto:mcolunga@manilaconsulting.net]
**Sent:** Monday, November 13, 2006 12:01 PM
**To:** Delaney, Sean
**Cc:** Cailin Walsh; Maria Rojas; Tiffany Ussery; Paula Disse
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

Sean,

Thank you for providing this information on Ramon. We will send this information to our PM and let you know once we hear something back from him. Hopefully, there will be a time that works into everyone's schedule. Please let us know as you hear back from the other candidates. Thanks again.

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Monday, November 13, 2006 11:44 AM
**To:** Maria Rojas; Cailin Walsh; Marisela Colunga; Tiffany Ussery
**Cc:** Ayers, Kim; Blackford, William; Baillie, Scott
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

Ramon has pre-scheduled meetings on Tuesday and Wednesday and cannot get off on short notice.  He is available on:

Thursday- 8-11am
Thursday- 2-5pm
Friday- 8-11am
Friday- 2-5pm

When would work for your team?

SD

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**From:** Maria Rojas [mailto:mrojas@manilaconsulting.net]
**Sent:** Saturday, November 11, 2006 1:58 PM
**To:** Delaney, Sean; Cailin Walsh; Marisela Colunga
**Cc:** Ayers, Kim; Blackford, William; Baillie, Scott
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

Thank you, Sean.

I apologize if this was requested before, but can we try to schedule interviews with Voleka Stewart, Ramon McGee, and James Yeager on Tuesday, November 14.
Our client is available between 10:30 – 1:30 or 3:00 – 5:00 on this day.  If they are not available on Tuesday, can they do a face to fac interview any other day this
coming week?

Please advise.

Maria

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Friday, November 10, 2006 8:23 AM
**To:** Cailin Walsh; Maria Rojas; Marisela Colunga
**Cc:** Ayers, Kim; Blackford, William; Baillie, Scott
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

Ladies,
This candidate is NO longer available.  Please let me know if we can schedule phone screens for the three other candidates early next week.

Thanks,
SD

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**From:** Delaney, Sean
**Sent:** Friday, October 06, 2006 3:20 PM
**To:** 'Cailin Walsh'; Maria Rojas
**Cc:** Ayers, Kim
**Subject:** Hung Nguyen/Tech Writer/Manila

Cailin
Attached you will find the resume of Hung Nguyen for the technical writer position at DoL. I look forward to your speedy feedback.

- ➢ **Candidate Name:** Hung Nguyen

- ➢ **Submittal For:** Manila Tech Writer

- ➢ **Billing Rate: $61/hr**

- ➢ **Conversion salary:** 75k

- ➢ **Candidate Lives:** Fairfax, VA

- ➢ **Citizenship:** US citizen

- ➢ **Start Date:** ASAP

- ➢ **Interview Times:** Flexible next week (Monday or Tuesday best)

- ➢ **Skills:**
  1. **Technical Writing – nearly 8 yrs**
  2. **IT experience – nearly 10 yrs**
  3. **Experience with systems administration and security**
  4. **BA Liberal Arts**

- ➢ **Working Now:** Just finished at BAE, was there for 5 yrs, ended on Monday, Budget Cuts

- ➢ **Why they are looking:** Budget cuts

- ➢ **Pending Opportunities:** He just started looking, but should have several opportunities lined up for next week

- ➢ **Comments:** In addition to his technical writing experience, he has a technical background (Systems Administration and Security). He has excellent communication skills with little to no accent.

Regards,
Sean

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

8/3/2007

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Wednesday, October 25, 2006 2:07 PM |
| **To:** | 'Marisela Colunga' |
| **Cc:** | Maria Rojas; Cailin Walsh; Baillie, Scott |
| **Subject:** | RE: Jing Tosh salary? |

CONFIRMED at $70/hr

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**From:** Marisela Colunga [mailto:mcolunga@manilaconsulting.net]
**Sent:** Wednesday, October 25, 2006 1:31 PM
**To:** Delaney, Sean
**Cc:** Maria Rojas; Cailin Walsh
**Subject:** Jing Tosh salary?

Sean,

Please confirm that the correct bill rate for Jing Tosh is 70 per hr, and her conversion salary is $85-90K. Thanks.

➢ **Candidate Name:** Jing Tosh

➢ **Submittal For:** Business Analyst @ Manila Consulting

➢ **Billing Rate:** 70/hr

➢ **Conversion salary:** 85-90K

➢ **Candidate Lives:** Fairfax Va.

➢ **Citizenship:** U.S Citizen

➢ **Start Date:** 2 Weeks upon receiving an offer

➢ **Interview Times:** Can phone interview immediately and can make herself available for an in-person interview with 2 days notice

Marisela Colunga
MANILA Consulting Group, Inc.
1420 Beverly Road
McLean, VA 22101
Phone: 571.633.9400 ext. 136
E-mail: mcolunga@manilaconsulting.net

8/3/2007

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Wednesday, October 25, 2006 10:36 AM |
| **To:** | 'Marisela Colunga' |
| **Cc:** | Baillie, Scott |
| **Subject:** | FW: Ramon McGee/Technical Writer/Manila Consulting |
| **Importance:** | High |
| **Attachments:** | McGee, Ramon.doc |

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**From:** Delaney, Sean
**Sent:** Friday, October 06, 2006 4:39 PM
**To:** 'Cailin Walsh'; Maria Rojas
**Cc:** Baillie, Scott
**Subject:** Ramon McGee/Technical Writer/Manila Consulting
**Importance:** High

Cailin,
One more for the technical writer at DoL.  Again, looking forward to your speedy feedback.

➢   **Candidate Name:** Ramon McGee

➢   **Submittal For:** Technical Writer @ Manila Consulting/DoL

➢   **Billing Rate:** $61/hr

➢   **Conversion or Fulltime Hire salary:** $70-75K

➢   **Candidate Lives:** Odenton, MD.

➢   **Citizenship:** U.S. Citizen

➢   **Start Date:** 1 Week upon receiving an offer

➢   **Interview Times:** He can phone screen Monday or Tuesday of next week (10/9 or 10/10), preferably in the morning and can make himself available for an in-person with 1 days notice

➢   **Skills:**
    1.   8 years of technical and proposal writing with strong editing experience.

2. Writing draft minutes and comments for Associate Commissioner review and distribution to components such as the Office of the Chief Information Officer (OCIO), Systems, and Security
3. Editing and proofreading for publications quality control (QC)
4. Technical writing and editing for enterprise architecture and information technology project presentations
5. Proposal production specialist for winning DARPA 3D-RSTA and National Nuclear Security Administration (NNSA) proposals
6. Bachelor of Arts, Princeton University, 1987

➢ **Working Now:** Currently working as a Technical Writer for Pointe Technologies in Baltimore, MD

➢ **Why they are looking:** He was brought into his current position on a temp-perm basis and he is not confident that they have the funds to make him a full time employee. He is also very excited about the opportunity of working at DOL.

➢ **Pending Opportunities:** He just began his search and has no other interviews pending

➢ **Comments:** He is an A+ candidate. He has a great personality and is very outgoing. The 2 year gap on his resume was due to having to move to the Midwest with his wife to care for his father-in-law.

Regards,
Sean

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Tuesday, October 24, 2006 11:45 AM |
| **To:** | 'Marisela Colunga' |
| **Cc:** | Maria Rojas; Baillie, Scott |
| **Subject:** | RE: MANILA SCH. A |

I agree 100% with the BA.  Just so you are comfortable Marisela, I have been doing this for 15 years.  Jing will make a decision by 3pm today.  No if's, and's or buts about it.

SD

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Marisela Colunga [mailto:mcolunga@manilaconsulting.net]
**Sent:** Tuesday, October 24, 2006 11:15 AM
**To:** Delaney, Sean
**Cc:** Maria Rojas
**Subject:** RE: MANILA SCH. A

I think right now our focus should be on Jing Tosh for the BA position. Please try to follow up with her and get a feel for how her interview goes. We would really like to close the Business Analyst position. Thanks.

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Tuesday, October 24, 2006 11:00 AM
**To:** Marisela Colunga
**Subject:** RE: MANILA SCH. A

Outside of the Web Developer --- anything else we should be working on?

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Marisela Colunga [mailto:mcolunga@manilaconsulting.net]
**Sent:** Tuesday, October 24, 2006 11:00 AM
**To:** Delaney, Sean
**Subject:** RE: MANILA SCH. A

The IT trainer position is temporarily on hold.

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Tuesday, October 24, 2006 10:57 AM
**To:** Cailin Walsh; Maria Rojas; Marisela Colunga
**Subject:** RE: MANILA SCH. A

Should we start working on this need yet?

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Cailin Walsh [mailto:cwalsh@manilaconsulting.net]
**Sent:** Monday, October 16, 2006 9:34 AM
**To:** Delaney, Sean
**Subject:** RE: MANILA SCH. A

It is still open – at this point it is not a top priority.  The maximum billable rate is $49/hr and the maximum conversion salary is $63K.

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Monday, October 16, 2006 9:31 AM
**To:** Cailin Walsh
**Subject:** RE: MANILA SCH. A

Will do... You never sent me the trainer position on Friday... is it still open?

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Cailin Walsh [mailto:cwalsh@manilaconsulting.net]
**Sent:** Monday, October 16, 2006 9:28 AM
**To:** Delaney, Sean
**Subject:** RE: MANILA SCH. A

Great thanks!  Also, our Web Developer has backed out...we need to backfill this position.

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Monday, October 16, 2006 9:24 AM
**To:** Cailin Walsh
**Subject:** FW: MANILA SCH. A

Signed Schedule A's

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Hu, Frances
**Sent:** Monday, October 16, 2006 9:12 AM
**To:** Delaney, Sean
**Subject:** FW: MANILA SCH. A

---

**From:** bethesdascanner@rcmt.com [mailto:bethesdascanner@rcmt.com]
**Sent:** Monday, October 16, 2006 9:00 AM
**To:** Hu, Frances
**Subject:** MANILA SCH. A

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Tuesday, October 24, 2006 10:25 AM |
| **To:** | 'Marisela Colunga' |
| **Cc:** | Baillie, Scott; Maria Rojas; 'Nguyen, Mike - ETA CTR' |
| **Subject:** | RE: Jing Tosh For Business Analyst position (MANILA) |

She has an interview today at 1pm.  I gave her until three today to make a decision.  Stay tuned!!!

SD

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

-----Original Message-----
From: Marisela Colunga [mailto:mcolunga@manilaconsulting.net]
Sent: Monday, October 23, 2006 8:33 PM
To: Delaney, Sean
Cc: Maria Rojas
Subject: RE: Jing Tosh For Business Analyst position (MANILA)

Okay, please let us know once you do.

-----Original Message-----
From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Monday, October 23, 2006 8:26 PM
To: Marisela Colunga
Subject: RE: Jing Tosh For Business Analyst position (MANILA)

Haven't spoke w/ her yet...

 -----Original Message-----
From: Marisela Colunga [mailto:mcolunga@manilaconsulting.net]
Sent:  Mon Oct 23 19:53:26 2006
To:      Delaney, Sean
Cc:      Maria Rojas; Cailin Walsh; Nguyen, Mike - ETA CTR
Subject:     Jing Tosh For Business Analyst position (MANILA)

Sean,


I am writing to follow-up with the status of Jing Tosh for the Business Analyst position. Do we have
any word of an acceptance from her? Also, I never did receive her references.


Our PM would like to have Jing start on November 6th, as she requires 2 weeks notice. Please let
us know if this is possible. I am also attaching a form that we need filled out for Jing. This is a
SF85 form and must be filled out before Jing starts. We will also need copies of her I-9 form prior to

1

her starting. Please let us know if you need anything from us. You can reach me or Maria at ext. 106. Thanks.


Marisela Colunga

MANILA Consulting Group, Inc.

1420 Beverly Road

McLean, VA 22101

Phone: 571.633.9400 ext. 136

E-mail: mcolunga@manilaconsulting.net

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Wednesday, November 08, 2006 4:00 PM |
| **To:** | 'Marisela Colunga'; 'Cailin Walsh'; 'Maria Rojas' |
| **Cc:** | Blackford, William |
| **Subject:** | RE: James Yeager/Manila Consulting/Techical Writer |

This candidate is still available as well. He is currently on a contract and still needs to provide two weeks notice. He can interview anything with proper notice…

SD

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**From:** Delaney, Sean
**Sent:** Friday, October 06, 2006 5:13 PM
**To:** 'Cailin Walsh'; Maria Rojas
**Cc:** Blackford, William
**Subject:** James Yeager/Manila Consulting/Techical Writer
**Importance:** High

Cailin,
Attached is one more… You now have a great selection of highly qualified candidates for the Technical Writer position at DoL. Pleas let me know your thoughts on Monday.

➢ **Candidate Name:** James Yeager

➢ **Submittal For:** Technical Writer for Manila Consulting/DOL

➢ **Billing Rate:** $61/hr

➢ **Conversion or Fulltime Hire salary:** $79,000/yr.

➢ **Candidate Lives:** Bethesda, MD.

➢ **Citizenship:** U.S. Citizen

➢ **Start Date:** 2 weeks from an offer

➢ **Interview Times:** Can phone screen Monday or Tuesday and is able to interview in person Thursday and Friday of next week. His schedule is very flexible, as long as we give him 24 hours notice he can interview anytime.

➢ **Skills:**
  1. 10+ years experience
  **2.** Wrote and edited System Administrator Manual, Online Helpfiles and User Manuals for two of five intended federal financial management software modules for a startup firm,
  3. Experienced with Word, Excel, Visio, Project, PowerPoint, SharePoint and Mercury Quality Center/Test Director
  4. Edited software manuals and procedures documentation.

➢ **Working Now (where?):** Fannie Mae

➢ **Why they are looking:** The contract is ending at the end of November. He is able to make a move before the contract is up.

➢ **Pending Opportunities:** He's actively looking, but does not have anything pending at the moment.

➢ **Comments:** He defines what a professional is. Extremely articulate and deliberate in his responses. You can tell that he is a very analytical and detail oriented person. Very strong technical background

Regards,
Sean

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Wednesday, November 08, 2006 3:54 PM |
| **To:** | 'Marisela Colunga'; 'Cailin Walsh'; 'Maria Rojas' |
| **Cc:** | Blackford, William |
| **Subject:** | RE: Voleka Stewart/Manila Consulting/Technical Writer |

She is still available... and can face-to-face interview Monday or Thursday of next week --- or phone interview anytime this week.

SD

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Delaney, Sean
**Sent:** Friday, October 06, 2006 4:01 PM
**To:** 'Cailin Walsh'; Maria Rojas
**Cc:** Blackford, William
**Subject:** Voleka Stewart/Manila Consulting/Technical Writer
**Importance:** High

Cailin,
Attached is one more candidate for the tech writer slot at DoL.  Again, look forward to your speedy feedback.

➢      **Candidate Name:** Voleka Stewart

➢      **Submittal For:** Manila Consulting

➢      **Billing Rate:** $61/hr

➢      **Conversion salary:** $79,000/yr.

➢      **Candidate Lives:** Bowie, MD

➢      **Citizenship:** U.S. Citizen

➢      **Start Date:** 10/30/06

➢      **Interview Times:** Can phone interview immediately, and can face to face next Thursday or Friday from 9am-10am or after 3pm

         **Skills:**

1.    Over 8 years of experience as a Technical Writer
2.    Using Test Cases, performed software testing and quality assurance to verify enhancements and bug fixes worked properly
3.    Experienced in planning and development of technical manuals

➢ **Working Now (where?):** She's consulting for an agency right now.

➢ **Why they are looking:** She's only working 20-30hrs a week and she's looking for a full time position. She's recently got married and moved to the area from Va. Beach.

➢ **Pending Opportunities:** She doesn't have anything else on the table right now except for a possible position with NSA.

➢ **Comments:** Voleka is extremely polished. Very sharp, articulate, and professional. She's very easy to talk to, has a very outgoing personality, and seems to get along very well with others. Very strong technically, and has had some very solid experience with industry leaders (Computer Associates and CSC)

Have a good weekend!

SD

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Tuesday, December 12, 2006 1:05 PM |
| **To:** | 'Tiffany Ussery' |
| **Cc:** | Maria Rojas; Marisela Colunga; Cailin Walsh; Baillie, Scott |
| **Subject:** | Terri Dickens/IT Trainer Specialist/Manila Consulting |
| **Attachments:** | Dickens, Terri.doc |

➢ **Candidate Name: Terri Dickens**

➢ **Submittal For: IT Trainer Specialist @ Manila Consulting**

➢ **Billing rate: $49/hr**

➢ **Conversion salary: 63K**

➢ **Candidate Lives:  Laurel, Md.**

➢ **Citizenship: U.S Citizen**

➢ **Start Date: 2 Weeks upon receiving an offer**

➢ **Interview Times: Anytime with 2 days notice**

➢ **Skills:**
  1. Wrote technical documents, such as procedure manuals and related technical publications concerned with installation and operation of different software, in clear and concise language
  2. Trained employees via classroom courses, workshops and seminars
  3. Developed and revise these courses and prepare appropriate training catalogs
  4. Prepared, developed and updated instructor materials and training aids
  5. Prepared student materials, workbooks, and classroom handouts
  6. Provided on-line service for over 3000 users with problems from network and desktop emergencies to request for an account and technical information

➢ **Working Now: She is currently working for SRA in support of the Executive Office of the President**

➢ **Why they are looking: She is looking for an opportunity that is more geared towards her training experience**

➢ **Pending Opportunities: She has some feelers out but nothing concrete at this time**

➢ **Comments: Terri has a great personality.**

Sean P. Delaney
Sr. Director, Business Development

RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Tuesday, December 12, 2006 11:16 AM |
| **To:** | 'Tiffany Ussery' |
| **Cc:** | Maria Rojas; Marisela Colunga; Cailin Walsh; Baillie, Scott |
| **Subject:** | Rahman Rasheed/IT Training Specialist/Manila Consulting |
| **Attachments:** | Rasheed Rahman.doc |

➢ **Candidate Name: Rahman Rasheed**

➢ **Submittal For: IT Training Specialist @ Manila Consulting**

➢ **Billing rate: $49/hr**

➢ **Conversion salary: 63K**

➢ **Candidate Lives: Washington DC**

➢ **Citizenship: U.S Citizen**

➢ **Start Date: 2 Weeks upon receiving an offer**

➢ **Interview Times: He can interview anytime with 2 days notice**

➢ **Skills:**

➢ Plans, organizes, develops and implements a comprehensive training program to provide staff with current techniques and information relative to their assignments including Microsoft office 2000, 2002, and Outlook e-mail Suite

➢ Document user-reported problems and their resolution using the Remedy Helpdesk software. Resolve problems via telephone and e-mail

➢ Provide instructional training and technical support to Educational Institutions and biomedical investigators for the eRA Commons web-based system

➢ Has excellent communication and interpersonal skills

➢ **Working Now: He is currently on a contract working at NIH**

➢ **Why they are looking: He is concerned that the contract might be coming to an end. He is very interested in the idea of contract to perm**

➢ **Pending Opportunities: He has some feelers out but he has no other pending offers or interview that he is waiting for feedback on**

➢ **Comments: Rahman has a very outgoing personality. His communication and interpersonal skills are excellent**

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Tuesday, December 12, 2006 11:15 AM |
| **To:** | 'Tiffany Ussery' |
| **Cc:** | Cailin Walsh; Maria Rojas; Marisela Colunga; Baillie, Scott |
| **Subject:** | James Weaver/IT Training Specialist/Manila Consulting |
| **Attachments:** | Weaver, James.doc |

➢ **Candidate Name: James Weaver**

➢ **Submittal For: IT Training Specialist**

➢ **Billing rate - $49/hr**

➢ **Conversion salary: 63K**

➢ **Candidate Lives: Dumfries, Va.**

➢ **Citizenship: U.S Citizen**

➢ **Start Date: 1 Week upon receiving an offer**

➢ **Interview Times: Anytime with 1 days notice**

➢ **Skills:**

➢ Over 15 years of experience in computer support operations to include classroom instruction through design, development, and evaluation of training material

➢ Instructor for approximately 45 Work Group Administrators in system configuration and troubleshooting

➢ Managed PC hardware and software support for over 1600 users

➢ Administrative support in Office 2000/XP/2003 applications such as MS Word, PowerPoint, Excel, , Citrix, Lotus Notes, and Altiris

    ➢ Responsible for the development, instruction, and evaluation of training of on site employees. Supervised training material development, course and equipment implementation. Classroom instructor for 2 week courses at various locations on Microsoft Office Suites, Windows, WordPerfect, Lotus, and STORESNT to all military branches in the Food Services Division running NT platform

➢ **Working Now: He is currently on a 1 month contract in Washington DC**

➢ **Why they are looking: He is looking for an opportunity that offers long term stability**

➢ **Pending Opportunities: He has no other long term opportunities at this time**

➢ **Comments: James has a very outgoing personality.  He also has excellent communication**

**and interpersonal skills**

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

## Delaney, Sean

**From:** Delaney, Sean
**Sent:** Tuesday, November 21, 2006 9:38 AM
**To:** 'Tiffany Ussery'
**Cc:** Maria Rojas; Marisela Colunga; Cailin Walsh; Jonathan Tobin; Paula Disse; Blackford, William
**Subject:** RE: Shawn Williams/Manila/508 Specialist

I was out of the office yesterday... how did the interview w/ Shawn go?

SD

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Tiffany Ussery [mailto:tussery@manilaconsulting.net]
**Sent:** Friday, November 17, 2006 2:58 PM
**To:** Delaney, Sean
**Cc:** Maria Rojas; Marisela Colunga; Cailin Walsh; Jonathan Tobin; Paula Disse
**Subject:** RE: Shawn Williams/Manila/508 Specialist

Hi Sean,

Here are the particulars:

**Shawn Williams is scheduled to interview at 3:30pm on <u>Monday, November 20th</u>.**
Shawn will be interviewing at MANILA 1420 Beverly Road Suite 220, McLean, VA 22101. She is scheduled for a 3:30pm interview with Jonathan Tobin so please make sure she is there by 3:15pm.

- o Again, if they could please arrive 15 minutes prior to their appointment.

- o Please have them bring a valid drivers license with them.

- o Please have them bring a copy of their personal resume (minus company logos, etc).

- o Also, MANILA requires two documents (see attached) to be completed as well: Employment application and Affirmative Action form.  If you could please have each candidate fill them out and submit it to us for our internal keeping by sometime this week that would be great!

- o Also, if Shawn would like to visit our website ahead of time to familiarize herself, that would be great! http://www.manilaconsulting.net/home/default.asp

Let me know if you have any additional questions.  Thank you for all your help.

~Tiffany

Tiffany Ussery
Project Assistant

MANILA Consulting Group, Inc.
1420 Beverly Road
McLean, VA 22101
Phone: 571.633.9400 ext. 140
Email: tussery@manilaconsulting.net

---

**From:** Jonathan Tobin
**Sent:** Thursday, November 16, 2006 3:47 PM
**To:** Tiffany Ussery
**Cc:** Maria Rojas; Marisela Colunga; Cailin Walsh
**Subject:** RE: Shawn Williams/Manila/508 Specialist

3:30 p.m. should be okay with my schedule.

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Thu 11/16/2006 2:19 PM
**To:** Tiffany Ussery
**Cc:** Blackford, William; Maria Rojas; Marisela Colunga; Cailin Walsh; Jonathan Tobin
**Subject:** RE: Shawn Williams/Manila/508 Specialist

Monday at 3:30 works for Shawn… Can you please send me all the particulars for her interview (address, POC, POC title ext…)

Her interview for today was re-scheduled for Monday.  She is meeting with this other company at 8am.  This opportunity is with a Federal Agency but does not include 508 work --- which she would like to continue doing ;)

Thanks,
SD

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Tiffany Ussery [mailto:tussery@manilaconsulting.net]
**Sent:** Thursday, November 16, 2006 1:39 PM
**To:** Delaney, Sean
**Cc:** Blackford, William; Maria Rojas; Marisela Colunga; Cailin Walsh; Jonathan Tobin
**Subject:** RE: Shawn Williams/Manila/508 Specialist

Hi Sean,

I am sending you our available interview times; could you please coordinate with your candidate Shawn Williams schedule to set up an interview time?  Thanks!

11/17 tomorrow – after 10am
11/20 Monday – after 3pm

8/3/2007

11/21 Tuesday – all day after 10am
11/22 Wednesday – Not an option

For the following week:
11/27 – 11/28 Mon thru Tues – not an option
11/29 – 12/1 Wed thru Frid – anytime after 10am

~Tiffany

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Wednesday, November 15, 2006 5:21 PM
**To:** Maria Rojas; Marisela Colunga; Cailin Walsh; Tiffany Ussery
**Cc:** Blackford, William
**Subject:** Shawn Williams/Manila/508 Specialist
**Importance:** High

Ladies,

Stop the presses... Here is your candidate --- we need to move quick on her if interested.

**Candidate Name: Shawn Williams**

➢ **Submittal For: 508 Specialist for Manila**

➢ **Billing rate: $70/hr.**

➢ **Conversion: $85,000/yr.**

➢ **Candidate Lives: Fort Washington, Md.**

➢ **Citizenship: U.S. Citizen**

➢ **Start Date: 2 weeks from offer**

➢ **Interview Times: She can phone interview immediately. Available to in-person interview Monday at 10:00am**

➢ **Skills (how long/where?)**
- **5+ years experience with 508 compliance**
- **Responsible for all Internet (1 web site) and Intranet Web (27 web sites) site activities**
- **Conducts meetings and trainings with web content coordinators (WCC); informing and briefing WCC's and management about developments related to technological advances and Department policy**

- **Design web sites with collaboration from Division representatives using a variety of software tools and HTML coding**
- **Utilizes JAWS, BOBBY, & ADOBE assistive technology readers to ensure compliancy**

➢ **Working Now (where?):** Yes, Department of State

➢ **Why they are looking: Looking for a change b/c she's been with the Department of State for over 10 years, and there have been some management changes over the last couple of years and she thinks know is the right time to make a move.**

➢ **Pending Opportunities: She has a 2nd interview tomorrow. However, she is very interested in this opportunity. The position is pretty much in line with what she is currently doing. She wants to continue to focus on 508, and she actually worked with IRS in the mid-90s so is very excited about the potential opportunity to go back**

➢ **Comments: V**ery strong candidate. Extremely polished & professional. She presents herself extremely well, and has outstanding communication/interpersonal skills. Her knowledge of 508 is top-notch and I think she'd be an excellent fit for your need.

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Monday, November 20, 2006 8:30 PM |
| **To:** | 'Tiffany Ussery' |
| **Cc:** | 'Maria Rojas'; 'Marisela Colunga'; 'Paula Disse'; 'Cailin Walsh'; Baillie, Scott; Blackford, William |
| **Subject:** | RE: Technical Writer candidates |

Unfortunately, Ramon has decided to take another position. He decided he couldn't wait any longer to make a career move.

Sorry for the late notice. To that end, should we try and schedule something for Voleka?

SD

-----Original Message-----
From: Tiffany Ussery [mailto:tussery@manilaconsulting.net]
Sent: Thu Nov 16 17:16:12 2006
To: Delaney, Sean
Cc: Maria Rojas; Marisela Colunga; Paula Disse; Cailin Walsh
Subject: RE: Technical Writer candidates

Thank you Sean! We are confirmed for the following:

Ramon McGee is scheduled to interview at 10:30am Tuesday, November 21st.

Ramon will be interviewing at DOL's Frances Perkins Building located at 200 Constitution Avenue, Washington, DC 20210. He is scheduled for a 10:00am interview with our Federal client so please make sure he is there by *9:45am. Ramon will have to sign in at the visitor's entrance which is located at 3rd and C streets. He can contact the Help desk and they will sign him in.

James Yeager is scheduled to interview at 12:00pm on Tuesday, November 21st.

James will be interviewing at DOL's Frances Perkins Building located at 200 Constitution Avenue, Washington, DC 20210. He is scheduled for a 2:00pm interview with our Federal client so please make sure he is there by *1:45pm. James will have to sign in at the visitor's entrance which is located at 3rd and C streets. He can contact the Help desk and they will sign him in.

*       When the candidates check in with the Help Desk (202-693-3444), someone will direct them to Ellie Behzad, who will then introduce them to our Federal client.

*       Again, if they could please arrive 15 minutes prior to their appointment.

\*      Please have them bring a valid drivers license with them.

\*      Please have them bring a copy of their personal resume (minus company logos, etc).

\*      Our client may also ask for writing samples, if you could please ask them to bring writing samples/Portfolio/etc.

\*      Also, MANILA requires two documents (see attached) to be completed as well: Employment application and Affirmative Action form.  If you could please have each candidate fill them out and submit it to us for our internal keeping by sometime this week that would be great!

Let me know if you have any additional questions.  Thank you for all your help.

~Tiffany

_____

From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Thursday, November 16, 2006 4:16 PM
To: Tiffany Ussery
Cc: Maria Rojas; Marisela Colunga; Paula Disse; Cailin Walsh
Subject: RE: Technical Writer candidates
Importance: High

That works!

Ramon is confirmed for 10:30am and James is confirmed for 12:00pm.

Thanks,

Sean

_____

Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)

———

From: Tiffany Ussery [mailto:tussery@manilaconsulting.net]
Sent: Thursday, November 16, 2006 3:57 PM
To: Delaney, Sean
Cc: Maria Rojas; Marisela Colunga; Paula Disse; Cailin Walsh
Subject: RE: Technical Writer candidates

Hi Sean,

Can we do Ramon from 10:30 – 11:30 and James from 12:00 – 1:00 ?

Thanks,

Tiffany

———

From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Thursday, November 16, 2006 3:45 PM
To: Tiffany Ussery
Cc: Marisela Colunga; Maria Rojas; Cailin Walsh; Paula Disse; Blackford, William; Baillie, Scott
Subject: RE: Technical Writer candidates
Importance: High

Tiffany,

Not a problem.

We spoke to both candidates and Ramon can interview on Tuesday at 10:30am and James can interview at 11:30am.

Do these times work?


Thanks,

Sean


_____

Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)


_____

From: Tiffany Ussery [mailto:tussery@manilaconsulting.net]
Sent: Thursday, November 16, 2006 3:25 PM
To: Delaney, Sean
Cc: Marisela Colunga; Maria Rojas; Cailin Walsh; Paula Disse; Blackford, William; Baillie, Scott
Subject: RE: Technical Writer candidates


Sean,


I have some unfortunate news to bear...


Our client had an emergency arise and will not be able to conduct the two interviews tomorrow for the Technical writer position.  If we could work together to reschedule them, that would be great.  Our client is available on Tuesday November 21st from 10:30 am to 1:00pm and 3:00pm to 5:00pm.  Please let me know what we can arrange and please apologize on our behalf to Ramon and James.


Thank you!

~Tiffany

From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Thursday, November 16, 2006 10:34 AM
To: Tiffany Ussery
Cc: Marisela Colunga; Maria Rojas; Cailin Walsh; Paula Disse; Blackford, William; Baillie, Scott
Subject: RE: Technical Writer candidates


They are both prepped and ready to go.  Hopefully one of them will get it!


SD


_____

Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)


From: Tiffany Ussery [mailto:tussery@manilaconsulting.net]
Sent: Thursday, November 16, 2006 10:34 AM
To: Delaney, Sean
Cc: Maria Rojas; Cailin Walsh; Marisela Colunga; Paula Disse
Subject: Technical Writer candidates


Morning Sean!


Just a reminder for tomorrow's scheduled interviews:


Ramon McGee is scheduled to interview at 10:00am on Friday 11/16*

Ramon will be interviewing at DOL's Frances Perkins Building located at 200 Constitution Avenue, Washington, DC 20210. He is scheduled for a 10:00am interview with our Federal client so please make sure he is there by *9:45am. Ramon will have to sign in at the visitor's entrance which is located at 3rd and C streets. He can contact Eric Bryson when he arrives and Eric (or the Help desk) will sign him in.  His phone number is 202.693.3926.

James Yeager is scheduled to interview at 2:00pm on Friday 11/16*

James will be interviewing at DOL's Frances Perkins Building located at 200 Constitution Avenue, Washington, DC 20210. He is scheduled for a 2:00pm interview with our Federal client so please make sure he is there by *1:45pm. James will have to sign in at the visitor's entrance which is located at 3rd and C streets. He can contact Eric Bryson when he arrives and Eric (or the Help desk) will sign him in.  His phone number is 202.693.3926.

*       When the candidates check in with the Help Desk (202-693-3444), someone will direct them to Ellie Behzad, who will then introduce them to our Federal client.

*       Again, if they could please arrive 15 minutes prior to their appointment.

*       Please have them bring a valid drivers license with them.

*       Please have them bring a copy of their personal resume (minus company logos, etc).

*       Our client may also ask for writing samples, if you could please ask them to bring writing samples/Portfolio/etc.

*       Also, MANILA requires two documents (see attached) to be completed as well: Employment application and Affirmative Action form.  If you could please have each candidate fill them out and submit it to us for our internal keeping by sometime this week that would be great!

I will get back to you shortly on Voleka, once I get word.

Let me know if you have any additional questions.  Thank you for all your help.

~Tiffany

Tiffany Ussery

Project Assistant

MANILA Consulting Group, Inc.

1420 Beverly Road

McLean, VA 22101

Phone: 571.633.9400 ext. 140

Email:  <mailto:tussery@manilaconsulting.net> tussery@manilaconsulting.net

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Friday, November 17, 2006 5:02 PM |
| **To:** | 'Tiffany Ussery' |
| **Cc:** | Maria Rojas; Marisela Colunga; Cailin Walsh; Jonathan Tobin; Paula Disse; Blackford, William |
| **Subject:** | RE: Shawn Williams/Manila/508 Specialist |

She is good to go... and will be there Monday at 315

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Tiffany Ussery [mailto:tussery@manilaconsulting.net]
**Sent:** Friday, November 17, 2006 2:58 PM
**To:** Delaney, Sean
**Cc:** Maria Rojas; Marisela Colunga; Cailin Walsh; Jonathan Tobin; Paula Disse
**Subject:** RE: Shawn Williams/Manila/508 Specialist

Hi Sean,

Here are the particulars:

**Shawn Williams is scheduled to interview at 3:30pm on <u>Monday, November 20th</u>.**
Shawn will be interviewing at MANILA 1420 Beverly Road Suite 220, McLean, VA 22101. She is scheduled for a 3:30pm interview with Jonathan Tobin so please make sure she is there by 3:15pm.

- ○ Again, if they could please arrive 15 minutes prior to their appointment.

- ○ Please have them bring a valid drivers license with them.

- ○ Please have them bring a copy of their personal resume (minus company logos, etc).

- ○ Also, MANILA requires two documents (see attached) to be completed as well: Employment application and Affirmative Action form.  If you could please have each candidate fill them out and submit it to us for our internal keeping by sometime this week that would be great!

- ○ Also, if Shawn would like to visit our website ahead of time to familiarize herself, that would be great! http://www.manilaconsulting.net/home/default.asp

Let me know if you have any additional questions.  Thank you for all your help.

~Tiffany

Tiffany Ussery
Project Assistant
MANILA Consulting Group, Inc.
1420 Beverly Road

McLean, VA 22101
Phone: 571.633.9400 ext. 140
Email: tussery@manilaconsulting.net

---

**From:** Jonathan Tobin
**Sent:** Thursday, November 16, 2006 3:47 PM
**To:** Tiffany Ussery
**Cc:** Maria Rojas; Marisela Colunga; Cailin Walsh
**Subject:** RE: Shawn Williams/Manila/508 Specialist

3:30 p.m. should be okay with my schedule.

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Thu 11/16/2006 2:19 PM
**To:** Tiffany Ussery
**Cc:** Blackford, William; Maria Rojas; Marisela Colunga; Cailin Walsh; Jonathan Tobin
**Subject:** RE: Shawn Williams/Manila/508 Specialist

Monday at 3:30 works for Shawn... Can you please send me all the particulars for her interview (address, POC, POC title ext...)

Her interview for today was re-scheduled for Monday. She is meeting with this other company at 8am. This opportunity is with a Federal Agency but does not include 508 work --- which she would like to continue doing ;)

Thanks,
SD

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Tiffany Ussery [mailto:tussery@manilaconsulting.net]
**Sent:** Thursday, November 16, 2006 1:39 PM
**To:** Delaney, Sean
**Cc:** Blackford, William; Maria Rojas; Marisela Colunga; Cailin Walsh; Jonathan Tobin
**Subject:** RE: Shawn Williams/Manila/508 Specialist

Hi Sean,

I am sending you our available interview times; could you please coordinate with your candidate Shawn Williams schedule to set up an interview time? Thanks!

11/17 tomorrow – after 10am
11/20 Monday – after 3pm
11/21 Tuesday – all day after 10am
11/22 Wednesday – Not an option

For the following week:
11/27 – 11/28 Mon thru Tues – not an option
11/29 – 12/1 Wed thru Frid – anytime after 10am

~Tiffany

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Wednesday, November 15, 2006 5:21 PM
**To:** Maria Rojas; Marisela Colunga; Cailin Walsh; Tiffany Ussery
**Cc:** Blackford, William
**Subject:** Shawn Williams/Manila/508 Specialist
**Importance:** High

Ladies,

Stop the presses... Here is your candidate --- we need to move quick on her if interested.

## Candidate Name: Shawn Williams

➢ **Submittal For: 508 Specialist for Manila**

➢ **Billing rate: $70/hr.**

➢ **Conversion: $85,000/yr.**

➢ **Candidate Lives: Fort Washington, Md.**

➢ **Citizenship: U.S. Citizen**

➢ **Start Date: 2 weeks from offer**

➢ **Interview Times: She can phone interview immediately. Available to in-person interview Monday at 10:00am**

➢ **Skills (how long/where?)**
- **5+ years experience with 508 compliance**
- **Responsible for all Internet (1 web site) and Intranet Web (27 web sites) site activities**
- **Conducts meetings and trainings with web content coordinators (WCC); informing and briefing WCC's and management about developments related to technological advances and Department policy**
- **Design web sites with collaboration from Division representatives using a variety of software**

tools and HTML coding
- **Utilizes JAWS, BOBBY, & ADOBE assistive technology readers to ensure compliancy**

➢ **Working Now (where?):** Yes, Department of State

➢ **Why they are looking: Looking for a change b/c she's been with the Department of State for over 10 years, and there have been some management changes over the last couple of years and she thinks know is the right time to make a move.**

➢ **Pending Opportunities: She has a 2nd interview tomorrow. However, she is very interested in this opportunity. The position is pretty much in line with what she is currently doing. She wants to continue to focus on 508, and she actually worked with IRS in the mid-90s so is very excited about the potential opportunity to go back**

➢ **Comments: V**ery strong candidate. Extremely polished & professional. She presents herself extremely well, and has outstanding communication/interpersonal skills. Her knowledge of 508 is top-notch and I think she'd be an excellent fit for your need.

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

## Delaney, Sean

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Thursday, November 16, 2006 3:45 PM |
| **To:** | 'Tiffany Ussery' |
| **Cc:** | Marisela Colunga; Maria Rojas; Cailin Walsh; Paula Disse; Blackford, William; Baillie, Scott |
| **Subject:** | RE: Technical Writer candidates |
| **Importance:** | High |

Tiffany,

Not a problem.

We spoke to both candidates and Ramon can interview on Tuesday at 10:30am and James can interview at 11:30am.

Do these times work?

Thanks,
Sean

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Tiffany Ussery [mailto:tussery@manilaconsulting.net]
**Sent:** Thursday, November 16, 2006 3:25 PM
**To:** Delaney, Sean
**Cc:** Marisela Colunga; Maria Rojas; Cailin Walsh; Paula Disse; Blackford, William; Baillie, Scott
**Subject:** RE: Technical Writer candidates

Sean,

I have some unfortunate news to bear...

Our client had an emergency arise and will not be able to conduct the two interviews tomorrow for the Technical writer position.  If we could work together to reschedule them, that would be great.  Our client is available on Tuesday November 21st from 10:30 am to 1:00pm and 3:00pm to 5:00pm.  Please let me know what we can arrange and please apologize on our behalf to Ramon and James.

Thank you!
~Tiffany

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Thursday, November 16, 2006 10:34 AM
**To:** Tiffany Ussery
**Cc:** Marisela Colunga; Maria Rojas; Cailin Walsh; Paula Disse; Blackford, William; Baillie, Scott

**Subject:** RE: Technical Writer candidates

They are both prepped and ready to go.  Hopefully one of them will get it!

SD

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Tiffany Ussery [mailto:tussery@manilaconsulting.net]
**Sent:** Thursday, November 16, 2006 10:34 AM
**To:** Delaney, Sean
**Cc:** Maria Rojas; Cailin Walsh; Marisela Colunga; Paula Disse
**Subject:** Technical Writer candidates

Morning Sean!

Just a reminder for tomorrow's scheduled interviews:

**Ramon McGee is scheduled to interview at 10:00am on Friday 11/16***
Ramon will be interviewing at DOL's Frances Perkins Building located at 200 Constitution Avenue, Washington, DC 20210. He is scheduled for a 10:00am interview with our Federal client so please make sure he is there by *9:45am. Ramon will have to sign in at the visitor's entrance which is located at 3rd and C streets. He can contact Eric Bryson when he arrives and Eric (or the Help desk) will sign him in.  His phone number is 202.693.3926.

**James Yeager is scheduled to interview at 2:00pm on Friday 11/16***
James will be interviewing at DOL's Frances Perkins Building located at 200 Constitution Avenue, Washington, DC 20210. He is scheduled for a 2:00pm interview with our Federal client so please make sure he is there by *1:45pm. James will have to sign in at the visitor's entrance which is located at 3rd and C streets. He can contact Eric Bryson when he arrives and Eric (or the Help desk) will sign him in.  His phone number is 202.693.3926.

- When the candidates check in with the Help Desk (202-693-3444), someone will direct them to Ellie Behzad, who will then introduce them to our Federal client.

- Again, if they could please arrive 15 minutes prior to their appointment.

- Please have them bring a valid drivers license with them.

- Please have them bring a copy of their personal resume (minus company logos, etc).

- Our client may also ask for writing samples, if you could please ask them to bring writing samples/Portfolio/etc.

- Also, MANILA requires two documents (see attached) to be completed as well: Employment application and Affirmative Action form.  If you could please have each candidate fill them out and submit it to us for our internal keeping by sometime this week that would be great!

I will get back to you shortly on Voleka, once I get word.

Let me know if you have any additional questions.  Thank you for all your help.

~Tiffany

Tiffany Ussery
Project Assistant
MANILA Consulting Group, Inc.
1420 Beverly Road
McLean, VA 22101
Phone: 571.633.9400 ext. 140
Email: tussery@manilaconsulting.net

## Delaney, Sean

**From:**    Delaney, Sean
**Sent:**    Thursday, November 16, 2006 2:20 PM
**To:**    'Tiffany Ussery'
**Cc:**    Blackford, William; Maria Rojas; Marisela Colunga; Cailin Walsh; Jonathan Tobin
**Subject:** RE: Shawn Williams/Manila/508 Specialist

Monday at 3:30 works for Shawn... Can you please send me all the particulars for her interview (address, POC, POC title ext...)

Her interview for today was re-scheduled for Monday. She is meeting with this other company at 8am. This opportunity is with a Federal Agency but does not include 508 work --- which she would like to continue doing ;)

Thanks,
SD

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Tiffany Ussery [mailto:tussery@manilaconsulting.net]
**Sent:** Thursday, November 16, 2006 1:39 PM
**To:** Delaney, Sean
**Cc:** Blackford, William; Maria Rojas; Marisela Colunga; Cailin Walsh; Jonathan Tobin
**Subject:** RE: Shawn Williams/Manila/508 Specialist

Hi Sean,

I am sending you our available interview times; could you please coordinate with your candidate Shawn Williams schedule to set up an interview time? Thanks!

11/17 tomorrow – after 10am
11/20 Monday – after 3pm
11/21 Tuesday – all day after 10am
11/22 Wednesday – Not an option

For the following week:
11/27 – 11/28 Mon thru Tues – not an option
11/29 – 12/1 Wed thru Frid – anytime after 10am

~Tiffany

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Wednesday, November 15, 2006 5:21 PM
**To:** Maria Rojas; Marisela Colunga; Cailin Walsh; Tiffany Ussery

**Cc:** Blackford, William
**Subject:** Shawn Williams/Manila/508 Specialist
**Importance:** High

Ladies,

Stop the presses... Here is your candidate --- we need to move quick on her if interested.

**Candidate Name: Shawn Williams**

➢ **Submittal For: 508 Specialist for Manila**

➢ **Billing rate: $70/hr.**

➢ **Conversion: $85,000/yr.**

➢ **Candidate Lives: Fort Washington, Md.**

➢ **Citizenship: U.S. Citizen**

➢ **Start Date: 2 weeks from offer**

➢ **Interview Times: She can phone interview immediately. Available to in-person interview Monday at 10:00am**

➢ **Skills (how long/where?)**
  - **5+ years experience with 508 compliance**
  - **Responsible for all Internet (1 web site) and Intranet Web (27 web sites) site activities**
  - **Conducts meetings and trainings with web content coordinators (WCC); informing and briefing WCC's and management about developments related to technological advances and Department policy**
  - **Design web sites with collaboration from Division representatives using a variety of software tools and HTML coding**
  - **Utilizes JAWS, BOBBY, & ADOBE assistive technology readers to ensure compliancy**

➢ **Working Now (where?):** Yes, Department of State

➢ **Why they are looking: Looking for a change b/c she's been with the Department of State for over 10 years, and there have been some management changes over the last couple of years and she thinks know is the right time to make a move.**

8/3/2007

➢ **Pending Opportunities: She has a 2ⁿᵈ interview tomorrow. However, she is very interested in this opportunity. The position is pretty much in line with what she is currently doing. She wants to continue to focus on 508, and she actually worked with IRS in the mid-90s so is very excited about the potential opportunity to go back**

➢ **Comments:** Very strong candidate. Extremely polished & professional. She presents herself extremely well, and has outstanding communication/interpersonal skills. Her knowledge of 508 is top-notch and I think she'd be an excellent fit for your need.

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Thursday, November 16, 2006 1:47 PM |
| **To:** | 'Tiffany Ussery' |
| **Cc:** | Blackford, William; Maria Rojas; Marisela Colunga; Cailin Walsh; Jonathan Tobin |
| **Subject:** | RE: Shawn Williams/Manila/508 Specialist |

Thanks for the quick turn around.  FYI – We won't be able to speak with her until about 6pm tonight... To that end, I assume tomorrow is out.  However, as soon as we nail her down I will let all know.

Thanks,
SD

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Tiffany Ussery [mailto:tussery@manilaconsulting.net]
**Sent:** Thursday, November 16, 2006 1:39 PM
**To:** Delaney, Sean
**Cc:** Blackford, William; Maria Rojas; Marisela Colunga; Cailin Walsh; Jonathan Tobin
**Subject:** RE: Shawn Williams/Manila/508 Specialist

Hi Sean,

I am sending you our available interview times; could you please coordinate with your candidate Shawn Williams schedule to set up an interview time?  Thanks!

11/17 tomorrow – after 10am
11/20 Monday – after 3pm
11/21 Tuesday – all day after 10am
11/22 Wednesday – Not an option

For the following week:
11/27 – 11/28 Mon thru Tues – not an option
11/29 – 12/1 Wed thru Frid – anytime after 10am

~Tiffany

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Wednesday, November 15, 2006 5:21 PM
**To:** Maria Rojas; Marisela Colunga; Cailin Walsh; Tiffany Ussery
**Cc:** Blackford, William
**Subject:** Shawn Williams/Manila/508 Specialist
**Importance:** High

Ladies,

Stop the presses... Here is your candidate --- we need to move quick on her if interested.

**Candidate Name: Shawn Williams**

➤ **Submittal For: 508 Specialist for Manila**

➤ **Billing rate: $70/hr.**

➤ **Conversion: $85,000/yr.**

➤ **Candidate Lives: Fort Washington, Md.**

➤ **Citizenship: U.S. Citizen**

➤ **Start Date: 2 weeks from offer**

➤ **Interview Times: She can phone interview immediately. Available to in-person interview Monday at 10:00am**

➤ **Skills (how long/where?)**
- **5+ years experience with 508 compliance**
- **Responsible for all Internet (1 web site) and Intranet Web (27 web sites) site activities**
- **Conducts meetings and trainings with web content coordinators (WCC); informing and briefing WCC's and management about developments related to technological advances and Department policy**
- **Design web sites with collaboration from Division representatives using a variety of software tools and HTML coding**
- **Utilizes JAWS, BOBBY, & ADOBE assistive technology readers to ensure compliancy**

➤ **Working Now (where?):** Yes, Department of State

➤ **Why they are looking: Looking for a change b/c she's been with the Department of State for over 10 years, and there have been some management changes over the last couple of years and she thinks know is the right time to make a move.**

➤ **Pending Opportunities: She has a 2nd interview tomorrow. However, she is very interested in this opportunity. The position is pretty much in line with what she is currently doing. She wants to**

**continue to focus on 508, and she actually worked with IRS in the mid-90s so is very excited about the potential opportunity to go back**


➢ **Comments: V**ery strong candidate. Extremely polished & professional. She presents herself extremely well, and has outstanding communication/interpersonal skills. Her knowledge of 508 is top-notch and I think she'd be an excellent fit for your need.


_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

## Delaney, Sean

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Thursday, November 16, 2006 10:34 AM |
| **To:** | 'Tiffany Ussery' |
| **Cc:** | 'Marisela Colunga'; 'Maria Rojas'; 'Cailin Walsh'; 'Paula Disse'; Blackford, William; Baillie, Scott |
| **Subject:** | RE: Technical Writer candidates |

They are both prepped and ready to go.  Hopefully one of them will get it!

SD

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Tiffany Ussery [mailto:tussery@manilaconsulting.net]
**Sent:** Thursday, November 16, 2006 10:34 AM
**To:** Delaney, Sean
**Cc:** Maria Rojas; Cailin Walsh; Marisela Colunga; Paula Disse
**Subject:** Technical Writer candidates

Morning Sean!

Just a reminder for tomorrow's scheduled interviews:

**Ramon McGee is scheduled to interview at 10:00am on Friday 11/16\***
Ramon will be interviewing at DOL's Frances Perkins Building located at 200 Constitution Avenue, Washington, DC 20210. He is scheduled for a 10:00am interview with our Federal client so please make sure he is there by *9:45am. Ramon will have to sign in at the visitor's entrance which is located at 3rd and C streets. He can contact Eric Bryson when he arrives and Eric (or the Help desk) will sign him in.  His phone number is 202.693.3926.

**James Yeager is scheduled to interview at 2:00pm on Friday 11/16\***
James will be interviewing at DOL's Frances Perkins Building located at 200 Constitution Avenue, Washington, DC 20210. He is scheduled for a 2:00pm interview with our Federal client so please make sure he is there by *1:45pm. James will have to sign in at the visitor's entrance which is located at 3rd and C streets. He can contact Eric Bryson when he arrives and Eric (or the Help desk) will sign him in.  His phone number is 202.693.3926.

- When the candidates check in with the Help Desk (202-693-3444), someone will direct them to Ellie Behzad, who will then introduce them to our Federal client.

- Again, if they could please arrive 15 minutes prior to their appointment.

- Please have them bring a valid drivers license with them.

- Please have them bring a copy of their personal resume (minus company logos, etc).

- Our client may also ask for writing samples, if you could please ask them to bring writing

samples/Portfolio/etc.

o Also, MANILA requires two documents (see attached) to be completed as well: Employment application and Affirmative Action form.  If you could please have each candidate fill them out and submit it to us for our internal keeping by sometime this week that would be great!

I will get back to you shortly on Voleka, once I get word.

Let me know if you have any additional questions.  Thank you for all your help.

~Tiffany


Tiffany Ussery
Project Assistant
MANILA Consulting Group, Inc.
1420 Beverly Road
McLean, VA 22101
Phone: 571.633.9400 ext. 140
Email: tussery@manilaconsulting.net

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Tuesday, November 14, 2006 11:02 AM |
| **To:** | 'Tiffany Ussery' |
| **Cc:** | Cailin Walsh; Maria Rojas; Paula Disse; Blackford, William; Marisela Colunga |
| **Subject:** | RE: Few more updates |

Voleka can interview Thursday or Friday of this week at 3:30pm.

Which day works best for you?

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**From:** Tiffany Ussery [mailto:tussery@manilaconsulting.net]
**Sent:** Monday, November 13, 2006 5:24 PM
**To:** Delaney, Sean
**Cc:** Cailin Walsh; Maria Rojas; Paula Disse; Blackford, William; Marisela Colunga
**Subject:** Few more updates

Sean,

I have a few more updates from Maria, thank you for your patience!

o When the candidates check in with the Help Desk (202-693-3444), someone will direct them to Ellie Behzad, who will then introduce them to our Federal client.

o Again, if they could please arrive 15 minutes prior to their appointment.

o Please have them bring a valid drivers license with them.

o Please have them bring a copy of their personal resume (minus company logos, etc).

o Our client may also ask for writing samples, if you could please ask them to bring writing samples/Portfolio/etc.

o Also, MANILA requires two documents (see attached) to be completed as well: Employment application and Affirmative Action form.  If you could please have each candidate fill them out and submit it to us for our internal keeping by sometime this week that would be great!

Please feel free to contact me if you have any questions.

~Tiffany

Tiffany Ussery
MANILA Consulting Group, Inc.
1420 Beverly Road
McLean, VA 22101
Phone: 571.633.9400 ext. 140
Email: tussery@manilaconsulting.net

8/3/2007

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Monday, November 13, 2006 4:49 PM |
| **To:** | 'Tiffany Ussery' |
| **Cc:** | Baillie, Scott |
| **Subject:** | RE: Hung Nguyen/Tech Writer/Manila |

Thanks Tiffany... Is Ramon's interview schedule for Thursday or Friday?

SD

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Tiffany Ussery [mailto:tussery@manilaconsulting.net]
**Sent:** Monday, November 13, 2006 4:46 PM
**To:** Delaney, Sean
**Cc:** Cailin Walsh; Maria Rojas; Paula Disse; Blackford, William; Marisela Colunga
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

Hi Sean,

Ok!  Thanks for your patience!  Please refer to the following appointments and if you could please confirm these times with me:

**Ramon McGee is scheduled to interview at 10:00am\***
Ramon will be interviewing at DOL's Frances Perkins Building located at 200 Constitution Avenue, Washington, DC 20210. He is scheduled for a 10:00am interview with our Federal client so please make sure he is there by *9:45am. Ramon will have to sign in at the visitor's entrance which is located at 3rd and C streets. He can contact Eric Bryson when he arrives and Eric (or the Help desk) will sign him in.  His phone number is 202.693.3926.

**James Yeager is scheduled to interview at 2:00pm\***
James will be interviewing at DOL's Frances Perkins Building located at 200 Constitution Avenue, Washington, DC 20210. He is scheduled for a 2:00pm interview with our Federal client so please make sure he is there by *1:45pm. James will have to sign in at the visitor's entrance which is located at 3rd and C streets. He can contact Eric Bryson when he arrives and Eric (or the Help desk) will sign him in.  His phone number is 202.693.3926.

The Help Desk number is 202.693.3444.  Have Ramon and James call Eric first and if they are unable to reach him call the Help Desk and let whoever answers know that they are there for an interview and need to be signed-in.

They will also need to bring a valid drivers license (picture ID) with them.

\*\*Still waiting on Voleka Stewart.\*\*

Let me know if you have any questions.  Thank you for all your help.

~Tiffany

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Monday, November 13, 2006 1:13 PM
**To:** Marisela Colunga
**Cc:** Cailin Walsh; Maria Rojas; Tiffany Ussery; Paula Disse; Blackford, William
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

James is available on Friday at 2:00pm.  Can we confirm this?

I am waiting to hear back from Voleka.



Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Marisela Colunga [mailto:mcolunga@manilaconsulting.net]
**Sent:** Monday, November 13, 2006 12:01 PM
**To:** Delaney, Sean
**Cc:** Cailin Walsh; Maria Rojas; Tiffany Ussery; Paula Disse
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

Sean,

Thank you for providing this information on Ramon. We will send this information to our PM and let you know once we hear something back from him. Hopefully, there will be a time that works into everyone's schedule. Please let us know as you hear back from the other candidates. Thanks again.

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Monday, November 13, 2006 11:44 AM
**To:** Maria Rojas; Cailin Walsh; Marisela Colunga; Tiffany Ussery
**Cc:** Ayers, Kim; Blackford, William; Baillie, Scott
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

Ramon has pre-scheduled meetings on Tuesday and Wednesday and cannot get off on short notice.  He is available on:

Thursday- 8-11am
Thursday- 2-5pm
Friday- 8-11am
Friday- 2-5pm

When would work for your team?

SD

---

8/3/2007

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Maria Rojas [mailto:mrojas@manilaconsulting.net]
**Sent:** Saturday, November 11, 2006 1:58 PM
**To:** Delaney, Sean; Cailin Walsh; Marisela Colunga
**Cc:** Ayers, Kim; Blackford, William; Baillie, Scott
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

Thank you, Sean.

I apologize if this was requested before, but can we try to schedule interviews with Voleka Stewart, Ramon McGee, and James Yeager on Tuesday, November 14.
Our client is available between 10:30 – 1:30 or 3:00 – 5:00 on this day.  If they are not available on Tuesday, can they do a face to fac interview any other day this
coming week?

Please advise.

Maria

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Friday, November 10, 2006 8:23 AM
**To:** Cailin Walsh; Maria Rojas; Marisela Colunga
**Cc:** Ayers, Kim; Blackford, William; Baillie, Scott
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

Ladies,
This candidate is NO longer available.  Please let me know if we can schedule phone screens for the three other candidates early next week.

Thanks,
SD

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Delaney, Sean
**Sent:** Friday, October 06, 2006 3:20 PM
**To:** 'Cailin Walsh'; Maria Rojas
**Cc:** Ayers, Kim
**Subject:** Hung Nguyen/Tech Writer/Manila

Cailin

Attached you will find the resume of Hung Nguyen for the technical writer position at DoL. I look forward to your speedy feedback.

- ➢ **Candidate Name:** Hung Nguyen

- ➢ **Submittal For:** Manila Tech Writer

- ➢ **Billing Rate: $**61/hr

- ➢ **Conversion salary:** 75k

- ➢ **Candidate Lives:** Fairfax, VA

- ➢ **Citizenship:** US citizen

- ➢ **Start Date:** ASAP

- ➢ **Interview Times:** Flexible next week (Monday or Tuesday best)

- ➢ **Skills:**
  1. **Technical Writing - nearly 8 yrs**
  2. **IT experience - nearly 10 yrs**
  3. **Experience with systems administration and security**
  4. **BA Liberal Arts**

- ➢ **Working Now:** Just finished at BAE, was there for 5 yrs, ended on Monday, Budget Cuts

- ➢ **Why they are looking:** Budget cuts

- ➢ **Pending Opportunities:** He just started looking, but should have several opportunities lined up for next week

- ➢ **Comments:** In addition to his technical writing experience, he has a technical background (Systems Administration and Security). He has excellent communication skills with little to no accent.

Regards,
Sean

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Wednesday, November 29, 2006 3:56 PM |
| **To:** | 'Tiffany Ussery'; Blackford, William |
| **Cc:** | Maria Rojas |
| **Subject:** | RE: Voleka and Claudette |

The troops are getting restless.  Anything yet?

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

-----Original Message-----
From: Tiffany Ussery [mailto:tussery@manilaconsulting.net]
Sent: Monday, November 27, 2006 10:52 AM
To: Delaney, Sean; Blackford, William
Cc: Maria Rojas
Subject: RE: Voleka and Claudette

Hi Sean,

Thank you, my Thanksgiving was great, hope yours was the same!

I apologize for the wait; however we are waiting to hear from our client, which should be at some point early this week.  Thanks for your patience with everything and please let me know if there are any changes with the candidates.

Thank you!
Tiffany

-----Original Message-----
From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Monday, November 27, 2006 10:46 AM
To: Tiffany Ussery; Blackford, William
Cc: Maria Rojas
Subject: RE: Voleka and Claudette

Tiffany,
Hope you had a great holiday!

Just wanted to check in and see if we have any times fro Voleka and James Yeager.  Let me know...

Thanks,
SD

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

1

-----Original Message-----
From: Tiffany Ussery [mailto:tussery@manilaconsulting.net]
Sent: Tuesday, November 21, 2006 2:53 PM
To: Blackford, William
Cc: Maria Rojas; Delaney, Sean
Subject: RE: Voleka and Claudette

Thank you Bill, we are checking with our client and will get back to you as soon as we have dates and times.

Thanks for your patience.

-----Original Message-----
From: Blackford, William [mailto:Bill.Blackford@rcmt.com]
Sent: Tuesday, November 21, 2006 1:42 PM
To: Tiffany Ussery
Cc: Maria Rojas; Delaney, Sean
Subject: RE: Voleka and Claudette

Excellent!

In regards, to James he's pretty flexible next week and would make himself available for whenever you'd be able to bring him in for the interview.

Just let us know which day works best for your client.

Thanks,
Bill

_____
Bill Blackford
Technical Recruiter
RCM Technologies, Inc.
t: 301.986.1412 ext. 3012
f: 301.652.2330
bill.blackford@rcmt.com
www.rcmt.com

-----Original Message-----
From: Tiffany Ussery [mailto:tussery@manilaconsulting.net]
Sent: Tuesday, November 21, 2006 1:41 PM
To: Blackford, William
Cc: Maria Rojas; Delaney, Sean
Subject: RE: Voleka and Claudette

Thank you for getting back to me Bill, yes, we can go ahead and find out dates and times that both James and Voleka will be available next week.
Then submit them to our client to see what works best with her schedule.

Thanks for your help,
Tiffany

-----Original Message-----
From: Blackford, William [mailto:Bill.Blackford@rcmt.com]

2

Sent: Tuesday, November 21, 2006 1:34 PM
To: Tiffany Ussery
Cc: Maria Rojas; Delaney, Sean
Subject: RE: Voleka and Claudette

Tiffany,

I'll put out a call to Voleka and will get some times.

Also, do you want us to reschedule James Yeager?

Thanks,
Bill

_____

Bill Blackford
Technical Recruiter
RCM Technologies, Inc.
t: 301.986.1412 ext. 3012
f: 301.652.2330
bill.blackford@rcmt.com
www.rcmt.com

-----Original Message-----
From: Tiffany Ussery [mailto:tussery@manilaconsulting.net]
Sent: Tuesday, November 21, 2006 1:34 PM
To: Delaney, Sean; Blackford, William; Baillie, Scott
Cc: Marisela Colunga; Paula Disse; Cailin Walsh; Maria Rojas
Subject: RE: Voleka and Claudette

In reference to my previous email, I do apologize, Claudette is not with RCM.  Sorry if this has
caused any confusion, if you could please let us know Voleka's available times next week that
would be great.

Thanks!

-----Original Message-----
From: Tiffany Ussery
Sent: Tuesday, November 21, 2006 1:32 PM
To: 'Delaney, Sean'; Blackford, William; Baillie, Scott
Cc: Marisela Colunga; Paula Disse; Cailin Walsh; Maria Rojas
Subject: Voleka and Claudette

Hi Sean & William,

If Voleka and Claudette are still interested and/or available to interview for the Technical Writer
position, we would like to know when they would be available next week (Nov. 27 - Dec 1)?

Thank you for your help with this.

~Tiffany

-----Original Message-----
From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Tuesday, November 21, 2006 10:24 AM
To: Maria Rojas; Tiffany Ussery
Cc: Marisela Colunga; Paula Disse; Cailin Walsh; Baillie, Scott; Blackford, William
Subject: RE: Technical Writer candidates

Yes, James is confirmed.

SD

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

-----Original Message-----
From: Maria Rojas [mailto:mrojas@manilaconsulting.net]
Sent: Tuesday, November 21, 2006 9:46 AM
To: Delaney, Sean; Tiffany Ussery
Cc: Marisela Colunga; Paula Disse; Cailin Walsh; Baillie, Scott; Blackford, William
Subject: RE: Technical Writer candidates

Sean,

The information has been shared with our client.  At this point we don't know if our client wants to have more interviews.  James Yeager is confirmed for 12:00 p.m., correct?

Maria

-----Original Message-----
From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Monday, November 20, 2006 8:30 PM
To: Tiffany Ussery
Cc: Maria Rojas; Marisela Colunga; Paula Disse; Cailin Walsh; Baillie, Scott; Blackford, William
Subject: RE: Technical Writer candidates

Unfortunately, Ramon has decided to take another position.  He decided he couldn't wait any longer to make a career move.

Sorry for the late notice.  To that end, should we try and schedule something for Voleka?

SD

-----Original Message-----
From: Tiffany Ussery [mailto:tussery@manilaconsulting.net]
Sent:  Thu Nov 16 17:16:12 2006
To:    Delaney, Sean
Cc:    Maria Rojas; Marisela Colunga; Paula Disse; Cailin Walsh
Subject:    RE: Technical Writer candidates

4

Thank you Sean!  We are confirmed for the following:

Ramon McGee is scheduled to interview at 10:30am Tuesday, November 21st.

Ramon will be interviewing at DOL's Frances Perkins Building located at 200 Constitution Avenue, Washington, DC 20210. He is scheduled for a 10:00am interview with our Federal client so please make sure he is there by *9:45am. Ramon will have to sign in at the visitor's entrance which is located at 3rd and C streets. He can contact the Help desk and they will sign him in.

James Yeager is scheduled to interview at 12:00pm on Tuesday, November 21st.

James will be interviewing at DOL's Frances Perkins Building located at 200 Constitution Avenue, Washington, DC 20210. He is scheduled for a 2:00pm interview with our Federal client so please make sure he is there by *1:45pm. James will have to sign in at the visitor's entrance which is located at 3rd and C streets. He can contact the Help desk and they will sign him in.

*       When the candidates check in with the Help Desk (202-693-3444),
someone will direct them to Ellie Behzad, who will then introduce them to our Federal client.

*       Again, if they could please arrive 15 minutes prior to their
appointment.

*       Please have them bring a valid drivers license with them.

*       Please have them bring a copy of their personal resume (minus
company logos, etc).

*       Our client may also ask for writing samples, if you could please
ask them to bring writing samples/Portfolio/etc.

*       Also, MANILA requires two documents (see attached) to be
completed as well: Employment application and Affirmative Action form.
If you could please have each candidate fill them out and submit it to us for our internal keeping
by sometime this week that would be great!

Let me know if you have any additional questions.  Thank you for all your help.

~Tiffany

―――

From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Thursday, November 16, 2006 4:16 PM
To: Tiffany Ussery
Cc: Maria Rojas; Marisela Colunga; Paula Disse; Cailin Walsh
Subject: RE: Technical Writer candidates
Importance: High


That works!


Ramon is confirmed for 10:30am and James is confirmed for 12:00pm.


Thanks,

Sean


―――――――――――――――

Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)


―――

From: Tiffany Ussery [mailto:tussery@manilaconsulting.net]
Sent: Thursday, November 16, 2006 3:57 PM
To: Delaney, Sean
Cc: Maria Rojas; Marisela Colunga; Paula Disse; Cailin Walsh
Subject: RE: Technical Writer candidates

Hi Sean,


Can we do Ramon from 10:30 - 11:30 and James from 12:00 - 1:00 ?


Thanks,

Tiffany


───

From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Thursday, November 16, 2006 3:45 PM
To: Tiffany Ussery
Cc: Marisela Colunga; Maria Rojas; Cailin Walsh; Paula Disse; Blackford, William; Baillie, Scott
Subject: RE: Technical Writer candidates
Importance: High


Tiffany,


Not a problem.


We spoke to both candidates and Ramon can interview on Tuesday at 10:30am and James can interview at 11:30am.


Do these times work?


Thanks,

Sean


───────────────────────

Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)

---

From: Tiffany Ussery [mailto:tussery@manilaconsulting.net]
Sent: Thursday, November 16, 2006 3:25 PM
To: Delaney, Sean
Cc: Marisela Colunga; Maria Rojas; Cailin Walsh; Paula Disse; Blackford, William; Baillie, Scott
Subject: RE: Technical Writer candidates


Sean,


I have some unfortunate news to bear...


Our client had an emergency arise and will not be able to conduct the two interviews tomorrow for the Technical writer position. If we could work together to reschedule them, that would be great. Our client is available on Tuesday November 21st from 10:30 am to 1:00pm and 3:00pm to 5:00pm. Please let me know what we can arrange and please apologize on our behalf to Ramon and James.


Thank you!

~Tiffany


---

From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Thursday, November 16, 2006 10:34 AM
To: Tiffany Ussery
Cc: Marisela Colunga; Maria Rojas; Cailin Walsh; Paula Disse; Blackford, William; Baillie, Scott
Subject: RE: Technical Writer candidates


They are both prepped and ready to go. Hopefully one of them will get it!


SD


---

Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)

———

From: Tiffany Ussery [mailto:tussery@manilaconsulting.net]
Sent: Thursday, November 16, 2006 10:34 AM
To: Delaney, Sean
Cc: Maria Rojas; Cailin Walsh; Marisela Colunga; Paula Disse
Subject: Technical Writer candidates

Morning Sean!

Just a reminder for tomorrow's scheduled interviews:

Ramon McGee is scheduled to interview at 10:00am on Friday 11/16*

Ramon will be interviewing at DOL's Frances Perkins Building located at 200 Constitution Avenue,
Washington, DC 20210. He is scheduled for a 10:00am interview with our Federal client so please
make sure he is there by *9:45am. Ramon will have to sign in at the visitor's entrance which is
located at 3rd and C streets. He can contact Eric Bryson when he arrives and Eric (or the Help
desk) will sign him in.  His phone number is 202.693.3926.

James Yeager is scheduled to interview at 2:00pm on Friday 11/16*

James will be interviewing at DOL's Frances Perkins Building located at 200 Constitution Avenue,
Washington, DC 20210. He is scheduled for a 2:00pm interview with our Federal client so please
make sure he is there by *1:45pm. James will have to sign in at the visitor's entrance which is
located at 3rd and C streets. He can contact Eric Bryson when he arrives and Eric (or the Help
desk) will sign him in.  His phone number is 202.693.3926.

*       When the candidates check in with the Help Desk (202-693-3444),
someone will direct them to Ellie Behzad, who will then introduce them to our Federal client.

*       Again, if they could please arrive 15 minutes prior to their

9

appointment.

*       Please have them bring a valid drivers license with them.

*       Please have them bring a copy of their personal resume (minus company logos, etc).

*       Our client may also ask for writing samples, if you could please ask them to bring writing samples/Portfolio/etc.

*       Also, MANILA requires two documents (see attached) to be completed as well: Employment application and Affirmative Action form.
If you could please have each candidate fill them out and submit it to us for our internal keeping by sometime this week that would be great!

I will get back to you shortly on Voleka, once I get word.

Let me know if you have any additional questions.  Thank you for all your help.

~Tiffany

Tiffany Ussery

Project Assistant

MANILA Consulting Group, Inc.

1420 Beverly Road

McLean, VA 22101

Phone: 571.633.9400 ext. 140

Email:  <mailto:tussery@manilaconsulting.net>
tussery@manilaconsulting.net

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Monday, November 27, 2006 10:46 AM |
| **To:** | 'Tiffany Ussery'; Blackford, William |
| **Cc:** | Maria Rojas |
| **Subject:** | RE: Voleka and Claudette |

Tiffany,
Hope you had a great holiday!

Just wanted to check in and see if we have any times fro Voleka and James Yeager.  Let me know...

Thanks,
SD

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)


-----Original Message-----
From: Tiffany Ussery [mailto:tussery@manilaconsulting.net]
Sent: Tuesday, November 21, 2006 2:53 PM
To: Blackford, William
Cc: Maria Rojas; Delaney, Sean
Subject: RE: Voleka and Claudette

Thank you Bill, we are checking with our client and will get back to you as soon as we have dates and times.

Thanks for your patience.

-----Original Message-----
From: Blackford, William [mailto:Bill.Blackford@rcmt.com]
Sent: Tuesday, November 21, 2006 1:42 PM
To: Tiffany Ussery
Cc: Maria Rojas; Delaney, Sean
Subject: RE: Voleka and Claudette

Excellent!

In regards, to James he's pretty flexible next week and would make himself available for whenever you'd be able to bring him in for the interview.

Just let us know which day works best for your client.

Thanks,
Bill

_____

Bill Blackford
Technical Recruiter

1

RCM Technologies, Inc.
t: 301.986.1412 ext. 3012
f: 301.652.2330
bill.blackford@rcmt.com
www.rcmt.com


-----Original Message-----
From: Tiffany Ussery [mailto:tussery@manilaconsulting.net]
Sent: Tuesday, November 21, 2006 1:41 PM
To: Blackford, William
Cc: Maria Rojas; Delaney, Sean
Subject: RE: Voleka and Claudette

Thank you for getting back to me Bill, yes, we can go ahead and find out dates and times that both James and Voleka will be available next week.
Then submit them to our client to see what works best with her schedule.

Thanks for your help,
Tiffany

-----Original Message-----
From: Blackford, William [mailto:Bill.Blackford@rcmt.com]
Sent: Tuesday, November 21, 2006 1:34 PM
To: Tiffany Ussery
Cc: Maria Rojas; Delaney, Sean
Subject: RE: Voleka and Claudette

Tiffany,

I'll put out a call to Voleka and will get some times.

Also, do you want us to reschedule James Yeager?

Thanks,
Bill


_____
Bill Blackford
Technical Recruiter
RCM Technologies, Inc.
t: 301.986.1412 ext. 3012
f: 301.652.2330
bill.blackford@rcmt.com
www.rcmt.com


-----Original Message-----
From: Tiffany Ussery [mailto:tussery@manilaconsulting.net]
Sent: Tuesday, November 21, 2006 1:34 PM
To: Delaney, Sean; Blackford, William; Baillie, Scott
Cc: Marisela Colunga; Paula Disse; Cailin Walsh; Maria Rojas
Subject: RE: Voleka and Claudette

In reference to my previous email, I do apologize, Claudette is not with RCM.  Sorry if this has caused any confusion, if you could please let us know Voleka's available times next week that would be great.

2

Thanks!


-----Original Message-----
From: Tiffany Ussery
Sent: Tuesday, November 21, 2006 1:32 PM
To: 'Delaney, Sean'; Blackford, William; Baillie, Scott
Cc: Marisela Colunga; Paula Disse; Cailin Walsh; Maria Rojas
Subject: Voleka and Claudette

Hi Sean & William,

If Voleka and Claudette are still interested and/or available to interview for the Technical Writer
position, we would like to know when they would be available next week (Nov. 27 - Dec 1)?

Thank you for your help with this.

~Tiffany




-----Original Message-----
From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Tuesday, November 21, 2006 10:24 AM
To: Maria Rojas; Tiffany Ussery
Cc: Marisela Colunga; Paula Disse; Cailin Walsh; Baillie, Scott; Blackford, William
Subject: RE: Technical Writer candidates

Yes, James is confirmed.

SD


_____
Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

-----Original Message-----
From: Maria Rojas [mailto:mrojas@manilaconsulting.net]
Sent: Tuesday, November 21, 2006 9:46 AM
To: Delaney, Sean; Tiffany Ussery
Cc: Marisela Colunga; Paula Disse; Cailin Walsh; Baillie, Scott; Blackford, William
Subject: RE: Technical Writer candidates

Sean,

The information has been shared with our client. At this point we don't know if our client wants to
have more interviews. James Yeager is confirmed for 12:00 p.m., correct?

3

Maria

-----Original Message-----
From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Monday, November 20, 2006 8:30 PM
To: Tiffany Ussery
Cc: Maria Rojas; Marisela Colunga; Paula Disse; Cailin Walsh; Baillie, Scott; Blackford, William
Subject: RE: Technical Writer candidates

Unfortunately, Ramon has decided to take another position.  He decided he couldn't wait any longer to make a career move.

Sorry for the late notice.  To that end, should we try and schedule something for Voleka?

SD

-----Original Message-----
From: Tiffany Ussery [mailto:tussery@manilaconsulting.net]
Sent:  Thu Nov 16 17:16:12 2006
To:     Delaney, Sean
Cc:     Maria Rojas; Marisela Colunga; Paula Disse; Cailin Walsh
Subject:      RE: Technical Writer candidates

Thank you Sean!  We are confirmed for the following:


Ramon McGee is scheduled to interview at 10:30am Tuesday, November 21st.

Ramon will be interviewing at DOL's Frances Perkins Building located at 200 Constitution Avenue, Washington, DC 20210. He is scheduled for a 10:00am interview with our Federal client so please make sure he is there by *9:45am. Ramon will have to sign in at the visitor's entrance which is located at 3rd and C streets. He can contact the Help desk and they will sign him in.



James Yeager is scheduled to interview at 12:00pm on Tuesday, November 21st.

James will be interviewing at DOL's Frances Perkins Building located at 200 Constitution Avenue, Washington, DC 20210. He is scheduled for a 2:00pm interview with our Federal client so please make sure he is there by *1:45pm. James will have to sign in at the visitor's entrance which is located at 3rd and C streets. He can contact the Help desk and they will sign him in.


*       When the candidates check in with the Help Desk (202-693-3444),
someone will direct them to Ellie Behzad, who will then introduce them to our Federal client.


*       Again, if they could please arrive 15 minutes prior to their appointment.

\*        Please have them bring a valid drivers license with them.


\*        Please have them bring a copy of their personal resume (minus company logos, etc).


\*        Our client may also ask for writing samples, if you could please ask them to bring writing samples/Portfolio/etc.


\*        Also, MANILA requires two documents (see attached) to be completed as well: Employment application and Affirmative Action form.
If you could please have each candidate fill them out and submit it to us for our internal keeping by sometime this week that would be great!


Let me know if you have any additional questions.  Thank you for all your help.


~Tiffany




_____

From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Thursday, November 16, 2006 4:16 PM
To: Tiffany Ussery
Cc: Maria Rojas; Marisela Colunga; Paula Disse; Cailin Walsh
Subject: RE: Technical Writer candidates
Importance: High


That works!


Ramon is confirmed for 10:30am and James is confirmed for 12:00pm.


Thanks,

Sean


_____

Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)

_____

From: Tiffany Ussery [mailto:tussery@manilaconsulting.net]
Sent: Thursday, November 16, 2006 3:57 PM
To: Delaney, Sean
Cc: Maria Rojas; Marisela Colunga; Paula Disse; Cailin Walsh
Subject: RE: Technical Writer candidates

Hi Sean,

Can we do Ramon from 10:30 - 11:30 and James from 12:00 - 1:00 ?

Thanks,

Tiffany

_____

From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Thursday, November 16, 2006 3:45 PM
To: Tiffany Ussery
Cc: Marisela Colunga; Maria Rojas; Cailin Walsh; Paula Disse; Blackford, William; Baillie, Scott
Subject: RE: Technical Writer candidates
Importance: High

Tiffany,

Not a problem.

We spoke to both candidates and Ramon can interview on Tuesday at 10:30am and James can

interview at 11:30am.


Do these times work?


Thanks,

Sean


_____

Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)


_____

From: Tiffany Ussery [mailto:tussery@manilaconsulting.net]
Sent: Thursday, November 16, 2006 3:25 PM
To: Delaney, Sean
Cc: Marisela Colunga; Maria Rojas; Cailin Walsh; Paula Disse; Blackford, William; Baillie, Scott
Subject: RE: Technical Writer candidates


Sean,


I have some unfortunate news to bear...


Our client had an emergency arise and will not be able to conduct the two interviews tomorrow for the Technical writer position.  If we could work together to reschedule them, that would be great. Our client is available on Tuesday November 21st from 10:30 am to 1:00pm and 3:00pm to 5:00pm.  Please let me know what we can arrange and please apologize on our behalf to Ramon and James.


Thank you!

~Tiffany

—

From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Thursday, November 16, 2006 10:34 AM
To: Tiffany Ussery
Cc: Marisela Colunga; Maria Rojas; Cailin Walsh; Paula Disse; Blackford, William; Baillie, Scott
Subject: RE: Technical Writer candidates


They are both prepped and ready to go.  Hopefully one of them will get it!


SD


———————————————

Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)


—

From: Tiffany Ussery [mailto:tussery@manilaconsulting.net]
Sent: Thursday, November 16, 2006 10:34 AM
To: Delaney, Sean
Cc: Maria Rojas; Cailin Walsh; Marisela Colunga; Paula Disse
Subject: Technical Writer candidates


Morning Sean!


Just a reminder for tomorrow's scheduled interviews:


Ramon McGee is scheduled to interview at 10:00am on Friday 11/16*

Ramon will be interviewing at DOL's Frances Perkins Building located at 200 Constitution Avenue, Washington, DC 20210. He is scheduled for a 10:00am interview with our Federal client so please make sure he is there by *9:45am. Ramon will have to sign in at the visitor's entrance which is

located at 3rd and C streets. He can contact Eric Bryson when he arrives and Eric (or the Help desk) will sign him in. His phone number is 202.693.3926.

James Yeager is scheduled to interview at 2:00pm on Friday 11/16*

James will be interviewing at DOL's Frances Perkins Building located at 200 Constitution Avenue, Washington, DC 20210. He is scheduled for a 2:00pm interview with our Federal client so please make sure he is there by *1:45pm. James will have to sign in at the visitor's entrance which is located at 3rd and C streets. He can contact Eric Bryson when he arrives and Eric (or the Help desk) will sign him in. His phone number is 202.693.3926.

\* When the candidates check in with the Help Desk (202-693-3444), someone will direct them to Ellie Behzad, who will then introduce them to our Federal client.

\* Again, if they could please arrive 15 minutes prior to their appointment.

\* Please have them bring a valid drivers license with them.

\* Please have them bring a copy of their personal resume (minus company logos, etc).

\* Our client may also ask for writing samples, if you could please ask them to bring writing samples/Portfolio/etc.

\* Also, MANILA requires two documents (see attached) to be completed as well: Employment application and Affirmative Action form. If you could please have each candidate fill them out and submit it to us for our internal keeping by sometime this week that would be great!

I will get back to you shortly on Voleka, once I get word.

Let me know if you have any additional questions. Thank you for all your help.

~Tiffany

Tiffany Ussery

Project Assistant

MANILA Consulting Group, Inc.

1420 Beverly Road

McLean, VA 22101

Phone: 571.633.9400 ext. 140

Email:  <mailto:tussery@manilaconsulting.net>
tussery@manilaconsulting.net

**Delaney, Sean**

---

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Wednesday, November 29, 2006 3:25 PM |
| **To:** | Jonathan Tobin |
| **Cc:** | Maria Rojas; 'Marisela Colunga'; Cailin Walsh; Tiffany Ussery; Blackford, William |
| **Subject:** | LaVoncye Mallory/Manila/508 Specialist |
| **Importance:** | High |
| **Attachments:** | Mallory, LaVoncye.doc; Cover Letter - LaVoncye Mallory.doc |

➢ **Candidate Name: LaVoncye Mallory**

➢ **Submittal For: 508 Specialist with Manila**

➢ **Billing Rate: $70.00/hr**

➢ **Conversion or Fulltime Hire salary: $80,000/yr.**

➢ **Candidate Lives: Bowie, Md.**

➢ **Citizenship: U.S. Citizen**

➢ **Start Date: 2 weeks from offer**

➢ **Interview Times: Can interview with 2 days notice**

➢ **Skills:**
**8+ years of experience**
**3+ years of experience solely focused on 508 testing**

➢ **Working Now (where?):** Yes, CACI

➢ **Why they are looking: She's looking for a stable opportunity that's closer to her home in Bowie, Md. (Lanham would be perfect!)**

➢ **Pending Opportunities: The only opportunity she has pending at the moment is a possible promotion with her current employer. However, she's not really interested in it because she's looking for a position closer to home**

➢ **Comments:**

VERY solid candidate! Extremely professional & polished. She has outstanding
interpersonal /communication skills and very strong experience with 508 testing. Please review the
cover letter she submitted to my recruiter.

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Monday, December 04, 2006 1:42 PM |
| **To:** | 'Jonathan Tobin' |
| **Cc:** | Maria Rojas; Marisela Colunga; Cailin Walsh; Tiffany Ussery; Blackford, William |
| **Subject:** | RE: LaVoncye Mallory/Manila/508 Specialist |

Jon,
We just spoke with LaVoncye regarding her 508 testing experience. Once the websites were designed, she'd run them through Bobby and JAWS to make certain they were compliant.  She mentioned that testing through Bobby/Jaws would generate a compliance report.

Example for impaired sight:  If compliance came back negative she would make sure that all images and links have descriptions, make sure that there's nothing blinking, no animated images on the screen, and verify that size of the screen is compliant. If for some reason a website was not compliant, she'd then go back into the site, make the necessary changes, and send back through the test to ensure compliance.

Hope this helps in trying to give you a snapshot of her 508 testing experience.

She is available to interview this week. Would you like to speak with her?

SD

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

_____

**From:** Jonathan Tobin [mailto:jtobin@manilaconsulting.net]
**Sent:** Monday, December 04, 2006 11:58 AM
**To:** Delaney, Sean
**Cc:** Maria Rojas; Marisela Colunga; Cailin Walsh; Tiffany Ussery; Blackford, William
**Subject:** RE: LaVoncye Mallory/Manila/508 Specialist

Sean,

I see that she has some 508 experience when she served as a consultant to Keane Federal Systems between 11/00 and 3/03, and that appears to be the only time.  I might assume she made sure that her web development was compliant with the Section 508 guidelines.  What type of Section 508 testing did she do when she states in her resume "Performed Section 508 testing"?

Thanks,

Jon

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Wednesday, November 29, 2006 3:25 PM
**To:** Jonathan Tobin
**Cc:** Maria Rojas; Marisela Colunga; Cailin Walsh; Tiffany Ussery; Blackford, William
**Subject:** LaVoncye Mallory/Manila/508 Specialist
**Importance:** High

➢ **Candidate Name: LaVoncye Mallory**

➢ **Submittal For: 508 Specialist with Manila**

➢ **Billing Rate: $70.00/hr**

➢ **Conversion or Fulltime Hire salary: $80,000/yr.**

➢ **Candidate Lives: Bowie, Md.**

➢ **Citizenship: U.S. Citizen**

➢ **Start Date: 2 weeks from offer**

➢ **Interview Times: Can interview with 2 days notice**

➢ **Skills:**
**8+ years of experience**
**3+ years of experience solely focused on 508 testing**

➢ **Working Now (where?):** Yes, CACI

➢ **Why they are looking: She's looking for a stable opportunity that's closer to her home in Bowie, Md. (Lanham would be perfect!)**

➢ **Pending Opportunities: The only opportunity she has pending at the moment is a possible promotion with her current employer. However, she's not really interested in it because she's looking for a position closer to home**

➢ **Comments:**

8/3/2007

VERY solid candidate! Extremely professional & polished. She has outstanding interpersonal /communication skills and very strong experience with 508 testing. Please review the cover letter she submitted to my recruiter.

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Thursday, November 30, 2006 2:09 PM |
| **To:** | Jonathan Tobin; Maria Rojas; 'Marisela Colunga'; Cailin Walsh; 'Tiffany Ussery'; Paula Disse |
| **Cc:** | Blackford, William |
| **Subject:** | Ida Shamis/Manila/508 Specialist |
| **Importance:** | High |
| **Attachments:** | Shamis, Ida.doc |

Manila,
One more 508 candidate is attached.  Ida is really good.  Please let me know your interest in her immediately.  She comes to you at a billing rate of $70/hr, is looking for a conversation of 60K annually (a steal), and can start ASAP.

**Skills:**
  - **7+ years of 508 testing experience**
  - **Extensive experience with JAWS, Bobby, and Dragon**

Regards,
Sean

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

---

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Monday, November 06, 2006 5:08 PM |
| **To:** | 'Cailin Walsh' |
| **Cc:** | Baillie, Scott |
| **Subject:** | FW: Jing... |
| **Attachments:** | Jing Tosh Schedule A.doc |

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Cailin Walsh [mailto:cwalsh@manilaconsulting.net]
**Sent:** Monday, November 06, 2006 4:11 PM
**To:** Delaney, Sean
**Subject:** RE: Jing...

Hi Sean,

I think I already asked for Jing's Schedule A / Work Exhibit, but I'm not positive, so when you get the chance could you please send that over?

Thank you!
Cailin

---

**From:** Cailin Walsh
**Sent:** Wednesday, November 01, 2006 3:07 PM
**To:** 'Delaney, Sean'
**Cc:** Maria Rojas; Marisela Colunga; Nguyen, Mike - ETA CTR
**Subject:** RE: Jing...

Hi Sean,

In regards to Jing's first day at DOL, Monday November 13th, she will need to bring the following:

- 2 forms of identification in original form.  At least one of them must be a valid State or Federal government-issued picture ID as listed on the I-9 form.

- A completed SF85

- An original current color photo that looks like Jing on the first day. This photo will not be returned.  **It will NOT be used for the ID picture, and must be different than the items used for identification.**

Jing will need to be at DOL Main Labor (200 Constitution) at 9:45am. Mike Nguyen will meet her there and get her signed into the building. As discussed, please let Jing know that she should NOT leave her Driver's License with the Security Desk as she will need it when she meets the client. She is scheduled to meet our client at 10:00am to complete more paperwork. Should Jing need to contact Mike on the 13th prior to their meeting time, she can reach him on his cell phone at 703.927.1722.

Please do not hesitate to contact Maria (ext. 106), Marisela (136), or myself with questions.

Many thanks,

Cailin
MANILA Consulting Group, Inc.
571.633.9400 ext. 125

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Wednesday, November 01, 2006 10:32 AM
**To:** Cailin Walsh
**Cc:** Marisela Colunga; Maria Rojas; Baillie, Scott
**Subject:** Jing...

Cailin,
We have reviewed with Jing.  I will send you updated SF85 upon receipt.  When you get a free second, can you please send me directives for Jings first day at DoL?

Thanks,
SD

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

## Delaney, Sean

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Wednesday, November 01, 2006 11:32 AM |
| **To:** | 'Cailin Walsh' |
| **Cc:** | 'Marisela Colunga'; Maria Rojas; Baillie, Scott |
| **Subject:** | Jing... |

Cailin,
We have reviewed with Jing.  I will send you updated SF85 upon receipt.  When you get a
free second, can you please send me directives for Jings first day at DoL?

Thanks,
SD

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

---

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Tuesday, October 17, 2006 12:47 PM |
| **To:** | 'Cailin Walsh' |
| **Cc:** | Ayers, Kim |
| **Subject:** | RE: Hung Nguyen/Tech Writer/Manila |

Hey Cailin... Just wanted to see if you were able to beat the government up about a time for tomorrow.  We need to lock that down soon (next few hours)...  Let me know...

SD

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Cailin Walsh [mailto:cwalsh@manilaconsulting.net]
**Sent:** Monday, October 16, 2006 5:33 PM
**To:** Delaney, Sean
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

No, not yet.  Not a bother, sorry we can't be as responsive as we'd like...hopefully we'll hear tomorrow.  I know she wants to start interviewing on Wednesday so I would think that we *have* to hear.

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Monday, October 16, 2006 5:31 PM
**To:** Cailin Walsh
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

No times yet?  Sorry to bother...

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Cailin Walsh [mailto:cwalsh@manilaconsulting.net]
**Sent:** Monday, October 16, 2006 12:36 PM
**To:** Delaney, Sean
**Cc:** Maria Rojas; Marisela Colunga; Ayers, Kim
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

It is our experience that the client doesn't usually like to make a decision until she has interview a majority of the candidates.  That being said, we do know that she would like to conduct most of the interviews this week so once they are conducted we hope to have a quick turnaround.

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Monday, October 16, 2006 11:30 AM
**To:** Cailin Walsh
**Cc:** Maria Rojas; Marisela Colunga; Ayers, Kim
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

Thanks Cailin.  Only issue/concern – Hung still needs to make a decision rather quickly. To that end, if the interview goes extremely well --- and in order not to lose him… is the PM prepared to make a decision by Thursday?

SD

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Cailin Walsh [mailto:cwalsh@manilaconsulting.net]
**Sent:** Monday, October 16, 2006 11:20 AM
**To:** Delaney, Sean
**Cc:** Maria Rojas; Marisela Colunga
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

Hi Sean,

This is great! It looks like Wednesday might be a better day for the client.  We have not been given any timeframes as of yet but I'll keep you updated.

Thanks,
Cailin

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Monday, October 16, 2006 9:49 AM
**To:** Cailin Walsh
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

Cailin,
Hung is interested in interviewing… He decided he would like to pursue this opportunity due to his DoL experience.  Will Tuesday still work?

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies

301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Cailin Walsh [mailto:cwalsh@manilaconsulting.net]
**Sent:** Tuesday, October 10, 2006 3:09 PM
**To:** Delaney, Sean
**Cc:** Maria Rojas; Marisela Colunga
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

Hi Sean,

Per my voicemail, the client would like to setup an interview for Hung Nguyen on Tuesday, October 17, 2006. The client has requested that Hung arrive at 10:30am to fill out paper work and we have been told that he should expect to be onsite for at least 2 hours. Could you please let us know if this date and time work with Hung's schedule?  The interview will take place at DOL's Francis Perkins Building located at 200 constitution avenue.  I will provide you with contact information once we schedule the date and time.

Many thanks,

Cailin
MANILA Consulting Group, Inc.
Ph: 571.633.9400 ext. 125

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Friday, October 06, 2006 3:20 PM
**To:** Cailin Walsh; Maria Rojas
**Cc:** Ayers, Kim
**Subject:** Hung Nguyen/Tech Writer/Manila

Cailin
Attached you will find the resume of Hung Nguyen for the technical writer position at DoL.  I look forward to your speedy feedback.

- ➢ **Candidate Name:** Hung Nguyen

- ➢ **Submittal For:** Manila Tech Writer

- ➢ **Billing Rate:** $61/hr

- ➢ **Conversion salary:** 75k

- ➢ **Candidate Lives:**  Fairfax, VA

- ➢ **Citizenship:**  US citizen

- ➢ **Start Date:**   ASAP

- ➢ **Interview Times:** Flexible next week (Monday or Tuesday best)

- ➢ **Skills:**
    1. **Technical Writing - nearly 8 yrs**
    2. **IT experience - nearly 10 yrs**
    3. **Experience with systems administration and security**

### 4. BA Liberal Arts

➢ **Working Now:**  Just finished at BAE, was there for 5 yrs, ended on Monday, Budget Cuts

➢ **Why they are looking:** Budget cuts

➢ **Pending Opportunities:**  He just started looking, but should have several opportunities lined up for next week

➢ **Comments:**  In addition to his technical writing experience, he has a technical background (Systems Administration and Security).  He has excellent communication skills with little to no accent.

Regards,
Sean

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Monday, October 16, 2006 1:01 PM |
| **To:** | 'Cailin Walsh' |
| **Cc:** | Maria Rojas; Marisela Colunga; Ayers, Kim |
| **Subject:** | RE: Hung Nguyen/Tech Writer/Manila |

Wednesday would work for Hung... The earlier, the better!

SD

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Cailin Walsh [mailto:cwalsh@manilaconsulting.net]
**Sent:** Monday, October 16, 2006 12:36 PM
**To:** Delaney, Sean
**Cc:** Maria Rojas; Marisela Colunga; Ayers, Kim
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

It is our experience that the client doesn't usually like to make a decision until she has interview a majority of the candidates.  That being said, we do know that she would like to conduct most of the interviews this week so once they are conducted we hope to have a quick turnaround.

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Monday, October 16, 2006 11:30 AM
**To:** Cailin Walsh
**Cc:** Maria Rojas; Marisela Colunga; Ayers, Kim
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

Thanks Cailin.  Only issue/concern – Hung still needs to make a decision rather quickly. To that end, if the interview goes extremely well --- and in order not to lose him... is the PM prepared to make a decision by Thursday?

SD

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**From:** Cailin Walsh [mailto:cwalsh@manilaconsulting.net]
**Sent:** Monday, October 16, 2006 11:20 AM
**To:** Delaney, Sean
**Cc:** Maria Rojas; Marisela Colunga
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

Hi Sean,

This is great! It looks like Wednesday might be a better day for the client. We have not been given any timeframes as of yet but I'll keep you updated.

Thanks,
Cailin

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Monday, October 16, 2006 9:49 AM
**To:** Cailin Walsh
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

Cailin,
Hung is interested in interviewing... He decided he would like to pursue this opportunity due to his DoL experience. Will Tuesday still work?

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Cailin Walsh [mailto:cwalsh@manilaconsulting.net]
**Sent:** Tuesday, October 10, 2006 3:09 PM
**To:** Delaney, Sean
**Cc:** Maria Rojas; Marisela Colunga
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

Hi Sean,

Per my voicemail, the client would like to setup an interview for Hung Nguyen on Tuesday, October 17, 2006. The client has requested that Hung arrive at 10:30am to fill out paper work and we have been told that he should expect to be onsite for at least 2 hours. Could you please let us know if this date and time work with Hung's schedule? The interview will take place at DOL's Francis Perkins Building located at 200 constitution avenue. I will provide you with contact information once we schedule the date and time.

Many thanks,

Cailin
MANILA Consulting Group, Inc.
Ph: 571.633.9400 ext. 125

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Friday, October 06, 2006 3:20 PM
**To:** Cailin Walsh; Maria Rojas

**Cc:** Ayers, Kim
**Subject:** Hung Nguyen/Tech Writer/Manila

Cailin
Attached you will find the resume of Hung Nguyen for the technical writer position at DoL.  I look forward to your speedy feedback.

- ➢  **Candidate Name:** Hung Nguyen

- ➢  **Submittal For:** Manila Tech Writer

- ➢  **Billing Rate: $**61/hr

- ➢  **Conversion salary:** 75k

- ➢  **Candidate Lives:**  Fairfax, VA

- ➢  **Citizenship:**  US citizen

- ➢  **Start Date:**   ASAP

- ➢  **Interview Times:** Flexible next week (Monday or Tuesday best)

- ➢  **Skills:**
  1. **Technical Writing - nearly 8 yrs**
  2. **IT experience – nearly 10 yrs**
  3. **Experience with systems administration and security**
  4. **BA Liberal Arts**

- ➢  **Working Now:**  Just finished at BAE, was there for 5 yrs, ended on Monday, Budget Cuts

- ➢  **Why they are looking:** Budget cuts

- ➢  **Pending Opportunities:**  He just started looking, but should have several opportunities lined up for next week

- ➢  **Comments:**  In addition to his technical writing experience, he has a technical background (Systems Administration and Security).  He has excellent communication skills with little to no accent.

Regards,
Sean

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

8/3/2007

## Delaney, Sean

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Monday, October 16, 2006 11:30 AM |
| **To:** | 'Cailin Walsh' |
| **Cc:** | Maria Rojas; Marisela Colunga; Ayers, Kim |
| **Subject:** | RE: Hung Nguyen/Tech Writer/Manila |

Thanks Cailin.  Only issue/concern – Hung still needs to make a decision rather quickly. To that end, if the interview goes extremely well --- and in order not to lose him... is the PM prepared to make a decision by Thursday?

SD

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

_____

**From:** Cailin Walsh [mailto:cwalsh@manilaconsulting.net]
**Sent:** Monday, October 16, 2006 11:20 AM
**To:** Delaney, Sean
**Cc:** Maria Rojas; Marisela Colunga
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

Hi Sean,

This is great! It looks like Wednesday might be a better day for the client.  We have not been given any timeframes as of yet but I'll keep you updated.

Thanks,
Cailin

_____

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Monday, October 16, 2006 9:49 AM
**To:** Cailin Walsh
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

Cailin,
Hung is interested in interviewing... He decided he would like to pursue this opportunity due to his DoL experience.  Will Tuesday still work?

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017

240-678-4476 (mobile)

---

**From:** Cailin Walsh [mailto:cwalsh@manilaconsulting.net]
**Sent:** Tuesday, October 10, 2006 3:09 PM
**To:** Delaney, Sean
**Cc:** Maria Rojas; Marisela Colunga
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

Hi Sean,

Per my voicemail, the client would like to setup an interview for Hung Nguyen on Tuesday, October 17, 2006. The client has requested that Hung arrive at 10:30am to fill out paper work and we have been told that he should expect to be onsite for at least 2 hours. Could you please let us know if this date and time work with Hung's schedule?  The interview will take place at DOL's Francis Perkins Building located at 200 constitution avenue.  I will provide you with contact information once we schedule the date and time.

Many thanks,

Cailin
MANILA Consulting Group, Inc.
Ph: 571.633.9400 ext. 125

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Friday, October 06, 2006 3:20 PM
**To:** Cailin Walsh; Maria Rojas
**Cc:** Ayers, Kim
**Subject:** Hung Nguyen/Tech Writer/Manila

Cailin
Attached you will find the resume of Hung Nguyen for the technical writer position at DoL.  I look forward to your speedy feedback.

> **Candidate Name:** Hung Nguyen

> **Submittal For:** Manila Tech Writer

> **Billing Rate:** $61/hr

> **Conversion salary:** 75k

> **Candidate Lives:** Fairfax, VA

> **Citizenship:** US citizen

> **Start Date:** ASAP

> **Interview Times:** Flexible next week (Monday or Tuesday best)

> **Skills:**
>    1. **Technical Writing - nearly 8 yrs**
>    2. **IT experience - nearly 10 yrs**
>    3. **Experience with systems administration and security**
>    4. **BA Liberal Arts**

8/3/2007

➢ **Working Now:**  Just finished at BAE, was there for 5 yrs, ended on Monday, Budget Cuts

➢ **Why they are looking:** Budget cuts

➢ **Pending Opportunities:**  He just started looking, but should have several opportunities lined up for next week

➢ **Comments:**  In addition to his technical writing experience, he has a technical background (Systems Administration and Security).  He has excellent communication skills with little to no accent.

Regards,
Sean

_____
Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

## Delaney, Sean

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Tuesday, October 10, 2006 4:41 PM |
| **To:** | 'Cailin Walsh' |
| **Cc:** | Maria Rojas; Marisela Colunga; Ayers, Kim |
| **Subject:** | RE: Hung Nguyen/Tech Writer/Manila |

Let me see what we can do...

Thanks,
SD

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Cailin Walsh [mailto:cwalsh@manilaconsulting.net]
**Sent:** Tuesday, October 10, 2006 4:27 PM
**To:** Delaney, Sean
**Cc:** Maria Rojas; Marisela Colunga; Ayers, Kim
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

Sean,

Unfortunately, the client is not available to interview until next week. If Hung is willing to wait until next week that would be great, but we understand if this is not possible.

We will let you know when we receive feedback on the other candidates.

Thanks again,
Cailin

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Tuesday, October 10, 2006 3:57 PM
**To:** Cailin Walsh
**Cc:** Maria Rojas; Marisela Colunga; Ayers, Kim
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

Cailin,
Unfortunately, this will not work. Hung needs to make a decision on a few offers by this Thursday (10/12/06). He is really excited about this opportunity but cannot delay on his pending offers any longer. Is it possible to bring him in tomorrow and have this wrapped up by Thursday (assuming he is the right candidate)?

Let me know.

Thanks,
Sean

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Cailin Walsh [mailto:cwalsh@manilaconsulting.net]
**Sent:** Tuesday, October 10, 2006 3:09 PM
**To:** Delaney, Sean
**Cc:** Maria Rojas; Marisela Colunga
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

Hi Sean,

Per my voicemail, the client would like to setup an interview for Hung Nguyen on Tuesday, October 17, 2006. The client has requested that Hung arrive at 10:30am to fill out paper work and we have been told that he should expect to be onsite for at least 2 hours. Could you please let us know if this date and time work with Hung's schedule? The interview will take place at DOL's Francis Perkins Building located at 200 constitution avenue. I will provide you with contact information once we schedule the date and time.

Many thanks,

Cailin
MANILA Consulting Group, Inc.
Ph: 571.633.9400 ext. 125

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Friday, October 06, 2006 3:20 PM
**To:** Cailin Walsh; Maria Rojas
**Cc:** Ayers, Kim
**Subject:** Hung Nguyen/Tech Writer/Manila

Cailin
Attached you will find the resume of Hung Nguyen for the technical writer position at DoL. I look forward to your speedy feedback.

- ➢ **Candidate Name:** Hung Nguyen

- ➢ **Submittal For:** Manila Tech Writer

- ➢ **Billing Rate:** $61/hr

- ➢ **Conversion salary:** 75k

- ➢ **Candidate Lives:** Fairfax, VA

- ➢ **Citizenship:** US citizen

- ➢ **Start Date:** ASAP

➢ **Interview Times:** Flexible next week (Monday or Tuesday best)

➢ **Skills:**
   1. **Technical Writing – nearly 8 yrs**
   2. **IT experience – nearly 10 yrs**
   3. **Experience with systems administration and security**
   4. **BA Liberal Arts**

➢ **Working Now:**  Just finished at BAE, was there for 5 yrs, ended on Monday, Budget Cuts

➢ **Why they are looking:** Budget cuts

➢ **Pending Opportunities:**  He just started looking, but should have several opportunities lined up for next week

➢ **Comments:**  In addition to his technical writing experience, he has a technical background (Systems Administration and Security).  He has excellent communication skills with little to no accent.

Regards,
Sean

_____
Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

## Delaney, Sean

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Tuesday, October 10, 2006 3:57 PM |
| **To:** | 'Cailin Walsh' |
| **Cc:** | Maria Rojas; 'mcolunga@manilaconsulting.net'; Ayers, Kim |
| **Subject:** | RE: Hung Nguyen/Tech Writer/Manila |

Cailin,
Unfortunately, this will not work.  Hung needs to make a decision on a few offers by this
Thursday (10/12/06).  He is really excited about this opportunity but cannot delay on his
pending offers any longer.  Is it possible to bring him in tomorrow and have this wrapped
up by Thursday (assuming he is the right candidate)?

Let me know.

Thanks,
Sean

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Cailin Walsh [mailto:cwalsh@manilaconsulting.net]
**Sent:** Tuesday, October 10, 2006 3:09 PM
**To:** Delaney, Sean
**Cc:** Maria Rojas; Marisela Colunga
**Subject:** RE: Hung Nguyen/Tech Writer/Manila

Hi Sean,

Per my voicemail, the client would like to setup an interview for Hung Nguyen on Tuesday, October 17, 2006. The
client has requested that Hung arrive at 10:30am to fill out paper work and we have been told that he should
expect to be onsite for at least 2 hours. Could you please let us know if this date and time work with Hung's
schedule?  The interview will take place at DOL's Francis Perkins Building located at 200 constitution avenue.  I
will provide you with contact information once we schedule the date and time.

Many thanks,

Cailin
MANILA Consulting Group, Inc.
Ph: 571.633.9400 ext. 125

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Friday, October 06, 2006 3:20 PM
**To:** Cailin Walsh; Maria Rojas
**Cc:** Ayers, Kim
**Subject:** Hung Nguyen/Tech Writer/Manila

8/3/2007

Cailin
Attached you will find the resume of Hung Nguyen for the technical writer position at DoL. I look forward to your speedy feedback.

➢ **Candidate Name:** Hung Nguyen

➢ **Submittal For:** Manila Tech Writer

➢ **Billing Rate: $**61/hr

➢ **Conversion salary:** 75k

➢ **Candidate Lives:** Fairfax, VA

➢ **Citizenship:** US citizen

➢ **Start Date:** ASAP

➢ **Interview Times:** Flexible next week (Monday or Tuesday best)

➢ **Skills:**
   1. **Technical Writing - nearly 8 yrs**
   2. **IT experience - nearly 10 yrs**
   3. **Experience with systems administration and security**
   4. **BA Liberal Arts**

➢ **Working Now:** Just finished at BAE, was there for 5 yrs, ended on Monday, Budget Cuts

➢ **Why they are looking:** Budget cuts

➢ **Pending Opportunities:** He just started looking, but should have several opportunities lined up for next week

➢ **Comments:** In addition to his technical writing experience, he has a technical background (Systems Administration and Security). He has excellent communication skills with little to no accent.

Regards,
Sean
_____
Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Friday, October 06, 2006 11:00 AM |
| **To:** | 'Cailin Walsh' |
| **Cc:** | Baillie, Scott |
| **Subject:** | RE: Offer to J. Lamb |

Sorry… I did not.  Will have it to you today.

Scott, please complete Schedule A for Cailin and email to me for review.

Thanks<
SD

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

--------------------------------------------------

**From:** Cailin Walsh [mailto:cwalsh@manilaconsulting.net]
**Sent:** Friday, October 06, 2006 10:56 AM
**To:** Delaney, Sean
**Subject:** RE: Offer to J. Lamb

Hi Sean,

Did you ever send a Schedule or Exhibit for James Lamb?  I can't seem to find one.  Could you possibly send one over for our signature?

Thanks!

Cailin

--------------------------------------------------

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Tuesday, September 05, 2006 5:17 PM
**To:** Cailin Walsh; Maria Rojas
**Cc:** Baillie, Scott
**Subject:** FW: Offer to J. Lamb

Cailin/Maria,
Barbra wants to move forward with James Lamb with a start date of 9/13.  James has accepted this offer and is coming in to my office Thursday to complete the necessary paperwork.  Can you please send me any Manila or DoL specific documents that you need completed prior to his start (and prior to Thursday)?  Please let me know if you have any questions…

Also, I have left you both messages earlier today about the Analyst position... I need an update on this.

Thanks,
SD


_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Strother, Barbara - ETA CTR [mailto:strother.barbara@dol.gov]
**Sent:** Tuesday, September 05, 2006 4:23 PM
**To:** Delaney, Sean
**Subject:** Offer to J. Lamb


Sean,

Jim completed his onsite interview at 3:00. In addition to speaking with me, I had Jim speak with one of our Tech Writers who showed him both an example of the software applications, tools used to create the web enabled help, and also the types of work products.

I would like to extend an offer to Jim to join MANILA Consulting as Technical Writer onsite at DOL, Education, Training, and Administration. Should Jim accept the offer, his tentative start date would be Wed. 09-13.

Please refer all administrative questions to either Cailin Walsh (571) 633-9400 or Maria Rojas.

Regards, Barbara

## Delaney, Sean

---

**From:**   Delaney, Sean
**Sent:**    Friday, September 29, 2006 12:51 PM
**To:**      'Cailin Walsh'
**Cc:**      Maria Rojas; Baillie, Scott
**Subject:** RE: Christopher Evans/Web Application Developer/Manila Consulting

Cailin,
Any news on Erin Gardner – she was submitted on the Web Developer position?

Also my recruiters are asking my why a no-go on Christopher Evans and Ola Adebisi?  We thought these candidates were qualified as per the requirement you sent.  Ergo, so we don't waste anyone's time and would like to know why.  This will allow us to better tailor our search.

One more – Is the BA still open?  Do you have anyone in the loop yet?

Regards,
Sean

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Cailin Walsh [mailto:cwalsh@manilaconsulting.net]
**Sent:** Monday, September 25, 2006 1:34 PM
**To:** Delaney, Sean
**Cc:** Maria Rojas
**Subject:** RE: Christopher Evans/Web Application Developer/Manila Consulting

Sean,

What will Chris's conversion salary be after 6-month scenario?

Thanks,
Cailin

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Monday, September 25, 2006 10:40 AM
**To:** Cailin Walsh; Maria Rojas
**Cc:** Baillie, Scott
**Subject:** Christopher Evans/Web Application Developer/Manila Consulting

Cailin/Maria,
Chris is a seasoned web developer with over 10 years of continuous related experienced.

He is currently working at the Department of Transportation as an IT Manager/Webmaster.  Although he is in a manger role, Chris still plans, develops, implements, and tests web applications on a daily basis.  Chris's technical knowledge and experience is complimented by his excellent communication and interpersonal skills.

## SUMMARY

- ♦ Current development tools consist of: Cold Fusion, ASP, ASP.NET, XML, JAVA, Java script, and Access Development
- ♦ Is currently developing in a SQL Server Environment
- ♦ Experienced in developing databases in Oracle 9i and 10g
- ♦ Responsible for managing various client accounts throughout the NHTSA agency using Web Content Management and ADA section 508 software
- ♦ Has excellent communication and customer service skills

Chris is available to interview with a days notice and would have to give a standard 2 weeks notice before starting.  He comes to you at an all inclusive consultant rate of 70/hr.

Maria/Cailin, I look forward to your speedy feedback on this candidate and can arrange a technical telephonic or face-to-face interview for you with relatively short notice.

Regards,
Sean

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Monday, September 11, 2006 5:08 PM |
| **To:** | 'Cailin Walsh' |
| **Cc:** | 'Maria Rojas'; Baillie, Scott |
| **Subject:** | Joe Washington/Web Application Developer/Manila Consulting |
| **Attachments:** | Washington, Joe.doc |

Cailin,
Attached you will find the resume of Joe Washington.  Please consider him to be the suitable candidate for the new Web Developer position at DoL.  Joe has over 18 years of experience in the Information Technology profession; beginning as a computer lab technician at Germanna Community College and culminating as a Software Engineer for the Bureau of Information Resource Management at the U.S. Department of State.  He prides himself on being able to provide solutions that are well thought thru, based on a thorough analysis, viewing the problem from multiple angles, thoroughly documented, and based on a well-structured multi-tier design.  Joe believes that extra effort in the analysis stage of a project, along with good documentation, will yield major dividends in the final product.   He can be a one-person shop (networking, analysis, development, DBA, documentation, & support) as well as a team player on a multi-tier project.  Joe is available to interview and start immediately.  He is comes to you at a billing rate of 67/hr and his salary requirements are between 80-85K.

## SUMMARY

- Developed client/server and web-based solutions using Visual Basic, ASP Classic, ColdFusion, Oracle 8i/9i, and SQL Server
- Participated in Section 508 compliant activities and ensured that all of his projects and initiatives were Section 508 compliant
- Providing data management & manipulation (SQL Server) on both classified and unclassified networks, assisting with document bar-coding problems, as well as developing & maintaining technical documentation (stored in Microsoft Visual SourceSafe)
- Has excellent communication and interpersonal skills

Cailin, I look forward to your speedy feedback on this candidate and can arrange a technical telephonic or face-to-face interview for you as soon as tomorrow, September 12.

Regards,
Sean

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

---

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Friday, October 06, 2006 5:13 PM |
| **To:** | 'Cailin Walsh'; Maria Rojas |
| **Cc:** | Blackford, William |
| **Subject:** | James Yeager/Manila Consulting/Techical Writer |
| **Importance:** | High |
| **Attachments:** | Yeager, James.doc |

Cailin,
Attached is one more... You now have a great selection of highly qualified candidates for the Technical Writer position at DoL. Pleas let me know your thoughts on Monday.

➢ **Candidate Name:** James Yeager

➢ **Submittal For:** Technical Writer for Manila Consulting/DOL

➢ **Billing Rate:** $61/hr

➢ **Conversion or Fulltime Hire salary:** $79,000/yr.

➢ **Candidate Lives:** Bethesda, MD.

➢ **Citizenship:** U.S. Citizen

➢ **Start Date:** 2 weeks from an offer

➢ **Interview Times:** Can phone screen Monday or Tuesday and is able to interview in person Thursday and Friday of next week. His schedule is very flexible, as long as we give him 24 hours notice he can interview anytime.

➢ **Skills:**
1. 10+ years experience
2. Wrote and edited System Administrator Manual, Online Helpfiles and User Manuals for two of five intended federal financial management software modules for a startup firm,
3. Experienced with Word, Excel, Visio, Project, PowerPoint, SharePoint and Mercury Quality Center/Test Director
4. Edited software manuals and procedures documentation.

➢ **Working Now (where?):** Fannie Mae

➢ **Why they are looking:** The contract is ending at the end of November. He is able to make a move before the contract is up.

➢ **Pending Opportunities:** He's actively looking, but does not have anything pending at the moment.

> ➢ **Comments:** He defines what a professional is. Extremely articulate and deliberate in his responses. You can tell that he is a very analytical and detail oriented person. Very strong technical background

Regards,
Sean

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Friday, October 06, 2006 4:39 PM |
| **To:** | 'Cailin Walsh'; Maria Rojas |
| **Cc:** | Baillie, Scott |
| **Subject:** | Ramon McGee/Technical Writer/Manila Consulting |
| **Importance:** | High |
| **Attachments:** | McGee, Ramon.doc |

Cailin,
One more for the technical writer at DoL. Again, looking forward to your speedy feedback.

➢ **Candidate Name:** Ramon McGee

➢ **Submittal For:** Technical Writer @ Manila Consulting/DoL

➢ **Billing Rate:** $61/hr

➢ **Conversion or Fulltime Hire salary:** $70-75K

➢ **Candidate Lives:** Odenton, MD.

➢ **Citizenship:** U.S. Citizen

➢ **Start Date:** 1 Week upon receiving an offer

➢ **Interview Times:** He can phone screen Monday or Tuesday of next week (10/9 or 10/10), preferably in the morning and can make himself available for an in-person with 1 days notice

➢ **Skills:**
1. 8 years of technical and proposal writing with strong editing experience.
2. Writing draft minutes and comments for Associate Commissioner review and distribution to components such as the Office of the Chief Information Officer (OCIO), Systems, and Security
3. Editing and proofreading for publications quality control (QC)
4. Technical writing and editing for enterprise architecture and information technology project presentations
5. Proposal production specialist for winning DARPA 3D-RSTA and National Nuclear Security Administration (NNSA) proposals
6. Bachelor of Arts, Princeton University, 1987

➢ **Working Now:** Currently working as a Technical Writer for Pointe Technologies in Baltimore, MD

➢ **Why they are looking:** He was brought into his current position on a temp-perm basis and he is not confident that they have the funds to make him a full time employee. He is also very excited about the opportunity of working at DOL.

➢ **Pending Opportunities:** He just began his search and has no other interviews pending

➢ **Comments:** He is an A+ candidate. He has a great personality and is very outgoing. The 2 year gap on his resume was due to having to move to the Midwest with his wife to care for his father-in-law.

Regards,
Sean

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Friday, October 06, 2006 4:01 PM |
| **To:** | 'Cailin Walsh'; Maria Rojas |
| **Cc:** | Blackford, William |
| **Subject:** | Voleka Stewart/Manila Consulting/Technical Writer |
| **Importance:** | High |
| **Attachments:** | Stewart, Voleka.doc |

Cailin,
Attached is one more candidate for the tech writer slot at DoL. Again, look forward to
your speedy feedback.

➢ **Candidate Name:** Voleka Stewart

➢ **Submittal For:** Manila Consulting

➢ **Billing Rate:** $61/hr

➢ **Conversion salary:** $79,000/yr.

➢ **Candidate Lives:** Bowie, MD

➢ **Citizenship:** U.S. Citizen

➢ **Start Date:** 10/30/06

➢ **Interview Times:** Can phone interview immediately, and can face to face next
Thursday or Friday from 9am-10am or after 3pm

   **Skills:**
   1. Over 8 years of experience as a Technical Writer
   2. Using Test Cases, performed software testing and quality assurance to verify
      enhancements and bug fixes worked properly
   3. Experienced in planning and development of technical manuals

➢ **Working Now (where?):** She's consulting for an agency right now.

➢ **Why they are looking:** She's only working 20-30hrs a week and she's looking for
a full time position. She's recently got married and moved to the area from Va.
Beach.

➢ **Pending Opportunities:** She doesn't have anything else on the table right now
except for a possible position with NSA.

➢ **Comments:** Voleka is extremely polished. Very sharp, articulate, and professional.

She's very easy to talk to, has a very outgoing personality, and seems to get along very
    well with others. Very strong technically, and has had some very solid experience
    with industry leaders (Computer Associates and CSC)

Have a good weekend!

SD

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Friday, October 06, 2006 3:20 PM |
| **To:** | 'Cailin Walsh'; Maria Rojas |
| **Cc:** | Ayers, Kim |
| **Subject:** | Hung Nguyen/Tech Writer/Manila |
| **Attachments:** | nguyen, hung resume.doc |

Cailin
Attached you will find the resume of Hung Nguyen for the technical writer position at DoL.  I look forward to your speedy feedback.

- ➢ **Candidate Name:** Hung Nguyen

- ➢ **Submittal For:** Manila Tech Writer

- ➢ **Billing Rate: $**61/hr

- ➢ **Conversion salary:** 75k

- ➢ **Candidate Lives:** Fairfax, VA

- ➢ **Citizenship:** US citizen

- ➢ **Start Date:** ASAP

- ➢ **Interview Times:** Flexible next week (Monday or Tuesday best)

- ➢ **Skills:**
  1. **Technical Writing – nearly 8 yrs**
  2. **IT experience – nearly 10 yrs**
  3. **Experience with systems administration and security**
  4. **BA Liberal Arts**

- ➢ **Working Now:**  Just finished at BAE, was there for 5 yrs, ended on Monday, Budget Cuts

- ➢ **Why they are looking:** Budget cuts

- ➢ **Pending Opportunities:**  He just started looking, but should have several opportunities lined up for next week

- ➢ **Comments:**  In addition to his technical writing experience, he has a technical background (Systems Administration and Security).  He has excellent communication skills with little to no accent.

Regards,
Sean

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

## Delaney, Sean

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Monday, October 02, 2006 3:21 PM |
| **To:** | 'Cailin Walsh'; Maria Rojas |
| **Cc:** | Ayers, Kim |
| **Subject:** | Kinh Nguyen/Business Analyst/Manila |
| **Attachments:** | nguyen, kinh resume.doc |

Cailin/Maria,

Attached you will find the resume of Kinh Nguyen. Please consider him one of the suitable candidates for your Business Analyst position. Kinh has more than 10 years of experience in the IT industry. He is currently performing business analysis as well as data analysis and data gathering. He also has an oracle background which includes DBA, development, data analysis.

- Over ten years of programming, analysis, and database administration on HR, financial, business and telecommunications systems.
- Responsibilities include the role as System Analysis, Software testing, and Technical Writer on numerous projects and endeavors.
- Skilled at bringing individuals, resources and cross-functional-teams together to work cooperatively on solving issues, assessing customer needs and meeting customer business requirements on a global scale utilizing strong problem solving, analytical and decision making skills.
- Proven ability to work with senior management in providing leadership, direction and initiative necessary to cope with constant change, priority adjustment and resource allocation in a high demanding, multi-functional, fast-paced business environment.

Kinh is available with a one or two week notice at an all inclusive consultant rate of $70/hr and is seeking a conversion salary of 75k annually upon becoming a fulltime Manila employee.

Cailin/Maria, I look forward to your speedy feedback on this candidate and can arrange a technical telephonic or face-to-face interview for you immediately.

Regards,
Sean

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

8/3/2007

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Wednesday, October 18, 2006 1:57 PM |
| **To:** | 'Cailin Walsh'; Maria Rojas; Marisela Colunga |
| **Cc:** | Baillie, Scott |
| **Subject:** | Jing Tosh/Business Analyst/Manila Consulting |
| **Importance:** | High |
| **Attachments:** | Tosh, Jing.doc |

Cailin,
One for the BA position... I look forward to your speedy feedback...

➢ **Candidate Name:** Jing Tosh

➢ **Submittal For:** Business Analyst @ Manila Consulting

➢ **Billing Rate:** 70/hr

➢ **Conversion salary:** 85-90K

➢ **Candidate Lives:** Fairfax Va.

➢ **Citizenship:** U.S Citizen

➢ **Start Date:** 2 Weeks upon receiving an offer

➢ **Interview Times:** Can phone interview immediately and can make herself available for an in-person interview with 2 days notice

➢ **Skills:**

➢ **1.** Support full life cycle software development for ALMI (Automated Listing and Mapping Instrument), a software used by the Census Bureau for interactive display and update of address and map data  (she has been doing this for the last 5 years)

➢ **2.** Prepare test plans and participate in the testing process (she has been doing this for the last 5 years)

➢ **3.** Perform a leading role in collecting and documenting requirements, and preparing user documentation, training materials, and deployment plans (she has been doing this for the last 5 years)

➢ **4.** Perform a leading role in collecting and documenting requirements, and preparing user documentation, training materials, and deployment plans (she has been doing this for the last 5 years)

➢ **5.** Maintain complete understanding of client acquisition and development

processes, procedures, and policies (she has been doing this for the last 5 years)

➢   **Working Now:**  SUNGARD HTE, INC

➢   **Why they are looking :**  She has been at her current job since 2001 and feels she has reached her ceiling

➢   **Pending Opportunities:**  She recently began her search and has no other opportunities pending

➢   **Comments:**  She is an A candidate and has excellent communication and interpersonal skills.

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Friday, November 10, 2006 8:23 AM |
| **To:** | 'Cailin Walsh'; 'Maria Rojas'; 'Marisela Colunga' |
| **Cc:** | Ayers, Kim; Blackford, William; Baillie, Scott |
| **Subject:** | RE: Hung Nguyen/Tech Writer/Manila |

Ladies,
This candidate is NO longer available.  Please let me know if we can schedule phone screens for the three other candidates early next week.

Thanks,
SD

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**From:** Delaney, Sean
**Sent:** Friday, October 06, 2006 3:20 PM
**To:** 'Cailin Walsh'; Maria Rojas
**Cc:** Ayers, Kim
**Subject:** Hung Nguyen/Tech Writer/Manila

Cailin
Attached you will find the resume of Hung Nguyen for the technical writer position at DoL.  I look forward to your speedy feedback.

- ➢ **Candidate Name:** Hung Nguyen

- ➢ **Submittal For:** Manila Tech Writer

- ➢ **Billing Rate:** $61/hr

- ➢ **Conversion salary:** 75k

- ➢ **Candidate Lives:**  Fairfax, VA

- ➢ **Citizenship:**  US citizen

- ➢ **Start Date:**  ASAP

- ➢ **Interview Times:** Flexible next week (Monday or Tuesday best)

➢ **Skills:**
  1. **Technical Writing - nearly 8 yrs**
  2. **IT experience - nearly 10 yrs**
  3. **Experience with systems administration and security**
  4. **BA Liberal Arts**

➢ **Working Now:**  Just finished at BAE, was there for 5 yrs, ended on Monday, Budget Cuts

➢ **Why they are looking:** Budget cuts

➢ **Pending Opportunities:**  He just started looking, but should have several opportunities lined up for next week

➢ **Comments:**  In addition to his technical writing experience, he has a technical background (Systems Administration and Security).  He has excellent communication skills with little to no accent.

Regards,
Sean
_____
Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Thursday, November 09, 2006 9:35 AM |
| **To:** | 'Cailin Walsh'; 'Marisela Colunga'; 'Maria Rojas' |
| **Cc:** | Baillie, Scott |
| **Subject:** | FW: Ramon McGee/Technical Writer/Manila Consulting |
| **Importance:** | High |
| **Attachments:** | McGee, Ramon.doc |

Ramon is also still available and interested.  He will still need to provide 1 weeks notice to current employer.  Furthermore, he is off tomorrow (I think Manila is too)... but could interview anytime.

Thanks,
SD

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Delaney, Sean
**Sent:** Friday, October 06, 2006 4:39 PM
**To:** 'Cailin Walsh'; Maria Rojas
**Cc:** Baillie, Scott
**Subject:** Ramon McGee/Technical Writer/Manila Consulting
**Importance:** High

Cailin,
One more for the technical writer at DoL.  Again, looking forward to your speedy feedback.

➢ **Candidate Name:** Ramon McGee

➢ **Submittal For:** Technical Writer @ Manila Consulting/DoL

➢ **Billing Rate:** $61/hr

➢ **Conversion or Fulltime Hire salary:** $70-75K

➢ **Candidate Lives:** Odenton, MD.

➢ **Citizenship:** U.S. Citizen

➢ **Start Date:** 1 Week upon receiving an offer

8/3/2007

➢    **Interview Times:** He can phone screen Monday or Tuesday of next week (10/9 or 10/10), preferably in the morning and can make himself available for an in-person with 1 days notice

➢    **Skills:**
1. 8 years of technical and proposal writing with strong editing experience.
2. Writing draft minutes and comments for Associate Commissioner review and distribution to components such as the Office of the Chief Information Officer (OCIO), Systems, and Security
3. Editing and proofreading for publications quality control (QC)
4. Technical writing and editing for enterprise architecture and information technology project presentations
5. Proposal production specialist for winning DARPA 3D-RSTA and National Nuclear Security Administration (NNSA) proposals
6. Bachelor of Arts, Princeton University, 1987

➢    **Working Now:** Currently working as a Technical Writer for Pointe Technologies in Baltimore, MD

➢    **Why they are looking:** He was brought into his current position on a temp-perm basis and he is not confident that they have the funds to make him a full time employee. He is also very excited about the opportunity of working at DOL.

➢    **Pending Opportunities:** He just began his search and has no other interviews pending

➢    **Comments:** He is an A+ candidate. He has a great personality and is very outgoing. The 2 year gap on his resume was due to having to move to the Midwest with his wife to care for his father-in-law.

Regards,
Sean

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

# EXHIBIT 3

# CASE NO. 1:07-CV-00670-JDB

## Delaney, Sean

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Tuesday, November 21, 2006 10:33 AM |
| **To:** | Ayers, Kim |
| **Subject:** | Aogostino... |

Phone interview request:

  ➢ 28th some time after 2pm
  ➢ 29th @ 2pm
  ➢ Thurs/Fri any time in afternoon

Will be speaking with Sharon Edwards (Director of HR) and Jan Roche CEO.

SD

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

**From:** Delaney, Sean
**Sent:** Monday, November 20, 2006 4:46 PM
**To:** Ayers, Kim
**Subject:** RE: Interview with Griffin Monroe-Reschedule

Thanks Kim

-----Original Message-----
From: Ayers, Kim
Sent:  Mon Nov 20 15:52:31 2006
To:     Dan Orbach
Cc:     Delaney, Sean
Subject:     RE: Interview with Griffin Monroe-Reschedule

Hi Dan,
Thank you.  I just spoke to Griffin and he will be there tomorrow at 10am.
Thanks,
Kim


-----Original Message-----
From: Dan Orbach [mailto:Dan.Orbach@apptis.com]
Sent: Mon 11/20/2006 2:28 PM
To: Ayers, Kim
Cc: Delaney, Sean
Subject: RE: Interview with Griffin Monroe-Reschedule


Hi Kim


Tomorrow at 10am works fine.



Thanks,

Dan Orbach
Systems Engineering Manager
desk 703.674.5268
cell 703.225.9773


————

         From: Ayers, Kim [mailto:kim.ayers@rcmt.com]
Sent: Monday, November 20, 2006 9:34 AM
To: Dan Orbach
Cc: Delaney, Sean
Subject: Interview with Griffin Monroe-Reschedule
Importance: High

Good Morning Dan,

Griffin needs to reschedule his interview, he is sick with the flu.  He said he would like to reschedule for Tuesday or Wednesday between 10am-2pm.

Sean is out of the office today, please email me or give me a call when you have a moment.

Thanks

Kim



Kim Ayers

RCM Technologies

301-986-1412 ext 3033

## Delaney, Sean

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Friday, November 17, 2006 4:47 PM |
| **To:** | Ayers, Kim |
| **Subject:** | FW: Flight school candidate - MONDAY morning |

This is from Virginia directly...

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** DeVeaux, Jennie [mailto:JDeVeaux@icfi.com]
**Sent:** Friday, November 17, 2006 4:38 PM
**To:** Gorman, Virginia
**Subject:** RE: Flight school candidate - MONDAY morning

Here are Michael's numbers – please let me know whether you got this message (since you said you were having email problems).  If for some reason this doesn't go through and I don't hear from you, he'll call you Monday morning with this information.

571-451-7513-cell
571-227-4521-office

*Jennie DeVeaux*
703 934 3683 (office)
703 470 7120 (mobile)
703 934 3740 (fax)
jdeveaux@icfi.com

---

**From:** Gorman, Virginia [mailto:Virginia.Gorman@dhs.gov]
**Sent:** Friday, November 17, 2006 3:53 PM
**To:** DeVeaux, Jennie
**Subject:** RE: Flight school candidate - MONDAY morning

I can do it at TSA @ 9 or 9:30.

---

**From:** DeVeaux, Jennie [mailto:JDeVeaux@icfi.com]
**Sent:** Friday, November 17, 2006 10:39 AM
**To:** Gorman, Virginia
**Subject:** FW: Flight school candidate - MONDAY morning

Virginia – just a friendly reminder that we do not yet have the location of the Monday morning interview.

*Jennie DeVeaux*

703 934 3683 (office)
703 470 7120 (mobile)
703 934 3740 (fax)
jdeveaux@icfi.com

---

**From:** DeVeaux, Jennie
**Sent:** Thursday, November 16, 2006 10:57 AM
**To:** 'Gorman, Virginia'
**Subject:** Flight school candidate - MONDAY morning

Virginia —

In response to your request for samples of writing/analysis, I have attached "KSAs" for a TSA General Aviation position for which he had previously applied.   And he is available at 10:00 Monday, with location to be determined.

In case you can't find the job description, what we really need to know is what main skills you need, and what your expectations are for this person (both in terms of responsibilities as well as duration on-site).

In answer to your previous question about his current location, I have learned that he currently is on-site at TSA in Arlington as a contractor — and if you are interested in him, he would be made available to you as an employee of one of our contract team members.   Look forward to hearing from you.

*Jennie DeVeaux*

703 934 3683 (office)
703 470 7120 (mobile)
703 934 3740 (fax)
jdeveaux@icfi.com

---

**From:** Gorman, Virginia [mailto:Virginia.Gorman@dhs.gov]
**Sent:** Thursday, November 16, 2006 10:16 AM
**To:** DeVeaux, Jennie
**Subject:** RE: Flight school candidate - Friday morning?

Friday morning is fine.  Any particular time?

*Virginia Gorman*
Senior Immigration Policy Advisor
DHS Office of Policy Development

Tel. # (202) 282-9081
Fax # (202) 282-8503

---

**From:** DeVeaux, Jennie [mailto:JDeVeaux@icfi.com]
**Sent:** Thursday, November 16, 2006 9:32 AM
**To:** Kearney, Patrick; Gorman, Virginia F
**Subject:** RE: Flight school candidate - Friday morning?

Just checking in again — my immediate concern is that Michael White (flight schools) was hoping to hear whether he could interview tomorrow morning, which is fast approaching.....

*Jennie DeVeaux*

703 934 3683 (office)
703 470 7120 (mobile)
703 934 3740 (fax)
jdeveaux@icfi.com

---

**From:** Kearney, Patrick [mailto:Patrick.J.Kearney@dhs.gov]
**Sent:** Wednesday, November 15, 2006 10:34 AM
**To:** DeVeaux, Jennie
**Subject:** RE: Flight school candidate - Friday morning?

You should be hearing from Virginia Gorman shortly, who will schedule the interviews and confirm labor categories for some other resumes you sent.

Thanks again.

Patrick J. Kearney
DHS Policy Development
202-282-8939

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Friday, November 17, 2006 9:16 AM |
| **To:** | Ayers, Kim |
| **Subject:** | FW: Oracle Developer Position - Hines, IL Vetsnet Task Northrop Grumman |
| **Attachments:** | JobDescription_Oracle_Hines.doc; STATEMENT_OF_WORK_Oracle_Hines.doc |

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Delaney, Sean
**Sent:** Friday, November 17, 2006 9:16 AM
**To:** Blackford, William; Baillie, Scott
**Cc:** Park, Craig
**Subject:** FW: Oracle Developer Position - Hines, IL Vetsnet Task Northrop Grumman

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Clark, Barbara (Rockville) [mailto:barbara.clark@ngc.com]
**Sent:** Thursday, November 16, 2006 6:13 PM
**Subject:** Oracle Developer Position - Hines, IL Vetsnet Task Northrop Grumman

Attn:         Supplier

Subject:      Rate Quote needed for Vines Vetsnet
              Effort with Northrop Grumman

Reference     VINES BPA # 101-93A3-025

Dear Supplier:

Northrop Grumman has one Temp to Perm Oracle Developer position available
in support of the Veterans' Benefit Administration effort in Hines, IL under the

VINES BPA. The address for the Hines, IL site is: Dept of Veteran's Affairs
VBA ITC, Bldg 215, First St North of 22nd Ave., Hines, IL 60141  Northrop Grumman
would like your Company's response to the attached Statements of Work
and Technical Requirements. The Standard Work week is 40 hours, Monday
through Friday, excluding government holidays.

No overtime will be allowed beyond 40 hours per week (unless authorized
in advance). This position is under the direction of a Northrop Grumman Manager.

The intended period of performance 720 hours from November 27, 2006 or start
date until March 31, 2007 or completion of 90 business days. The candidate may
not begin until a Purchase Order is received. Northrop Grumman will work to
expedite processing and will notify the supplier if there are any unforeseen
delays.

The quote needs to be valid for a period of 60 days.

All candidates must pass the Veteran's Administration's Security requirements.
Security requirements include Questionnaire for Non-Sensitive Positions,
Continuation Sheet for Questionnaire, Declaration for Federal Employment,
Authorization for Release of Information, Optional Application for Federal
Employment, and National Agency Clearance Forms. All candidates must be
U.S. citizens

Status reports are required at the direction of the Northrop Grumman Manager.
Light travel may be required expected, however, all travel must not exceed the
Federal Travel Regulations. All travel must be pre-authorized by Northrop Grumman.

Please ensure that the candidates and their resumes are appropriately screened
prior to submission. Time is critical.

Please provide the following hourly rates not to exceed $80 per hour and resumes
no later than November 28, 2006 COB. Please include expected salary upon conversion
with response. Interviews to begin immediately upon receipt of resumes.

    Immediate Conversion - Fee
Conversion after 30 calendar days – Rate + fee (separately listed)
    Conversion after 60 calendar days – Rate + fee (separately listed)
    Conversion after 90 calendar days – Rate + fee (separately listed)
    Conversion after 180 calendar days – rate – no fee

A response via email is sufficient. If you have any questions, please
contact me at 301.527.6472 or by fax 301.527.6401.

Sincerely,

Barbara Clark
Northrop Grumman Information Technology
301.527.6472
301.527.6401 fax

This electronic message, including attachments, contains information, which may be Northrop Grumman proprietary,
confidential or private. If you are not the intended recipient, be aware that any disclosure, copying, distribution or
use of the content of this information is prohibited. If you have received this communication in error, please notify
me at the number above immediately.

<<JobDescription_Oracle_Hines.doc>> <<STATEMENT_OF_WORK_Oracle_Hines.doc>>

8/3/2007

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Thursday, November 16, 2006 9:25 PM |
| **To:** | Ayers, Kim |
| **Subject:** | FW: Griffin Monroe/VOIP Engineer(lead)/APPTIS |

Fyi... Will have prep tomorrow...

-----Original Message-----
From: Dan Orbach [mailto:Dan.Orbach@apptis.com]
Sent:  Thu Nov 16 21:22:36 2006
To:    Delaney, Sean
Cc:    Ayers, Kim
Subject:      RE: Griffin Monroe/VOIP Engineer(lead)/APPTIS

Hi Sean


10am on Monday morning in Chantilly works well for me.


APPTIS

14155 Newbrook Drive | Chantilly, VA 20151

703.279.3000 | www.apptis.com <http://www.apptis.com/>




Thanks,

Dan Orbach
Systems Engineering Manager
desk 703.674.5268
cell 703.225.9773


————

From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Thursday, November 16, 2006 9:44 AM
To: Dan Orbach
Cc: Ayers, Kim
Subject: RE: Griffin Monroe/VOIP Engineer(lead)/APPTIS


Griffin can meet with you on Monday or Tuesday between 10-2.  Does this work with your schedule?

SD

---

Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)

---

From: Dan Orbach [mailto:Dan.Orbach@apptis.com]
Sent: Thursday, November 16, 2006 9:43 AM
To: Delaney, Sean
Subject: RE: Griffin Monroe/VOIP Engineer(lead)/APPTIS

Yes, I would consider it.

Thanks,

Dan Orbach
Systems Engineering Manager
desk 703.674.5268
cell 703.225.9773

---

From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Thursday, November 16, 2006 9:19 AM
To: Dan Orbach
Subject: RE: Griffin Monroe/VOIP Engineer(lead)/APPTIS

Dan,

One more question --- Would you consider hiring and EAD (Employment Authorization Document) candidate? An EAD is granted to people just before Green Card. He is able to work in the US without sponsorship.

---

Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)

⎯⎯⎯

From: Dan Orbach [mailto:Dan.Orbach@apptis.com]
Sent: Wednesday, November 15, 2006 10:00 PM
To: Delaney, Sean
Cc: Ayers, Kim
Subject: RE: Griffin Monroe/VOIP Engineer(lead)/APPTIS


Hi Sean


I would like to talk/meet with Griffin mostly based on the combination of his wireless, IPT, NMS and years of experience. As a general rule, I am currently looking at CCIEs or equivalent in terms of certs and folks who can immediately lead teams. My focus on certs is simply to allow the senior engineer to gain instant credibility with customers, internal staff and team members.


I will try to call you tomorrow.


Thanks,

Dan Orbach
Systems Engineering Manager
desk 703.674.5268
cell 703.225.9773

⎯⎯⎯

From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Tuesday, November 14, 2006 2:46 PM
To: Dan Orbach
Cc: Ayers, Kim
Subject: Griffin Monroe/VOIP Engineer(lead)/APPTIS


Dan,

Attached is the first candidate for your VOIP Engineer/Lead.  Griffin has over 16yrs of Cisco experience and has his CCIE written --- lab is NOT complete yet.  He is available ASAP and is

seeking 110k annually. We have worked with Griffin before and he is a great candidate and very customer centric.


Please let me know you thoughts on this candidate.


Regards,
SD

_____

Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Thursday, November 16, 2006 11:25 AM |
| **To:** | Ayers, Kim |
| **Subject:** | RE: Eric Andreason/Middel Tier/TradeWeb |

Position Title:
Middle-Tier Developer – Level 4
Requirements:
* Bachelor's Degree in Computer Science or related field and minimum of 8 years experience.
* Development of web-based solutions.
* Candidate should have strong communication skills.
* Candidate must be a strong team player who is able to work well across all groups: project manager, development, database, product management, and quality assurance.
* Candidate must have strong problem solving and analytical skills
* Required Skills
o C++, COM, .NET, C#, SQL
o Oracle experience
o Remoting / Web Service
o Object Oriented Analysis/Design/Development
o UML / Modeling Tool
o Software Development Methodology
o Application profiling and tuning
o Design Patterns
o Windows 2000 Server / Windows 2003 Server / IIS
* Plus Skills
o XSLT, Javascript, CSS, FOP
Responsibilities:
* Follow the development life cycle for analysis, design, development, documentation, and testing. Lead code reviews and ensuring quality of code at all times.
* Ability to provide estimations, risk assessments, and meet deliverables in a timely manner.
* Be able to produce technical design documentations using UML modeling.
* Ability to evaluate and assess design options.
* Be able to mentor and serve in a leadership role.
Employment Type:
Full Time
Effective Date:
Immediate

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

-----Original Message-----
From: Ayers, Kim
Sent: Thursday, November 16, 2006 11:22 AM
To: Delaney, Sean
Subject: FW: Eric Andreason/Middel Tier/TradeWeb

He prefers to interview Monday or Tuesday 3pm or after.  Can you also get the job description from them that he will be interviewing for.
Thanks


-----Original Message-----
From: thomas.spendley@thomson.com [mailto:thomas.spendley@thomson.com]
Sent: Wednesday, November 15, 2006 5:37 PM
To: Delaney, Sean; christine.cain.harris@thomson.com
Cc: qianjun.gu@thomson.com; kim.pellizzi@tradeweb.com; brian.hunt@tradeweb.com; Ayers, Kim
Subject: Re: Eric Andreason/Middel Tier/TradeWeb


Please setup an interview


-----Original Message-----
From: Delaney, Sean
To: Harris, Christine (TF HR)
CC: Gu, Qianjun (Eq,FI&RWM); Pellizzi, Kimberly (Eq,FI&RWM); brian.hunt@tradeweb.com; Spendley, Thomas (Eq,FI&RWM); Ayers, Kim
Sent: Wed Nov 15 17:09:42 2006
Subject: FW: Eric Andreason/Middel Tier/TradeWeb

Christine,

This candidate is excellent and has worked for me for many years.  One of the best .Net guys w/ a great reputation.  He also lives near your offices.  If you can arrange an interview, I am confident you will be impressed.


SD


---------------------------


Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)


---------------------------

From: Delaney, Sean
Sent: Wednesday, October 18, 2006 11:39 AM
To: 'christine.cain.harris@thomson.com'
Cc: 'qianjun.gu@thomson.com'; 'kim.pellizzi@tradeweb.com'; 'brian.hunt@tradeweb.com'; 'thomas.spendley@thomson.com'; Ayers, Kim
Subject: Eric Andreason/Middel Tier/TradeWeb

2

Christine,

Attached is the resume of Eric Andreason.  He has worked for me and RCM for over 5 years.  His current contract at HHS is ending in November.  This is a candidate that you do not want to over look.  Please let me know what you think.

- Ø    Candidate Name: Eric Andreason

- Ø    Submittal For: Tradeweb-Middle Tier

- Ø    Salary Requirements:100k

- Ø    Candidate Lives:  North Potomac, MD

- Ø    Start Date:   Current Project ends at the end of Nov

- Ø    Interview Times: Flexible

- Ø    Skills

1. Total Years of IT experience-Almost 9 yrs
2. .NET, C#.NET, ASP.NET, ASP, VB-3.5 yrs
3. C++-throughout his career.
4. Web application development
5. UML-limited to college work

- Ø    Working Now: Yes, HHS

- Ø    Why they are looking: Contract is ending --- December 15th

Ø          Pending Opportunities: Nothing yet


Ø          Comments: Currently working for RCM at HHS


---

Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)

## Delaney, Sean

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Wednesday, November 15, 2006 2:40 PM |
| **To:** | Ayers, Kim |
| **Cc:** | Park, Craig |
| **Subject:** | FW: Michael Malone-Active Directory/Exchange |

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**From:** WANDA.W.WOODLAND@saic.com [mailto:WANDA.W.WOODLAND@saic.com]
**Sent:** Wednesday, November 15, 2006 2:29 PM
**To:** Delaney, Sean
**Subject:** FW: Michael Malone-Active Directory/Exchange

FYI – Looks like to got one ☺

**From:** PetriM@saic-dc.com [mailto:PetriM@saic-dc.com]
**Sent:** Wednesday, November 15, 2006 2:27 PM
**To:** Woodland, Wanda W.
**Subject:** RE: Michael Malone-Active Directory/Exchange

Thanks Wanda.  Mike Malone looks like a good fit for the Sr. ADEX Engineer position.  Marlon will be contacting you to move forward.

Mike

> -----Original Message-----
> **From:** Woodland, Wanda W. [mailto:WANDA.W.WOODLAND@saic.com]
> **Sent:** Wednesday, November 15, 2006 9:43 AM
> **To:** Petri, Mike; Blankenship, George
> **Subject:** FW: Michael Malone-Active Directory/Exchange
>
> Here is the number to call at 10:00am
>
> **From:** sean.delaney@rcmt.com [mailto:sean.delaney@rcmt.com]
> **Sent:** Wednesday, November 15, 2006 9:40 AM
> **To:** Woodland, Wanda W.
> **Subject:** RE: Michael Malone-Active Directory/Exchange
>
> We worked some magic.  He can do it at 10am...  832-483-4833
>
> Question - Who is Mike Petri and what does he do... want to make sure my guy

knows...

Thanks,
SD

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** WANDA.W.WOODLAND@saic.com [mailto:WANDA.W.WOODLAND@saic.com]
**Sent:** Wednesday, November 15, 2006 9:16 AM
**To:** Delaney, Sean
**Subject:** RE: Michael Malone-Active Directory/Exchange

Sorry Sean,

I am just seeing this, is this possible.

---

**From:** PetriM@saic-dc.com [mailto:PetriM@saic-dc.com]
**Sent:** Tuesday, November 14, 2006 3:03 PM
**To:** Woodland, Wanda W.
**Cc:** Blankenship, George
**Subject:** RE: Michael Malone-Active Directory/Exchange

Wanda,

Let's try for tomorrow, November15, around 10 AM.

Thanks,
Mike

> -----Original Message-----
> **From:** Woodland, Wanda W. [mailto:WANDA.W.WOODLAND@saic.com]
> **Sent:** Tuesday, November 14, 2006 9:56 AM
> **To:** Petri, Mike
> **Subject:** FW: Michael Malone-Active Directory/Exchange
>
> Hello Mike,
>
> I can schedule the conference call, once you let me know what time will work for you.  Please see
> Michael availability below.
>
> Thanks, Wanda
>
> ---
>
> **From:** sean.delaney@rcmt.com [mailto:sean.delaney@rcmt.com]
> **Sent:** Tuesday, November 14, 2006 9:03 AM
> **To:** Woodland, Wanda W.
> **Cc:** Ayers, Kim
> **Subject:** RE: Michael Malone-Active Directory/Exchange

Wanda,
Michael can do a phone interview anytime over the next 2 days, except for
2pm.  He is in TX right now (He was in DC last week).
He is on vacation next week 18th-26th, out of the country in Singapore.

Can we set something up today/tomorrow?

Thanks,
SD

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**Delaney, Sean**

---

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Tuesday, November 14, 2006 11:03 AM |
| **To:** | Ayers, Kim |
| **Subject:** | RE: Updated Position: Sr. Internetworking Engineer (Position Number: 718720374322835) |

It is open... but, it didn't take changes made...

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

-----Original Message-----
From: Ayers, Kim
Sent: Tuesday, November 14, 2006 10:04 AM
To: Delaney, Sean
Subject: FW: Updated Position: Sr. Internetworking Engineer (Position Number: 718720374322835)


Is this a closed of open req

-----Original Message-----
From: md.pcr.sales@rcmt.com [mailto:md.pcr.sales@rcmt.com]
Sent: Tuesday, November 14, 2006 9:55 AM
To: md.pcr.rec@rcmt.com
Subject: Updated Position: Sr. Internetworking Engineer (Position Number: 718720374322835)

Company Name:    Apptis
Job Title:    Sr. Internetworking Engineer
Job ID:    718720374322835
Job Type:    CFT
Location:    Pitts, PA
Minimum Experience:
Maximum Experience:
Bill Rate:    85-115
Pay Rate:
Degree Required:
Job Description:
Listing Date 1/9/06
Position Title: Senior Internetworking Engineer
Salary Range: 110K - 150K
Position Description: Provide design and implementation engineering support for Cisco IP Telephony deployments. Design and installation of IP Telephony system and Unity Voicemail system including SRST remote sites. Design and configuration work for IP Telephony system for clients that include redundant Call Managers, Unity and multi vendor voicemail system integrations as well as integration of various applications. Possess extensive high-level design knowledge coupled with current hands-on technical skills. Experienced in all phases of computer network life cycle: from specifications and planning, through design and implementation, to maintenance and performance enhancement. Offer multifaceted perspective with broad understanding of today's technologies and how to integrate leading-edge strategies and technologies to meet specific customer requirements. Comfortable in fast-paced, highly challenging

environments whether working alone, as part of a team, or as a project lea
der.

Required Qualification and Skills:

.        Topologies: Ethernet, Token Ring, T1/FT1, T3/FT3, OC carrier, ISDN, ATM, Frame Relay,
MPLS, DLSW, Dial-up, Cable architectures, DSL, Wireless 802.11.

.        Protocols: TCP/IP Stack, BGP, OSPF, EIGRP, IGRP, RIP, SNMP and RMON, IS-IS, Multicast,
SMTP, IPX/SPX, Appletalk.
.        Architectures: Enterprise network and ISP backbone design, Load balancing and high
availability systems, VoIP and IP Telephony, Multi-layer switching, heterogeneous server
environments, VLANs, Network Management Systems, QoS, SANs, NAT, Firewall and VPN
Architecture, Directory Services design

.        Network Systems: Cisco 2500 through GSR Routers, Cisco Catalyst Switches, Foundry
routers and switches, Juniper routers, Windows NT/2000, Novell, Unix, HP OpenView,
CiscoWorks2000, Protocol/Line Analyzer, Terminal/Print Server, DNS, WINS, DHCP, and SMTP
servers.
.        Certifications: Cisco Certified Internetwork Expert CCIE, Microsoft Certified Systems
Engineer (MCSE-W2000, MCSE-NT4, MCSE-W2003 w/Exchange), Cisco Certified Design
Professional (CCDP), Cisco IP Telephony Support/Operations/Design Specialist (CIPT)

Desired Qualifications and Skills:  Comfortable and professional interacting with executive level
customers.  Strong verbal and written skills ability to articulate, demonstrate and present customer
deliverables. Must have core values  e.g., Respect for others, Timely, Proactive, Responsive and
Follow-thru on deliverables
Education Requirements: 5 plus years of direct infrastructure and networking engineering
experience with a strong emphasis and understanding of Cisco IP Telephony engineering and Cisco
Advanced Technology products.  Cisco certifications of CCNA, CCDP, CCIE Voice. College
Education a plus.

Starting Date: 1/9/06
Industry:
No of Openings:       3
Minimum Salary:
Maximum Salary:
Contact Name:        Keating, Jon
Contact Phone:        703-293-2332
Contact Email:        jon.keating@apptis.com
Date Posted: 03/02/2006
Begin Date:  03/13/2006
End Date:    03/02/2007
Status:        C
Interview Type:
Vacation:
Benefits:
Additional Information:
Gross Margin:        0.3
Priority:
User Name:  SDelaney

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Thursday, November 09, 2006 6:53 AM |
| **To:** | Ayers, Kim |
| **Subject:** | FW: DHS BPA... |


-----Original Message-----
From: Anninos, Paul [mailto:PAnninos@icfi.com]
Sent:  Wed Nov 08 21:39:20 2006
To:     Delaney, Sean
Cc:     Ayers, Kim; DeVeaux, Jennie
Subject:     RE: DHS BPA...

He's out through Friday and can't get anyone else to commit.

I am copying Jennie DeVeaux, our PM on this engagement.  She will be at DHS tomorrow talking to our client(s).


J:  please see if you can get any intel on the "foreign flight training" slot.  As you know, we have a top notch candidate that is about ready to bolt because of the delay.  Maybe touch base with Sean SanRoman, who works with Kearney (remember we met him a few weeks ago after our discussions with Taylor.)


Thanks,

P


--------------------------------

Paul J. Anninos

Senior Vice President

ICF International


O:  703.934.3969

M:  202.841.3463


<mailto:panninos@icfi.com> panninos@icfi.com

<http://www.icfi.com> www.icfi.com

Passion.Expertise.Results

_____

From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Wednesday, November 08, 2006 2:15 PM
To: Anninos, Paul
Cc: Ayers, Kim
Subject: RE: DHS BPA...

Anything?

I am dying on the vine here!!!

_____

Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)

_____

From: Anninos, Paul [mailto:PAnninos@icfi.com]
Sent: Tuesday, November 07, 2006 4:22 PM
To: Delaney, Sean
Subject: RE: DHS BPA...

Calling client now.

P

--------------------------------

Paul J. Anninos

Senior Vice President

ICF International


O:  703.934.3969

M:  202.841.3463


<mailto:panninos@icfi.com> panninos@icfi.com

<http://www.icfi.com> www.icfi.com


Passion.Expertise.Results



———

From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Tuesday, November 07, 2006 4:08 PM
To: Anninos, Paul
Subject: DHS BPA...


Paul,

LVM for you yesterday... can you provide any status on the aviation guy, Michael White? Need to communicate with him before he thinks we are slinging him along...

Thanks,
SD


————————————

Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)

3

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Tuesday, October 31, 2006 9:50 AM |
| **To:** | Ayers, Kim |
| **Subject:** | RE: Kate Addo-Yobbo/Cleared Oracle DBA/IntelliDyne |

I have asked... Steve is the program mngr, not the project mngr... So he wouldn't have spoken to her...

-----Original Message-----
From: Ayers, Kim
Sent:  Tue Oct 31 08:47:36 2006
To:    Delaney, Sean
Subject:    RE: Kate Addo-Yobbo/Cleared Oracle DBA/IntelliDyne

Did they actually talk to her or "screen her resume"?  I just left her a message, but she told me she had not spoken to anyone at intellidyne.  Why did he not mention this before?

-----Original Message-----
From: Delaney, Sean
Sent: Tuesday, October 31, 2006 8:45 AM
To: Ayers, Kim
Subject: FW: Kate Addo-Yobbo/Cleared Oracle DBA/IntelliDyne

Did she not mention this to u?

-----Original Message-----
From: Psarakis, Steve (IntelliDyne) [mailto:spsarakis@Intellidyne-LLC.com]
Sent:  Tue Oct 31 08:43:13 2006
To:    Delaney, Sean
Subject:    RE: Kate Addo-Yobbo/Cleared Oracle DBA/IntelliDyne

Sean,

We had screened Kate's resume earlier in October and she did not pass the screen, so we will pass on her.  The feeling was she was more of a developer than a DBA.

Steve

-----Original Message-----
From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Tuesday, October 24, 2006 5:35 PM
To: Psarakis, Steve (IntelliDyne)
Cc: Ayers, Kim
Subject: RE: Kate Addo-Yobbo/Cleared Oracle DBA/IntelliDyne


Steve,

I can stomach $100/hr.  All I ask in return as that you think of RCM and use our services when additional needs arise.  Regarding the job jumping concerns, please see following:

1

1.      General Dynamics: This was a perm position.  The contract between GD and the customer is not being renewed.  She is looking for other work within GD, but has not found anything yet

2.      Northrop Grumman: This was a contract position.  Her father passed away, she needed a month off, they backfilled her position.

3.      Oberan Associates:  This was a perm position.  The work relocated to Ft Meade, she was not interested in that commute

4.      Northrop Grumman: This was perm position.  NG lost re-bid

5.      Howard University: This was a contract position

6.      MCI: left with merger, MCI was taken over by Worldcom


Let me know if we can proceed with a phone screen.  I should be able to arrange one with relatively short notice...

SD

_____

Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)


_____

From: Psarakis, Steve (IntelliDyne) [mailto:spsarakis@Intellidyne-LLC.com]
Sent: Tuesday, October 24, 2006 4:20 PM
To: Delaney, Sean
Subject: RE: Kate Addo-Yobbo/Cleared Oracle DBA/IntelliDyne


Sean,


We need to discuss the rate.  That is more than I am charging the client for that position. Are you able to live with 100/hour?  Also, I am concerned about some job jumping and would like to know the reason for it before we proceed.

2

Steve

-----Original Message-----
From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Tuesday, October 24, 2006 1:33 PM
To: Psarakis, Steve (IntelliDyne)
Cc: Ayers, Kim
Subject: Kate Addo-Yobbo/Cleared Oracle DBA/IntelliDyne

Steve,

Attached is one of the cleared candidates we spoke of last week.  I have one more that I am schedule to speak with tonight.  Please let me know your interest level.  I need to continue marketing this candidate via other avenues but wanted to give you right of first refusal.

*        Candidate Name: Kate Addo-Yobbo

*        Submittal For: Intellidyne Oracle

*        Billing rate: $110/hr

*        Conversion salary:120k

*        Candidate Lives:  VA

*        Citizenship:  US citizen, Active clearance

*        Start Date:   2 weeks notice

*        Interview Times:  needs 2 days notice

*        Skills:

1.    Total Oracle DBA-7 yrs

2.  10g-2= yrs

3.  RAC-less than 1 yr (At Northrop)

4.  Active Clearance


\*          Working Now: Yes, GD


\*          Why they are looking:  current contract the GD has not been renewed with their client


\*          Pending Opportunities: nothing right now... actively looking


Regards,
Sean

———————————————

Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Monday, October 30, 2006 4:58 PM |
| **To:** | Ayers, Kim |
| **Subject:** | RE: Fw: Ryan Manikowski/ITT/UNIX Admin  (fwd) |

Have you received anything from Ryan on this?  They are asking for everyone's examples of this.

SD

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

-----Original Message-----
From: Ayers, Kim
Sent: Wednesday, October 25, 2006 10:26 AM
To: Delaney, Sean
Subject: RE: Fw: Ryan Manikowski/ITT/UNIX Admin (fwd)

He said yes, he has compiling and debugging open source packages experience.
He said that you download applications to get sourcecode , then do debug of make file.

-----Original Message-----
From: Delaney, Sean
Sent: Wednesday, October 25, 2006 10:15 AM
To: Ayers, Kim
Subject: FW: Fw: Ryan Manikowski/ITT/UNIX Admin (fwd)


 -----Original Message-----
From: John C. Urban (Contractor) [mailto:urban@ait.nrl.navy.mil]
Sent:  Wed Oct 25 09:40:45 2006
To:    Delaney, Sean
Cc:    John Urban
Subject:    Re: Fw: Ryan Manikowski/ITT/UNIX Admin  (fwd)

FYI. Please see if he has the compiling and debugging open source
packages experience. If so, appreciate examples.

Thanks,
JCU

---------- Forwarded message ----------
Date: Tue, 24 Oct 2006 17:03:22 -0400
From: "Heidi Hornstein (contractor)" <heidi.hornstein@cmf.nrl.navy.mil>
To: "John Urban (Contractor)" <urban@ait.nrl.navy.mil>
Subject: Re: Fw: Ryan Manikowski/ITT/UNIX Admin

1

>Have you seen before? Degree is not what you are looking for. If your not
>interested, I'll pass to Toni and others for consideration.

He's a bit weak on the unix sys admin experience with only 2.5 years
experience.  Before phone interviewing, I would want to know if he
has practical experience in compiling and debugging open source packages
from source and not just configuration of prebuilt binaries.  Diane's said
no to the last two candidates due to them requiring too much of Tim's
time to bring them up to senior sys admin level.  The biggest killer is
the lack of compiling experience.

## Delaney, Sean

| | |
|---|---|
| **Subject:** | Meeting with Patrick Berkebile |
| **Location:** | SAIC Vernmont Ave |
| **Start:** | Fri 11/3/2006 2:00 PM |
| **End:** | Fri 11/3/2006 2:30 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Meeting organizer |
| **Required Attendees:** | Berkebile, Patrick |

Thanks!

## Delaney, Sean

| | |
|---|---|
| **Subject:** | Danny O'Brien |
| **Location:** | SAIC -Vermont Ave |
| **Start:** | Fri 11/3/2006 12:00 PM |
| **End:** | Fri 11/3/2006 1:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Meeting organizer |
| **Required Attendees:** | Ayers, Kim |

**Delaney, Sean**

| | |
|---|---|
| **Subject:** | Ron Rosier |
| **Location:** | SAIC - Vermont Ave |
| **Start:** | Thu 11/2/2006 3:00 PM |
| **End:** | Thu 11/2/2006 4:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Meeting organizer |
| **Required Attendees:** | Rosier, Ronald |

Thanks!

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Friday, October 27, 2006 10:41 AM |
| **To:** | Ayers, Kim |
| **Subject:** | RE: Richard Lucas-Documentum |

Quick update.  Paul (PM) said he looks good.  Resume in his Team Leads hands.  Will have feedback by Monday.

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

**From:** Ayers, Kim
**Sent:** Monday, October 23, 2006 6:12 PM
**To:** Delaney, Sean
**Subject:** Richard Lucas-Documentum

➢   **Candidate Name: Richard Lucas**

➢   **Submittal For: Stanley-Documentum**

➢   **DL:**

➢   **Candidate Lives:  FL**

➢   **Citizenship:  US**

➢   **Start Date:  2 weeks**

➢   **Interview Times:    prefer phone first**

➢   **Skills (how long/where?) (Address EVERY skill that is listed on Job Order)**

**Total Years of Experience-15yrs+**
**Documentum-4+ yrs developed and administered**
**Java-used extensively with documentum**

➢   **Working Now (where?):** no

➢ **Why they are looking: not working**

➢ **Pending Opportunities (How do those jobs compare to this one?):** Nothing right now

➢ **Comments (References, presentation, restrictions, A or B candidate etc..): Please get a phone interview first.  He took some time off because to take care of his houses after the hurricane**

## Delaney, Sean

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Tuesday, October 24, 2006 1:10 PM |
| **To:** | Ayers, Kim |
| **Subject:** | FW: Eric Andreason-.NET Developer |

FYI

---

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

---

**From:** Sharon Watts [mailto:swatts@scenpro.com]
**Sent:** Tuesday, October 24, 2006 1:10 PM
**To:** Delaney, Sean
**Subject:** RE: Eric Andreason-.NET Developer

Hi Sean,

It is nice to hear from you. At the moment, I have nothing in view through the end of the year. Like most government contracting companies, our business slows down toward the holidays and we anxiously wait for congress to approve the federal budget for the coming year. I will let you know if anything comes up!

Thanks,

Sharon

---

**From:** Delaney, Sean [mailto:sean.delaney@rcmt.com]
**Sent:** Tuesday, October 24, 2006 11:55 AM
**To:** Sharon Watts
**Cc:** Ayers, Kim
**Subject:** FW: Eric Andreason-.NET Developer
**Importance:** High

Sharon,
Long time no talk.  Hope everything is well.  I was curious if you might be able to help me.  I have a candidate, Eric Andreason worked for me at the OCC and then at HHS.  He is a top-shelf .NET talent.  Do you know of any needs at ScenPro were he maybe a fit? His resume is attached.

➢    **Candidate Name: Eric Andreason**

➢    **Billing rate: $80/hr**

➢    **Candidate Lives:  North Potomac, MD**

➢ **Citizenship:  US citizenship**

➢ **Start Date:   Current Project ends at the end of Nov**

➢ **Interview Times:    Flexible**

➢ **Skills**
   1. **Total Years of IT experience-Almost 9 yrs**
   2. **.NET, C#.NET, ASP.NET, ASP, VB-3.5 yrs**
   3. **C++ throughout his career**
   4. **Web application development**

➢ **Working Now (where?):** Yes, HHS for RCM Technologies

SD

_____

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

–
–

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Monday, October 23, 2006 11:57 AM |
| **To:** | Ayers, Kim |
| **Subject:** | FW: Alexandra... |

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

-----Original Message-----
From: christine.cain.harris@thomson.com [mailto:christine.cain.harris@thomson.com]
Sent: Monday, October 23, 2006 11:48 AM
To: Delaney, Sean
Subject: RE: Alexandra...

Hi Sean,

FYI...Alexandra's offer letter has been emailed to her.

Christine

-----Original Message-----
From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Monday, October 23, 2006 9:43 AM
To: Harris, Christine (TF HR)
Subject: RE: Alexandra...

Name: Alexandra Borosova
Street: 4014 Hillbrook Rd
City/Town: University Heights
State: OH
Postal Code: 44118
Email:  aborosov@yahoo.com
Phone: 216-702-3714

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

-----Original Message-----
From: christine.cain.harris@thomson.com
[mailto:christine.cain.harris@thomson.com]
Sent: Tuesday, October 17, 2006 4:47 PM

1

To: Delaney, Sean
Subject: RE: Alexandra...

Yes, that's fine.

Thanks.
Christine

-----Original Message-----
From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Tuesday, October 17, 2006 4:42 PM
To: Harris, Christine (TF HR)
Subject: RE: Alexandra...

Hows 930am?

 -----Original Message-----
From: christine.cain.harris@thomson.com
[mailto:christine.cain.harris@thomson.com]
Sent:  Tue Oct 17 11:47:12 2006
To:    Delaney, Sean
Cc:    Ayers, Kim
Subject:     RE: Alexandra...

Hi Sean,

Yes, John is available on Friday.  Please confirm a time and I'll let him know.

Thanks.
Christine

---

From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Tuesday, October 17, 2006 10:21 AM
To: Harris, Christine (TF HR)
Cc: Ayers, Kim
Subject: Alexandra...


Christine,

Change of plans with Alexandra.  She is actually going to be in town on Friday.  Can we do schedule the interview Friday mid morning?


Thanks,
SD

---

Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Thursday, October 19, 2006 6:50 AM |
| **To:** | Ayers, Kim |
| **Subject:** | FW: Eric Andreason/Middel Tier/TradeWeb |

-----Original Message-----
From: christine.cain.harris@thomson.com [mailto:christine.cain.harris@thomson.com]
Sent: Wed Oct 18 22:15:56 2006
To:     Delaney, Sean
Subject:     RE: Eric Andreason/Middel Tier/TradeWeb

Hi Sean,

John would like to set up a phone interview with this candidate.  Please advise of his availability.

Thanks.
Christine

———

From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Wednesday, October 18, 2006 11:39 AM
To: Harris, Christine (TF HR)
Cc: Gu, Qianjun (Eq,FI&RWM); Pellizzi, Kimberly (Eq,FI&RWM); brian.hunt@tradeweb.com;
Spendley, Thomas (Eq,FI&RWM); Ayers, Kim
Subject: Eric Andreason/Middel Tier/TradeWeb

Christine,

Attached is the resume of Eric Andreason.  He has worked for me and RCM for over 5 years.  His current contract at HHS is ending in November.  This is a candidate that you do not want to over look.  Please let me know what you think.

*           Candidate Name: Eric Andreason

*           Submittal For: Tradeweb-Middle Tier

*           Billing Rate: $86

*           Conversion salary:100k

1

\*        Candidate Lives:  North Potomac, MD

\*        Start Date:   Current Project ends at the end of Nov

\*        Interview Times: Flexible

\*        Skills

1.    Total Years of IT experience-Almost 9 yrs
2.    .NET, C#.NET, ASP.NET, ASP, VB-3.5 yrs
3.    C++-throughout his career.
4.    Web application development
5.    UML-limited to college work

\*        Working Now: Yes, HHS

\*        Why they are looking: Contract is ending

\*        Pending Opportunities: Nothing yet

\*        Comments: Currently working for RCM at HHS

---

Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)

## Delaney, Sean

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Tuesday, October 17, 2006 6:00 PM |
| **To:** | Ayers, Kim |
| **Subject:** | FW: Hung Nguyen/Tech Writer/Manila |

Fyi...

-----Original Message-----
From: Cailin Walsh [mailto:cwalsh@manilaconsulting.net]
Sent:  Tue Oct 17 17:57:57 2006
To:      Delaney, Sean
Subject:     RE: Hung Nguyen/Tech Writer/Manila

Hi Sean,


I just wanted to let you know that I talked to Eric and the client never provided him with a reason as to why she suddenly changed her mind.  He was going to try to get an answer out of her but he said it didn't really look promising.  If I hear anything I'll be sure to let you know and again I apologize for this huge inconvenience.


Thank you.

Cailin


_____

From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Tuesday, October 17, 2006 12:47 PM
To: Cailin Walsh
Cc: Ayers, Kim
Subject: RE: Hung Nguyen/Tech Writer/Manila


Hey Cailin... Just wanted to see if you were able to beat the government up about a time for tomorrow.  We need to lock that down soon (next few hours)...  Let me know...

SD


_____

Sean P. Delaney

Sr. Director, Business Development

1

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)

———

From: Cailin Walsh [mailto:cwalsh@manilaconsulting.net]
Sent: Monday, October 16, 2006 5:33 PM
To: Delaney, Sean
Subject: RE: Hung Nguyen/Tech Writer/Manila

No, not yet.  Not a bother, sorry we can't be as responsive as we'd like...hopefully we'll hear tomorrow.  I know she wants to start interviewing on Wednesday so I would think that we have to hear.

———

From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Monday, October 16, 2006 5:31 PM
To: Cailin Walsh
Subject: RE: Hung Nguyen/Tech Writer/Manila

No times yet?  Sorry to bother...

———————————

Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)

———

From: Cailin Walsh [mailto:cwalsh@manilaconsulting.net]
Sent: Monday, October 16, 2006 12:36 PM
To: Delaney, Sean
Cc: Maria Rojas; Marisela Colunga; Ayers, Kim
Subject: RE: Hung Nguyen/Tech Writer/Manila

It is our experience that the client doesn't usually like to make a decision until she has interview a majority of the candidates.  That being said, we do know that she would like to conduct most of the interviews this week so once they are conducted we hope to have a quick turnaround.

———

From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Monday, October 16, 2006 11:30 AM
To: Cailin Walsh
Cc: Maria Rojas; Marisela Colunga; Ayers, Kim
Subject: RE: Hung Nguyen/Tech Writer/Manila


Thanks Cailin.  Only issue/concern – Hung still needs to make a decision rather quickly.  To that end, if the interview goes extremely well --- and in order not to lose him... is the PM prepared to make a decision by Thursday?


SD


Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)


———

From: Cailin Walsh [mailto:cwalsh@manilaconsulting.net]
Sent: Monday, October 16, 2006 11:20 AM
To: Delaney, Sean
Cc: Maria Rojas; Marisela Colunga
Subject: RE: Hung Nguyen/Tech Writer/Manila


Hi Sean,

This is great! It looks like Wednesday might be a better day for the client. We have not been given any timeframes as of yet but I'll keep you updated.

Thanks,

Cailin

―――

From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Monday, October 16, 2006 9:49 AM
To: Cailin Walsh
Subject: RE: Hung Nguyen/Tech Writer/Manila

Cailin,
Hung is interested in interviewing... He decided he would like to pursue this opportunity due to his DoL experience. Will Tuesday still work?

―――――――――――――

Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)

―――

From: Cailin Walsh [mailto:cwalsh@manilaconsulting.net]
Sent: Tuesday, October 10, 2006 3:09 PM
To: Delaney, Sean
Cc: Maria Rojas; Marisela Colunga
Subject: RE: Hung Nguyen/Tech Writer/Manila

Hi Sean,

Per my voicemail, the client would like to setup an interview for Hung Nguyen on Tuesday, October 17, 2006. The client has requested that Hung arrive at 10:30am to fill out paper work and we have

4

been told that he should expect to be onsite for at least 2 hours. Could you please let us know if this date and time work with Hung's schedule? The interview will take place at DOL's Francis Perkins Building located at 200 constitution avenue. I will provide you with contact information once we schedule the date and time.

Many thanks,

Cailin

MANILA Consulting Group, Inc.

Ph: 571.633.9400 ext. 125

———

From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Friday, October 06, 2006 3:20 PM
To: Cailin Walsh; Maria Rojas
Cc: Ayers, Kim
Subject: Hung Nguyen/Tech Writer/Manila

Cailin

Attached you will find the resume of Hung Nguyen for the technical writer position at DoL. I look forward to your speedy feedback.

* Candidate Name: Hung Nguyen

* Submittal For: Manila Tech Writer

* Billing Rate: $61/hr

* Conversion salary: 75k

* Candidate Lives: Fairfax, VA

* Citizenship: US citizen

\*     Start Date:   ASAP

\*     Interview Times: Flexible next week (Monday or Tuesday best)

\*     Skills:

1.   Technical Writing - nearly 8 yrs

2.   IT experience - nearly 10 yrs

3.   Experience with systems administration and security

4.   BA Liberal Arts

\*     Working Now:  Just finished at BAE, was there for 5 yrs, ended on Monday, Budget Cuts

\*     Why they are looking: Budget cuts

\*     Pending Opportunities:  He just started looking, but should have several opportunities lined up for next week

\*     Comments:  In addition to his technical writing experience, he has a technical background (Systems Administration and Security).  He has excellent communication skills with little to no accent.

Regards,
Sean

_____

Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Thursday, October 05, 2006 10:57 AM |
| **To:** | Ayers, Kim |
| **Subject:** | FW: Bob Freedman |

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

-----Original Message-----
From: christine.cain.harris@thomson.com [mailto:christine.cain.harris@thomson.com]
Sent: Thursday, October 05, 2006 10:56 AM
To: Delaney, Sean
Cc: qianjun.gu@thomson.com
Subject: RE: Bob Freedman

Great! Thanks.

-----Original Message-----
From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Thursday, October 05, 2006 9:33 AM
To: Harris, Christine (TF HR)
Subject: RE: Bob Freedman

130 works. He is expecting a call from John...

Sean P. Delaney
Sr. Director, Business Development
RCM Technologies
301-986-1412 x3017
240-678-4476 (mobile)

-----Original Message-----
From: christine.cain.harris@thomson.com
[mailto:christine.cain.harris@thomson.com]
Sent: Wednesday, October 04, 2006 10:20 PM
To: Delaney, Sean
Cc: qianjun.gu@thomson.com
Subject: RE: Bob Freedman

Hi Sean,

No, John can not talk with Bob at 12:30, but he can do it from 1:30-2:00PM. Please let us know whether that works for the candidate.

Thanks.
Christine

-----Original Message-----
From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Wednesday, October 04, 2006 5:36 PM
To: Harris, Christine (TF HR)
Subject: Bob Freedman

He can do 12:30 tomorrow (Thursday)  He can be reached at 301-442-5587.
I told him John Gu will be calling him

Will this work?

Thanks

**Delaney, Sean**

| | |
|---|---|
| **From:** | Delaney, Sean |
| **Sent:** | Tuesday, October 03, 2006 3:12 PM |
| **To:** | Ayers, Kim |
| **Subject:** | RE: Kinh Nguyen/Business Analyst/Manila |

Www.yahoo.com will get him there... If you need metro ask scott

-----Original Message-----
From: Ayers, Kim
Sent: Tue Oct 03 15:10:29 2006
To:    Delaney, Sean
Subject:    RE: Kinh Nguyen/Business Analyst/Manila

Sean, I am getting these emails. What is the address? Do you have directions.

-----Original Message-----
From: Delaney, Sean
Sent: Tuesday, October 03, 2006 3:09 PM
To: Ayers, Kim
Subject: FW: Kinh Nguyen/Business Analyst/Manila


-----Original Message-----
From: Nguyen, Mike - ETA CTR [mailto:Nguyen.Mike@dol.gov]
Sent:  Tue Oct 03 15:05:14 2006
To:    Delaney, Sean
Cc:    Ayers, Kim; Cailin Walsh
Subject:    RE: Kinh Nguyen/Business Analyst/Manila

No really. I mentioned to him how the interviewing will proceed.

1 hour with me
1/2 hour for a peer interview with my DB developer

However, because of time limitations tomorrow, he will meet with the DB
developer first, then myself.

Let me know if you have any questions.
Thanks
Mike

-----Original Message-----
From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Tuesday, October 03, 2006 3:03 PM
To: Nguyen, Mike - ETA CTR
Cc: Ayers, Kim
Subject: RE: Kinh Nguyen/Business Analyst/Manila


Mike,
He is confirmed for tomorrow... Anything specific I should prep him
for?

1

Sean

-----Original Message-----
From: Nguyen, Mike - ETA CTR [mailto:Nguyen.Mike@dol.gov]
Sent:  Tue Oct 03 14:44:26 2006
To:    Delaney, Sean
Subject:    RE: Kinh Nguyen/Business Analyst/Manila

Sean,

He did mention that he is available tomorrow afternoon.

The interview would be at the Colorado Building, which I think you've
been before.

1341 G. St., N.W

My desk number is (202)693-8227.
Better to contact my cell: (703)927-1722.

Thanks
Mike

-----Original Message-----
From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Tuesday, October 03, 2006 2:42 PM
To: Nguyen, Mike - ETA CTR
Subject: RE: Kinh Nguyen/Business Analyst/Manila


Let me see if this works for Kinh...  All I will need from you is
address, contact (I assume you) and a phone #.

I will email you back with confirmation once I speak w/ Kinh.

SD

-----Original Message-----
From: Nguyen, Mike - ETA CTR [mailto:Nguyen.Mike@dol.gov]
Sent:  Tue Oct 03 14:18:52 2006
To:    Delaney, Sean
Subject:    RE: Kinh Nguyen/Business Analyst/Manila

Sean,

I would like to invite Kinh in for an interview tomorrow afternoon at
2:30pm. Let me know how I should proceed.

Thanks
Mike

-----Original Message-----
From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Tuesday, October 03, 2006 2:06 PM
To: Nguyen, Mike - ETA CTR
Subject: RE: Kinh Nguyen/Business Analyst/Manila

2

How did it go?  Kinh mentioned meeting you tomorrow... What times are good?

Sean

 -----Original Message-----
From: Nguyen, Mike - ETA CTR [mailto:Nguyen.Mike@dol.gov]
Sent:  Tue Oct 03 12:01:16 2006
To:    Delaney, Sean
Subject:     RE: Kinh Nguyen/Business Analyst/Manila

Sounds good. I will contact him then.

Thanks
Mike

-----Original Message-----
From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Tuesday, October 03, 2006 11:35 AM
To: Nguyen, Mike - ETA CTR
Cc: Ayers, Kim
Subject: RE: Kinh Nguyen/Business Analyst/Manila


115 works.  He lives in Laurel... And is fine With DC...

 -----Original Message-----
From: Nguyen, Mike - ETA CTR [mailto:Nguyen.Mike@dol.gov]
Sent:  Tue Oct 03 11:11:17 2006
To:    Delaney, Sean
Subject:     RE: Kinh Nguyen/Business Analyst/Manila

Sean,

Before we proceed, where does this person live? Would they mind a commute to this job location in DC? I want to make sure so we don't waste time with people who mind the commute.

Will he be available at 1:15pm this afternoon?

Let me know.
Thanks
Mike

-----Original Message-----
From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Tuesday, October 03, 2006 11:07 AM
To: Nguyen, Mike - ETA CTR
Subject: RE: Kinh Nguyen/Business Analyst/Manila


Mike,
Anytime today.  Just let me know when so I can pull him.  His # is 571 338 6947

3

SD

-----Original Message-----
From: Nguyen, Mike - ETA CTR [mailto:Nguyen.Mike@dol.gov]
Sent:  Tue Oct 03 10:31:49 2006
To:     Delaney, Sean
Subject:      FW: Kinh Nguyen/Business Analyst/Manila

Sean,

Is Kinh available for a phone interview this morning or afternoon?

Please let me know.
Thanks
Mike

_____

From: Delaney, Sean [mailto:sean.delaney@rcmt.com]
Sent: Monday, October 02, 2006 3:21 PM
To: Cailin Walsh; Maria Rojas
Cc: Ayers, Kim
Subject: Kinh Nguyen/Business Analyst/Manila


Cailin/Maria,

Attached you will find the resume of Kinh Nguyen.  Please consider him
one of the suitable candidates for your Business Analyst position. Kinh
has more than 10 years of experience in the IT industry.  He is
currently performing business analysis as well as data analysis and data
gathering.  He also has an oracle background which includes DBA,
development, data analysis.


*        Over ten years of programming, analysis, and database
administration on HR, financial, business and telecommunications
systems.
*        Responsibilities include the role as System Analysis, Software
testing, and Technical Writer on numerous projects and endeavors.
*        Skilled at bringing individuals, resources and
cross-functional-teams together to work cooperatively on solving issues,
assessing customer needs and meeting customer business requirements on a
global scale utilizing strong problem solving, analytical and decision
making skills.
*        Proven ability to work with senior management in providing
leadership, direction and initiative necessary to cope with constant
change, priority adjustment and resource allocation in a high demanding,
multi-functional, fast-paced business environment.

Kinh is available with a one or two week notice at an all inclusive consultant rate of $70/hr and is seeking a conversion salary of 75k annually upon becoming a fulltime Manila employee.


Cailin/Maria, I look forward to your speedy feedback on this candidate and can arrange a technical telephonic or face-to-face interview for you immediately.

Regards,

Sean

—————————————————

Sean P. Delaney

Sr. Director, Business Development

RCM Technologies

301-986-1412 x3017

240-678-4476 (mobile)

# EXHIBIT 4

# CASE NO. 1:07-CV-00670-JDB

**RCM** ) Technologies
*The Source of Smart Solutions*

September 7, 2006

# FINANCIAL ACTION NOTICE

| Name | James Lamb | ☐ Former Employee | ☐ Eligible For Rehire |
|------|------------|-------------------|------------------------|

| Transaction | Type | Category | Source |
|-------------|------|----------|--------|
| New Hire | Consultant | W-2: Non-Benefits | monster.com |

## CONSULTANT INFORMATION

Personnel #

Sub Contracting Co.

| | Start Date | End Date | Change Effective Date |
|---|-----------|----------|------------------------|
| | September 13, 2006 | March 13, 2007 | |

| | Annual | Hourly |
|---|--------|--------|
| Pay Rate | $57,200.00 | $27.50 |
| Insurance | | $0.00 |
| Cost | | $27.50 |
| Corporate Multiplier | 1.120 | |
| Total Effective Cost | $30.80 | Spread $17.20 |
| Bill Rate | $48.00 | Gross Margin 35.83% |

## BENEFITS INFORMATION

| Medical | None | ☐ Leave Accrual | *10 Vacation, 5 Sick/Personal, 9 |
|---------|------|-----------------|----------------------------------|
| Dental | None | ☑ No Leave Accrual | Holidays (960 hours) |
| Cobra | No | If yes, RCM is contributing: | |
| Other Expenses | None | Amount $0.00 | Annually |

## CLIENT INVOICE INFORMATION

| Client # | | Company | Manila Consulting Group |
|----------|---|---------|--------------------------|
| Attention | | | |
| Address | | | |
| Address 2 | | | |
| City, State, Zip | | | |
| Purchase Order # | | | |
| Invoice Notations | 6/30 | | |

## WORKSITE INFORMATION / PERMANENT PLACEMENT

| Manager | Maria Rojas | Salary | |
|---------|-------------|--------|---|
| Phone | | Fee | |
| Location | DC | | |

## INTERNAL RCM INFORMATION

| | | Commission % | Gross Margin |
|---|---|--------------|--------------|
| Account Manager | Sean Delaney | 12% | 35.83% |
| Recruiter | Scott Baillie | 10% | |

## Comments/Special Instructions:

Recruiter Commision rate is 10.0%

| | Approval | Date |
|---|----------|------|
| Operations Mgr. | *Frances Hu* | 9/8/06 |
| Vice President | *Craig Park* | 9/20/06 |

November 2, 2006

# RCM Technologies
*The Source of Smart Solutions*

# FINANCIAL ACTION  NOTICE

**Name** | Jing Tosh | ☐ Former Employee | ☐ Eligible For Rehire

| Transaction | Type | Category | Source |
|---|---|---|---|
| New Hire | Consultant | W-2: Non-Benefits | monster.com |

## CONSULTANT INFORMATION

**Personnel #**

**Sub Contracting Co.**

| | Start Date | End Date | Change Effective Date |
|---|---|---|---|
| | November 13, 2006 | May 13, 2007 | |

| | Annual | Hourly |
|---|---|---|
| **Pay Rate** | $89,440.00 | $43.00 |
| **Insurance** | ███████ | $0.00 |
| **Cost** | ███████ | $43.00 |
| **Corporate Multiplier** | 1.120 | |
| **Total Effective Cost** | $48.16 | **Spread** $21.84 |
| **Bill Rate** | $70.00 | **Gross Margin** 31.20% |

## BENEFITS INFORMATION

| **Medical** | None | ☐ Leave Accrual | *10 Vacation, 5 Sick/Personal, 9 |
|---|---|---|---|
| **Dental** | None | ☑ No Leave Accrual | Holidays (960 hours) |
| **Cobra** | No | If yes, RCM is contributing: | |
| **Other Expenses** | None | **Amount** $0.00 | Annually |

## CLIENT INVOICE INFORMATION

| **Client #** | 9994 | **Company** | Manila Consulting Group |
|---|---|---|---|

**Attention**

**Address**

**Address 2**

**City, State, Zip**

**Purchase Order #**

**Invoice Notations** n/30

## WORKSITE INFORMATION                     PERMANENT PLACEMENT

| **Manager** | Mike Nguyen | **Salary** | |
|---|---|---|---|
| **Phone** | | **Fee** | |
| **Location** | DC | | |

## INTERNAL RCM INFORMATION

| | | **Commission %** | **Gross Margin** |
|---|---|---|---|
| **Account Manager** | Sean Delaney | 10% | 31.20% |
| **Recruiter** | Scott Baillie | 8% | |

## Comments/Special Instructions:

Recruiter Commision rate is 8.0%

| | Approval | Date |
|---|---|---|
| Operations Mgr. | *[signature]* /Frances Hu | 11/27/06 |
| Vice President | *[signature]* Craig Park | 11/13/06 |

**RCM** Technologies
*The Source of Smart Solutions*

August 16, 2006

# FINANCIAL ACTION NOTICE

**Name**  Melissa Serrano        ☐ Former Employee    ☐ Eligible For Rehire

| Transaction | Type | Category | Source |
|---|---|---|---|
| New Hire | Consultant | W-2: Non-Benefits | monster.com |

## CONSULTANT INFORMATION

**Personnel #**

**Sub Contracting Co.**

| | Start Date | End Date | Change Effective Date |
|---|---|---|---|
| | August 21, 2006 | February 21, 2007 | |

| | Annual | Hourly |
|---|---|---|
| **Pay Rate** | $66,040.00 | $31.75 |
| **Insurance** | | $0.00 |
| **Cost** | | $31.75 |
| **Corporate Multiplier** | 1.120 | |
| **Total Effective Cost** | $35.56 | **Spread** $15.43 |
| **Bill Rate** | $51.00 | **Gross Margin** 30.27% |

## BENEFITS INFORMATION

| | | |
|---|---|---|
| **Medical** | None | ☐ Leave Accrual    *10 Vacation, 5 Sick/Personal,    9 |
| **Dental** | None | ☑ No Leave Accrual    Holidays (960 hours) |
| **Cobra** | No | If yes, RCM is contributing: |
| **Other Expenses** | None | **Amount** $0.00  Annually |

## CLIENT INVOICE INFORMATION

| | | | |
|---|---|---|---|
| **Client #** | | **Company** | Manila Consulting Group |
| **Attention** | | | |
| **Address** | | | |
| **Address 2** | | | |
| **City, State, Zip** | | | |
| **Purchase Order #** | | | |
| **Invoice Notations** | 6/30 | | |

## WORKSITE INFORMATION                              PERMANENT PLACEMENT

| | | | |
|---|---|---|---|
| **Manager** | Maria Rojas | **Salary** | |
| **Phone** | | **Fee** | |
| **Location** | DC | | |

## INTERNAL RCM INFORMATION

| | | **Commission %** | **Gross Margin** |
|---|---|---|---|
| **Account Manager** | Sean Delaney | | 30.27% |
| **Recruiter** | Scott Baillie | | |

## Comments/Special Instructions:

Recruiter Commision rate is 8.0%

| | Approval | Date |
|---|---|---|
| Operations Mgr. | *[signature]* Frances Hu | 9/1/06 |
| Vice President | *[signature]* Craig Park | 9/1/06 |

**RCM** Technologies
*The Source of Smart Solutions*

# FINANCIAL ACTION  NOTICE

September 22, 2006

**Name**  Anthony Mitchell

☐ Former Employee    ☐ Eligible For Rehire

| Transaction | Type | Category | Source |
|---|---|---|---|
| Termination | Consultant | W-2: Non-Benefits | monster.com |

## CONSULTANT INFORMATION

**Personnel #**  33791
**Sub Contracting Co.**  n/a

| | Start Date | End Date | Change Effective Date |
|---|---|---|---|
| | September 11, 2006 | September 12, 2006 | |

| | Annual | Hourly |
|---|---|---|
| **Pay Rate** | $35,360.00 | $17.00 |
| **Insurance** | | $0.00 |
| **Cost** | | $17.00 |
| **Corporate Multiplier** | 1.120 | |
| **Total Effective Cost** | $19.04 | **Spread** $8.96 |
| **Bill Rate** | $28.00 | **Gross Margin** 32.00% |

## BENEFITS INFORMATION

| | | |
|---|---|---|
| **Medical** | None | ☐ Leave Accrual |
| **Dental** | None | ☑ No Leave Accrual |
| **Cobra** | No | If yes, RCM is contributing: |
| **Other Expenses** | None | **Amount** $0.00  Annually |

*10 Vacation, 5 Sick/Personal,  9
Holidays (960 hours)

## CLIENT INVOICE INFORMATION

| | | |
|---|---|---|
| **Client #** | 8543 | **Company** ATS |
| **Attention** | | |
| **Address** | | |
| **Address 2** | | |
| **City, State, Zip** | | |
| **Purchase Order #** | | |
| **Invoice Notations** | 6/30 | |

## WORKSITE INFORMATION                    PERMANENT PLACEMENT

| | | |
|---|---|---|
| **Manager** | Bob Maple | **Salary** |
| **Phone** | | **Fee** |
| **Location** | DC | |

## INTERNAL RCM INFORMATION

| | | Commission % | Gross Margin |
|---|---|---|---|
| **Account Manager** | Sean Delaney | | 32.00% |
| **Recruiter** | Scott Baillie | 8% | |

## Comments/Special Instructions:

Consultant was terminated by client because job description did not fit.

| | Approval | Date |
|---|---|---|
| Operations Mgr. | *[signature]* | 9/21/06 |
| | Frances Hu | |
| Vice President | *[signature]* | 9/?/06 |
| | Craig Park | |

# RCM Technologies
*The Source of Smart Solutions*

# FINANCIAL ACTION NOTICE

November 2, 2006

**Name** Seth Lowe

☐ Former Employee          ☐ Eligible For Rehire

**Transaction** New Hire

**Type** Consultant

**Category** W-2: Non-Benefits

**Source** monster.com

## CONSULTANT INFORMATION

**Personnel #**

**Sub Contracting Co.**

| | **Start Date** | **End Date** | **Change Effective Date** |
|---|---|---|---|
| | November 6, 2006 | May 6, 2006 | |

| | **Annual** | **Hourly** |
|---|---|---|
| **Pay Rate** | $62,400.00 | $30.00 |
| **Insurance** | | $0.00 |
| **Cost** | | $30.00 |
| **Corporate Multiplier** | 1.120 | |
| **Total Effective Cost** | $33.60 | **Spread** $21.40 |
| **Bill Rate** | $55.00 | **Gross Margin** 38.91% |

## BENEFITS INFORMATION

**Medical** None

**Dental** None

**Cobra** No

**Other Expenses** None

☐ Leave Accrual
☐ No Leave Accrual
If yes, RCM is contributing:
**Amount** $0.00 Annually

*10 Vacation, 5 Sick/Personal, 9
Holidays (960 hours)

## CLIENT INVOICE INFORMATION

**Client #** 9464          **Company** MedImmune

**Attention**

**Address**

**Address 2**

**City, State, Zip**

**Purchase Order #**

**Invoice Notations** n/30

## WORKSITE INFORMATION

**PERMANENT PLACEMENT**

**Manager** Bruce Cochrane

**Phone**          **Salary**

**Location** MD          **Fee**

## INTERNAL RCM INFORMATION

**Account Manager** Sean Delaney          **Commission %** 12%          **Gross Margin** 38.91%

**Recruiter** Scott Baillie          10%

## Comments/Special Instructions:

Recruiter Commision rate is 10.0%

| | **Approval** | **Date** |
|---|---|---|
| Operations Mgr. | *[signature]* | 11/8/06 |
| | Frances Hu | |
| Vice President | *[signature]* | 11/7/06 |
| | Craig Park | |

November 7, 2006

# RCM Technologies
*The Source of Smart Solutions*

# FINANCIAL ACTION NOTICE

**Name**  Alexandra Borosova

☐ Former Employee   ☐ Eligible For Rehire

| Transaction | Type | Category | Source |
|---|---|---|---|
| New Hire | Perm Placement | SELECT ONE | monster.com |

## CONSULTANT INFORMATION

**Personnel #**

**Sub Contracting Co.**

| | Start Date | End Date | Change Effective Date |
|---|---|---|---|
| | November 13, 2006 | | |

| | Annual | Hourly |
|---|---|---|
| **Pay Rate** | | $0.00 |
| **Insurance** | ██████ | $0.00 |
| **Cost** | | $0.00 |
| **Corporate Multiplier** | 1.120 | |
| **Total Effective Cost** | $0.00 | **Spread** $0.00 |
| **Bill Rate** | | **Gross Margin** #DIV/0! |

## BENEFITS INFORMATION

| | | |
|---|---|---|
| **Medical** | SELECT ONE | ☐ Leave Accrual |
| **Dental** | SELECT ONE | ☐ No Leave Accrual |
| **Cobra** | SELECT ONE | If yes, RCM is contributing: |
| **Other Expenses** | SELECT ONE | **Amount** $0.00 Annually |

*10 Vacation, 5 Sick/Personal,   9
Holidays (960 hours)

## CLIENT INVOICE INFORMATION

| | | |
|---|---|---|
| **Client #** | **Company** | Thomson Financial/Tradeweb |
| **Attention** | Christine Cain Harris | |
| **Address** | 1455 Research Blvd. | |
| **Address 2** | | |
| **City, State, Zip** | Rockville, MD  20850 | |
| **Purchase Order #** | | |
| **Invoice Notations** | 6/30 | |

## WORKSITE INFORMATION

## PERMANENT PLACEMENT

| | | | |
|---|---|---|---|
| **Manager** | John Gu | **Salary** | $   85,000.00 |
| **Phone** | (301) 545-4000 | **Fee** | $   17,000.00 |
| **Location** | MD | | |

## INTERNAL RCM INFORMATION

| | | Commission % | Gross Margin |
|---|---|---|---|
| **Account Manager** | Sean Delaney | 12.50% | #DIV/0! |
| **Recruiter** | Kim Ayers | 12.50% | |

## Comments/Special Instructions:

| | Approval | Date |
|---|---|---|
| Operations Mgr. | *[signature]* | 11/7/06 |
| | Frances Hu | |
| Vice President | *[signature]* | 11/7/06 |
| | Craig Park | |

# RCM ) Technologies
*The Source of Smart Solutions*

November 17, 2006

# **FINANCIAL ACTION  NOTICE**

| **Name** | Anil Arakal | | ☐ Former Employee | | ☐ Eligible For Rehire |
|---|---|---|---|---|---|

| **Transaction** | **Type** | **Category** | **Source** |
|---|---|---|---|
| New Hire ▼ | Sub Contractor ▼ | Corp-to-Corp ▼ | referral ▼ |

## CONSULTANT INFORMATION

| **Personnel #** | | | |
|---|---|---|---|
| **Sub Contracting Co.** | Shrapnel Infotech, Inc. | | |

| | **Start Date** | **End Date** | **Change Effective Date** |
|---|---|---|---|
| | November 20, 2006 | February 20, 2006 | |
| | **Annual** | **Hourly** | |
| **Pay Rate** | $99,840.00 | $48.00 | |
| **Insurance** | ⬛ | $0.00 | |
| **Cost** | ⬛ | $48.00 | |
| **Corporate Multiplier** | 1.020 | | |
| **Total Effective Cost** | $48.96 | **Spread** $16.04 | |
| **Bill Rate** | $65.00 | **Gross Margin** 24.68% | |

## BENEFITS INFORMATION

| **Medical** | None ▼ | ☐ Leave Accrual | *10 Vacation, 5 Sick/Personal, 9 |
|---|---|---|---|
| **Dental** | None ▼ | ☑ No Leave Accrual | Holidays (960 hours) |
| **Cobra** | No ▼ | If yes, RCM is contributing: | |
| **Other Expenses** | None ▼ | **Amount** $0.00 Annually | |

## CLIENT INVOICE INFORMATION

| **Client #** | | **Company** | ICF |
|---|---|---|---|
| **Attention** | | | |
| **Address** | ICF International | | |
| **Address 2** | 9300 Lee Highway | | |
| **City, State, Zip** | Fairfax, VA 22031 | | |
| **Purchase Order #** | | | |
| **Invoice Notations** | 6/30 | | |

## WORKSITE INFORMATION | PERMANENT PLACEMENT

| **Manager** | Mike Calloway | **Salary** | |
|---|---|---|---|
| **Phone** | | **Fee** | |
| **Location** | SELECT ▼ | | |

## INTERNAL RCM INFORMATION

| | | **Commission %** | **Gross Margin** |
|---|---|---|---|
| **Account Manager** | Sean Delaney ▼ | 5.00% | 24.68% |
| **Recruiter** | Kim Ayers ▼ | (4.00%) — ? | |

## Comments/Special Instructions:

| | **Approval** | **Date** |
|---|---|---|
| | Operations Mgr. *[signature]* | 11/17/06 |
| | Frances Hu | |
| | Vice President *[signature]* | 12/7/06 |
| | Craig Park | |

**RCM** Technologies
*The Source of Smart Solutions*

# FINANCIAL ACTION  NOTICE

July 28, 2006

**Name**  Tom Nguyen

☐ Former Employee    ☐ Eligible For Rehire

| Transaction | Type | Category | Source |
|---|---|---|---|
| New Hire | Perm Placement | W-2: Full Benefits | monster.com |

## CONSULTANT INFORMATION

**Personnel #**

**Sub Contracting Co.**

|  | Start Date | End Date | Change Effective Date |
|---|---|---|---|
|  | 7/31/2006 |  |  |

|  | Annual | Hourly |
|---|---|---|
| Pay Rate |  | $0.00 |
| Insurance | ▓▓▓▓ | $0.00 |
| Cost | ▓▓▓▓ | $0.00 |
| Corporate Multiplier |  |  |
| Total Effective Cost | $0.00 | Spread $0.00 |
| Bill Rate |  | Gross Margin #DIV/0! |

## BENEFITS INFORMATION

| Medical | SELECT ONE | ☐ Leave Accrual | *10 Vacation, 5 Sick/Personal, | 9 |
|---|---|---|---|---|
| Dental | SELECT ONE | ☐ No Leave Accrual | Holidays (960 hours) | |
| Cobra | SELECT ONE | If yes, RCM is contributing: | | |
| Other Expenses | SELECT ONE | Amount | $0.00 | Annually |

## CLIENT INVOICE INFORMATION

| Client # | | Company | Exostar |
|---|---|---|---|
| Attention | | | |
| Address | 13530 Dulles Technology Dr. | | |
| Address 2 | Ste. 200 | | |
| City, State, Zip | Herndon, VA 20171 | | |
| Purchase Order # | | | |
| Invoice Notations | 6/30 | | |

## WORKSITE INFORMATION / PERMANENT PLACEMENT

| Manager | Raj Dasgupta | Salary | $   108,000.00 | |
|---|---|---|---|---|
| Phone | 703-561-0500 | Fee | 20% | $=21,600. |
| Location | VA | | | |

## INTERNAL RCM INFORMATION

| | | Commission % | Gross Margin |
|---|---|---|---|
| Account Manager | Sean Delaney | | #DIV/0! |
| Recruiter | Bill Blackford | 12500% | |

## Comments/Special Instructions:

*Systems Engineer*

|  | Approval | Date |
|---|---|---|
| Operations Mgr. | *Frances Hu* | 7/28/06 |
| Vice President | *Craig Park* | |

**RCM Technologies**
*The Source of Smart Solutions*

July 12, 2006

# FINANCIAL ACTION  NOTICE

**Name**    Henryk Mozman          ☐ Former Employee    ☐ Eligible For Rehire

| Transaction | Type | Category | Source |
|---|---|---|---|
| New Hire | Sub Contractor | Corp-to-Corp | monster.com |

## CONSULTANT INFORMATION

**Personnel #**

**Sub Contracting Co.**    Inforb Technologies

| | Start Date | End Date | Change Effective Date |
|---|---|---|---|
| | July 17, 2006 | July 31, 2007 | |

| | Annual | Hourly |
|---|---|---|
| **Pay Rate** | $160,160.00 | $77.00 |
| **Insurance** | ■■■■■ | $0.00 |
| **Cost** | | $77.00 |
| **Corporate Multiplier** | 1.020 | |
| **Total Effective Cost** | $78.54 | Spread $41.46 |
| **Bill Rate** | $120.00 | Gross Margin 34.55% |

## BENEFITS INFORMATION

| | | |
|---|---|---|
| **Medical** | None | ☐ Leave Accrual |
| **Dental** | None | ☑ No Leave Accrual |
| **Cobra** | No | If yes, RCM is contributing: |
| **Other Expenses** | None | Amount $0.00 Annually |

*10 Vacation, 5 Sick/Personal, 9 Holidays (960 hours)

## CLIENT INVOICE INFORMATION

| | | |
|---|---|---|
| **Client #** | 591 | **Company**    OCC |
| **Attention** | Accounts Payable MS4-6 | |
| **Address** | 250 E Street SW | |
| **Address 2** | | |
| **City, State, Zip** | Washington, DC 20219-0001 | |
| **Purchase Order #** | | |
| **Invoice Notations** | 6/30 | |

## WORKSITE INFORMATION          PERMANENT PLACEMENT

| | | | |
|---|---|---|---|
| **Manager** | | **Salary** | |
| **Phone** | | **Fee** | |
| **Location** | DC | | |

## INTERNAL RCM INFORMATION

| | | Commission % | Gross Margin |
|---|---|---|---|
| **Account Manager** | House | 0% | 34.55% |
| **Recruiter** | Bill Blackford | 8% | |

## Comments/Special Instructions:

Hired for OCC-FNDRS Project to replace Pete Jasper.

Approval          Date

Operations Mgr. *[signature]*    07/12/06
/Frances Hu

Vice President *[signature]*    7/5/06
Craig Park

November 2, 2006

## RCM ) Technologies
*The Source of Smart Solutions*

# FINANCIAL ACTION  NOTICE

**Name**  Dongqing Luo         ☐ Former Employee      ☐ Eligible For Rehire

| Transaction | Type | Category | Source |
|---|---|---|---|
| New Hire | Consultant | W-2: Non-Benefits | SELECT ONE |

## CONSULTANT INFORMATION

**Personnel #**

**Sub Contracting Co.**

|  | Start Date | End Date | Change Effective Date |
|---|---|---|---|
|  | November 13, 2006 | May 13, 2007 |  |

|  | Annual | Hourly |
|---|---|---|
| **Pay Rate** | $95,680.00 | $46.00 |
| **Insurance** |  | $0.00 |
| **Cost** |  | $46.00 |
| **Corporate Multiplier** | 1.120 |  |
| **Total Effective Cost** | $51.52 | **Spread** $23.48 |
| **Bill Rate** | $75.00 | **Gross Margin** 31.31% |

## BENEFITS INFORMATION

| **Medical** | SELECT ONE | ☐ Leave Accrual | *10 Vacation, 5 Sick/Personal,  9 |
|---|---|---|---|
| **Dental** | SELECT ONE | ☐ No Leave Accrual | Holidays (960 hours) |
| **Cobra** | SELECT ONE | If yes, RCM is contributing: |  |
| **Other Expenses** | SELECT ONE | **Amount** $0.00 | Annually |

## CLIENT INVOICE INFORMATION

| **Client #** |  | **Company** | Expovision |
|---|---|---|---|
| **Attention** | Pamela Karam |  |  |
| **Address** | 3141 Fairview Park Drive |  |  |
| **Address 2** | Suite 550 |  |  |
| **City, State, Zip** | Falls Church, VA 22042 |  |  |
| **Purchase Order #** |  |  |  |
| **Invoice Notations** | 0/30 |  |  |

## WORKSITE INFORMATION                          PERMANENT PLACEMENT

| **Manager** |  | **Salary** |  |
|---|---|---|---|
| **Phone** |  | **Fee** |  |
| **Location** | SELECT |  |  |

## INTERNAL RCM INFORMATION

|  |  | Commission % | Gross Margin |
|---|---|---|---|
| **Account Manager** | Michael Oberman | 12% | 31.31% |
| **Recruiter** | Bill Blackford | 8% |  |

## Comments/Special Instructions:

|  | **Approval** | **Date** |
|---|---|---|
| Operations Mgr. | *[signature]* Frances Hu | 11/?/06 |
| Vice President | *[signature]* Craig Park | 11/7/0? |

**RCM** Technologies
*The Source of Smart Solutions*

November 6, 2006

# FINANCIAL ACTION  NOTICE

**Name**  Mourad Jazouli        ☐ Former Employee        ☐ Eligible For Rehire

| Transaction | Type | Category | Source |
|---|---|---|---|
| New Hire ▼ | Perm Placement ▼ | SELECT ONE ▼ | SELECT ONE ▼ |

## CONSULTANT INFORMATION

**Personnel #**

**Sub Contracting Co.**

|  | Start Date | End Date | Change Effective Date |
|---|---|---|---|
|  | 11 / 6 / 2006 |  |  |

|  | Annual | Hourly |
|---|---|---|
| **Pay Rate** |  | $0.00 |
| **Insurance** |  | $0.00 |
| **Cost** |  | $0.00 |
| **Corporate Multiplier** | 1.120 |  |
| **Total Effective Cost** | $0.00 | **Spread** $0.00 |
| **Bill Rate** |  | **Gross Margin** #DIV/0! |

## BENEFITS INFORMATION

| | | | |
|---|---|---|---|
| **Medical** | SELECT ONE ▼ | ☐ Leave Accrual | *10 Vacation, 5 Sick/Personal, 9 |
| **Dental** | SELECT ONE ▼ | ☐ No Leave Accrual | Holidays (960 hours) |
| **Cobra** | SELECT ONE ▼ | If yes, RCM is contributing: | |
| **Other Expenses** | SELECT ONE ▼ | **Amount** $0.00 | Annually |

## CLIENT INVOICE INFORMATION

**Client #**          **Company**          Thomson Financial - Tradeweb

**Attention**      Christine Cain Harris

**Address**        1455 Research Boulevard

**Address 2**

**City, State, Zip**   Rockville, MD 20850

**Purchase Order #**

**Invoice Notations**   6/30

## WORKSITE INFORMATION                    PERMANENT PLACEMENT

| **Manager** | John Gu | **Salary** | $ | 85,000.00 |
|---|---|---|---|---|
| **Phone** | 301.545.4000 | **Fee** | $ | 17,000.00 |
| **Location** | MD ▼ | | | |

## INTERNAL RCM INFORMATION

|  |  | Commission % | Gross Margin |
|---|---|---|---|
| **Account Manager** | Sean Delaney | 13% | #DIV/0! |
| **Recruiter** | Bill Blackford | 13% | |

## Comments/Special Instructions:

|  |  | Approval | Date |
|---|---|---|---|
|  | Operations Mgr. |  |  |
|  |  | Frances Hu |  |
|  | Vice President |  |  |
|  |  | Craig Park |  |

**RCM Technologies**
*The Source of Smart Solutions*

# FINANCIAL ACTION NOTICE

October 18, 2006

| Name | Edward Greenhill | ☐ Former Employee | ☐ Eligible For Rehire |
|------|------------------|-------------------|----------------------|

| Transaction | Type | Category | Source |
|-------------|------|----------|--------|
| New Hire | Consultant | W-2: Non-Benefits | monster.com |

## CONSULTANT INFORMATION

| | |
|---|---|
| Personnel # | |
| Sub Contracting Co. | |

| | Start Date | End Date | Change Effective Date |
|---|---|---|---|
| | October 30, 2006 | January 30, 2007 | |

| | Annual | Hourly |
|---|--------|--------|
| Pay Rate | $93,600.00 | $45.00 |
| Insurance | | $0.00 |
| Cost | | $45.00 |
| Corporate Multiplier | 1.120 | |
| Total Effective Cost | $50.40 | Spread $18.60 |
| Bill Rate | $69.00 | Gross Margin 26.96% |

## BENEFITS INFORMATION

| | | | |
|---|---|---|---|
| Medical | None | ☐ Leave Accrual | *10 Vacation, 5 Sick/Personal,  9 |
| Dental | None | ☐ No Leave Accrual | Holidays (960 hours) |
| Cobra | No | If yes, RCM is contributing: | |
| Other Expenses | SELECT ONE | Amount | $0.00  Annually |

## CLIENT INVOICE INFORMATION

| | | | |
|---|---|---|---|
| Client # | | Company | ATS |
| Attention | | | |
| Address | | | |
| Address 2 | | | |
| City, State, Zip | | | |
| Purchase Order # | | | |
| Invoice Notations | 1730 | | |

## WORKSITE INFORMATION / PERMANENT PLACEMENT

| | | | |
|---|---|---|---|
| Manager | | Salary | |
| Phone | | Fee | |
| Location | SELECT | | |

## INTERNAL RCM INFORMATION

| | | Commission % | Gross Margin |
|---|---|---|---|
| Account Manager | Sean Delaney | 6% | 26.96% |
| Recruiter | Bill Blackford | 5% | |

## Comments/Special Instructions

| | Approval | Date |
|---|---|---|
| Operations Mgr. | /Frances Hu | |
| Vice President | /Craig Park | |

**RCM** Technologies
*The Source of Smart Solutions*

August 30, 2006

# FINANCIAL ACTION  NOTICE

**Name**    Paresh Gajjar

☐ Former Employee          ☐ Eligible For Rehire

| Transaction | Type | Category | Source |
|---|---|---|---|
| New Hire | Perm Placement | W-2: Full Benefits | monster.com |

## CONSULTANT INFORMATION

**Personnel #**

**Sub Contracting Co.**

|  | Start Date | End Date | Change Effective Date |
|---|---|---|---|

|  | Annual | Hourly |  |
|---|---|---|---|
| **Pay Rate** |  | $0.00 |  |
| **Insurance** | ▮▮▮▮ | $0.00 |  |
| **Cost** | ▮▮▮▮ | $0.00 |  |
| **Corporate Multiplier** |  |  |  |
| **Total Effective Cost** | $0.00 | **Spread** $0.00 |  |
| **Bill Rate** |  | **Gross Margin** #DIV/0! |  |

## BENEFITS INFORMATION

| **Medical** | SELECT ONE | ☐ Leave Accrual | *10 Vacation, 5 Sick/Personal,    9 |
|---|---|---|---|
| **Dental** | SELECT ONE | ☐ No Leave Accrual | Holidays (960 hours) |
| **Cobra** | SELECT ONE | If yes, RCM is contributing: |  |
| **Other Expenses** | SELECT ONE | **Amount**  $0.00  Annually |  |

## CLIENT INVOICE INFORMATION

| **Client #** |  | **Company** | Fannie Mae |
|---|---|---|---|
| **Attention** | Justin Ayers |  |  |
| **Address** | 3900 Wisconsin Avenue, NW |  |  |
| **Address 2** |  |  |  |
| **City, State, Zip** | Washington, DC 20016-2892 |  |  |
| **Purchase Order #** |  |  |  |
| **Invoice Notations** | 6/30 |  |  |

## WORKSITE INFORMATION                              PERMANENT PLACEMENT

| **Manager** | Justin Ayers | **Salary** | $102,000 |
|---|---|---|---|
| **Phone** | 202-752-2981 | **Fee** | $20,400 |
| **Location** | VA |  |  |

## INTERNAL RCM INFORMATION

|  |  | **Commission %** | **Gross Margin** |
|---|---|---|---|
| **Account Manager** | House *Sean* |  | #DIV/0! |
| **Recruiter** | Bill Blackford | ~~13%~~  12.5% |  |

## Comments/Special Instructions:

|  | **Approval** | **Date** |
|---|---|---|
| Operations Mgr. | *Frances Hu* | 8/31/6 |
| | Frances Hu | |
| Vice President | *Craig Park* | 11/7/06 |
| | Craig Park | |

**RCM** Technologies
*The Source of Smart Solutions*

July 24, 2006

# FINANCIAL ACTION  NOTICE

**Name**  Ruth Bonnerjee          ☐ Former Employee          ☐ Eligible For Rehire

| Transaction | Type | Category | Source |
|---|---|---|---|
| New Hire | Perm Placement | W-2: Full Benefits | monster.com |

## CONSULTANT INFORMATION

**Personnel #**

**Sub Contracting Co.**

| | Start Date | End Date | Change Effective Date |
|---|---|---|---|
| | July 24, 2006 | | |

| | Annual | Hourly | |
|---|---|---|---|
| **Pay Rate** | | $0.00 | |
| **Insurance** | | $0.00 | |
| **Cost** | | $0.00 | |
| **Corporate Multiplier** | | | |
| **Total Effective Cost** | $0.00 | Spread | $0.00 |
| **Bill Rate** | | Gross Margin | #DIV/0! |

## BENEFITS INFORMATION

| | | | |
|---|---|---|---|
| **Medical** | SELECT ONE | ☐ Leave Accrual | *10 Vacation, 5 Sick/Personal, 9 |
| **Dental** | SELECT ONE | ☐ No Leave Accrual | Holidays (960 hours) |
| **Cobra** | SELECT ONE | If yes, RCM is contributing: | |
| **Other Expenses** | SELECT ONE | Amount | $0.00   Annually |

## CLIENT INVOICE INFORMATION

| | | | |
|---|---|---|---|
| **Client #** | | **Company** | Exostar |
| **Attention** | Colleen Long | | |
| **Address** | 13530 Dulles Technology Dr | | |
| **Address 2** | Ste. 200 | | |
| **City, State, Zip** | Herndon, VA 20171 | | |
| **Purchase Order #** | | | |
| **Invoice Notations** | 6/30 | | |

## WORKSITE INFORMATION                    PERMANENT PLACEMENT

| | | | |
|---|---|---|---|
| **Manager** | Kate O'Brien | **Salary** | $35,000 |
| **Phone** | 703 561 0500 | **Fee** | 20%    7,000.- |
| **Location** | SELECT | | |

## INTERNAL RCM INFORMATION

| | | Commission % | Gross Margin |
|---|---|---|---|
| **Account Manager** | ~~tiaus~~ Sean Delaney | 0 | #DIV/0! |
| **Recruiter** | Bill Blackford | 1250% | |

## Comments/Special Instructions:

*Customer Service Accounts Specialist*

| | Approval | Date |
|---|---|---|
| Operations Mgr. | *Frances Hu* | 7/2?/06 |
| Vice President | *Craig Park* | 8/2/06 |

August 11, 2006

**RCM Technologies**
*The Source of Smart Solutions*

# FINANCIAL ACTION  NOTICE

**Name** | Takuma Akiba | ☐ Former Employee | ☐ Eligible For Rehire

| Transaction | Type | Category | Source |
|---|---|---|---|
| New Hire | Consultant | W-2: Non-Benefits | monster.com |

## CONSULTANT INFORMATION

**Personnel #**

**Sub Contracting Co.**

| | Start Date | End Date | Change Effective Date |
|---|---|---|---|
| | August 23, 2006 | February 23, 2006 | |

| | Annual | Hourly |
|---|---|---|
| **Pay Rate** | $64,480.00 | $31.00 |
| **Insurance** | | $0.00 |
| **Cost** | | $31.00 |
| **Corporate Multiplier** | 1.120 | |
| **Total Effective Cost** | $34.72 | **Spread** $15.28 |
| **Bill Rate** | $50.00 | **Gross Margin** 30.56% |

## BENEFITS INFORMATION

| **Medical** | None | ☐ Leave Accrual | *10 Vacation, 5 Sick/Personal, 9 |
|---|---|---|---|
| **Dental** | None | ☑ No Leave Accrual | Holidays (960 hours) |
| **Cobra** | No | If yes, RCM is contributing: | |
| **Other Expenses** | None | **Amount** $0.00 | Annually |

## CLIENT INVOICE INFORMATION

| **Client #** | | **Company** | CSR Incorporated |
|---|---|---|---|
| **Attention** | Barbara Ruffino | | |
| **Address** | 2107 Wilson Blvd | | |
| **Address 2** | Suite 1000 | | |
| **City, State, Zip** | Arlington, VA 22201 | | |
| **Purchase Order #** | | | |
| **Invoice Notations** | 0/30 | | |

## WORKSITE INFORMATION                    PERMANENT PLACEMENT

| **Manager** | Barbara Ruffino | **Salary** | |
|---|---|---|---|
| **Phone** | 703-312-5220 | **Fee** | |
| **Location** | SELECT | | |

## INTERNAL RCM INFORMATION

| | | Commission % | Gross Margin |
|---|---|---|---|
| **Account Manager** | Sean Delaney | 12% | 30.56% |
| **Recruiter** | Bill Blackford | 8% | |

## Comments/Special Instructions:

| | Approval | Date |
|---|---|---|
| Operations Mgr. | *Frances Hu* | 8/11/06 |
| | Frances Hu | |
| Vice President | *Craig Park* | 8/16/06 |
| | Craig Park | |

**RCM** ) Technologies
*The Source of Smart Solutions*

September 25, 2006

# FINANCIAL ACTION  NOTICE

**Name**   Robert Wade    ☐ Former Employee    ☐ Eligible For Rehire

| Transaction | Type | Category | Source |
|---|---|---|---|
| New Hire | Perm Placement | W-2: Full Benefits | monster.com |

## CONSULTANT INFORMATION

**Personnel #**

**Sub Contracting Co.**

| | Start Date | End Date | Change Effective Date |
|---|---|---|---|
| | September 11, 2006 | December 11, 2006 | |

| | Annual | Hourly |
|---|---|---|
| **Pay Rate** | 25. FJW. | $0.00 |
| **Insurance** | | $0.00 |
| **Cost** | | $0.00 |
| **Corporate Multiplier** | 1.120 | |
| **Total Effective Cost** | $0.00 | **Spread** $28.00 |
| **Bill Rate** | $28.00 | **Gross Margin** 100.00% |

## BENEFITS INFORMATION

| | | | |
|---|---|---|---|
| **Medical** | SELECT ONE | ☐ Leave Accrual | *10 Vacation, 5 Sick/Personal, 9 |
| **Dental** | SELECT ONE | ☐ No Leave Accrual | Holidays (960 hours) |
| **Cobra** | SELECT ONE | If yes, RCM is contributing: | |
| **Other Expenses** | SELECT ONE | **Amount** $0.00 | Annually |

## CLIENT INVOICE INFORMATION

| | | | |
|---|---|---|---|
| **Client #** | | **Company** | Williams & Connolly LLP |
| **Attention** | Karen Gregory | | |
| **Address** | 725 Twelfth St., N.W. | | |
| **Address 2** | | | |
| **City, State, Zip** | Washington, DC 20005 | | |
| **Purchase Order #** | | | |
| **Invoice Notations** | 6/30 | | |

## WORKSITE INFORMATION                              PERMANENT PLACEMENT

| | | | |
|---|---|---|---|
| **Manager** | Karen Gregory | **Salary** | $   115,000.00 |
| **Phone** | 202.434.5000 | **Fee** | 20% |
| **Location** | DC | | |

## INTERNAL RCM INFORMATION

| | | Commission % | Gross Margin |
|---|---|---|---|
| **Account Manager** | Michael Oberman | ~~13%~~  12.5% | 100.00% |
| **Recruiter** | Bill Blackford | ~~13%~~  12.5% | |

## Comments/Special Instructions:

| | Approval | Date |
|---|---|---|
| Operations Mgr. | /Frances Hu | |
| Vice President | /Craig Park | |

| Date of Hire | Consultant | Customer | Acct Mgr | A.M. Comm. Rate | Recruiter | REC Comm. Rate | Salary | Fee% | Total Fee |
|---|---|---|---|---|---|---|---|---|---|
| 7/24/2006 | Ruth Bonnerjee | 9933 - Exostar LLC | Sean Delaney | 0.00% | Bill Blackford | 12.50% | $ 35,000.00 | 20.00% | 7,000.00 |
| 7/24/2006 | Tom Nguyen | 9933 - Exostar LLC | Sean Delaney | 0.00% | Bill Blackford | 12.50% | $ 108,000.00 | 20.00% | 21,600.00 |
| 9/25/2006 | Paresh Gajjar | 10001 - Fannnie Mae | Sean Delaney | 12.50% | Bill Blackford | 12.50% | $ 102,000.00 | 20.00% | 20,400.00 |
| 9/28/2006 | Stacey Berry | 9998 - Arnold & Porter LLP | Michael Oberman | 12.50% | House | 12.50% | $ 82,000.00 | 20.00% | 16,400.00 |
| 9/25/2006 | Robert Wade | 10056 - Williams Connolly, LLP | Michael Oberman | 13.00% | Bill Blackford | 13.00% | $ 102,000.00 | 20.00% | 20,400.00 |
| 11/6/2006 | Mourad Jazouli | Thomson Financial/Tradeweb | Sean Delaney | 12.50% | Bill Blackford | 12.50% | $ 85,000.00 | 20.00% | 17,000.00 |
| 11/13/2006 | Alexandra Borosova | Thomson Financial/Tradeweb | Sean Delaney | 12.50% | Kim Ayers | 12.50% | $ 85,000.00 | 20.00% | 17,000.00 |

# EXHIBIT 5

# CASE NO. 1:07-CV-00670-JDB

## Park, Craig

**From:**   Park, Craig
**Sent:**   Wednesday, November 22, 2006 12:10 PM
**To:**   Ayers, Kim
**Subject:** ComScore

We have lunch with Pete on Tuesday 11am.

Craig Park
Vice President, RCM Technologies
Office:  301 986-1412 x3030
Cell:  240 678-8904
This message sent from my GoodLink synchronized handheld.

# EXHIBIT 6

# CASE NO. 1:07-CV-00670-JDB

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Anita Smith | 703 313 6782 | Access | phone interview @ 11:00am |
| 2 | Ruth Banerjee | 301 675 6043 | CSM | told her offer if coming here |
| 3 | Dan Wilkinson | 301 2 | | on |
| 4 | Arvind Singh | 703 785 | | 'd call on on wednesday |
| 5 | Henryk Mozman | 917 658 | | |
| 6 | Jaya Kathunia | 202 250 | | then due 115-1202 |
| 7 | Henryk Mozman | 917 658 | | on on Tuesday @ 3:00pm |
| 8 | Pratap Prabhu | 703 946   301-986-1412   www.rcmt-dc.com | | n card holder |
| 9 | Richard Fuselero | 703 622 2305 | " | life ins |
| 10 | Leonard Quartes | 202 276 5945 | " | lff on |
| 11 | Greg Henkelman | 240 605 2533 | " | lff on |
| 12 | Anita Smith | 703 313 6782 | Access | said that the phone interview went good and that he's very interested |
| 13 | Adrian Gordon | 301 962 1965 | NAS | lff ins |
| 14 | Shaun Ward | 443 253 8224 | NAS | lff on |
| 15 | Thomas Holder | 703 598 3932 | NAS | lff on |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

| # | NAME | PHONE # | POSITION | RESULT |
|---|------|---------|----------|--------|
| 1 | Ruth Bannerjee | 301 675 6043 | CSA | HR van |
| 2 | Kane Brown | 703 901 0822 | Sr. Sysr | he's good to go |
| 3 | Denns Flegg | 464 948 8320 | .not /was | agreed to salary |
| 4 | Steven Pat | 301 862 9542 | " " | HR van |
| 5 | Michael Price | 301 254 6867 | " " | Sr. sched gan m & crew d |
| 6 | Brandy Kyles | 703 798 8750 | " " | HR van |
| 7 | Richard Beaver | 717 364 4550 | " " | HR van |
| 8 | Xiaoshen Li | 703 993 4407 | JZEE | Had. hm cn shaded live sim tamun |
| 9 | Michael Price | 301 254 6867 | .not /was | agreed to 75-80/hr - solid candidate |
| 10 | Ruth Bannerjee | 301 675 6643 | CSA | she's good to go - sort of cshm |
| 11 | Kane Green | 703 901 0822 | Sr. Sysr | has enough certificat authority ? |
| 12 | George Battistelli | 571 283 4F1 | " " | HR van |
| 13 | Kevin Harvey | 202 501 5099 | Sharepoint | he's calm on virgil bach |
| 14 | Kevin Harvey | 202 521 9099 | " | agreed to 55-58 h/hr |
| 15 | Richard Beaver | 717 364 4550 | .not /was | not A cand FI |
| 16 | Anita Smith | 703 801 0528 | Access | HR van |
| 17 | Shahzed Ali | 703 908 2791 | Sr. System eng | he'll come in on a 1/2 h |
| 18 | Sri Kalavachrls | 940 367 3876 | JZEE | HR van |
| 19 | Steven Cin Turro | 240 271 1106 | Bus. Analyst | HR van - need to set up phone int |
| 20 | Anita Smith | 703 801 0528 | Access | can phone interview anytime tomun |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Joseph Correa | 813 843 5523 | Sr Engineer A | Solid candidate - looker for Oct/Nov able to do job 3days from offer |
| 2 | Sri Kalanidi | 940 367 3876 | J Zee | Hi 73 - VISA |
| 3 | Dennis Flagg | 484 948 5320 | .NET /Java | left vm |
| 4 | Anita Smith | 703 313 6782 | Accus | 99th Phr Ira |
| 5 | Jeanne Torn | 240-291-1106 | Bus. Analyst | left vm |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Jeanine Toro | 240 271 1106 | Bus. Analyst | left vm |
| 2 | Shaun Ward | 443 258 8224 | .NET / LAS | left vm |
| 3 | William Staten | 301 275 1257 / 301 805 6556 | " " | left vm |
| 4 | Anita Smith | 703 313 6782 | Access | Sent at least once - need detail |
| 5 | Brenda Silva | 240 447 8560 | .NET / LAS | left vm |
| 6 | Max Corkari | 240 401 9335 | Sr. System Engineer | left vm |
| 7 | Brian Sweeny | 703 787 5842 | " " " | left vm |
| 8 | Tom Nguyen | 571 336 2048 | " " | solid candidate - agree to 10th/hr |
| 9 | William Staten | 301 275 1257 | .NET vm | left vm |
| 10 | Jeanine Toro | 240 271 1106 | Bus Analyst | left vm she can give info tomorrow C days |
| 11 | Jeanine Toro | 240 271 1106 | " " | 2 days on standby |
| 12 | Susan Elbertson | 703 780 6236 | Access | was told to have from F Staten |
| 13 | Jubril Oyessi | 301 455 6412 | J2EE | left vm |
| 14 | Stan Hsu | 703 627 0044 | J2EE | left vm |
| 15 | Khoa Nbg Nguyen | 703 815 2941 | J2EE | left vm |
| 16 | Lewis Chen | 301 834 0807 | .NET / LAS | left vm |
| 17 | Padma Lahari | 703 802 1294 | J2EE | left vm |
| 18 | Adam Srder | 443 393 1123 | Sr. J2EE | left vm |
| 19 | Stanley Durham | 703 800 3572 | Sr. System Eng. | left vm |
| 20 | | | | |

| # | NAME | PHONE # | POSITION | RESULT |
|---|------|---------|----------|--------|
| 1 | Kris Groom | 703 901 0826 | Sr. Systems Eng. | *(illegible)* |
| 2 | Xiadong Li | 443 421 6776 | J2EE | *(illegible)* |
| 3 | Jeanine Toro | 240 291 1106 | Bus. Analyst | Lft vm |
| 4 | Ruth Bannerjee | 301 675 6043 | CSL | Lft vm |
| 5 | Henryk Morr | | E.A. | *(illegible)* |
| 6 | William Jueona | 412 650 9605 | microsoft | Lft vm |
| 7 | Ravinder Singh | 925 348 4981 | " | Lft vm |
| 8 | Sheeraz Ali | 703 952 2213 | Sr. Syst | *(illegible)* |
| 9 | Kevin McKernan | 724 352 2013 | Microsoft | Lft vm |
| 10 | Alexander D | 412 422 6130 | " | Lft vm |
| 11 | John Toner | 724 263 0543 | " | *(illegible)* |
| 12 | Lamis Chaa | 301 838 0801 | .NET/SMS | Green Card NO GO |
| 13 | Deepa Chandramouli | 301 778 4118 | UI Developer | Call back in 15 minutes (12:45) |
| 14 | Francine Hurley | 571 213 0045 | " " | Lft vm |
| 15 | Kim Jackson | | Brooks | *(illegible)* |
| 16 | Kris Groom | 703 901 0826 | Sr. Syst | *(illegible)* |
| 17 | Anand Singh | 903 785 8215 | UI Developer | too far of a commute |
| 18 | Dawit Isayas | 240 988 9510 | Web develop/CSL | Lft vm |
| 19 | Lee Sanchez | 301 412 9199 | MS Access/CSL | *(illegible)* |
| 20 | Joseph Costa | 813 843 8528 | .NET/Sharp | *(illegible)* |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Janet Ayala | 703 778 6797 | MS Access | 4.7 vm |
| 2 | Stephen Roberts | 202 907 1167 | " " | LA vm |
| 3 | David Gunn | 513 504 8983 | " " | 1A vm |
| 4 | Waleed Khaldi | 703 624 2805 | " " | (NOT INTERESTED) |
| 5 | Christa Warner | 703 730 8513 | " " | 4.7 vm |
| 6 | Lisa Metzke | 703 697 8075 7076  703 627 9661 | " " | 1A vm |
| 7 | Dhiren Bhattesi | 703 307 7610 | " " | 1A vm |
| 8 | Bob Schulman | 202 368 8200 | " " | not interested |
| 9 | Kevin Hirsch | 571 283 5203 | " " | hi @ 65/hr - no go - w/ Fannie Mae |
| 10 | Justin LeRoy | 301 527 1824 | " " | 1A vm |
| 11 | Tom Nguyen | 571 330 2048 | Jr Sysdm Eng. | phn int for Tuesday @ l:00pm |
| 12 | David Gunn | 813 504 8983 | MS Access | solid cand - msledp - 40/hr |
| 13 | Kathi Gunn | 703 909 0826 | Sr. Sysdm | head very well |
| 14 | Xiaudong Li | | Sr | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Noushin Afshar | 703 936 5504 | Tell em. | No ov |
| 2 | Duane Baker | 840 565 9378 | n s | Too $$ |
| 3 | Brian Boland | 301 357 5965 | n s | sgn dt 5t/u |
| 4 | Glenn Sagel | 301 213 5216 | s s | en dt 4t/u |
| 5 | Charles Manning | 202 550 6190 | n s | 1 ft |
| 6 | Alex Jacrois | 301 323 6976 | s s | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Brian Ledbetter | 571 426 6248 | DBA | H1 visa |
| 2 | Sandhi Mcleod | 410 580 7666 | Tech Lead | H1 visa |
| * 3 | Trisha Anderson | | Apps Dev | H1 visa |
| * 4 | Vivi Camp | 301 655 1001 | " " | H1 visa |
| 5 | Robert Millhous | 240 604 5547 | " " | H1 visa |
| * 6 | Jermaine Brown | 202 431 8384 | " " | H1 visa |
| 7 | Gabriel Amun | 202 365 2446 | GI Prog Mgr | H1 visa |
| 8 | Hament Dev Patel | 202 246 7422 | GI Developer | H1 visa |
| 9 | Dennis Rucore | 443 938 1883 | " " | H1 visa |
| 10 | Chamel P. | 301 987 0683 | G.I. Judge | H1 VISA |
| 11 | Steven Stewart | 410 337 6322 | Team Lead | E6L |
| 12 | Monika Caruthers | 443 250 8248 | | |
| 13 | Selma Wahnes | 410 258 7640 | DBA | H1 visa |
| 14 | Vinny Tong | 443 535 0631 | " | H1 visa |
| 15 | Bosh Millhous | 301 273 3243 | Apps Analyst | H1 VISA |
| * 16 | Nashin Afghan | 703 530 5504 | Test Eng | H1 visa |
| 17 | Rashni Gashin | 703 863 8203 | " " | H1 visa |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Alan Booker | 301 984 9525 | . NET / Brokers | IFY vm |
| 2 | Michael Endale | 240 246 4572 | " " | IFY vm |
| 3 | Lakista L. | 703 564 5251 | " " | IFY vm |
| 4 | Tony Love | 240 228 3785 | " " | IFY vm |
| 5 | James McCauley | 301 271 2681 | " " | IFY vm |
| 6 | Venkat Pasumarti | 240 422 7185 / 301 960 4450 | " " | H1 |
| 7 | Segnake Richmond | 301 832 4495 | " " | H1 |
| 8 | Jeff Donovan | 240 383 9729 | " " | IFY vm |
| 9 | Mason Amin | 301 515 7596 | " " | NET vm |
| 10 | Ahead Belassebesse | 301 335 7527 | " " | IFY vm |
| 11 | Jason Vickers | 301 538 5156 | " " | IFY vm |
| 12 | Tony Martin | 301 529 5198 | " " | IFY vm |
| 13 | George Thom | | DBA | vm |
| 14 | Anthony Okize | 301 263 4738 | DBA | vm |
| 15 | Patrick Francis | 301 576 1426 / 301 390 3960 | XBA | KN vm |
| 16 | Tony Martin | 301 529 3161 | . NET / R | IFY vm |
| 17 | Cory Rodrigen | 240 475 4707 | TEMP | H1 |
| 18 | Steve Mohr | 816 353 0020 | . NET / Broker vm | IFY vm |
| 19 | Send Head | 301 496 9571 / 240 938 1613 | " " | IFY vm |
| 20 | | | | |

| # | NAME | PHONE # | POSITION | RESULT |
|---|------|---------|----------|--------|
| 1 | Akin Ibrahim | 202 623 5594 | Bio Virus | HV vir |
| 2 | Maison Ahmu | 301 515 8596 | " | HV vir |
| 3 | William Lawrence | 240 593 2681 | Apps DBA | HV vir |
| 4 | Christie White | 703 300 6422 | " | Green Card Holder |
| 5 | George Moon | 571 213 7867 | " | HV vir |
| 6 | Sirtham Gupta | A | Bio Virus | HV Virus |
| 7 | Fred Liu | 571 331 8119 | DBA | HV vir |
| 8 | Ruben Metha | 703 675 8939 | " | HV vir |
| 9 | Fred Liu | 571 331 8119 | " | NOTO - Comm sub |
| #10 | Sandhi Raleod | 410 580 7646 | Tech Lead | HV vis |
| 11 | John Toyotte | 410 467 4578 | TeA | HV vir |
| 12 | Venkat | 240 422 9195 | Tech Lea | his code n L |
| 13 | Kenneth Henry | 301 502 0157 | " " | HV vir NOTF IN MARKOT |
| 14 | Lawence Tsang | 301 768 8702 | " " | HV vir |
| 15 | Wittoothu Weerasinghu | 302 445 6917 / 301 346 0500 | " " | HV vir |
| * 16 | Brian Ledbetter | Relocation Tel Vis 571 426 0245 | DBA | HV vir |
| 17 | Deut Alpen | 641 209 2242 | L.J. Devloper | HI B |
| 18 | Mike Scott | 703 587 1038 | | Hd G |
| 19 | | | | |
| 20 | | | | |

| | NAME | PHONE # | POSITION | RESULTS |
|---|---|---|---|---|
| 1 | John Bogotte | 410 467 4518 | TEN Eng. | phn out. returns @ 1:13pm |
| ✳ 2 | Zahid Tomin | 301 213 8575 | Oracle Apps JRD | Fv m |
| 3 | Prasad Gorrn | 30. 483 3385 | TEN Eng. | U.S. C. Atrium coll @ 6pm |
| ✳ 4 | Allen Buchmer | 301 384 9588 | BioVerity / Kot | 4g m |
| ✳ 5 | Steve Mohr | 816 223 5198 / 816 353 0020 | " " | 4g m |
| ✳ 6 | Byron Berg | 202 480 2585 | Cold Fusn | f m |
| 7 | S. Valabhar Kothe | 301 947 7813 | J. c c m | cer ph nt engh |
| 8 | Meson Dm | 301 515 8526 | " " | phn put & 8/13 m 4 |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Tim King | 703 302 0447 | Tech Eng. | HV un |
| 2 | Brian Bigelow | 301 356 8567 | " " | HV un |
| 3 | Irene Ooi | 703 623 2666 | " " | HV un |
| 4 | Brian Bigelow | 301 356 5867 | " " | 4/un to sig |
| 5 | Niral Ahsan | 347 232 4062 | " " | esources 45/un |
| 6 | Kirti Desai | 240 458 3185 | " " | 40/un |
| 7 | Srikanthi Kotti | 301 344 4885 | " " | HV un |
| 8 | Ed Greenhill | 301 275 5733 | Exec ATS | HV biun |
| 9 | Pavel Gejjou | 571 239 0483 | Ferrum Plas | Fr un |
| 10 | Sean Gallagher | 202 491 8342 | Cold Fusion | HV un |
| 11 | Dee Dee Martin | 443 414 9334 | " " | HV un |
| 12 | Patricia Frances | 301 390 8567 | DBA | HR... Card fr 14hr PL un |
| 13 | Joe Washington | 202 627 8486 | CF Jou. | HV un |
| 14 | Wendy Li | 240 353 1700 | " " | HV un |
| 15 | Howard Dyke | 703 380 4783 | " " | HV un |
| 16 | Gregg Thomas | 703 926 6512 | Oracle DBA | DELCETAG !! |
| 17 | Anthony Ologeh | | " " | ready after interv |
| 18 | Warren Rhodes | 301 752 6497 | " " | |
| 19 | Victor Thule | 828 683 1526 | " " | HV un |
| 20 | Gabriel Martinez | 571 215 1047 | Ann DBA | |

| | NAME | PHONE # | POSITION | RESULTS |
|---|---|---|---|---|
| 1 | Deborah Gonzales | 301 452 7744 | Sr TA/A | 45-55/hr gov to contr + c Acc Input |
| 2 | Tim Kelly | 703 302 0447 | " " | HV m |
| 3 | Kit Lu | 202 415 6046 | " " | HV m |
| 4 | Mike Santos | | CF Dev | HV m |
| 5 | Daniel Swenson | 703 243 4514 | CF Dev / CSR | At Jam 45/hr - imm |
| 6 | Christon White | 703 300 6422 | DBA | Green Card /hire |
| 7 | Stephane Matthew | 703 675 8775 | DBA | HV VL |
| 8 | Georg Thins | 703 926 6512 | DBA | HV m |
| 9 | Leona Mpafe | 240 643 2593 | DBA | already submitted |
| 10 | Anthony Ologh | 301 576 0746 | | 80/hr - w2 |
| 11 | Stephane Murthy | 703 277 7026 | Oracle DBA | N0 Go - wants the count |
| 12 | Alex Berkman | 301 984 9569 | .NET/Java m | HV m |
| 13 | Henrik K | 240 423 4218 | " " | H20 no Go |
| 14 | Michael Erdale | 240 E7691 4572 | " " | HV m |
| 15 | Zhaoping Wu | 301 963 6436 | " " | HV m |
| 16 | Lakshmi V. | 703 564 5251 | " " | HV m |
| 17 | David Long | 703 340 8561 | Performance Testing | HV m |
| 18 | Gita Akter | 703 340 0345 | " " | HV m |
| 19 | | | | |
| 20 | | | | |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Alberd: Dosso | 240 277 4065 | | LFYrn |
| 2 | Ludovich Jacobs | 240 281 0353 | Femme Oper | [illegible] the Gre wood Jan L / for in w gut fin |
| 3 | Kit Lee | 202 415 6046 | W!C | Firm |
| 4 | Tasha Ahmed | 917 447 6637 | Slave / trader | Affirm |
| 5 | Derch Derral | 240 305 6121 | " " | 48/hr |
| 6 | Finn Adeyoinye | 301 805 8404 | " " | LFYrn |
| 7 | Rai Keal | 301 642 3636 | " " | LFYrn |
| 8 | Sonal Soly | 240 604 7314 | " " | [illegible] No Go |
| 9 | Burta Treventa | 301 980 9396 | " " | $45/hr |
| 10 | Tammie Hart | 301 520 9810 | " " | LFYrn |
| 11 | Jack Dixon | | | the un |
| 12 | Ed Branch | | | Jun to y |
| 13 | Terrai Hart | 301 497 7969 | QA Tester | 48/hr |
| 14 | Oscar Cruz | 202 631 2195 | Appr Analyst | HFY VFrn |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

| # | NAME | PHONE # | POSITION | RESULT |
|---|------|---------|----------|--------|
| 1 | Ike Egwu | 202 262 9015 | Web dunlet 1 net | LFT VM |
| 2 | David LeJudd | 301 315 9746 | QA | LFT VM |
| 3 | Tatlkha Zimiha | 703 4079250 | ~ | LFT VM |
| 4 | Doyles nsuyer | 703 629 269C | 3P | |
| 5 | Guy Long | 301 254 5168 | SQL DBA | LFT VM |
| 6 | Clim Fiutz | 240 994 3075 | ~ ~ | LFT VM |
| 7 | Becky Daniels | 202 804 4480 | | DISCONNECTED |
| 8 | Daniel Jisonse | 703 243 4584 | EXTENSION | LFT VM |
| 9 | Nicole Hophina | 301 5233692 | ~ ~ | LFT VM |
| 10 | Twer Wershigfon | 202 627 8486 | ~~~ | NO GO |
| 11 | Thah nguyen | 703 862 7758 | Confusion | NO GO |
| 12 | Namon Li | 240 353 1700 | ~ | LFT VM |
| 13 | Ivec Dec Mirah | 443 414 9334 | ~ | LFT VM |
| 14 | Robert Rosa | 703 887 1679 | ~ | LFT VM |
| 15 | Melvin Thompson | 301 806 5143 | ~ | LFT VM |
| 16 | Petince Frew | 301 576 1426 | Oracle DBA | LFT VM |
| 17 | Rabie Jean | 703 876 8309 | ColdFusion | LFT VM |
| 18 | Linh Lerong | 703 322 3620 | ~ ~ | LFT VM |
| 19 | Mike Sntico | | | |
| 20 | | | | |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Mohammed Farooq | 240 643 7327 | Web developer Apttis / Gaithersburg | 4Py VM |
| 2 | Khris Haver | 404 784 1027 | Soc Admin web Dever | HY VM |
| 3 | Anna Zuwor | | Fereme | exotic ofi. 8jn Tonight |
| 4 | Eugen Qi | 703 556 2588 | SGC BB | LFV |
| 5 | Robert Weller | 202 528 8096 | " " | HFV |
| 6 | Mike Williams | 703 981 1272 | " " | HFV VM |
| 7 | Ernst Massi | 301 742 4430 | " " | HFV VM |
| 8 | Gregory Love | 301 568 7658 | " " | HFV VM |
| 9 | Richard Chen | 646 469 9986 | " " | DISC. |
| 10 | Tariq Hameed | 703 851 9988 | " " | HFV VM |
| 11 | James Muhem | 301 577 7414 | " " | DISC |
| 12 | Nimmy Singravelu | 703 752 1056 | B.a Dumbo | LFV VM |
| 13 | Gary Yang | 571 239 5803 | " " | HFV VM |
| 14 | Venket | 703 501 6246 | " " | HFV VMPh |
| 15 | Srini Panji | 510 643 5591 591 426 | " " | LFV VM |
| 16 | Andrew Hires | 202 595 5857 | Arm, Fox | agent to Gotchin |
| 17 | Robert Wade | 571 437 8895 | Wile | HFV VM |
| 18 | Mohan Farooq | 240 643 7327 | Web dev | agent on 28/hrs - earlie on his inande |
| 19 | Greg Lone | 301 568 7658 | SOC BBs | agent to 4chr - 8a.k.hrs contacted agent - great concept |
| 20 | Eugen Fan | | | |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Tommy Peterson | 571 434 8807 / 703 608 6858 | Web Dev. | Left vm |
| 2 | Abdulla Al-Mamon | 703 623 8696 | Web Dev. | Left vm |
| 3 | Robert Wade | 571 437 8895 | w/c | Return |
| 4 | James McCabe | 703 842 7974 | DBA/Dev | NO Go – not Josh |
| 5 | Ryan Gray | 202 457 2995 | Web Dev/SA | Left vm |
| 6 | Michal Kudick | 301 641 1514 | Oracle DBA/SAIC | NO Go – Douchebag! |
| 7 | Jian Liu | 703 608 3741 | " " | Left vm |
| 8 | Ernest Ntange | 240 413 3167 | " " | Left vm |
| 9 | Peter Chen | 301 551 9763 | " " | Left vm |
| 10 | Igi Denbe | 301 437 8138 | " " | Call him back – got disconnected |
| 11 | Akin Akinye | 240 481 6774 / 301 421 0032 | " " | NO Go – on contract |
| 12 | Hubert Dosso | 240 277 4065 | Not | Left vm |
| 13 | Eugene Fan | 240 460 4523 | SAIC | Tld him we start L on – further on |
| 14 | Anna Zhang | 301 920 2333 | Oracle DBA | 80/hr – C2C |
| 15 | John Choi | 240 418 5509 | " " | got him @ a bad time |
| 16 | Jenn Taylor | 301 466 5316 | " " | Left vm |
| 17 | Lin Read | 703 354 8000 | " " | Left vm |
| 18 | Lee R | 703 354 8000 | " " | 50/hr |
| 19 | Abdullah Al-Mamon | | | 40340748 |
| 20 | Xaolia Nimen | 202 483 1495 | N/A | |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Mabete Dosso | 240 277 4065 | .NET | left vm |
| 2 | Egan Fen | 240 460 4823 | Oracle DBA | no vm |
| 3 | Lew Reed | | | |
| 4 | Eugene Fen | 240 460 4823 | .NET | sent info on Friday @ noon, Confirm @ 1 hr |
| 5 | Mabete Dosso | 240 277 4065 | .NET | Confirm info, tomorrow @ noon |
| 6 | Leigh Smith | 703 565 4253 | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

| # | NAME | PHONE # | POSITION | RESULT |
|---|------|---------|----------|--------|
| 1 | Jack Dixon | 319 213 1893 | CCIE | interested - is calling me back |
| 2 | Issac Ford | 703 605 9084 | J2EE | Dialer |
| 3 | Jennifer Leigh | 571 220 4517 | " | LFV vm |
| 4 | Lyndell Miles | 202 595 9883 / 202 383 2384 | Apps Analyst | LFV vm |
| 5 | Igor Danta | | Oracle | No Co- not looking |
| 6 | Jack Dixon | 319 213 1893 | CCIE | interest & available - agreed 2 20/hr |
| 7 | Fred Gibson | 571 239 0483 | Release Mgr | |
| 8 | James Shorters | 301 871 0109 | LAN/WAN | LFV vm |
| 9 | Perry Brellon | 400 342 8403 | Apps Dev | has strong fight |
| 10 | Grace Gilgar | 202 631 2148 | " " | meeting for Thursday - Anne Grable via cellphone |
| 11 | Dudley Dodge | 703 455 5072 | LAN/WAN | agreed to work fair |
| 12 | Lyndell Miles | 202 367 2384 | Apps Analyst | very interested |
| 13 | Pablo Suarez | 703 629 0216 | LAN/WAN | LFV vm |
| 14 | Natali Dossa | 240 277 4025 | .NET | wrong number |
| 15 | Anna Zhang | 703 620 1647 | Oracle DBA | LFV vm |
| 16 | Salmon Waheed | 410 258 7240 | Oracle DBA | Call him back @ 3:45 |
| 17 | Anna Zhang | 571 426 8070 | " " | agreed to 20/hr |
| 18 | Salmon Waheed | | " " | Not A Citizen |
| 19 | Jin Tiery | 703 605 5239 | " " | |
| 20 | Kor Lee | 202 415 6cell | Sr Systems Eng. | LFV vm |

| # | NAME | PHONE # | POSITION | RESULT |
|---|------|---------|----------|--------|
| 1 | Byron Gray | 202 957 2995 | CSR - Wh a | Today Aft 2pm / Tom aft 4p |
| 2 | Jack Duke | 3R 217 1897 | CCIE | he's good thg |
| 3 | Robert Wade | 571 437 8895 | Mgr App. Dev | made the offer @ 118k/hr ! Waiting to hear back |
| 4 | John Tesh | | Oracl DBA | No Go |
| 5 | Byron Gray | 202 957 2960 | CSR - web Dev | LF / FV vm |
| 6 | Robert Wade | 571 437 8895 | Mgr App. Dev. | Lft vm |
| 7 | Eugen On | 703 598 2858 | Sr DBA | 4p - 7 vm |
| *8 | Robert Miller | 202 528 8090 | " " | Lft vm |
| 9 | Michael Williams | 703 981 1272 | " " | Lft vm |
| *10 | Ernest Maussi | 301 742 4430 | " " | Lft vm |
| 11 | Fred Mckershen | 703 582 9913 | " " | NOT INTERESTED |
| 12 | Lei Shen | 301 330 9654 | " " | Lft vm |
| 13 | Jenna Tildswill | 240 683 8075 | " " | lft vm |
| 14 | Lena Salih | 703 324 2867 | " " | Green Card |
| 15 | Gregory Lowe | 301 568 7648 | " " | lft vm |
| 16 | Richard Chu | 646 469 4982 | " " | lft vm |
| 17 | Ernest Ntengan | 240 417 3167 | Oracl DBA | Green Card |
| 18 | Silas Simon | 301 802 3278 | Oracle DBA | on vacation - w with current boss |
| 19 | Tariq Hemed | 703 851 5988 | Sr DBA | lft vm |
| 20 | Jenna Muhammad | 301 577 7414 | " " | lft vm |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Robert Wade | | Wic | Start will recheck Oct 2nd |
| 2 | Abdel Alrhman | 7036238696 | | No Go |
| 3 | Charles Osilesi | 2408931325 | Sec DBA | No Go ! |
| 4 | Sudhir Atul | 2025589481 | " " | Hi in |
| 5 | Nidal Alkhraisat | 703 505 2067 | " " | Hi in |
| 6 | away Alkaona | 707 505 2000 | " " | too $$ |
| 7 | Ludovich Jacob | 240 281 0353 | Fin | after 5pm |
| 8 | Anna Zhu | 571 426 800 | Fin | cu ltr 9c @ 4in |
| 9 | Mebate Dossa | 240277 4065 | .Net | able to int start tommy am |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Karen Luo | 703 209 5665 | Sal DBA | #1 VISA |
| 2 | Eric Addo | 301 646 3977 | Oracl DBA | Green Ca |
| # 3 | Mark Gilbreath | 410 703 3672 | .NET Developer | HV vm |
| ok 4 | Erik Seibold | 301 520 4436 | " " | 1fy vm |
| 5 | Temifeye Atinkun | 240 350 6158 | " " | #1 no Go |
| 6 | Ledward Jacobs | 240 281 0383 | DBD | 1fy vm |
| 7 | Mark Gilbreth | 400 703 3672 | .NET Dev | No Gov not enough .NET |
| 8 | JASON THOMPSON | 703 781 4918 | .NOT Dev PHP | 1fy vm |
| 9 | Lawrence Tseng | 301 768 5702 | .NET Dv | HV vm |
| # 10 | Michael Ryu | | .NET | he's calling me back |
| 11 | Johnnie Boyette | | QA | 1fy vm |
| 12 | Greg Lorenz | 301 254 5168 | Sal DBA | HV vm |
| 13 | Melvin Dixon | 502 387 9716 | Lead .NET Dev | 1fy vm |
| 14 | Leonard Raquiels | 202 276 5545 | .NET Dev | he's calling me back |
| 15 | Perry Brotton | 410 542 8403 | Appr Afis W88 | 4fy vm |
| 16 | Green Crodger | 202 651 2135 | " " | 1-fr vm |
| 17 | Webster Dorn | 240 277 4064 | .NET w/ Bio Va. | 1fy vm |
| 18 | Chris Fintis | 240 564 3075 | Sal DBD | LfV vm |
| 19 | Tom Frieder | | | still available |
| 20 | JACK DIXON | 319 213 1833 | CCIE | fV vm |

| NAME | PHONE # | POSITION | RESULT |
|------|---------|----------|--------|
| 1 | Greg Lowe | Sac DSA | Sac TBD | left vm |
| 2 | Perry Bratton | 410 543 8403 | Appris. Analyst | left vm |
| 3 | Soha Tsilker | 301 529 7220 | INET | HR |
| 4 | Sam Nemle | 240 481 0127 | .NET | left vm |
| 5 | Leonard Charles | 202 276 5948 | .NET | No Go - too $ |
| 6 | Ben Finnlson | 202 548 5884 | Accus | left vm |
| 7 | Methiravind Ferrvoy | 240 643 7327 | — | 45k/yr |
| 8 | Ed Croccchi | 301 275 5737 | | 45/60 - 50k/yr |
| 9 | Perry Bratton | | Axxel Fox | just accepted offer → |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

CONFIDENTIAL

**RCM** Technologies
*The Source of Smart Solutions*

**Commissions Report for: BILL BLACKFORD** *(Recruiter)*
**To be Paid Out:** *09/15/2006*
**Period Covered:** *08/13/2006-08/26/2006*

## Recruiting Commissions

| CON / SUB Names | Status | Date of Hire | Total Worked Hours (A) | Hourly Pay Rate (B) | Actual Pay (C)=(A*B) | Corporate Multiplier (D) | Effective Costs (E)=(C)*(D) | Misc. Deduction (F) | Total Costs (G)=(E)+(F) | Bill Rate (H) | Total Billing (I)=(A)*(H) | Spread (J)=(I)-(G) | Commission Rate (K) | Commission (L)=(J)*(K) | Gross Margin (M) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Akiba, Takuma | NBE | 8/23/2006 | 21.00 | $ 31.00 | $ 651.00 | 1.120 | $ 729.12 | | $ 729.12 | $ 50.00 | $ 1,050.00 | $ 320.88 | 8.00% | $ 25.67 | 30.56% |
| Mozman, Henryk | C/C | 7/17/2006 | 80.00 | $ 77.00 | $ 6,160.00 | 1.020 | $ 6,283.20 | | $ 6,283.20 | $ 120.00 | $ 9,600.00 | $ 3,316.80 | 8.00% | $ 265.34 | 34.55% |
| Chargebacks: | | | | | | | | | | | | | | | |
| **Consultants on Billing:** | **2** | | **101.00** | **$ 108.00** | **$ 6,811.00** | | **$ 7,012.32** | | **$ 7,012.32** | **$ 170.00** | **$ 10,650.00** | **$ 3,637.68** | | **$ 291.01** | |

## Permanent Placement Commissions

| CON / SUB Names | Status | Date of Hire | Perm Fee | Comm Mult | Comm |
|---|---|---|---|---|---|
| Chargebacks: | | | | | |
| **Permanent Placement Commission:** | | | | | **$ -** |

## YTD Commissions

| | SALES | REC | PERM | TOTAL |
|---|---|---|---|---|
| | $ - | $698.97 | $ - | $ 698.97 |

Recruiting Commissions: $ 291.01
Permanent Placement Commissions: $ -
*Advance / Draw / Deduction: $ (576.92)
**Total : $ -

**Average Gross Margin:** 34.16%

Prepared by: _Frances Hu_

Reviewed by: _Bill Blackford_

Approved by: _Craig Park_

*NOTE 1: Average Gross Margin= (Total Spread)/(Total Billing)
*NOTE 2: Misc. Deduction = (Monthly Deduction) x 12 mo. / 26 periods

Comm - PD 20060915 (08.13-08.26) B Blackford

9/11/2006  11:38 AM

| # | NAME | PHONE # | POSITION | RESULT |
|---|------|---------|----------|--------|
| 1 | Vladimir Tash... | 301 530 8899 | Web Develop. | Left m |
| 2 | Daniel Mergovite | 571 224 3626 | " " | Left vm |
| 3 | Tommy Peterson | 703 608 6898 | " " | left vm |
| 4 | Asa Ginsberg | 240 281 4803 | " " | Not Qualified |
| 5 | Medelline Morrison | 240 205 4822 | " " | m |
| 6 | Yaxes Michael | 719 210 4411 | " " | Left vm |
| 7 | Jim Jiang | 703 655 5239 / 703 715 7888 | Oracle DBA | No Go |
| (8) | Lydell Miles | 202 595 9883 | Sys Analyst | Left vm |
| 9 | Grace Gudge | 301 702 3771 | " " | Left vm |
| 10 | Larry Butler | 202 635 4933 / 202 494 3688 | " " | left vm |
| 11 | Perry Bratten | 202 635 7968 | " " | Left m 5 ok/g |
| 12 | Amos Lahrim | ☎703 992 5669 | DBA | App. already been submitted |
| 13 | Conner Gudge | 202 631 2195 | | 72k/g |
| 14 | Xadiean Ahmari | 202 483 1495 | W & C | 2:30 Thur |
| 15 | Matt Hassen | 540 219 1698 | W & C | 4:45 pm |
| 16 | Abdullah Al-Amin | 203 627 8696 | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Michael Upright | 202 319 1124 | Web Developer/Apps | HQ VM |
| 2 | Brian Lee | 703 644 6433 | Recruiter | Web Li's career ms |
| 3 | Michael Szyppski | 202 660 4483 | Web Dev | IFV 2m |
| ✓ 4 | Vladimir Tsirlin | 301 530 8899 / 240 672 3157 | ᴧ ᴧ | IFV vm |
| ✓ 5 | Daniel Meginley | 571 234 3626 | ᴧ ᴧ | HV vm |
| ✳ 6 | Tommy Peterson | 703 608 6898 | ᴧ ᴧ | IA vm |
| ✓ 7 | Asea Ginsburg | 240 281 4803 | ᴧ ᴧ | HA vm |
| J 8 | Yakob Michael | 719 210 4411 | ᴧ ᴧ | IA vm |
| 9 | Zhaoyun Wu | 301 963 6436 | ᴧ ᴧ | IA vm |
| ✓ 10 | Madeline Morrisey | 240 205 4322 | ᴧ ᴧ | HV vm |
| 11 | Peter Chu | 34 591 8763 | DBA | LV vm |
| 12 | John Chu | 240 418 680c | ʺ | HA vm |
| 13 | Henry Abudu | 202 722 7563 | ʺ | IA vm |
| 14 | Alex Akinze | 240 481 6774 | ʺ | IA vm |
| 15 | Michael Dvubyh | 703 442 9855 | ʺ | LV vm |
| 16 | Carolin Tellis | 904 655 4540 | Apps DBA | HV vm |
| 17 | Jian Lou | 703 608 3741 | DBA | HV v2 |
| 18 | Jin Jiang | 763 258 5273 | | LV vm |
| 19 | Jiang xxx / 361 9FC 1412 | 301 986 1412 | ʺ | AV vm |
| 20 | Anna Zhang | 871 426 8010 | ʺ | LV vm |

| | NAME | PHONE # | POSITION | RESULTS |
|---|---|---|---|---|
| 1 | LAN FAN | 703 450 4616 | DBA | NO Go - Asking new job |
| 2 | Anas Lahin | 703 992 5669 | " | LD m |
| 3 | Robert Mulhearn | 301 560 3173 / 240 604 5547 | Apps Analyst | Lft VM |
| 4 | Jermaine Byrnes | 202 491 8394 | " " | NoT Interested |
| 5 | Larry Butler | 202 494 3688 | " " | Lft VM |
| 6 | Jim Gu | 703 201 2377 | Unix Adm | Lft Lm |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Emmanuel Onyeama | 301 412 5441 | DBA | tu jular - No Go - good say |
| 2 | Donna Hola-Morfaw | 202 492 1052 | " | Lft vm |
| 3 | Takuma Akiba | 703 298 5548 | CSR / Access | Things on going great |
| 4 | John Choi | 240 418 6809 | DBA | Lft vm |
| 5 | Henry Abuden | 202 722 7563 | " | Lft vm |
| 6 ✱ | Peter Chen | 301 591 9763 | " | Lft vm |
| 7 | Aten Akuoye | 240 481 6774 / 301 421 0032 | " | Lft vm |
| 8 | Byron Guy | 202 957 2995 | Web Dev | Lft vm |
| 9 | Lindaweth Jacob | 240 281 0353 | DBA / Trainer | agreed to $75/hr |
| 10 ⚡ | Claude Hendie | 240 604 1998 | DBA | Lft vm — No Go - G.c. Holder |
| 11 ∟ | Michael Icayaho | 301 641 1574 | " | Lft vm |
| 12 ♭ | Michael Drabyk | 703 442 5858 | " | Lft vm |
| 13 | Byron Guy | 202 957 2995 | Web develop | Lft vm |
| 14 | Ernest Ntanga | 240 413 3167 | DBA | Green Card Holder - No Go |
| 15 | Michael Kelich | 301 641 1574 | " | " " " " " |
| 16 | Begum Feu | 240 460 4920 | " | lau agreed to 25/hr |
| 17 ✱ | Corentin Talee | 904 655 4540 | Apps DBA | Lft vm |
| 18 | Jian Liu | 703 608 3741 | DBA | Lft vm |
| 19 | Claude Achie | 240 604 1998 | DBA | No Go - G.c. 702 5872 |
| 20 | | | | |

| NAME | PHONE # | POSITION | RESULT |
|------|---------|----------|--------|
| 1 | Xsedru Ahmati | 202 327 1948 | Sr. Sys A | left a message return after 2 hours |
| 2 | Matt Hassan | 703 991 1634 x105 | Ntg Appr Develop | HR via |
| 3 | Abdalla Al-mem | 703 623 8696 | web De | Tuesday @ 4:00 pm |
| 4 | Edward Linsted | 301 519 2072 | web Dev | HR via |
| 5 | Scoha Teinbler | 301 529 7260 | web develor | HR via |
| 6 | Kebeti Dosso | 240 277 4065 | " " | Call him be on 12:30 |
| 7 | Peresh Cegior | 571 239 0483 | " | travel on Thurs |
| 8 | Mike Kramer | 240 576 6283 | web Admin | send to B |
| 9 | Mario Michael | 301 683 4575 | web Admin | goat to go |
| 10 | Abdullah Al-Me | 703 623 8656 | web develor | HR via |
| 11 | Jessica Zhene | 484 744 6997 | " " | HR via |
| 12 | Brandon Silver | 240 447 8860 | " " | Not Interested |
| 13 | Libert Sawyer | 703 304 8245 | web develor | Lft via |
| 14 | Gwen Bottnum | 703 394 4626 | " " | |
| 15 | B | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

| NAME | PHONE # | POSITION | RESULTS |
|------|---------|----------|---------|
| 1 | Kent Jackson | 202 489 9733 | Unix | Lft vm |
| 2 | Rob Maij | 301 370 0361 | Network A | 40/hr - 70k/yr |
| 3 | Hassen Wahdan | 703 675 6106 | Unix | Lft vm |
| 4 | Nadine Miller | 408 667 9004 | " | Lft vm |
| 5 | Matthew Whaler | 703 548 3399 | " | Lft vm |
| 6 | Matt Hassan | 340 219 1642 | Loar App Dev | tel him number i wanted be the time |
| 7 | Ben Sachs | 410 202 903 5012 | UNIX | Lft vm |
| 8 | Darnelle Nixon | 703 7143298 | UNIX | 51/hr 2u55k/hr |
| 9 | Hasan Hasan | | | 65/hr - 90-85k/hr |
| 10 | Erica Armstrong | 240 4778 2098 | Web Develop. | No Go - |
| 11 | Richard Jaura | 703 589 5776 | ? ? | tel him job |
| 12 | Mani Mckell | 301 623 4975 | UNIX | 45/hr 50-55k/yr - |
| 13 | John Thorpe | 703 319 9374 | | |
| 14 | Pascal Gozim | 571 239 0483 | Release Mgr | Accepted! Filling out backgro info |
| 15 | Tom Nguyen | 571 330 2048 | Quostar | Going well! |
| 16 | Amy Smith | 443 310 2161 | Web Dev. | Lft vm |
| 17 | Quentin Feinstein | 410 782 1004 | " " | Lft vm |
| 18 | Aaron Alcoba | 240 463 9202 | " " | Lft vm |
| 19 | Jay Abrams | 703 573 5758 | Oracle DBA | Lft vm |
| 20 | Michael NeSmith | 301 731 3593 | " " | Lft vm |

| NAME | PHONE # | POSITION | RESULT |
|------|---------|----------|--------|
| 1 | Peter Chen | 301 591 9763 | Oracle DBA | Hi um |
| 2 | Michael Robison | 703 689 0939 | " " | had a loss in the family |
| 3 | Hucong Lu | 703 560 9052 | " " | No Go - T60 $$ |
| 4 | Chunyin Dong | 301 258 4505 ext 215 | " " | Hi um |
| 5 | Igor Dembe | 301 432 8135 | " " | NO GO |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

| # | NAME | PHONE # | POSITION | RESULT |
|---|------|---------|----------|--------|
|  | Byron Gray | 202 957 2995 | CSR/web Dev. | lft vm |
| 2 | Keith Castle | 703 716 4450 | " " | lft vm |
| 3 | Reman Eshik | 703 474 3767 | " " | calling me back in 1/2 hour |
| 4 | Anthony Williams | 240 210 4884 | " " | lft vm |
| 5 | John Zhu | 571 338 1493 | " " | lft vm |
| 6 | Kent Jackson | 202 489 9733 | web Dev. | lft vm |
| 7 | Niyi Faiemidepe | 240 606 6011 | CSR/web Dev. | NO GO |
| 8 | Scott Madden | 703 220 5396 | " " | lft vm |
| 9 | Reman Eshol | | " " | agreed to 45 hour - Pck/gn |
| 10 | Jonatha Drown | 813 629 4800 | UNIX | lft vm |
| 11 | Jeffrey Banks | 301 248 2046 | | lft vm |
| 12 | Alex Aristle | 703 627 5255 | " | lft vm |
| 13 | Christopher Kleman | 703 359 2596 | " | lft vm |
| 14 | Greg Serbay | 703 300 2740 | " | Job Hopper |
| 15 | Roger Varde | 650 218 5247 | " | NOT INTERESTED |
| 16 | Michael Butsolsky | 410 721 5534 | " | lft vm |
| 17 | Michae Nesmith | 301 731 3553 | " | lft vm |
| 18 | Hassan Walden | 703 675 6106 (s) 703 758 1302 | " | lft vm |
| 19 | Mario Mckell | 301 623 4975 | " | lft vm |
| 20 | Brack Bamberger | 703 853 2007 x 492 | " | lft vm |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Abdullah Al-Mamnun | 703 227 5672 | Web Developer | Good candidate; got discon |
| 2 | Joe Cash | 301 221 1813 | Unix Adm | Left vm |
| 3 | Pamela Gaffr | | Release Mgr. | next week; has another offer on the table fr 135k/yr - |
| 4 | Denise Telche | 703 728 3902 | System Admin | No Go |
| 5 | Pablo Shecen | 703 629 0216 | | Left vm |
| 6 | Harold Heath | 202 746 0809 | | Left vm |
| 7 | Kaisen Baker | 240 417 2011 | " " | NO Go |
| 8 | Werner Breslyn | 301 946 2915 | " " | Left vm |
| 9 | Chris Johnson | 240 667 1078 | " " | Not A Good Fit - Solid Guy Though |
| 10 | Kent Jackson | 202 489 9733 | UNIX Admin | Left vm |
| 11 | Kairee Griffin | 202 459 7196 | System Eng. | Left vm |
| 12 | Hasan Walch | | | T5 clr |
| 13 | Abdn | | Web developer w/ JTT | Before 60k/yr |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Ken Black | | both clueless | if I'm |
| 2 | Matt Hess | 540 219 1692 | Mgr App Dev | If I'm |
| 3 | Matt Hess | 540 219 1692 | " " " | |
| 4 | Kit Lee | 202 415 6046 | Sr Syst Eng. | he's working on |
| 5 | Ryan Sherman | 202 255 5946 | Unix Admin | No Go |
| 6 | Juan Maldonado | 703 401 8142 | " " | with Guzman Inc |
| 7 | John Tyler | 571 218 6764 | " " | Already been submitted by another agency |
| 8 | Jonathan Downing | 513 629 4810 | " " | If I'm |
| 9 | JEFFREY BANKS | 301 246 2046 | " " | If I'm |
| 10 | Paresh Gajjan | 571 239 0483 | Release Mgr. | Confirmed for 2 way phone |
| 11 | ALEX Auriette | 703 627 5255 | Unix ADMIN | If I'm |
| 12 | MIKE KRONER | 240 506 6243 | Unix ADMIN | Agreed to 53/hr w/ 10vk concern |
| 13 | Christopher Kleiman | 703 359 2596 | " " | If I'm |
| 14 | Alex Auriette | 703 627 5255 | " " | If I'm |
| 15 | Kevin Jackson | 202 489 9733 | " " | If I'm |
| 16 | Jeff Ann Mills | 571 239 9021 | " " | agreed to 80/hr total 75-100/hr |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Kelly Timme | 703-772-4479 | EA | LM |
| 2 | Daffeyo Tubman | 411-307-1277 | PMO - | TT as she is still available. |
| 3 | Lisa Price | 301-780-5444 | PMO | LM |
| 4 | Dave Heed | 410-982-3900 | WS Architect | TT and sent him answers to questions |
| 5 | Akter Hussain | 571-243-2861 | Tester | TT + let me know he was @ interview |
| 6 | John McManus | 703-822-3465 | Workship Arch | TT and he is still very interested in A+P apps. |
| 7 | Vincent Jojo | 757-615-3408 | Sr. Tech Cash | TT and he can interview |
| 8 | Judy Leak | 480-225-6478 | Sr. QA A. | TT and she is all set to come interview. |
| 9 | Deatrice Gross | 410-535-1132 | Requirements Mgr | TT and let her know she is considered. |
| 10 | Violette Stephen | 703-919-8100 | CM Analyst | LM |
| 11 | Mihir Mehta | 240-876-3771 | PM | LM letting him know his out of running |
| 12 | Violette Stephen | 703-919-8100 | CM Analyst | TT and she's redoing her resume |
| 13 | Dave Hick | 410-982-3900 | Workstation Arch | LM |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

12/04

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Victor Sterling | 301-518-1837 | CM Analyst | Ln about not setting job offer. |
| 2 | Kelly Timmer | 703-772-4779 | EA | Ln about 2nd deg. |
| 3 | Aktar Hossain | 571-243-2861 | Tester | TT about int. pop. Calling back in 30 min. |
| 4 | Beatrice Cross | 410-503-535-1152 2d1-374-0696 | Requirements Mngr | Ln |
| 5 | Aktar Hossain | 571-243-2861 | Tester | TT and project for int. |
| 6 | Trinh Cao | 301-806-1598 | Project Mngr | TT and let her learn she is not being considered. |
| 7 | Violette Stephens | 703-919-8100 | CM Analyst | TT and she's sending res. Currently @ 75k |
| 8 | Gregory Brown | 301-894-7842 | CM Analyst | Ln |
| 9 | Bernadette Sweeting | 301-336-8506 | CM Analyst | # disco, sent email |
| 10 | Michael Banks | 301-235-4353 | CM Analyst | Ln |
| 11 | Gregory Brown | 301-894- | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Kelly Timmer | 703-772-4179 | EA | TT and she was @ security office settling her badge. |
| 2 | Matthew Ford Kim | 703-867-3620 | EA - Stanly | LM and sent email |
| 3 | Dwayne Webb | 703-888-3460 | EA - Stanly | # busy, sent email |
| 4 | Lisa Price | 301-780-5444 | PMO -A+C | TT and she is still intern |
| 5 | Brian Carey | 703-531-8644 | EA - Stanly | LM, sent email |
| 6 | John Sell | 240-422-1793 | EA - Stanly | TT but only looking to contract. Sent Email |
| 7 | Matthew Ford Kim | 703-867-3620 | EA - Stanly | TT and he's a JERK OFF!!! |
| 8 | Gordon Summers | 240-416-0396 | EA - Stanly | TM - re job apps. |
| 9 | Vincent Jox | 757-615-3408 | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

12/06

| # | NAME | PHONE # | POSITION | RESULT |
|---|------|---------|----------|--------|
| 1 | Deatrice Cross | 410-058-1152 | Regionals Mgr | TT and told her how she is out of running for SAIC |
| 2 | Mihir Metha | 240-425-7057 | PM - Contract | TT and let him know he is out of running |
| 3 | Suruliyandi Jeyapriya | 703-786-4157 | Tester | tt but she is a green card-holder. Sent Email |
| 4 | Melissa Serano | 703-693-3802 | Infant Specialist | TT and we love to reschedule diff. Loced |
| 5 | Bach-Yen Phan | 703-945-3418 | Tester | Ln loca |
| 6 | Robin Browne | 240-601-3255 | Tester | TT - notes 95k SAIC - already interviewed |
| 7 | Bach - Yen Phan | 703-945-3418 | Tester | PM again for it opens |
| 8 | Asim Awan | 240-355-4415 | Tester | tt and sending email |
| 9 | Angela Martin | 301-352-5169 | Tester | Ln |
| 10 | ?? | 732-801-0908 | Tester | TT someone but he already accepted |
| 11 | Aditya Ramakrishnan | 703-998-6124 | Tester | # disco sent email |
| 12 | Betty Antis | 703-633-2801 | Tester | Ln |
| 13 | Kelly McKay | 240-447-5109 | Tester | TT - sent email with |
| 14 | Hannah Phan | 301-213-8416 | Tester | Ln and sent email |
| 15 | Sonia Martinez | 301-887-6764 | Tester | Ln w/ brother-in-law |
| 16 | Fred Adiso | 301-793-3660 / 301-269-7110 | Tester | Ln TT alive's sending his res. 60/hr w/o Rate |
| 17 |  |  |  |  |
| 18 |  |  |  |  |
| 19 |  |  |  |  |
| 20 |  |  |  |  |

12/06

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Vinu Jose | 757-615-3408 | Sr. Tech Consultant | Vm |
| 2 | Fred Adiso | 301-793-2661 | Tester | Vm |
| 3 | Doug Fleming | 703-471-0744 | Requirements | Vm |
| 4 | Muhammad Wasme | 571-245-2615 | Requirements | Vm |
| 5 | Patrick Matovu | 301-741-5911 | Tester | Vm |
| 6 | Vinaya Sheela | 240-723-4060 | Requirements | Vm, sent email |
| 7 | Eugene Roy | 301-828-9982 | Tester | Vm |
| 8 | Lisa Cochrane | 301-916-6368 | Tester | Vm |
| 9 | Muhammad Wasme | 571-245-2615 | Requirements | TT out sept 8th @ 47/hr FBE |
| 10 | Aktar Husain | 571-243-2865 | Tester | TT and he wants the 2nd interview |
| 11 | Muhammad Wasme | 571-245-2615 | Requirements | TT to note sent he out dry resume. |
| 12 | Violette Stephen | 703-919-8100 | CM Analyst | Vm |
| 13 | John McManus | 703-822-3465 | WS-Architect | Left TT to tell him we have No FO |
| 14 | Aktar Hassain | 571-243-2865 | Tester | TT and he is all set for next Friday's interview |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

| # | NAME | PHONE # | POSITION | RESULT |
|---|------|---------|----------|--------|
| | 11/10 | | | |
| 1 | Kelly Timmer | 203-772-4179 | EA | Lm, sent email |
| 2 | Vic Stockman | 301-518-1837 | CM Analyst | ↑↑ to keep on icc. |
| 3 | Judy Cryk | 480-225-6478 | Qt Analyst | ↑↑ and she is Lm to keep on icc. |
| 4 | Mohammed Azan | 718-873-7757 | Requirements Analyst | ↑↑ tel on #1 visa sent email |
| 5 | Douglas Fleming | 703-471-0944 | Requirements Anal. | ↑↑ his wife, sent email |
| 6 | Trinh Cuo | 301-806-0944 | Project Mgr | ↑↑ and set up a Jnt June interview |
| 7 | Deatrice Gross | no # | Ve | deegross@hotmail.com |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

11/29/06

| # | NAME | PHONE # | POSITION | RESULT |
|---|------|---------|----------|--------|
| 1 | James Lamb | 202-693-8234 | Tech Write | TT about scheduling a lunch. Call @ 12:30. |
| 2 | Judy Leak | 480-225-6478 | QA Analyst | TT and she is all prepared for her interview |
| 3 | Scott Saldana | 804-301-5808 | PM - Consore | TT, told he how to call back later, sent email |
| 4 | Susan Schiller | no # confidential sent email | PM - Consore | TT and she is starting new [reading] 1/4/C |
| 5 | Romane Edmond | 860-250-2473 | PM - Consore | ln |
| 6 | Venny Krishnamoorthy | 703-973-6561 | J2EE Dealer | TT Consore but he is no longer looking |
| 7 | Kim-Ha Dang | no # | PM Consore | confidential email, sent re email asking for details |
| 8 | Mihir Mehta | 240-425-7057 240-876- | PM Consore | No good con skills |
| 9 | Rasa Ramakrishnan | 703-456-1804 | J2EE | # Disco, 5 |
| 10 | Mihir Mehta | 240-425-7057 | PM Consore | looking for 80K. Calling more |
| 11 | Vic Starburn | 301-518-1837 | CM Analyst | sent email letting her know we will pay Dinero |
| 12 | Trinh Cao | 301-808-1598 | PM Consore | TT and submitted @ 75K |
| 13 | Mihir Mehta | 240-425-7057 | PM-Consore | TT and in [reading] @ 75-80C |
| 14 | Jeffrey Pettigrew | 703-625-9330 | PM - Consore | ln, sent email |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

11/28

| # | NAME | PHONE # | POSITION | RESULTS |
|---|------|---------|----------|---------|
| 1 | Vic Sturtsman | 301-518-1837 | CM Analyst | tt and he is all prepped |
| 2 | Trinh Cao | 301-806-1598 | PM | tt and she is anxious for feedback |
| 3 | Judy Venke | 980-205-6478 | QA Analyst | tt and interview went great. |
| 4 | Trinh Cao | 301-806-1598 | PM | tt and prepped her for her phone screen |
| 5 | Bak Saleri | 703-517-2366 | Sr. Internetworking | # is busy |
| 6 | Jia Chong | 240-600-0808 | Network Analyst | tt and told him I will look for other oppors |
| 7 | Kelly Timmer | 703-722-4479 | EA | Cn about locking down a time to fill out paperwork |
| 8 | Trinh Cao | 301-806-1598 | PM @ Consero | tt and let her know we are going to notify |
| 9 | William Espinosa | 703-730-0876 | Windstalin Architect | tt and his sending his resume. |
| 10 | Vic Sturtsman | 301-518-1837 | CM Analyst | Cn recently referra |
| 11 | Mahir Mehta | 240-425-7057 | PM - Consero | PM |
| 12 | Ismail Hashin | 202-607-6161 | WS. Arch. | TT but his looking for Cisco oppos. |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

| # | NAME | PHONE # | POSITION | RESULT |
|---|------|---------|----------|--------|
| 1 | James Lamb | 202-693-8234 | Tech Wrtr | LM and scheduled lunch for next week on th 5-15 |
| 2 | Melissa Serrano | 202-693-3882 | Internal Sprnlst | LM and sent email |
| 3 | Alison Yun | 703-608-3656 | PM - ConScrc | Calling @ 4:45 |
| 4 | Caleb Brown | 202-572-9292 / 202-460-5578 | Desktp Arch | tt and sent him Job Description |
| 5 | David Heck | 410-481-3900 | Desktp Arch | TT and I snt job description |
| 6 | John McManus | 703-822-3465 | Desktp Arch | LM |
| 7 | Cecil Otieno | 202-498-9978 | Dsktp Arch | tt and sndng description |
| 8 | Judy Cook | 480-225-6178 | QA Analyst | LM |
| 9 | John McManus | 703-822-3465 | Desktop Arch | tt ad I - submitting @ 80K |
| 10 | Trinh Cao | 301-806-1598 | PM-ConScrc | 300 PM wnts tot. TT |
| 11 | Mehir Mehta | 240-925-2087 | PM-ConScrc | LM |
| 12 | Alison Yun | 703-608-3656 | PM-ConScrc | LM |
| 13 | Jing Ke | 703-856-8971 / 703-795-0171 | Programmer Analyst | tt tld it was a bad time so I snt email |
| 14 | Wen Chin | 703-622-4309 | Programmer Analy | LM and snt eml |
| 15 | George Cayetano | 703-441-0407 | Programmer Ana | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

| # | NAME | PHONE # | POSITION | RESULT |
|---|------|---------|----------|--------|
| | 11/13 | | | |
| 1 | Aaron McGee | 442-694-8489 / 410-695-0220 | Tech Writer | LM and snt email |
| 2 | Mohannad Mannon | 247-247-5584 / 247- | JZEE | LM |
| 3 | Jing Tosh | 301-257-5686 | D. Analyst | TT and she is on-site |
| 4 | Hariprasad | 757-348-2647 | JZEE | LM w/ a woman? |
| 5 | Aaron McGee | 410-695-1572 / 443-694-8192 | Tech Writer | LM on the |
| 6 | Kelly Timmer | 703-772-4479 | EA | TT and she will be calling me back after she talks with Terrance. |
| 7 | Janie McGee | 410-695-1572 | Tech Writer | TT Aaron's wife and trying to confirm Jping Aaron |
| 8 | Vijaya Cavella | 703-673-4853 | PM - A+P | TT but she's looking to telecommute. |
| 9 | Gregory Mantell | 703-348-7590 | PM - A+P | LM |
| 10 | Kevin Minnelli | 301-252-0488 | PM - A+P | LM |
| 11 | Susan Mason | no # | PM - A+P | snt email |
| 12 | Arthur Frey | 240-643-2476 | CF Developer | TT to keep in loop |
| 13 | Jeff Ziegler | 703-265-2770 | PM - A+P | LM |
| 14 | Dak Saleni | 703-517-2066 | CCFF | TT for referrals. |
| 15 | Usen Akpan | 301-879-8152 | PM - A+P | LM snt email |
| 16 | Damon House | 703-628-1017 | PM - A+P | LM - snt email |
| 17 | David Miller | 703-573-1598 | PM - A+P | TT - he may be interested |
| 18 | Rodney Shaffer | 200-249-9430 | PM - A+P | LM, snt email |
| 19 | Samir Mazmodar | 703-385-0855 | PM - A+ | LM, sent email |
| 20 | Kelly Timmer | 703-772-4479 | EA | LM regarding Interview Feedback |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Samir Mazmudar | 703-385-0855 | PM - A+P | Lm, sent email. |
| 2 | Raren McGee | 443-624-1572 | Tech Write | confirmed r— Mtg |
| 3 | Patricia Tunoski | 702-554-7306 | PM-A+P | Lm, sent email |
| 4 | Daffeys Tuldon | 443) 703-955-614 | PM | |
| 5 | Samir Mazmudar | 703-385-0855 703-984-4074 | PM - A+P | TT and he's looking for 110K - CALL back at 6pm. |
| 6 | Lodny Shaffer | 202-215-9549 | PM - A+P | TT and Im sending Website and Job Scheduling |
| 7 | Kevin Spruill | 443-257-8431 | 508 Specialist | TT and sent email. He couldn't talk at work. |
| 8 | Gwen Harrington | 443-254-5671 410-261-9599 | 508 Specialist | TT and she is passing along description |
| 9 | Kelly Timmer | 202-628-64906 | EA | Lm |
| 10 | Suzette Johnson | 240-216-0915 | 508 Specialist | Lm but it right here been the wrong # |
| 11 | Garett Hughes | 240-441-8879 | 508 Specialist | TT |
| 12 | Scott Matthew | 434-409-6484 703-918-8874 | 703-805-437 508 Specialist | Kept calling. # busy. sent him an email |
| 13 | Samir Mazmudar | 703-984-4074 | PM - A+P | TT and I need to send him some postings. |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

| # | NAME | PHONE # | POSITION | RESULT |
|---|------|---------|----------|--------|
| 1 | Bill Tchakirides | 301-467-9607 | SOT | TT but he's already worked through |
| 2 | Paulette Hodges | 301-249-9502 | SOT | Lm, sent email |
| 3 | Raj Alison | 301-353-8976 | .Net | Lm |
| 4 | Julious Vinluan | 571-331-9711 | .Net | Lm |
| 5 | Vijaya Koneru | 703-885-4364 | .Net | TT but HI |
| 6 | Jeff Yan | (44)-889 001 | .NET | Lm |
| 7 | Rodney Shaffer | 202-215-9519 | PM .Arl. | Scheduled @ look |
| 8 | Lisa Rice | 301-280-5799 | PM-Ar | Scheduled @ 1075. |
| 9 | Farhad Billimoria | 267-496-3722 | .Net | Lm |
| 10 | Daffeyo Tubman | 703-953-1234 | PM-Arl | TT to update her on A+L |
| 11 | Da-fc-a |  |  |  |
| 12 | Ramon McGee | 410-695-1572 | TechWrtr | Lm, sent email |
| 13 | Rudrapati Prasad | 10 # | .Net | Sent email |
| 14 | Terrence Hann | 301-390-0841 | .Net | Lm, sent email |
| 15 | Will White | 202-288-6576 | Apps Analyst | Lm |
| 16 | Tin Aung | 240-603-0708 | MeDimune | TT and let her know that we won't have PS |
| 17 | Wil White | 202-288 6576 | Apps Analyst | TT and sent email |
| 18 | M. Jay Lee | 202-369-3072 | Apps Analyst | TT but I need to call back @ 6. |
| 19 | Jeffry Pattern | 303-870-0410 | Apps Analyst | Lm, sent email |
| 20 | Melvin Watts |  |  |  |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Paul Zelli | 301-358-2365 | Apps Analyst | LM, sent emsg |
| 2 | Jay Lee | 202-369-3072 | Apps Analyst | LM, Snt emsg |
| 3 | Milo Harris | 972-925-2625 7/18 644. | Apps Analyg | wrong #'s, snt email |
| 4 | William Palmer | 202-345-049 | App. An. | LM |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

11/16

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | William Culver | 202-345-1598 | Apps Admin | TT and I'm submittng e 508 |
| 2 | Kelly Timmer | 703-772-4177 / 202-602-6106 | EA | TT and she Accepted TT |
| 3 | Ramon McGee | 443-694-8189 | Tech Write | TT and prepped him for his interview Lm |
| 4 | Jeffery Patterson | 303-870-0410 | Apps. Analyst | |
| 5 | Arthur Fry | 240-643-2776 | (F Dept) Apps Analyst | TT and he is still on board for 20th and 29th |
| 6 | William Glenn | 202-345-1598 | Apps Analyst | Lm again |
| 7 | Jay Lee | 202-369-3072 | Apps Analyst | Lm again trying to lock down a rate. |
| 8 | Kevin Spruill | 443-255-8431 | 508 Speialist | TT but he is on contract w/ ICS usually |
| 9 | Will Culver | 202-295-1598 | Apps Admin | TT and he is redoing his resume and sending it to me |
| 10 | Jeffrey Patterson | 303-870-0410 | Apps Admin | Lm again |
| 11 | Paul Zelli | 301-358-2265 | Apps Admin | Lm |
| 12 | Paul Lloyd | 703-217-7511 | 508 | # disco, sent email. |
| 13 | Caleb Brown | 818-272-2910 | AD. Midm | Lm |
| 14 | Jay Lee | 202-369-3072 | Apps Analyst | TT but can't work those hours. |
| 15 | Caleb Brown | 202-460-5578 | AD | TT but he not support enough users. |
| 16 | Usm | 202-274-1994 | Dm | TT but he missed the boat |
| 17 | Dak Salini | | Apples | TT and he's sending me questions to be answered |
| 18 | Wil Culver | 202-345-1598 | Apps Admin | Lm |
| 19 | | | | |
| 20 | | | | |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| | 05/26 | | | |
| 1 | Peter Williams | 443-534-3906 | Software Engineering Development Manager | LM and Sent Email - Emailed back about location |
| 2 | Reggie Aftab | 703-863-2142 | " " | LM and Sent Email |
| 3 | Xueling Zao | 703-272-3388 | " " | LM and Sent Email |
| 4 | James Kin | 703-965-8765 | " " | TT and sent description looking for 118K |
| 5 | Syed Qanar Abbas | 301-404-0803 | " " | LM and need to sent email when computer works |
| 6 | 05/26 Shoba Jayaraman | 703-793-1428 | Internet Specialist | LM and sent Email |
| 7 | James Lucier X | 703-766-2548 | " " | LM and sent email - returned email saying he is currently employed |
| 8 | Sleena Achuthan | wrong # 571-331-6522 | " " | LM and sent email |
| 9 | Jim Collier | 703-217-2403 | " " | LM and Sent Email |
| 10 | Deon Gee X | 202-563-9171 | " " | LM and Sent Email TT but she was at graduation and could not talk. |
| 11 | Daniel Fredricks | 703-527-2704 | " " | LM and Sent Email |
| 12 | Kim Williams | 540-840-0385 | " " | TT and she is looking for low 70's. Sent description to her |
| 13 | Douglas Vaughn | 703-855-7041 | " " | TT but he is looking for 90's sent description by email and he will pass to referrals |
| 14 | Patricia Misfeldt | 757-630-9965 | " " | TT she was @ work. Sent description out I will follow next week. |
| 15 | Kim Nguyen | 703-295-0916 | " " | LM and Sent Email - Sent email saying she is looking for 100K |
| 16 | Stacey Rogers | 703-626-7813 | | TT and I am sending her a job description |
| 17 | ① Sent Email's ② to 3 confidentials | | | |
| 18 | 05/30 Robert Donofrio | 301-403-1587 | Systems Engineer | LM and Sent Email |
| 19 | John Frobish | 703-738-4885 | Sr. Systems Engineer | LM and Sent Email |
| 20 | Alex Burtart. | 434-229-0250 | " " | LM and Sent Email called back and LM TT and I will call back around 2:00. Maybe 110K |
| | | 540-295-1110 | | |

| # | NAME | PHONE # | POSITION | RESULT |
|---|------|---------|----------|--------|
| | 5/3 | | | |
| 1 | Sun Ki Yoo | 703-560-7887 | Systems Engineer | LM and sent email |
| 2 | Valeri Stoyanov | 240-731-4471 | " " | LM and sent email |
| 3 | Wanda Hill | 703.709.0819 | Sr. Systems Engineer | LM and sent email |
| 4 | Vic Dhillon | 703.635.5278 | Sr. Systems Engineer | LM and sent email |
| 5 | Derrick Booker | 202-390-2674 | Systems Engineer | LM and sent email |
| 6 | John Fortune | 703-729-7795 | Sr. Systems Engineer | LM and sent email |
| 7 | Marcus Morgan | 703-822-0439 | Systems Engineer | LM and sent email just got a position |
| 8 | Narasimhan Rangarajan | 240-462-4396 | Systems Engineer | LM and sent email H1B Visa |
| 9 | Xinyu Chi | 703.400.7894 | Sr. Systems Engineer | LM and sent email not a citizen |
| 10 | Delmar W. Dale | — | Sr. Systems Engineer | Sent email to confidential no (ph) # listed |
| 11 | Kenneth Webber | 703-371-7951 703-729.0986 | Sr. Systems Engineer | LM and sent email (called back and LM |
| 12 | 5/31 Joseph Adams | 703-578-8335 | Sr. Systems Engineer | LM and sent email |
| 13 | Paul Dean | 703.876.4778 | Systems Admin ITT | LM and sent email |
| 14 | Todd Wallace | 703-581-3425 | " " | LM and sent email |
| 15 | Kevin Josey | 571-241-6359 | " " | TT but he is not looking. Sent him job description so he can review |
| 16 | Len Jagannathan | 703.879-6380 | " " | LM and sent email |
| 17 | Phong Tran | 703-999-6045 | " " | LM and sent email |
| 18 | 6/1 Clarence Hill | 202.582.3432 | " " | LM and sent Email |
| 19 | Alonzo Posey | 240.604.5470 | " " | LM and sent Email |
| 20 | Christopher Dillion | 703.469.3788 | " " | LM and sent email |

| # | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | MJ Daley | 301-636-6228 | Systems Admin ITT | Lm and Sent Email |
| 2 | Ian Brydon | 732-357-3805 | " " | Lm and Sent email |
| 3 | Thomas Knox | 703-638-6118 | " " | Lm and Sent email |
| 4 | James Whitefield | 571-437-8730 | " " | TT but he has to call me back |
| 5 | Stephanie Robinson | 703-391-1295 | " " | Lm and Sent email |
| 6 | Andy Bui | 703-765-9555 | " " | Lm and Sent email |
| 7 | Danielle Businger | 571-291-6411 | CSR - Germ | TT but she is not fluent |
| 8 | Doris Kearns | 443-838-8214 | CSR - German | Lm and Sent email |
| 9 | Michael Miller | 540-538-8084 | " " | TT but he is trying to get away from call comp |
| 10 | Daniel Hackett | 540-659-0794 | " " | Lm and Sent Email |
| 11 | Kevin Spruill | 443-253-8413 | SOB Specialist Manilla | Lm and Sent Email |
| 12 | Suzette Johnson | 240-216-0415 | " " | She passed my info along to a friend |
| 13 | Garett Hughes | 240-411-8879 | " " | He is passing along JD to his friend |
| 14 | C.V. Hayes | confidential | " " | Sent Email |
| 15 | James Myers | 703-501-1887 | " " | Lm and Sent email |
| 16 | Gwen Harrington | 443-254-5671 410-261-9599 | " " | TT and I'm calling her tomorrow. Sent Job description as well |
| 17 | Marcia Kemp | 301-942-9231 | " " | Lm and Sent email |
| 18 | Sharon Hammond | confidential | " " | Sent Email w/ Job Description |
| 19 | Mark Papierski | 301-291-7592 | " " | Lm and Sent Email |
| 20 | | | | |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| | 06/02/ | | | |
| 1 | Karthik Sanala | 301-385-8314 | NET ATS | TT Corp to Corp cand. currently at 56.75/hr. |
| 2 | Christopher Tork | 240-304-1380 | NET ATS | LM and Sent email |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

11/27

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Judy Leak | 480-225-6478 301-350-1618 | Q.A Analyst | TT and she is still excited |
| 2 | Aubrey Hamilton | 703-938-6848 | Q.A Analyst | Vm |
| 3 | Judy Leak | 480-225-6478 | QA Analyst | TT and she is confirmed for 11/28 @ 11:00 am |
| 4 | Bak Saleni | 703-517-2366 | Sr. Internetworking | TT and leaving call back |
| 5 | Melissa Susano | 202-693-3882 | Sr. Internet Se. | TT and she's sending over her leaves. |
| 6 | Arthur Frey | 240-643-2476 | CF Developer | Vm |
| 7 | Vic Sharpton | 301-518-1857 | CM Analyst | Vm |
| 8 | Jeffery Patterson | 302-807-1647 | | TT and he's sending his resume |
| 9 | Arthur Frey | 240-643-2476 | CF Developer | Vm again |
| 10 | Bak Saleni | 703-517-2366 | Sr. Internetworking | TT and he is really no his questions for applies. |
| 11 | Arthur Frey | 240-643-2476 | CF Developer | Vm |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

| # | NAME | PHONE # | POSITION | RESULT |
|---|------|---------|----------|--------|
| 1 | Arthur Frey | 240-641-2476 | CE Developer | LM - TT and he is calling Stephanie Today |
| 2 | Jeffery Patterson | 303-870-0410 | Apps Analyst | LM |
| 3 | Milo Harris | 240-644-2647 | Apps Analyst | TT and he is sending resume over @ 50K |
| 4 | Kelly Timmer | 703-772-4479 | EA | LM for her to call me back. |
| 5 | Laketa Scott | 301-972-6822 | Apps Analyst | LM |
| 6 | Datteyo Turner | 443-207-1277 | PM - A+P | TT and she is still on the hook. |
| 7 | Rodney Shaffer | 202-215-9544 | PM - A+P | LM |
| 8 | Lisa Rice | 301-780-5146 | PM - A+P | LM |
| 9 | Kelly Timmer | 703-772-4479 | EA | TT and she starts on Dec. 01 |
| 10 | Jeff Patterson | 303-870-0410 | Apps Analyst | LM again |
| 11 | Jun Wu | 703-625-5617 | SQL DBA/Developer | TT but he is looking for 120-125K |
| 12 | Karon McGee | ~~443-677-0142~~ ~~443-677-1572~~ | Tech Writer | LM |
| 13 | | (Hm) 410-695-7572 | | |
| 14 | Jeff Patterson | 303-870-0110 | Apps Anal | Looking for 50-60K sending description, call @ 1 tomorrow |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

11/22

| NAME | PHONE # | POSITION | RESULT |
|------|---------|----------|--------|
| 1 | James Lamb | 410-570-6828 | Tech Writer | Ln, set now |
| 2 | Vic Starthman | 301-972-6464 / 301-518-1837 | CM Anlyst | TT and he is confirmed for |
| 3 | Judy Leak | 480-205-6478 | QA Anlyst I. | TT and reconfirmed her interview for Tues...|
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 06/ | | | | |
| 1 | Kelly Timmer | 703-490-5233 | EA - OCC | Called but no answer or th... Sent email with descriptio... Returned email and will call late... |
| 2 | Paul Cole | (cell) 301-928-9903 | ITT - system M... | Lm on house and cell phone |
| 3 | Neelima | 614-573-6608 | .Net Developer | Lm and sent email |
| 4 | Vijaya Konexu | 703-485-9364 | .Net Developer | TT but she is employ... |
| 5 | Ravikiran Jogu | 571-225-7903 | .Net Developer | Lm and sent email |
| 6 | Daniel Washburn | 301-699-1953 240-305-9465 | .Net Developer | Lm and sent email |
| 7 | Surafel Korse | 641-281-9388 | .Net Developer | Lm and sent email |
| 8 | Paul Olofson | 703-560-2484 | .Net Developer | Lm and sent email |
| 9 | Chaunette Garcia | 703-360-1317 | .Net Developer | Lm and didn't set email interviewed (Jards, candidate) |
| 10 | Srini Challa | 240-471-4234 | .Net Developer | TT and sent him description looking for 50-55/hr. |
| 11 | John Foster | | | updated him on Exostar |
| 12 | Alex Durfort | | | updated him on Exostar |
| 13 | Ken Webber | | | updated him on Exostar wants |
| 14 | 06/15 Paul Cole | 301-928-9903 | ITT | Left another message |
| 15 | Srini Challa | 240-471-4234 | ATS .Net | TT said he is sending references and samples... |
| 16 | Gregory Franks | 571-216-3744 | Application Admin | Lm and sent email |
| 17 | Michael Belgrave | 301-785-5172 | System Admin | TT and set up phone screen for Friday @... |
| 18 | Scott Swithwaite | 301-562-3427 | reference | Lm for Srini |
| 19 | Robert Benn | 301-562-3447 | reference | Lm - for Srini |
| 20 | Cathy Metcalf | 703-303-4155 | Applications Admin | Lm and sent email |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Kelly Timar | 703-772-4479 | EA | LM - She called back and is sendin res @ 73/hr |
| 2 | Tara Berry | 571-228-5081 | Application Mgr | Ln and Sent Email |
| 3 | Edwin Arablova | 240-418-9058 | " " | TT and submitting @ 50K |
| 4 | James Browne 06/14 | 703-373-7320 | " " | Ln and sent email |
| 5 | Michael Belgian | 703-285-5572 | ITT | TT to let him know I'm waiting for confirmation |
| 6 | Srini Calla | 210-471-4234 | . Net | TT to let him know I will be submitting today |
| 7 | Kelly Timar | 703-772-4479 | EA | TT to let her know Craig will be calling by |
| 8 | Harvey Itch | 703-396-8509 | App. Admin | Ln and sent email |
| 9 | Greg Desforge | 703-303-1009 | " " | Ln and sent email |
| 10 | Koorosh Azladh | 703-246-4495 | " " | Lna sat email |
| 11 | Faizan Ghani | 202-288-2808 | " " | TT let hi is Secured holder and citizen |
| 12 | Susan Corack | 703-963-6106 | " " | Ln and Snt Email |
| 13 | Grady McGhee | 703-819-2651 | 508 | TT let hi knows the guy at IRS - TJ and said he would n |
| 14 | Kelly Timar | 703-772-4479 | EA | Ln for her to come in tomorrow morning |
| 15 | Abdollah Tahms | 703-463-7793 | App Admin | Ln and sent email |
| 16 | Scott Snarlhark | 301-562-3427 | . Net | Ln for Reference |
| 17 | Jay Hatem | 703-723-0097 | Registration Acct. Exe | Ln and Sent Email |
| 18 | Tammy Fields | 703-726-7543 | App Admin | Referral from Greg Forbes |
| 19 | Mike Belgian | 703-285-5572 | ITT | Confirmed phone interview for Thursday |
| 20 | Alan Bow | 703-919-9986 | Procurve | TT but just accepted long term contract |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Ilse Betrand | 240-463-2012 | Procurve | cn and sent email |
| 2 | Max Garkavi | 202-465-1778 | Procurve | cn and sent email |
| 3 | James Jennings | 202-528-4236 | Procurve | cn and sat email |
| 4 | Joseph Offei | 203-419-0410 | ProCurve | cn and sat email |
| 5 | Jean-Baptiste Arnon | 703-450-0177 | Procurve | app and he can do weekends making 45/hr |
| 6 | Michael McBean | 301-804-1040 | Procurve | cn and sent email |
| 7 | Kurt Lawrence | 301-385-9241 | Procurrent | cn and sent email |
| 8 | 06/15 Jimmy Jennings | | Procurve | TT and is looking at description and will call cn about interview |
| 9 | Srini Galla | | .NeT | cn about interview |
| 10 | Sharron Katt | 703-922-6956 | 508 | TT 43/hr 90K |
| 11 | Karim Arablou | 240-418-9058 | App Main | TT and has revising his Resume |
| 12 | Kurt Lawrence | 301-385-9241 | Procurve | TT and he is sending his resume |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

| # | NAME | PHONE # | POSITION | RESULT |
|---|------|---------|----------|--------|
| | 06/ | | | |
| 1 | Markus Shelton | 410-262-8542 | Micronose | Lm and sent Email |
| 2 | Adrian Ocampo | 571-426-0375 | Micronose | Lm and Sent Email |
| 3 | Bernard Werwinski | 301-651-2755 | Micronose | TT - familiar but not much experience w/ Micronose |
| 4 | Nate Vance | 703-608-2686 | Micronose | TT - but he is relocating to Italy. |
| 5 | Sam Fakhrai | 240-672-3026 | ATS .NET Developer | TT but he is not looking |
| 6 | Brenda Giley | 301-213-5402 | Micronose | Lm and sent Email |
| 7 | Robert Yee | 301-682-6981 240-938-0047 | Micronose | Lm and Sent Email |
| 8 | Sam Harris | 571-345-5623 | Micronose | Lm and Sent Email |
| 9 | Shon Ward | 202-536-4908 | Micronose | Lm and Sent Email |
| 10 | Lawrence Weinberg | 703-485-0412 | Micronose | Lm and sent Email |
| 11 | Naoki Kobayashi | 703-820-2080 | MicroMuse | Lm and sent Email |
| 12 | Jacqueline Wright | 540-860-8006 | Micro Muse | Lm and sent Email |
| 13 | Elizabeth Cao | 703-318-0040 | Micro Muse | Lm and sent Email |
| 14 | Douglas O | 703-943-9605 | Micro Muse | TT but he only has minor exposure to Micronose |
| 15 | David "Andy" Dierlan | 703-327-3188 | MicroMuse | Tried to leave message but box was full. Sent Email |
| 16 | Marcus Paige | 571-330-7230 | MicroMuse | TT and he is no longer looking. He said he may know some people so I sent him my contact info |
| 17 | Chris Phan | 703-861-0268 | Micro Muse | Lm and Sent email |
| 18 | Shannon Knott | 703-922-6936 | 508 Specialist | Lm and Sent Email |
| 19 | Jeff Pass | | 508 Specialist | Lm and Sent Email |
| 20 | 06/06 | | | |

| # | NAME | PHONE # | POSITION | RESULT |
|---|------|---------|----------|--------|
| (1) | Shiloh Heurich | 240·205·3808 | Systems Admin FTT | TT but he has to call me back. |
| 2 | Sheng Bare | 240·291·8209 | " | " |
| 3 | Clarence Hill | 202-582-3482 | | |
| 4 | Darryl Covington | not listed Darily66@aol.com 571-233-0709 | " " | No # so I sent email |
| 5 | Todd Wallace | 703-581-3425 | " " | Left another message |
| 6 | Rongsheng Fang | 410·799·9662 | " " | LM and sent email |
| (7) | Ying Huang | 301·807·6710 | " " | TT but I could barely understand her. I might call her tomorrow |
| 8 | Robert Sarino | 757-445-8213 703·459·8969 | " " | LM and sent Email |
| 9 | Darnette Nixon | 301-291-0318 | " " | LM and sent email |
| (10) | Michael Belgrave | 301-292-6345 | " " | LM and sent Email |
| 11 | Chi Kang | 301·792·7358 | " " | LM and sent Email |
| 12 | Thaddeus Teddy Inagalu | 301·577·6319 202 4197-0517 | " " | LM and Sent email |
| 13 | Jason Price | 703-851-6825 | " " | LM and Sent email |
| (14) | Taufique Yousuf | 703-677-5878 | " " | TT but he is no longer in market. Sent him contact info for future. |
| 15 | Johnathon Jessup | 06/08 202-360-4267 | " " | LM and sent email |
| 16 | Sheng Bare | 240·241·8209 | " " | Called again, but # still busy |
| (17) | John Freund | 703-622-3821 | " " | TT but he needs to call me back. Sent email w/ contact infor. |
| 18 | Ziad Elyazgi | 703-626-2182 | " " | TT and he is sending resume for me to view |
| 19 | Kevin Josey | 571-241-6359 | " " | TT but he is no longer on the market. |
| 20 | Ian Dryden | 7?-357-2805 | " " | LM and Sent email |
| | Mark Sonnenfeld | 703-484-3008 | " " | LM and Sent email |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Sonia Mullince | 301-526-2933 | 508 | cm and sat (mail) |
| 2 | Shih Fung Tai | 202-737-3058 | 508 | # disco, sent email |
| 3 | Scott Matthews | 434-409-6484 | 508 | TT and he is looking for 70K. |
| 4 | Billie [Willins] Hudson | 301-218-3965 | 508 | # and I'm submitting at 43.50 and 90K |
| 5 | Michelle Baldwin | 703-461-8891 | 508 | # disco - sent email |
| 6 | Margaret Will | 202-396-3810 | 508 | cm and sat email |
| 7 | Donald Chambers | 703-822-0711 | 508 | cm and sat email |
| 8 | Sekhar Ceddy | 781-608-7682 | ITT | cm and sat email |
| 9 | Rodney B. Willins | 240-460-8418 | ITT | TT and he has to call me back. |
| 10 | John Tyler | 571-218-6764 | ITT | [Sending] his for submit at 35/hr. and 75K |
| 11 | Richard Buka | 503-332-2037 | ITT | cm and sat Email |
| 12 | Joseph Coffie | 202-256-5682 | ITT | Not a U.S. citizen |
| 13 | Mark Anderson | 443-413-9745 | ITT | cm and sat email |
| 14 | Paul Cole | 301-352-8533 | ITT | cm and sat email |
| 15 | Jeff Pass | | 508 | No software development experience. |
| 16 | Sean Mitchell | 202-607-6780 | ITT | cm and sat email |
| 17 | Daniel Aboyewa | 240-462-4345 | ITT | TT but he just started a new job |
| 18 | Michele Belzae | 301-785-5372 | ITT | TT but I am calling Friday morning |
| 19 | 06/07 Carlos Estrada | 301-963-2733 | ITT | TT but he is not a U.S. citizen sent contact info |
| 20 | | | | |

13/09

| # | NAME | PHONE # | POSITION | RESULT |
|---|------|---------|----------|--------|
| 1 | Arthur Frey | 240-643-2476 | CF Devlpr | TT and he is still good to go as of now |
| 2 | Aaron McGee | 443-694-8189 | Tech Writer | LM |
| 3 | Aubrey Hamilton | 703-938-6818 | Sr. QA | LM |
| 4 | Judy Leak | 480-225-6478 | Sr. QA | TT and she is still intrsld. |
| 5 | Bernabe Diaz | 305-528-3259 | QAC Devlpr | # disco, sent email. |
| 6 | Kelly Timmer | 202-622-6406 | OCC-FA | LM and sent email regarding interview |
| 7 | Aubrey Hamilton | 703-938-6848 | Sr. QA | TT and she is still available. |
| 8 | Josh Brown | no # | J2EE | no #, sent email |
| 9 | Venkat Akkala | 718-313-7668 | J2EE | LM |
| 10 | Lakshmikanth T | 703-597-8267 | J2EE | TT but had to send him my contact info & he gave call back. |
| 11 | Krishna Nandyala | 408-215-2763 | J2EE | TT bt wrng #, sent email |
| 12 | Anu Gopal | 312-404-7250 | J2EE | LM |
| 13 | Naveen Gopal | 732-405-4526 | J2EE | TT but he's going back to India until Mid-Sep |
| 14 | Pradeep Karlapalan | 337-258-6679 | J2EE | LM |
| 15 | Sridhar Thrive | 732-910-5517 | J2EE | LM, sent email |
| 16 | Sasikumar Bhima | 813-600-5423 | J2EE | TT to his Runner. |
| 17 | Davinder Culijal | no # | J2EE | no # sent email |
| 18 | Adnan Alawach | 703-248-7548 | J2EE | LM |
| 19 | Jing Tosh | 201-257-5626 | B.A @ Manila | LM |
| 20 | | | | |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 11/08 | | | | ~~scribbled~~ |
| 1 | Arthur Frey | 240-643-2176 | Sr. Qual. Ass. An. | TT and his set for h3 Int. |
| 2 | James Hewitt | 703-591-2202 | Sr. QA Anal | LM |
| 3 | Eris Rodriguez | 4613-802-4465 | Sr. QA Al | TT Someone to English, set email. |
| 4 | Yassar Madi | 703-652-5469 | Sr. QA Anal | TT and submittis @ 44/hr tw/ bemes. |
| 5 | Yasser Madi | 703-652-5469 | Sr. QA Anal | TT to let him know we cannot submit |
| 6 | Kelly Timmer | 202-628-6106 | EA | TT and submittis @ 65/hr + benies. |
| 7 | Anil Arakal | 703-938-2797 | Sr. QA Analyst | LM |
| 8 | Nagender Taylla | 913-933-6022 | Jr. J2EE | TT his roommate |
| 9 | Xia You | 703-387-3080 | Jr. J2EE | LM/sent email |
| 10 | Jose Contreras | 240-581-3056 | S - J2EE | LM |
| 11 | K.P. Mahesh | 484-800-8248 | Sr. J2EE | LM |
| 12 | Rohit | 904-205-6912 | Sr. J2EE | LM, sent email |
| 13 | Aaron Magee | 410-695-0220 | Tech Writer | TT his wife. He's calling me back tomorrow morning |
| 14 | Osama Farooq | 571-228-6480 | Jr. J2EE | LM/sent email |
| 15 | Paul Jones | 201-919-7561 | Sr. J2EE | LM |
| 16 | Daniel Kim | 202-297-1446 | J2EE | LM |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Yassir Mudi | 703-652-5469 | Sr. Qu Asu. | TT but he is most likely accepting another position. |
| 2 | Janis Jackson | 571-235-6767 | Sr Qu Asu | TT ~1 let h. know he is too sr. for this. ln |
| 3 | Kelly Timmer | 202-622-6406 | EA | |
| 4 | Arthur Frey | 240-643-6406 | CF Deucher | TT togo over interview pro. |
| 5 | Stephen Strothers | 304-866-6258 | AD | TT and her sending his resume _ |
| 6 | Pavel Ivanov | 202-362-9333 | AD | ln |
| 7 | Dimas Ronero | 301-674-1857 | AD | TT but he is not strong w/ AD. |
| 8 | Michael Mackett | 240-832-6401 | AD | TT but had to send him an email so he can call back |
| 9 | Brent Styles | 443-703-2087 | Reference | ln |
| 10 | Kelly Serbacher | 301-944-2056 | Reference | TT and she sure a great reference |
| 11 | Phil Schnitz | 301-452-1577 | Reference | TT and he gave a great reference on Arthur. |
| 12 | Jay Chang | 240-603-0708 | Referall for Melina | TT - rating 30/hr @ NEH |
| 13 | Arthur Frey | 240-643-2476 | CF Deucher | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Seth Lowe | 301-514-5666 | McBforme | in about first day check-up. |
| 2 | Aubrey Hamilton | 703-938-6848 | Sr. Quality | TT and submitting @ 52/hr + bonus |
| 3 | Arthur Frey | 240-643-2476 | CF. Developer | LM |
| 4 | Arthur Frey | 240-643-2476 | CF. Developer | TT and he is all set for his interview |
| 5 | Kelly Timmer | 202-622-6106 | EA | TT and she has to call me back. |
| 6 | Ebenezer Ogoke | 301-442-7758 | QA Analyst | TT but had to send email w/ contact info so he can call back. |
| 7 | Yasser Madi | 703-652-5469 | QA Analyst | TT and his lookin for 40/hr + bonus. |
| 8 | Exner Jayne | 703-690-8478 | QA Analyst | LM |
| 9 | Betty Antis | 703-633-7801 | QA Analyst | LM |
| 10 | Tarik Hamad | 703-965-5976 | QA Analyst | LM |
| 11 | Diedra Wade | 703-371-0768 | QA Analyst | TT but she has to call back. Rcts email dee/01-41.tte |
| 12 | Judy Leak | 480-225-6478 / 301-290-5316 | QA Analyst | TT and submitting @ 55/hr w/ bonus. yahoosign |
| 13 | Chaitanya Kari | 443-983-4398 | QA Analyst | LM |
| 14 | Asim Awan | 301-963-6959 / 240-355-1114 | QA Analyst | LM |
| 15 | Carolyn Fleury | 301-523-6824 | QA Analyst | TT but had to send email so she can call me back. |
| 16 | Ebenezer Ogoke | 301-442-7758 | QA Analyst | TT but he is looking for direct hire opps. |
| 17 | Arthur Frey | 240-643-2476 | CF. Developer | LM |
| 18 | Arthur Frey | 240-643-2476 | CF. Developer | TT and he is confirmed for 2nd and final interview. |
| 19 | | | | |
| 20 | | | | |

| NAME | PHONE # | POSITION | RESULT |
|------|---------|----------|--------|
| 1 | Arthur Frey | 240-643-2476 | CF Director | H ad told him offer will be emailed today |
| 2 | Jing Tosh | 301-257-5686 | D.A | TT ad she is all confirmed for Monday Start |
| 3 | Ali Akkari | 703-924-6662 | Ass. Sys Ad | Cr letting him know he's a no go. |
| 4 | Kelly Timmer | 703-778-4479 | EA | Cr regarding interview on Monday. |
| 5 | Jing Chen | 240-281-8720 | J2EE | Cr/sent email |
| 6 | Mohammed Maman | 247-247-5584 | J2EE | TT ad he's ready res @ 41/hr asking |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

10/18

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Seth Lowe | 301-514-5666 | Network Analyst | TT and he is on his way in for orientation. |
| 2 | Jim Tosh | 301-257-5686 | Bus. Analyst | Left letter for him to call on cellphone. Sent email left |
| 3 | Kodjo Atchimi | 240-462-4816 | Network Engineer | |
| 4 | Christopher Adams | 904-504-1712 | Med Immune | Ln |
| 5 | Jose Rivera | 240-644-4109 | Med Immune | TT and he's sending his resume @ 29.50/hr. |
| 6 | Jiangning | 301-309-0519 | BioVeris | TT and let him know that the position has been closed. |
| 7 | Do Young Kim # | 301-830-1030 | BioVeris | TT and told him position is closed. |
| 8 | Donald Lancaster | 301-916-9408 | Med Immune | Ln |
| 9 | Jose Rivera | 240-221-3735 | Med Immune | TT again about his AD Administration |
| 10 | Alex ~~Robert~~ Lancaster | 240-888-4125 | Med Immune | # but he was an ASS-HOLE! |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

10/3

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Seth Cowe | 301-514-5666 | McDenane | LM |
| 2 | Kelly Timan | 703-490-5233 | OCC - EA | called but no vm/sat email |
| 3 | Ali Askari | 703-929-6662 | IBM DA. | LM |
| 4 | Akhil Aggarwal | 214-432-4390 | IBM Bus. A.I | tt but was a RUNNER. |
| 5 | Scott Stadelhofr | 703-914-0441 | IBM Bus.A.I | lm, sent email |
| 6 | Sunil Abraham | 248-703-7973 | Cold Fusion | # disco, sent email |
| 7 | Scott Stadelhofr | 703-914-0441 | Bus A.l | tt but looking for CM oppos. |
| 8 | Steve Fontaine | 301-800-3152 | Cold Fusion | lm |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

11/1

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Guru Nathan | 703-240-8450 | .Net | Busy, sent email, un |
| 2 | Yonas Zena | 240-899-7145 | .Net | un |
| 3 | Ashok Raj | no # | .Net | no #; sent email |
| 4 | Jyoti Anath | 410-292-6761 | .Net | TT his RUNNER |
| 5 | Abdul Qadir Anilkumar | 703-273-9775 | .Net | RUNNERS. |
| 6 | Bizuayehu Beyene | 202-491- | | |
| 7 | Hemal Patel | 202-246-9422 | .Net | un, sent email |
| 8 | Anil Aghda | 203-622-8609 | .Net | looking for 100K |
| 9 | Arthur Fay | 240 (646) -2476 | CF | TT and I'm sending e C F K |
| 10 | Yan, Zan | 301-608-2525 | .Net | TT H |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| | 10/1 | | | |
| 1 | Louis Kellon | (44)-996-1207 | CF | Ln/sent email |
| 2 | Thanh Nguyen | 703-966-7258 | CF | Ln |
| 3 | Fraj Bakhtiari | 301-897-5739 | CF | busy |
| 4 | Ola Adedisi | 301-785-7278 | CF | Ln |
| 5 | Anu Viswanath | 571-218-9161 | CF | TT but he has a meeting sent email for him to call me back |
| 6 | Ali Nassar | no # | CF | sent email through C.Burke |
| 7 | Lenon Eshak | 703-474-3767 | CF | TT but has calling back (Bill already submitted) |
| 8 | Edwin Jaqua | 703-447-5069 | CF | TT but he's looking for upstate NY opp. |
| 9 | Neeraj Kathuria | 703-431-0190 | Business Anal | TT but H1 Visa. sent email |
| 10 | Ali Asfari | 703-851-8158 | Business Anal | TT and looking for 55/h w/o bonus' |
| 11 | Seth Lowe | 301-574-5666 | Med Innove | TT and he is still not to go. |
| 12 | Deanna Martin | 443-414-9554 | CF | Ln and sent email |
| 13 | Steve Husk | 703-220-4653 | CF | Ln, sent email. |
| 14 | Arthur Frey (Fry) | 240-643-2476 | CF | Ln, sent email |
| 15 | Gregory Jones | 301-585-6102 | CF | Ln, sent email |
| 16 | Jim Tesh | 301-257-5686 | CF | TT and confirmed start date |
| 17 | Iraj Bakhtiari | 301-896-5739 | CF | TT but no resp. |
| 18 | Robert Thomas | 703-955-4907 | CF | Ln, and sent email |
| 19 | Jinguo Zhou | 240-688-8786 | CF | No English |
| 20 | Venkat Sunkara | 571-331-7481 | .Net | Lm, sent email |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Bruce Baley | 703-813-6020 | Sr. Network Eng | Tried to leave message, on machine, sent email |
| 2 | Clifton Roberson | no # | Sr. Network Eng. | no #, sent email |
| 3 | Alex Wilson | 202-276-8142 | Sr. Network Eng. | ln |
| 4 | Alex Wilson | 202-276-8142 | Sr. Network Eng. | TT but he's not interested |
| 5 | Seth Lowe | 301-514-5666 | Medimmune | TT do try and keep warm and fuzzy. |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

| | NAME | PHONE # | POSITION | RESULT |
|---|---|---|---|---|
| 1 | Arthur Frey | 240-643-2476 | CFE A-IP | TT and prepped him for Monday's Interview |
| 2 | Jose Rivera | 240-644-4109 | McImmune | TT and his still available / Interested |
| 3 | James Jackson | 571-235-6767 | QA | TT and is looking for PO/hr. |
| 4 | Kristi Woolwine | 301-990-2885 | QA | LM |
| 5 | Donald Blankster | 703-899-6136 | QA | LM |
| 6 | Julie Gingle | 410-464-0436 | QA | LM/sent email |
| 7 | Patricia Brown | 703-899-4855 | QA | LM |
| 8 | Sue Peters-Habot | 240-601-5527 | QA | LM |
| 9 | Chaitanya Karri | 443-983-4348 | QA | LM |
| 10 | Aubrey Hamilton | 703-881-0543 | QA | TT and looking for 50-55/hr w/ knis. |
| 11 | Seth Lowe | 301-514-5666 | McImmune | TT- and he is all |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |