UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RCM Technologies, Inc.,** | * | Case No. 1:07-CV-00670-JDB |
| Plaintiff, | * | |
| vs. | * | |
| **Beacon Hill Staffing Group, LLC,** *et al.*, | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### PLAINTIFF'S MOTION TO SEAL

Plaintiff, RCM Technologies, Inc. ("RCM"), moves pursuant to Local Civil Rule 5.1 for an order sealing as "Confidential" all pleadings, motions, and supporting memorandums and declarations filed by RCM in the above-captioned action as designated by RCM. RCM states the following grounds for this motion:

1. RCM has filed and expects to file information which RCM considers to be confidential in support of claims alleged against Defendants. Those claims involve violations of contracts which were intended to protect confidential information from disclosure to the public and RCM's competitors.

2. RCM also expects Defendants to file similar papers with the Court and to ask to do so under seal.

3. During the scheduling conference held on July 30, 2007, counsel for RCM and Defendants stated that a protective order regarding the confidentiality of information would be submitted to the Court. RCM has sent a proposed order to Defendants' counsel for review, but they have not yet provided their comments or proposed revisions.

610712.1
8/8/2007
30462/102329

4.      RCM attempted to obtain the position of Defendants' counsel on this motion, but RCM was unable to do so.

>                     Respectfully submitted,
>
>                     _____/s/_____
>                     R. Michael Smith (D.C. Bar No. 372654)
>                     Charles R. Bacharach (D.C. Bar No.448842)
>                     Gordon, Feinblatt, Rothman,
>                     Hoffberger & Hollander, LLC
>                     233 East Redwood Street
>                     Baltimore, Maryland  21202-3332
>                     410-576-4174
>                     Attorneys for RCM Technologies, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on August 8, 2007, a copy of the Plaintiff's Motion To Seal was mailed, first-class, postage prepaid, to:

Edward J. Longosz, II
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Ave., NW
Suite 1200
Washington, D.C.  20006

Robert W. Levy
Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110-2602

William Blackford,
4201 Lee Highway
# 104
Arlington, VA  22207

Scott Baillie
14906 McKisson Court
# A
Silver Spring, MD  20906

>                     _____/s/_____

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RCM Technologies, Inc., | * | Case No. 1:07-CV-00670-JDB |
| Plaintiff, | * | |
| vs. | * | |
| Beacon Hill Staffing Group, LLC, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court, having fully considered Plaintiff's Motion To Seal and the other papers on file in the above-captioned case, GRANTS that motion.

_____
John D. Bates, United Sates District Judge

Dated:  August ___, 2007