UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RCM Technologies, Inc.,** | * | |
| Plaintiff, | * | |
| vs. | | |
| | * | Case No. 1:07-CV-00670-JDB |
| **Beacon Hill Staffing Group, LLC,** *et al.,* | | |
| | * | |
| Defendants. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### PLAINTIFF'S SUPPLEMENTAL REPLY TO OPPOSITION TO APPLICATION FOR TEMPORARY RESTRAINING ORDER

Plaintiff, RCM Technologies, Inc. ("RCM"), supplements its reply to the opposition of Kimberly A. Ayers ("Ayers") and Beacon Hill Staffing Group, LLC ("Beacon Hill") to RCM's application for temporary restraining order and states as follows:

1.    RCM filed the above captioned action against three former RCM employees, Ayers, William Blackford ("Blackford") and Scott Baillie ("Baillie"), and their new employer, Beacon Hill, arising out of the individual defendants' breach of their non-disclosure/non-solicitation/non-competition agreements with RCM and the subsequent tortious actions by all defendants. The crux of RCM's complaint is that Beacon Hill, a direct competitor of RCM, hired Ayers in breach of her agreement and Ayers, in turn, as an agent of Beacon Hill solicited and hired Blackford and Baillie, in breach of hers and their agreements. Subsequently, all four defendants have worked together to solicit RCM clients who the individual defendants serviced and/or solicited as RCM employees as well as individuals whom they knew RCM had used to staff its clients. Defendants have denied these allegations.

612273.1 8/9/2007

2.      Subsequent to filing its initial reply memorandum, RCM discovered the statement attached hereto as Exhibit 1, apparently made or endorsed by Beacon Hill regarding its business strategy.

3.      The statement appears on the website of the business magazine, *Inc.*, as part of its annual "Inc. 500" profile of the nation's "fastest growing" companies and provides:

> **No. 289 Beacon Hill Staffing Group**
>
> What it does: Temporary and permanent staffing. Why it's growing: CEO Andy Wang builds the business around "star" consultants who often bring their clients with them – he just opened a Midwest office and a technology group, for example, to entice a Chicago headhunter and a tech whiz to join him.

This business strategy *i.e.*, luring a competitor's employee away (with the hope that she will bring her former employer's clients) and building a new office around her, is precisely the technique Beacon Hill has used against RCM and will continue to use unless the Court grants RCM's request to enter a temporary restraining order.

## CONCLUSION

For the foregoing reasons and those set forth more fully in RCM's previous filings in support of its motion for temporary restraining order, RCM's motion should be granted.

Respectfully submitted,

/s/
R. Michael Smith (D.C. Bar No. 372654)
Charles R. Bacharach (D.C. Bar No. 448842)
Gordon, Feinblatt, Rothman,
 Hoffberger & Hollander
233 E. Redwood Street
Baltimore, MD  21202
410-576-4174
Attorneys for RCM Technologies, Inc.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on August 9, 2007, a copy of the foregoing Plaintiff's Supplemental Reply To Opposition To Application For Temporary Restraining Order was filed electronically and mailed, first-class, postage prepaid, to:

Edward J. Longosz, II
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Ave., NW, Suite 1200
Washington, D.C. 20006

Robert W. Levy
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA 02110-2602

Scott Baillie
14906 McKisson Court, #A
Silver Spring, MD 20906

William Blackford
4201 Lee Highway, #104
Arlington, VA 22207

                                                    /s/
                                       R. Michael Smith



REGISTER NOW | SIGN IN

Search   

**Resource Centers**
- Start-Up
- Technology
- Inc. 500
  - Apply for 2007
  - The 2006 Issue
  - CEO Columns
  - Hall of Fame
  - Press Room
- Women in Business
- Finance & Capital
- Marketing
- Sales
- E-Commerce
- Human Resources
- Leadership
- Law & Taxation
- Retail
- Business Travel
- Personal Finance
- Office & Operations
- Global Business
- Franchise
- One-Person Business
- Buy & Sell a Business
- Inc. Life

**Departments**
- Current Issue
- Past Issues
- Entrepreneurial News
- Articles by Topic
- How-To Guides
- Tools
- Columns
- Videos
- Slideshows
- Podcasts

# Inc.50

Meet the companies that mak

## No. 289 Beacon Hill Staffing Group

Boston, MA

| | |
|---|---|
| Ranking | 289 |
| Year | 2005 |
| 3 Year Growth | 436% |
| Revenue | $11,591,000.00 |
| Web site | http://www.beaconhillsg.com |
| Employees | 38 |

"What it does: Temporary and permanent staffing. Why it's growing: CEO Andy Wang builds the business around "star" consultants who often bring their clients with them — he just opened a Midwest office and a technology group, for example, to entice a Chicago headhunter and a tech whiz to join him."

**The 2006 Inc.5**

Search the List

Select State... | Select Y(

Search

1. Litle & Co.
2. Airborne Health
3. Digital Lifestyle Outfitters
4. Edible Arrangements Intern
5. SunRx
6. United Bank Card
7. Method Products
8. StubHub
9. Ancillary Care Management
10. MemberHealth

Slideshow: Top 25 Companies
The Full List

Copyright © 2007 Mansueto Ventures LLC. All rights reserved. Inc.com, 7 World Trade Center, New York, N

## EXHIBIT 1

Newsletters
Subscriptions
Services
Events

Businesses for Sale
Franchise Directory

**Newsletters**
Click below to preview:

☐ Inc.com Connection
☐ Breaking Entrepreneurial News
☐ Work/Life Balance
☐ Sales & Marketing
☐ Leading Your Company
☐ Inc. Technology

[enter email]

SUBMIT

**Help Me...**
Build a Business Plan
Search for Software
View Product Gallery
View Product Guides
Search Classifieds

Sponsored Links

**Try a RISK-FREE Issue of *Inc.* Today!**

[email]  [name]
[address]  [city]
[state]  [zipcode]

SUBMIT

Renew | Contact Us | Current Issue



**Select Services**

**Get more leads.**
Pay-per-click puts your business at the top of search page results.

**Black Berry**
Find out why a BlackBerry Smartphone is a business essential.

**The talking email**
The HP iPAQ 510 Voice Messenger SmartPhone with Voice Reply. Respond to e-mail by voice.

**Save on Meetings**
Collect up to $4,000 in savings with the Hyatt Meeting Savings Card.

**Rackspace**
Managed Web Hosting Solutions that Bring Peace to your IT World.

**Sonopia media**
Start-up your own custom phone service for free.

**Invest Offshore**
Looking for high returns on a solid investment? NBPI has the fund for you.

**Franchises**
Franmarket.com - franchise & business opportunity listings.

**Qualified Resumes for Small Business**
10 resumes in 10 days. Stop searching and start hiring.

**Send a Press Release**
Learn how from the experts at PR Newswire. Receive package valued at $1,400!

**Web Hosting**
View the Rackspace Zero-Downtime Network Money Back Guarantee.

**Move ahead**
With resources for small business at att.com/onwardsmallbiz

**The Principal Financial Group®**
Is yours a 10 Best company?

**Super Pages**
We know a great way to advertise for free around here.

**Home Services Guide**
Comprehensive web resource on various home services.

**Educational Guides**
Comprehensive web resource on different educational degrees.

**Health Guides**
Comprehensive web resource on a variety of health related topics.

**GE Finance**
Corporate financing from GE to grow your business.

**Monster**
Monster Special offer - save $50 when you post a job!