IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RCM Technologies, Inc. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Beacon Hill Staffing Group, LLC, et al. )<br>)<br>Defendants. ) | Case No.: 1:07-CV-00670 (JDB) |

**DEFENDANTS' PROPOSED SCHEDULE FOR LIMITED EXPEDITED DISCOVERY AND BRIEFING RELATED TO MOTION FOR PRELIMINARY INJUNCTION**

Defendants, Beacon Hill Staffing Group, LLC ("Beacon Hill"), Kimberly A. Ayers ("Ayers"), William Blackford, Jr. ("Blackford"), and Scott M. Baillie ("Baillie") by undersigned counsel, and pursuant to the Court's August 21, 2007 Order, hereby submit the following proposed schedule for limited expedited discovery and briefing related to a motion for a preliminary injunction and state as follows:

1. Pursuant to the Court's August 21, 2007 Order, undersigned counsel certifies that counsel for all parties conferred by telephone on August 28, 2007 and had subsequent communications concerning a proposed schedule for limited expedited discovery and briefing related to a motion for a preliminary injunction. The parties were able to agree to a proposed protective order to govern discovery related to a motion for preliminary injucntion; however, the parties were unable to agree upon a proposed schedule.

2. As a result, Defendants submit the following proposed schedule for limited discovery and briefing related to a motion for preliminary injunction:

| | |
|---|---|
| Discovery Responses of Defendants, Beacon Hill and Ayers Due | 9/17/07 |
| Discovery Responses of Defendants, Blackford and Baillie Due | 9/24/07 |
| Discovery Responses of Plaintiff Due | 9/24/07 |
| Depositions Completed | 10/19/07 |
| Motion for Preliminary Injunction | 11/2/07 |
| Opposition to Motion | 11/16/07 |
| Reply to Opposition to Motion | 11/23/07 |

3. The Court has previously ruled that emergency injunctive relief is not warranted in this matter. The parties have discussed the anticipated discovery related to a motion for preliminary injunction and have determined the need to depose multiple individuals including one out of state witness. Defendants also must prepare four (4) separate sets of written discovery responses, one for each defendant. As a result, the discovery sought by Plaintiff related to a motion for preliminary injunction will be time consuming. Defendants' Proposed Schedule provides the parties with sufficient time to complete discovery and fully brief all issues that will be before the Court on any motion for preliminary injunction while balancing the need for expedited discovery and briefing related to any such motion.

WHEREFORE, Defendants, Beacon Hill Staffing Group, LLC, Kimberly A. Ayers, William Blackford, Jr., and Scott M. Baillie respectfully request that the Court enter the attached Proposed Scheduling Order for Limited Expedited Discovery and Briefing Related to a Motion for a Preliminary Injunction.

Respectfully Submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By: _____*Mark A. Johnston*_____
Edward J. Longosz, II, (#368932)
Mark A. Johnston, (#455764)
1747 Pennsylvania Ave., N.W.,
Twelfth Floor
Washington, D.C. 20006
(202) 659-6600

Counsel for Defendants

Of Counsel:

Robert W. Levy, Esquire
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA 02110-2602
(617) 342-6800

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Proposed Schedule for Limited Expedited Discovery and Briefing Related to a Motion for a Preliminary Injunction** was electronically filed and served, this 4th day of September, 2007, to:

> R. Michael Smith, Esquire
> Gordon Feinblatt Rothman Hoffberger
>   & Hollander, LLC
> 23 East Redwood Street
> Baltimore, MD 21202

>                   *Mark A. Johnston*
>                   Mark A. Johnston

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RCM Technologies, Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:07-CV-00670 (JDB) |
| v. ) | |
| ) | |
| Beacon Hill Staffing Group, LLC, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendants' Proposed Schedule for Limited Expedited Discovery and Briefing Related to a Motion for a Preliminary Injunction, the record herein, and the Court being duly advised in the premises, it is, by the Court this _____ day of September, 2007,

ORDERED, that the following deadlines shall be in effect for the limited purpose of expedited discovery and briefing related to a motion for preliminary injunction:

| | |
|---|---|
| Discovery Responses of Defendants, Beacon Hill and Ayers Due | 9/17/07 |
| Discovery Responses of Defendants, Blackford and Baillie Due | 9/24/07 |
| Discovery Responses of Plaintiff Due | 9/24/07 |
| Depositions Completed | 10/19/07 |
| Motion for Preliminary Injunction | 11/2/07 |
| Opposition to Motion | 11/16/07 |
| Reply to Opposition to Motion | 11/23/07 |

SO ORDERED.

_____
Judge John D. Bates
U.S. District Court for the District of Columbia