UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RCM Technologies, Inc., | * | Case No. 1:07-CV-00670-JDB |
| Plaintiff, | * | |
| vs. | * | |
| Beacon Hill Staffing Group, LLC, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S PROPOSED EXPEDITED SCHEDULE

The parties have been unable to agree on a schedule for expedited discovery and briefing relevant to a motion for a preliminary injunction. As a consequence, Plaintiff, RCM Technologies, Inc. ("RCM"), proposes the schedule set forth below:

| | |
|---|---|
| Depositions Completed | 09/28/07 |
| Motion for Preliminary Injunction | 10/10/07 |
| Opposition to Motion | 10/22/07 |
| Reply Brief | 10/26/07 |

RCM can and will comply with that schedule in order to ensure that a hearing on a preliminary injunction is held on a timely and expeditious basis.

Respectfully submitted,

_____/s/_____
R. Michael Smith (D.C. Bar No. 372654)
Charles R. Bacharach (D.C. Bar No.448842)
Gordon, Feinblatt, Rothman,
 Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland  21202-3332
410-576-4174
Attorneys for RCM Technologies, Inc.

631032.1
9/4/2007
30462/102329

## CERTIFICATE OF SERVICE

I CERTIFY that, on September 4, 2007, a copy of the foregoing Plaintiff's Proposed Expedited Schedule was mailed, first-class, postage prepaid, to:

Edward J. Longosz, II
Mark Johnston
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Ave., NW
Suite 1200
Washington, D.C. 20006

Robert W. Levy
Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110-2602

_____/s/_____