UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RCM Technologies, Inc., | * | Case No. 1:07-cv-00670-JDB |
| Plaintiff, | * | |
| vs. | * | |
| Beacon Hill Staffing Group, LLC, *et al.*, | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SEAL

Defendants have asked Plaintiff to move to seal Plaintiff's Motion To Compel And For Sanctions and the Supporting Memorandum. As a consequence, Plaintiff asks the Court to treat those papers as being filed under seal in accordance with the Stipulated Confidentiality Order.

Respectfully Submitted,

_____/s/_____
R. Michael Smith (D.C. Bar No. 372654)
Charles R. Bachrach (D.C. Bar No. 448842)
Gordon, Feinblatt, Rothman, Hoffberger & Hollander
233 E. Redwood Street
Baltimore, MD  21202
410-576-4174
Attorneys for RCM Technologies, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on October 11, 2007, a copy of the foregoing Motion To Seal was electronically served to:

Edward J. Longosz, II
Mark Johnston
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Ave., NW
Suite 1200
Washington, D.C.  20006

Robert W. Levy
Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110-2602

_____/s/_____
R. Michael Smith

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RCM Technologies, Inc., | * | Case No. 1:07-cv-00670-JDB |
| Plaintiff, | * | |
| vs. | * | |
| Beacon Hill Staffing Group, LLC, *et al.*, | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

The Court, having fully considered the Motion To Seal filed by Plaintiff, grants that motion and orders that Plaintiff's Motion To Compel And For Sanctions and the Supporting Memorandum shall be treated as being filed under seal.

Date: _____, 2007          _____

JUDGE

655781.1
10/11/2007
30462/102329