UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RCM TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEACON HILL STAFFING GROUP, LLC, et al., <br><br> Defendants. | Civil Action No. 07-0670 (JDB) |

## ORDER

The Court has reviewed [33] RCM's motion to compel filed on October 10, 2007, and the entire record in this case. The motion will be granted in part at this time. Defendants shall respond in full to the outstanding interrogatories and document production requests by not later than 6:00 p.m. on October 17, 2007. A telephone conference is scheduled for October 19, 2007, at 3:00 p.m. to address any remaining issues with respect to the motion to compel. The parties shall file, by not later than 10:00 a.m. on October 19, 2007, a summary of their positions on any remaining issues, limited to four (4) pages in length.

/s/
JOHN D. BATES
United States District Judge

Dated: October 11, 2007