IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RCM Technologies, Inc. | ) |
|     Plaintiff, | ) |
| v. | ) Case No.: 1:07-CV-00670 (JDB) |
| Beacon Hill Staffing Group, LLC, et al. | ) |
|     Defendants. | ) |

**RESPONSE TO PLAINTIFF'S MOTION TO SEAL**

Defendants, Beacon Hill Staffing Group, LLC ("Beacon Hill"), Kimberly A. Ayers ("Ayers"), William Blackford, Jr. ("Blackford"), and Scott M. Baillie ("Baillie") by undersigned counsel, hereby respond to Plaintiff's Motion to Seal and in support thereof state as follows:

1.  On October 10, 2007, plaintiff filed a Motion to Compel and for Sanctions seeking additional discovery responses from defendants.[1] Defendants' confidential discovery responses in this matter were attached as exhibits to plaintiff's Motion. In addition, plaintiff's Motion quoted the confidential discovery responses of defendants at length.

2.  In violation of the Stipulated Order Regarding Confidentiality entered in this case, plaintiff did not file its Motion to Compel and for Sanctions under seal. Rather, plaintiff filed its Motion electronically via the Court's ECF filing system. As such, defendants' confidential discovery responses are available online for public view.

3.  On October 11, 2007, plaintiff filed a Motion to Seal requesting that the Court seal the previously filed Motion to Compel and for Sanctions pursuant to the Stipulated Order Regarding Confidentiality entered herein.

---

[1] The Court granted plaintiff's Motion in part on October 11, 2007.

4.      Although plaintiff has filed a motion requesting that the Court seal its Motion to Compel, and the Court has ruled upon plaintiff's Motion to Compel in the interim, defendants' confidential materials remain available to the public online through the Court's ECF filing system. For these reasons, the Court should seal plaintiff's Motion to Compel and for Sanctions and remove the filing from the online ECF filing system.

WHEREFORE, Defendants, Beacon Hill Staffing Group, LLC, Kimberly A. Ayers, William Blackford, Jr., and Scott M. Baillie respectfully request that the Court seal plaintiff's Motion to Compel and for Sanctions and remove the filing from the online ECF filing system.

Respectfully Submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By:  *Mark A. Johnston*
Edward J. Longosz, II, (#368932)
Mark A. Johnston, (#455764)
1747 Pennsylvania Ave., N.W.,
Twelfth Floor
Washington, D.C. 20006
(202) 659-6600

Counsel for Defendants

Of Counsel:

Robert W. Levy, Esquire
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA 02110-2602
(617) 342-6800

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Response to Plaintiff's Motion to Seal** was electronically filed and served, this 12th day of October, 2007, to:

>R. Michael Smith, Esquire
>Gordon Feinblatt Rothman Hoffberger
> & Hollander, LLC
>23 East Redwood Street
>Baltimore, MD 21202

>*Mark A. Johnston*
>Mark A. Johnston