IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RCM Technologies, Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:07-CV-00670 (JDB) |
| v. ) | |
| ) | |
| Beacon Hill Staffing Group, LLC, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' STATEMENT REGARDING
REMAINING DISCOVERY DISPUTES**

Defendants, Beacon Hill Staffing Group, LLC ("Beacon Hill"), Kimberly A. Ayers ("Ayers"), William Blackford, Jr. ("Blackford"), and Scott M. Baillie ("Baillie") by undersigned counsel, and pursuant to the Court's October 11, 2007 Order, hereby submit this Statement Regarding Remaining Discovery Disputes and state as follows:

1.   Pursuant to the Court's October 11, 2007 Order, Defendants provided supplemental responses to all outstanding interrogatories and document production requests by Plaintiff on October 17, 2007.

2.   Undersigned counsel and counsel for Plaintiff discussed Defendants' discovery responses and resolved any outstanding issues related thereto on October 18, 2007. Accordingly, there remain no outstanding discovery disputes concerning Defendants' responses to Plaintiff's interrogatories and document production requests.

Respectfully Submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By: _____*Mark A. Johnston*_____
Edward J. Longosz, II, (#368932)
Mark A. Johnston, (#455764)
1747 Pennsylvania Ave., N.W.,
Twelfth Floor
Washington, D.C. 20006
(202) 659-6600

Counsel for Defendants

Of Counsel:

Robert W. Levy, Esquire
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA 02110-2602
(617) 342-6800

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing **Statement Regarding Discovery Disputes** was electronically filed and served, this 19th day of October, 2007, to:

>R. Michael Smith, Esquire
>Gordon Feinblatt Rothman Hoffberger
> & Hollander, LLC
>23 East Redwood Street
>Baltimore, MD 21202

>*Mark A. Johnston*
>Mark A. Johnston