UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RCM Technologies, Inc.,** | * | Case No. 1:07-cv-00670-JDB |
| Plaintiff, | * | |
| vs. | * | |
| **Beacon Hill Staffing Group, LLC,** *et al.*, | * | |
| Defendants. | * | |

* * * * * * * * * * * * *

## PLAINTIFF'S MEMORANDUM REGARDING DEFENDANTS' SUPPLEMENTAL RESPONSES TO INTERROGATORIES AND PRODUCTION REQUESTS

On October 11, 2007, the Court entered an Order which granted in part the Motion To Compel And For Sanctions ("the Motion") filed by Plaintiff RCM Technologies, Inc. ("RCM"). The Order directed RCM and Defendants to inform the Court by October 19 whether all of the issues pertaining to Defendants' responses to RCM's interrogatories and production requests had been resolved.

RCM and Defendants have resolved those issues to their mutual satisfaction. As a consequence, the Court may cancel the conference call scheduled for the afternoon of October 19.

In granting the Motion, the Court reserved ruling on RCM's request for the imposition of sanctions against Defendants due to their refusal to provide the information sought by RCM's discovery requests. As shown in the supporting memorandum, Defendants' refusal was totally unjustified and required RCM to incur the expense of filing the Motion—a motion which should have been unnecessary. Thus, RCM asks the Court to order Defendants to reimburse RCM for the $2,770.00 in attorneys' fees incurred in conjunction with making the Motion.

660538.1
10/19/2007
30462/102329

Respectfully submitted,

_____/s/_____
R. Michael Smith (D.C. Bar No. 372654)
Charles R. Bacharach (D.C. Bar No.448842)
Gordon, Feinblatt, Rothman, Hoffberger &
Hollander, LLC
233 East Redwood Street
Baltimore, Maryland  21202-3332
410-576-4174
Attorneys for RCM Technologies, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, October 19, 2007, a copy of the foregoing Plaintiff's Memorandum Regarding Defendants' Supplemental Responses To Interrogatories And Production Requests was electronically served on:

Edward J. Longosz, II
Mark Johnston
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Ave., NW
Suite 1200
Washington, D.C.  20006

Robert W. Levy
Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110-2602

_____/s/_____
R. Michael Smith

660538.1
10/19/2007
30462/102329