UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RCM Technologies, Inc.,** | * | Case No. 1:07-CV-00670-JDB |
|     **Plaintiff,** | * | |
| vs. | * | |
| **Beacon Hill Staffing Group, LLC,** *et al.*, | * | |
|     **Defendants.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## SUPPLEMENTAL JOINT RULE 16.3(C) REPORT

Plaintiff, RCM Technologies, Inc. ("RCM"), and Defendants, Beacon Hill Staffing Group, LLC ("Beacon Hill") and Kimberly A. Ayers ("Ayers"), submit this Supplemental Joint Rule 16.3(c) Report. The parties ask the Court set the following schedule

**Discovery Period:** All discovery shall be completed by April 30, 2008.

**Dispositive Motions:** All dispositive motions shall be filed by May 30, 2008.

**Final Pretrial Conference:** The Court shall select a date for a final pretrial conference which will be held after a ruling on any dispositive motions has been issued.

**Trial Date:** The Court shall select a trial date at the final pretrial conference.

**Mediation:** The parties are conferring about the possibility of participating in a mediation conducted by Magistrate Judge Alan Kay.

                                                    Respectfully submitted,

                                              _____/s/_____
                                              R. Michael Smith (D.C. Bar No. 372654)
                                              Charles R. Bacharach (D.C. Bar No.448842)
                                              Gordon, Feinblatt, Rothman,
                                                 Hoffberger & Hollander, LLC
                                              233 East Redwood Street
                                              Baltimore, Maryland 21202-3332
                                              (410) 576-4174
                                              Attorneys for RCM Technologies, Inc.

           /s/
Edward J. Longosz, II (D.C. Bar No.368932)
Mark A. Johnston (D.C . Bar No. 455764)
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Ave., NW
Suite 1200
Washington, D.C.  20006
(202) 659-6600
Attorneys for Beacon Hill Staffing Group, LLC,
Kimberly A. Ayers, William Blackford, and
Scott Baillie

Of Counsel:

Robert W. Levy
Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110-2602
(617) 342-6800

2