UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RCM TECHNOLOGIES, INC.,

    Plaintiff,

       v.

BEACON HILL STAFFING GROUP, LLC, et al.,

    Defendants.

Civil Action No. 07-0670 (JDB)

## ORDER

Pursuant to the parties' Supplemental Joint Rule 16.3 Report, and the entire record herein, it is this 2nd day of November, 2007, hereby **ORDERED** as follows:

1. All discovery shall be completed by not later than April 30, 2008. The parties shall be bound by the limits on discovery set forth in the Federal Rules of Civil Procedure.

2. Dispositive motions shall be filed by not later than May 30, 2008.

3. The parties shall inform the Court by not later than November 16, 2007, whether they believe they would benefit from a referral to Magistrate Judge Alan Kay for the purpose of facilitating settlement discussions.

4. The status conference previously scheduled for November 8, 2007, at 9:00 a.m. is **CANCELLED** and **RESCHEDULED** for February 13, 2008, at 9:00 a.m.

                                /s/
                         JOHN D. BATES
                  United States District Judge