**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RCM Technologies, Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:07-CV-00670 (JDB) |
| v. ) | |
| ) | |
| Beacon Hill Staffing Group, LLC, et al. ) | |
| ) | |
| Defendants. ) | |

**JOINT REQUEST FOR EXTENSION OF TIME**

Plaintiff, RCM Technologies, Inc. ("RCM") and Defendants, Beacon Hill Staffing Group, LLC ("Beacon Hill"), Kimberly A. Ayers ("Ayers"), William Blackford, Jr. ("Blackford"), and Scott M. Baillie ("Baillie"), by undersigned counsel and pursuant to the Court's November 2, 2007 Order, hereby request a five (5) day extension of time to inform the Court of their decision regarding a referral to Magistrate Judge Alan Kay for the purpose of facilitating settlement discussions and in support state as follows:

1.  Pursuant to the Court's November 2, 2007 Scheduling Order, the parties were to inform the Court by November 16, 2007 of whether they believe they would benefit from a referral to Magistrate Judge Alan Kay for the purpose of facilitating settlement.

2.  Defendants request that this case be referred to Magistrate Judge Kay for a settlement conference.

3.  Lead counsel for plaintiff is currently out of the country and cannot be reached concerning plaintiff's position on any referral to Magistrate Judge Kay.

    4.    Accordingly, counsel for defendants and undersigned counsel for plaintiff respectfully request a five (5) day extension of time until next Wednesday, November 21, 2007 for the parties to inform the Court of their position on a referral of this matter to Magistrate Judge Kay.

                            Respectfully Submitted,

By:        */s/ Charles R. Bacharach*
        R. Michael Smith (#372654)
        Charles R. Bacharach (# 448842)
        Gordon, Feinblatt, Rothman,
         Hoffberger & Hollander, LLC
        The Garrett Building
        233 East Redwood Street
        Baltimore, Maryland 21202
        (410) 576-4174

        Counsel for Plaintiff

By:        */s/ Mark A. Johnston*
        Edward J. Longosz, II, (#368932)
        Mark A. Johnston, (#455764)
        Eckert Seamans Cherin & Mellott, LLC
        1747 Pennsylvania Ave., N.W.,
        Twelfth Floor
        Washington, D.C. 20006
        (202) 659-6600

        Counsel for Defendants

        Of Counsel:

        Robert W. Levy, Esquire
        Eckert Seamans Cherin & Mellott, LLC
        One International Place, 18th Floor
        Boston, MA 02110-2602
        (617) 342-6800

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a copy of the foregoing **Joint Request for Extension of Time** was electronically filed and served, this 16th day of November, 2007, to:

> R. Michael Smith, Esquire
> Charles R. Bacharach, Esquire
> Gordon Feinblatt Rothman Hoffberger
>  & Hollander, LLC
> 23 East Redwood Street
> Baltimore, MD 21202

           *Mark A. Johnston*
           Mark A. Johnston

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RCM Technologies, Inc.                )<br>                                                      )<br>         Plaintiff,                              )<br>                                                      )    Case No.:  1:07-CV-00670 (JDB)<br>         v.                                        )<br>                                                      )<br>Beacon Hill Staffing Group, LLC, et al.   )<br>                                                      )<br>         Defendants.                          ) | |

## **ORDER**

Upon consideration of the parties' Joint Request for Extension of Time, the record herein, and the Court being duly advised in the premises, it is, by the Court this _____ day of November, 2007,

ORDERED, that the Request is GRANTED; and it is further

ORDERED, that the parties shall inform the Court by no later than November 21, 2007 of their position regarding the referral of this matter to Magistrate Judge Kay for the purpose of facilitating settlement discussions.

_____
Judge John D. Bates
U.S. District Court for the District of Columbia