## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**RCM TECHNOLOGIES, INC.,**

      **Plaintiff,**

        **v.**

**BEACON HILL STAFFING GROUP, LLC, et al.,**

      **Defendants.**

**Civil Action No.  07-0670 (JDB)**

### ORDER

Pursuant to the agreement of the parties, and the entire record herein, it is this 20th day of November, 2007, hereby

**ORDERED** that this matter shall be referred to Magistrate Judge Alan Kay for the sole purpose of the facilitation of settlement discussions for a period of not more than sixty days.

**SO ORDERED**.

_____
/s/
JOHN D. BATES
United States District Judge