# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RCM Technologies, Inc.                          )
                                                 )
       Plaintiff,                          )    Case No.: 1:07-CV-00670 (JDB)
                                                 )
       v.                                  )
                                                 )
Beacon Hill Staffing Group, LLC,                )
Kimberly A. Ayers, William Blackford and        )
Scott Baillie                                   )
                                                 )
       Defendants.                         )

## STIPULATION OF DISMISSAL

The parties, through undersigned counsel, hereby stipulate and agree pursuant to Rule

41(a)(1)(ii) of the Federal Rules of Civil Procedure that the within action be dismissed, with

prejudice, and without costs.  The parties further stipulate that all rights of appeal are waived.


                         _____*/s/ R. Michael Smith*_____
                         R. Michael Smith (#372654)
                         GORDON, FEINBLATT, ROTHMAN,
                         HOFFBERGER & HOLLANDER, LLC
                         Counsel for Plaintiff
                         233 East Redwood Street
                         Baltimore, Maryland 21202
                         TEL: 410/576-4714

                         Attorneys for Plaintiff


                         _____*/s/ Mark A. Johnston*_____
                         Edward J. Longosz, II (#368932)
                         Mark A. Johnston (#455764)
                         ECKERT SEAMANS CHERIN & MELLOTT, LLC
                         Counsel for Defendants
                         1747 Pennsylvania Avenue, NW, Suite 1200
                         Washington, DC 20006
                         TEL: 202/659-6600

                         Attorneys for Defendants